**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>    v.<br><br>PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,<br><br>      Defendants. | Civil Action No. _____ |

## MOTION FOR ADMISSION *PRO HAC VICE*

  Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff District of Columbia, by and through their undersigned counsel, Jeannie S. Rhee, a member of the Bar of this Court, respectfully moves that Aaron Scherzer be admitted *pro hac vice* in the above-captioned action.

  In support of this motion, the undersigned represents:

  1. Aaron Scherzer is a Senior Counsel at States United Democracy Center, with an address at 572 Valley Road, No. 43592, Montclair, NJ 07043; telephone number 862-367-6480.

  2. As set forth in the Declaration of Aaron Scherzer accompanying this motion, Aaron Scherzer is a member of the bars of the States of New York and New Jersey and I am admitted to practice before the United States Supreme Court, the Unites States Courts of Appeals for the Third Circuit, Fifth Circuit, Sixth Circuit, Ninth Circuit, Tenth Circuit, and Federal Circuit, and the United States District Courts of the Southern and Eastern Districts of New York.

2

2

   3. Aaron Scherzer has not been admitted *pro hac vice* in this Court within the past two years.

WHEREFORE, Plaintiff District of Columbia, by and through their undersigned counsel, moves that this Court enter an Order permitting Aaron Scherzer to appear *pro hac vice* in the above-captioned action.

| | |
|---|---|
| Dated:  Washington, D.C.<br>    December 14, 2021 | Respectfully Submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br> GARRISON LLP<br><br>By: /s/ *Jeannie Rhee*<br>   Jeannie S. Rhee (Bar No. 464127)<br><br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>(202) 223-7466<br>jrhee@paulweiss.com<br><br>Attorney for Plaintiff<br> District of Columbia |