UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA,**

    Plaintiff,

      v.                                      Case No: 1:21-cv-03267-APM

**PROUD BOYS INTERNATIONAL, L.L.C.,**
**et al.,**

    Defendants.

## NOTICE OF APPEARANCE

    The Clerk is hereby notified that the undersigned, J. Daniel Hull, appears on behalf of Henry Tarrio in the above-styled action.

                                          Respectfully submitted,

                                          COUNSEL FOR DEFENDANT HENRY TARRIO

Dated: December 17, 2021                By: /s/ John Daniel Hull
                                          J. DANIEL HULL
                                          DC Bar No. 323006; California Bar No. 222862
                                          HULL MCGUIRE PC
                                          1420 N Street, N.W.
                                          Washington, D.C.  20005
                                          619-895-8336
                                          jdhull@hullmcguire.com