AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| DISTRICT OF COLUMBIA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1-21-cv-03267-APM |
| PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia                                                                                           .

Date: 12/28/2021

/s/ Matthew L. Larrabee
*Attorney's signature*

Matthew L. Larrabee
*Printed name and bar number*

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036
*Address*

matthew.larrabee@dechert.com
*E-mail address*

212-698-3500
*Telephone number*

212-698-3599
*FAX number*