UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                        Plaintiff,<br><br>              v.<br><br>PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,<br><br>                        Defendants. | No. 1:21-CV-03267-APM |

## **NOTICE OF ERRATA**

Plaintiff hereby submits a Notice of Errata regarding the *Pro Hac Vice* Motion for Katherine Reisner and accompanying Declaration submitted by Plaintiff on December 14, 2021, and December 17, 2021 (Doc. Nos. 8 and 15). Plaintiff attaches the Motion, Declaration, and Proposed Order with updated address information herein.

| | |
|---|---|
| Dated:  Washington, D.C.<br>          January 7, 2022 | Respectfully Submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>  GARRISON LLP<br><br>By:  /s/ *Jeannie Rhee*<br>          Jeannie S. Rhee (Bar No. 464127)<br><br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>(202) 223-7466<br>jrhee@paulweiss.com<br><br>Attorney for Plaintiff<br>  District of Columbia |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on January 7, 2022, I caused the foregoing Notice of Errata to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.3 to all counsel of record.

/s/ *Jeannie Rhee*
Jeannie S. Rhee (Bar No. 464127)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

            Plaintiff,

    v.

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

            Defendants.

Civil Action No. 1:21-CV-03267

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of the United States District Court for the District of Columbia, Plaintiff District of Columbia, by and through their undersigned counsel, Jeannie S. Rhee, a member of the Bar of this Court, respectfully moves that Katherine Reisner be admitted *pro hac vice* in the above-captioned action.

In support of this motion, the undersigned represents:

1. Katherine Reisner is a Senior Counsel at States United Democracy Center, 3749 Buchanan St., No. 475165, San Francisco, CA 94147; telephone 615-574-9108.

2. As set forth in the Declaration of Katherine Reisner accompanying this motion, Katherine Reisner is a member in good standing of the bar of the State of New York.

3. Katherine Reisner has not been admitted *pro hac vice* in this Court within the past two years.

WHEREFORE, Plaintiff District of Columbia, by and through their undersigned counsel, moves that this Court enter an Order permitting Katherine Reisner to appear *pro hac vice* in the above-captioned action.

2

| | |
|---|---|
| Dated: Washington, D.C.<br>January 7, 2022 | Respectfully Submitted,<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>  GARRISON LLP<br><br>By:  /s/ *Jeannie Rhee*<br>        Jeannie S. Rhee (Bar No. 464127)<br><br>2001 K Street NW<br>Washington, D.C. 20006-1047<br>(202) 223-7466<br>jrhee@paulweiss.com<br><br>Attorney for Plaintiff<br>  District of Columbia |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

                Defendants.

Civil Action No. 1:21-CV-03267

## **DECLARATION OF KATHERINE REISNER**

I, Katherine Reisner, pursuant to 28 U.S.C. § 1746, declare as follows: Pursuant to Local Rule 83.2(d), I certify that I am eligible for admission to this Court:

1. I am a Senior Counsel at States United Democracy Center, 3749 Buchanan St., No. 475165, San Francisco, CA 94147; telephone 615-574-9108.

2. I am a member in good standing of the bar of the State of New York. I have never been admitted to the bar of the District of Columbia and do not currently have an application pending for admission to the bar of the District of Columbia.

3. I have not been disciplined by any bar.

4. I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

2

Dated:   San Francisco, CA
         January 7, 2022

_____
Katherine Reisner

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                    Plaintiff,<br><br>           v.<br><br>PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,<br><br>                    Defendants. | Civil Action No. 1:21-CV-03267 |

## [PROPOSED] ORDER

Upon consideration of the District of Columbia's Motion for Admission *Pro Hac Vice* for Katherine Reisner and the accompanying Declaration of Katherine Reisner, it is hereby **ORDERED** that the District of Columbia's Motion for Admission *Pro Hac Vice* is hereby **GRANTED**.

**SO ORDERED** this _____ day of _____, 2022.

_____
United States District Judge