UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, | No. 1:21-CV-03267-APM<br><br>**JOINT MOTION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT** |

　　　　Plaintiff District of Columbia and Defendant Christopher Kuehne, through undersigned counsel, respectfully submit this joint motion and proposed order extending time to answer, move, or otherwise respond to the Complaint until March 11, 2022.

　　　　On December 14, 2021, Plaintiff District of Columbia filed a complaint in the above-captioned action (the "Complaint") asserting claims against Proud Boys International, L.L.C., Oath Keepers, Inc., and various individuals, including Defendant Kuehne.

　　　　Plaintiff properly served Kuehne on December 29, 2021, and Kuehne's deadline to respond to the Complaint is currently January 19, 2022.

　　　　The parties have agreed, through their undersigned counsel, to an extension until March 11, 2022 for Kuehne to answer, move, or otherwise respond to the Complaint in this action.

　　　　The parties have also agreed, through their undersigned counsel, that to the extent the parties in this case subsequently agree to a consolidated schedule concerning responses to the

Complaint, the consolidated schedule and the deadlines contained therein shall supersede this stipulation. The parties hereby expressly preserve all rights as well as claims and defenses with respect to this action, except that Defendant waives any defenses related to service of process.

It is therefore respectfully requested that the Court extend the deadline for Defendant Kuehne's Response to the Complaint to and including March 11, 2022.

Date: January 19, 2022

Respectfully Submitted,

*Counsel for Plaintiff District of Columbia:*

**KARL A. RACINE, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:  /s/ *Kathleen Konopka*
Kathleen Konopka (D.C. Bar 495257)
Vikram Swaruup (D.C. Bar 1670692)
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: vikram.swaruup@dc.gov

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen Hershenov*
Eileen B. Hershenov
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5805
Email: ehershenov@adl.org

**STATES UNITED DEMOCRACY CENTER**

By:  /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
1420 K Street NW
Washington, DC 20005

*Counsel for Defendant Kuehne:*

**MEDVIN LAW PLC**

By:  /s/ *Marina Medvin*
Marina Medvin, Esq.
916 Prince Street
Alexandria, VA 22314
Tel: (888) 886-4127
Fax: (703) 870-3300
Email: marina@medvinlaw.com

        Tel: 202-656-8178
        Email: norm@statesuniteddemocracy.org

By:   /s/ *Christine Sun*
        Christine P. Sun
        Katherine Reisner
        3749 Buchanan St., No. 475165
        San Francisco, CA 94147-3103
        Tel: 615-574-9108
        Email:christine@statesuniteddemocracy.org
            katie@statesuniteddemocracy.org

By:   /s/ *Aaron Scherzer*
        Aaron Scherzer
        572 Valley Road, No. 43592
        Montclair, NJ 07043
        Tel: 862-367-6480
        Email: aaron@statesuniteddemocracy.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ *Jeannie Rhee*
        Jeannie S. Rhee (D.C. Bar 464127)
        2001 K Street, NW
        Washington, D.C. 20006-1047
        Tel:  202-223-7300
        Fax:  202-223-7420
        Email:jrhee@paulweiss.com

By: /s/ *Daniel Kramer*
        Daniel J. Kramer
        Andrew J. Ehrlich
        Erin J. Morgan
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Tel: 212-373-3000
        Fax: 212-757-3990
        Email:  dkramer@paulweiss.com
            aehrlich@paulweiss.com
            ejmorgan@paulweiss.com

**DECHERT LLP**

By:   /s/ *Matthew Larrabee*

Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By: /s/ *Vincent Cohen*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: /s/ *Michael Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2022, I caused the foregoing Joint Motion And [Proposed] Order Extending Time To Answer, Move, Or Otherwise Respond To The Complaint to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

        /s/ *Jeannie Rhee*

        Jeannie S. Rhee