UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-03267 APM |
| ) | |
| LOUIS ENRIQUE COLON, et al. ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE ANSWER

COMES NOW the defendant Louis Enrique Colon, and hereby respectfully moves this Honorable Court to extend the time in which Mr. Colon can file his Answer to the Plaintiff's complaint in the above captioned matter.

1. On December 14, 2021, the Plaintiff filed a complaint against Mr. Colon and others.

2. Mr. Colon is currently being charged criminally in this Court (case no.: 21-cr-00160 TJK). Undersigned counsel was retained to represent Mr. Colon in his criminal matter.

3. Undersigned counsel does not represent Mr. Colon in the civil matter but is assisting Mr. Colon in locating counsel. Mr. Colon needs additional time to hire counsel to represent him in this matter.

4. Mr. Colon respectfully files this unopposed motion to extend the time in which to file his Answer to the complaint to March 11, 2022.

5. Undersigned counsel contacted Erin Morgan, counsel for the Plaintiff, and is authorized to state that the Plaintiff consents to this request for an extension of time until March 11, 2022.

6. For these reasons, counsel respectfully asks this Court to extend the time in which Mr. Colon can file his Answer to the complaint until March 11, 2022.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By: __/ s/ James R. Hobbs__
    JAMES R. HOBBS DC Bar ID MO0022
    1200 Main Street
    Suite 2110
    Kansas City, Missouri 64105
    Tel: (816) 221-0080
    Fax: (816) 221-3280
    jrhobbs@whmlaw.net
    ***ATTORNEYS FOR DEFENDANT***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 21st day of January, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.

   /s/ James R. Hobbs
***Attorney for Defendant***