# Marsala Law Group
*Attorneys at Law*

1417 E. McKinney St., Ste 110
Denton, TX 76209
(940) 382-1976
(469) 453-3031 fax

*Dominick Marsala, Attorney*
*Jenna Magaña, Attorney*
*Jason Van Dyke, Attorney*
marsalalawgroup@gmail.com

January 10, 2022

Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street
Washington D.C. 20006-1047



Let this be filed.

Re:   Civil Action No. 21cv3267
      *District of Columbia v. Proud Boys International L.L.C., et al.*



2022.01.2
4 08:10:41
-05'00'

Dear Ms. Rhee:

      This correspondence is with respect to your firms continued and unreasonable ideas relating or pertaining to my representation of the men's fraternal organization known as the "Proud Boys" or of "Proud Boys International L.L.C." As I have previously stated to you, I do not represent the Proud Boys and have had nothing to do with them – as a member, attorney, or otherwise - since approximately November 28, 2018. Furthermore, I am not the registered agent for the now non-existed limited liability company that was known as Proud Boys International L.L.C. I am, once again, attaching my resignation as the registered agent of the entity to this letter.

      On January 10, 2022, I received the enclosed documents with the enclosed envelope from "Torri Schaffer, Torrie Legal Services, 18403 Woodfield Road, Suite A, Gaithersburg, MD 20879-4794". This summons is for "Proud Boys International L.L.C." and appears to have been intended to be sent to Enrique Tarrio at the District of Columbia Detention Center. Instead, it was sent to my office.

      I do not represent the Proud Boys or Proud Boys International L.L.C. I do not represent Henry "Enrique" Tarrio. I do not represent any corporation, company, unincorporated organization, or *anyone* associated with the Proud Boys. I have communicated this to you and other attorneys with your firm several times. At best, I have been ignored and at worst I have received snark in response.

At this point, I can only conclude that your firm is attempting to serve these papers on me as an underhanded means of violating the due process rights of Mr. Tarrio and the men's fraternal organization known as the Proud Boys. I am, therefore, sending a copy of this correspondence and its contents both to the clerk of the U.S. District Court in and for the District of Columbia and to Office of Disciplinary Counsel of the District of Columbia Bar.

Do not attempt to serve me as an agent, attorney, or representative of the Proud Boys or of Proud Boys International L.L.C. again.

Very truly yours,

Jason L. Van Dyke
Attorney & Counselor at Law

cc: Office of Disciplinary Counsel
515 Fifth Street N.W.
Building A, Room 117
Washington D.C. 20001

Clerk, U.S. District Court – D.C.
333 Constitution Avenue N.W.
Room 1225
Washington D.C. 20001

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

## Office of the Secretary of State

# CERTIFICATE OF FILING
# OF

### Proud Boys International L.L.C.
### File Number: 803172528

The undersigned, as Secretary of State of Texas, hereby certifies that the Resignation of Registered Agent for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 01/07/2021

Effective: 01/07/2021

Ruth R. Hughs
Secretary of State

Phone: (512) 463-5555
Prepared by: Annie Cooper

Come visit us on the internet at https://www.sos.texas.gov/
Fax: (512) 463-5709
TID: 10307

Dial: 7-1-1 for Relay Services
Document: 1019228860001

| Form 402 (Revised 01/10) Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 Filing Fee: No fee |  **Resignation of Registered Agent** | This space reserved for office use. **FILED** In the Office of the Secretary of State of Texas **JAN 07 2021** Corporations Section |
|---|---|---|

The undersigned person, currently listed in the records of the secretary of state as the registered agent authorized to receive service of process for the entity named below, submits this resignation of appointment.

## Entity Information

1. The name of the entity for which the undersigned is designated as registered agent is:

Proud Boys International L.L.C.
*State the name of the entity as currently shown in the records of the secretary of state.*

2. The file number issued by the secretary to the entity making the appointment is: 803172528

## Statement of Notice

3. Written notice of the resignation has been given by the undersigned registered agent to the entity at the address of the entity most recently known by the agent. The address to which the notice was mailed or delivered is:

5730 NW 2nd Street
*Street/Mailing Address*

| Miami | FL | USA | 33126 |
|---|---|---|---|
| City | State | Country | Zip/Postal Code |

4. The date on which the written notice was given to the entity was: 1/4/2021
*mm/dd/yyyy*

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: 1/4/2021

Signature of resigning registered agent

Jason Lee Van Dyke
*Printed or typed name of resigning registered agent*

Form 402                                2



AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

_____ District of _____

District of Columbia

)
)
)
)

*Plaintiff(s)*

)
)

v.

)  Civil Action No.  21cv3267

See Attachment A

)
)
)
)
)
)

*Defendant(s)*

)

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address):* Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio
Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:     Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:   12/23/2021

/s/ Angela D. Caesar

*Signature of Clerk or Deputy Clerk*

## ATTACHMENT A

### Defendants

| | |
|---|---|
| Proud Boys International, L.L.C. | Sandra Ruth Parker |
| Oath Keepers | William Joseph Pepe |
| Ryan Ashlock | Dominic Pezzola |
| Joseph Randall Biggs | Zachary Rehl |
| Marc Anthony Bru | Jon Ryan Schaffer |
| Thomas Edward Caldwell | Daniel Lyons Scott |
| William Chrestman | Laura Steele |
| Louis Enrique Colon | Henry "Enrique" Tarrio |
| Donovan Ray Crowl | Jessica Marie Watkins |
| Nicholas DeCarlo | Christopher John Worrell |
| Charles Donohoe | Graydon Young |
| Kenneth Harrelson | John and Jane Does 1–50. |
| Arthur Jackman | |
| Joshua James | |
| Jonathanpeter Klein | |
| Christopher Kuehne | |
| Connie Meggs | |
| Kelly Meggs | |
| Roberto A. Minuta | |
| Ethan Nordean | |
| Nicholas Robert Ochs | |
| Bennie Alvin Parker | |

AO 85(Rev 11/11)
Consent to Trial by MJ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
Plaintiff

v.                                   Civil Action No.

_____
Defendant

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. Once judgment is entered an appeal must be taken to the U.S. Court of Appeals for the D.C. Circuit and not to the United States District Judge. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| Parties' printed names | Signatures of parties or attorneys | Dates |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Note: Return this form to the clerk of court only if you are consenting to the exercise jurisdiction by a United States magistrate judge. Do not return this form to a judge.

LOUIS ENRIQUE COLON,
    131 SW 27th St.
    Blue Springs, MO 64015-3342,

DONOVAN RAY CROWL,
    216 N Main St.
    Woodstock, OH 43084-9700,

NICHOLAS DECARLO,
    712 SW Sunset Ln.
    Burleson, TX 76028-5220,

CHARLES DONOHOE,
    2840 Cole Rd.,
    Winston Salem, NC 27107-4510,

KENNETH HARRELSON,
    2885 Saint Marks Dr.
    Titusville, FL 32780-6743,

ARTHUR JACKMAN,
    4030 N. Econlockhatchee Trail
    Orlando, Fl. 32817-1327,

JOSHUA JAMES,
    1463 Brashiers Chapel Rd.
    Arab, AL 35016-2727,

JONATHANPETER KLEIN,
    25180 SW Labrousse Rd.
    Sherwood, OR 97140-8807,

CHRISTOPHER KUEHNE,
    16657 S. Chalet Dr.
    Olathe, KS 66062-2513,

CONNIE MEGGS,
    14100 SW 101St LN.
    Dunnellon, FL 34432-4700,

    Columbus, IN 47201-8816,

DANIEL LYONS SCOTT,
    122 W Perry LN
    Englewood, FL 34223-2943,

LAURA STEELE,
    249 Newcastle Ct.
    Thomasville, NC 27360-7175,

HENRY "ENRIQUE" TARRIO,
    5730 SW 142 Ct.
    Miami, FL 33184,

JESSICA MARIE WATKINS,
    2586 Hickory Mill Dr.
    Hilliard, OH 43026-9464,

CHRISTOPHER JOHN WORRELL,
    282 Stanhope Cir.
    Naples, FL 34104-0810,

GRAYDON YOUNG,
    7147 Lago St.,
    Sarasota, FL 34241

    AND

JOHN AND JANE DOES 1-50

    *Defendants.*

## COMPLAINT

1.   The District of Columbia (the "District") brings this action against Proud Boys International, L.L.C. ("Proud Boys" or "PBI"), the Oath Keepers ("Oath Keepers"), their leadership, certain of their members, and others, for conspiring to terrorize the District by planning,

4

Case 1:21-cv-03267   Document 1-1   Filed 12/14/21   Page 1 of 5

## CIVIL COVER SHEET

JS-44 (Rev. 11/2020 DC)

**I. (a) PLAINTIFFS**
District of Columbia

**DEFENDANTS**
See Attachment A

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 11001
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** 88888
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
See Attachment B

**ATTORNEYS (IF KNOWN)**

### II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place an X in one category, A-N, that best represents your Cause of Action and one in a corresponding Nature of Suit)

**○ A. Antitrust**
☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability
☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
☐ 151 Medicare Act

*Social Security*
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

*Other Statutes*
☐ 891 Agricultural Acts
☐ 893 Environmental Matters
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)**         **OR**         **○ F. Pro Se General Civil**

*Real Property*
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

*Personal Property*
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

*Bankruptcy*
☐ 422 Appeal 27 USC 158
☐ 423 Withdrawal 28 USC 157

*Prisoner Petitions*
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Conditions
☐ 560 Civil Detainee – Conditions of Confinement

*Property Rights*
☐ 820 Copyrights
☐ 830 Patent
☐ 835 Patent – Abbreviated New Drug Application
☐ 840 Trademark
☐ 880 Defend Trade Secrets Act of 2016 (DTSA)

*Federal Tax Suits*
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

*Forfeiture/Penalty*
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 690 Other

*Other Statutes*
☐ 375 False Claims Act
☐ 376 Qui Tam (31 USC 3729(a))
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc
☐ 460 Deportation
☐ 462 Naturalization Application

☐ 465 Other Immigration Actions
☐ 470 Racketeer Influenced & Corrupt Organization
☐ 480 Consumer Credit
☐ 485 Telephone Consumer Protection Act (TCPA)
☐ 490 Cable/Satellite TV
☐ 850 Securities/Commodities/Exchange
☐ 896 Arbitration
☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act)

## ATTACHMENT A

### Defendants

| | |
|---|---|
| Proud Boys International, L.L.C. | Sandra Ruth Parker |
| Oath Keepers | William Joseph Pepe |
| Ryan Ashlock | Dominic Pezzola |
| Joseph Randall Biggs | Zachary Rehl |
| Marc Anthony Bru | Jon Ryan Schaffer |
| Thomas Edward Caldwell | Daniel Lyons Scott |
| William Chrestman | Laura Steele |
| Louis Enrique Colon | Henry "Enrique" Tarrio |
| Donovan Ray Crowl | Jessica Marie Watkins |
| Nicholas DeCarlo | Christopher John Worrell |
| Charles Donohoe | Graydon Young |
| Kenneth Harrelson | John and Jane Does 1–50. |
| Arthur Jackman | |
| Joshua James | |
| Jonathanpeter Klein | |
| Christopher Kuehne | |
| Connie Meggs | |
| Kelly Meggs | |
| Roberto A. Minuta | |
| Ethan Nordean | |
| Nicholas Robert Ochs | |
| Bennie Alvin Parker | |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com; aehrlich@paulweiss.com; ejmorgan@paulweiss.com

**DECHERT LLP**

Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com; d.brett.kohlhofer@dechert.com

Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

2