AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| District of Columbia <br><br><br> *Plaintiff(s)* <br> v. <br><br> See Attachment A <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  21cv3267 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Charles Donohoe
c/o NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:  ___12/23/2021___          ____/s/ Angela D. Caesar____
                                                    *Signature of Clerk or Deputy Clerk*

## TORRI'S LEGAL SERVICES          56016

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

Serve By: **01/07/2022**                                    Priority: **RUSH**

Date received: 12/8/2021  Job ID: 56016

Assigned to:   Torri  Schaffer
**SERVE TO: Charles Donohoe**

NC Detention Center, 125 Court Street, Hillsborough, NC 27278

Service Instrns: GO TO DISTRCT COURT AT 333 CONSTITUTION AVENUE, NW, DC 20001---GO TO SERVICE OF PROCESS AT THE US MARSHALLS OFFICE---GIVE THEM A CHECK FOR $195 PAYABLE TO US MARSHALL'S OFFICE---PUT IN THE MEMO FOR SERVICE ON CHARLES DONOHOE--I SPOKE TO RYAN OWENS IF THEY DON'T KNOW WHAT YOU ARE TALKING ABOUT

**Field Sheet**

Court: DC USDC          District

Court Case #: 1:21-cv-03267

Documents: Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States

Paul, Weiss, Rifkind, Wharton & Garrison,

**Client File Number**

| Serve As | ☑ Personal | ☐ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

**SERVICE ATTEMPTS:**
DATE/TIME                                    WHAT OCCURRED

1.) _1/31/22 @ 1020 AM.    SERVED IN PERSON_

2.)_____

3.)_____

Type of service: (circle)   (Individual)   Substitute   Post   Non-service   Corporate   Government

Served:  Date: _1/31/22_  Time: _10:20_ (AM)/ PM

Served To: _CHARLES DONAHOE_____ Title/Relation:_____

Skin/Race _W_   Sex: (M)/ F  Age: _33_  Height: _5'11_  Weight: _185_  Hair: _BLONDE_

Glasses: Y / (N)  Facial Hair: (Y)/ N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:** [ ] MARRIED  [ ] OTHER

**IF VACANT:** [ ] BOARDED UP      [ ] SECURED/PADLOCKED [ ] ELECTRIC OFF

[ ] GRASS OVERGROWN      [ ] NO FURNITURE INSIDE    [ ] CONFIRMED WITH:_____

---------------------------------------------------------------------------

Notes/Signature: _M. Sprague, USMS_
_324 W. MARKET ST_
_GREENSBORO, NC_
_27401_

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| District of Columbia | 1:21-CV-03267-APM |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Charles Donohue | Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
NC Detention Center

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
135 Court St. Hillsborough, NC 27278

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | N/A |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

| Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|
| | | |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 016 | No. 057 | Daniel J. Dalton | 10 Jan 2022 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date | Time | |
|---|---|---|---|
| | 1/31/22 | 1020 | ☑ am ☐ pm |

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy |
|---|---|
| | M. Sprea... |

Costs shown on attached USMS Cost Sheet >>

REMARKS

Form USM-285
Rev. 03/21