AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

_____ District of _____

District of Columbia )
)
)
*Plaintiff(s)* )
)
v. ) Civil Action No. 21cv3267
)
See Attachment A )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio
Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:    Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: \_\_\_12/23/2021\_\_\_   /s/ Angela D. Caesar
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)
Civil Action No. 1:21-cv-03267

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Proud Boys International, LLC c/o Henry "Enrique" Tarrio
was received by me on *(date)* 12/8/2021 .

☒ I personally served the summons on the individual at *(place)* Central Detention Facility, 1901 D Street SE, Washington, DC
Proud Boys International, LLC c/o Henry "Enrique" Tarrio on *(date)* 1/13/2022 11:00 AM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____; or

☒ I returned the summons unexecuted because _____; or

Other *(specify)*: Served Tarrio escorted by Ms Washington

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/13/2022

*Server's signature*
Royce Roberts

Royce Roberts, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC 20036
*Server's address*

56008

Additional information regarding attempted service, etc:
Proud Boys International, LLC c/o Henry "Enrique" Tarrio   Gender: Male   Race/Skin: White   Age: 45 yrs. old
Weight: 155 lbs.   Height: 5'7"   Hair: Balding/Black   Glasses: Yes   Other:

Documents Served: Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>Plaintiff<br><br>vs<br><br>PROUD BOYS INTERNATIONAL, LLC, et al<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) REGISTERED/CERTIFIED MAILING<br>AFFIDAVIT<br><br>Case Number: 1:21-cv-03267 |

## AFFIDAVIT OF PRIORITY MAIL UPON SECRETARY OF THE STATE OF TEXAS

The undersigned, Torri Schaffer, having been duly authorized to make service of the *Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036.

(XX) MAILING SERVICE: Service was effected upon Secretary of the State of Texas by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0125 5448 84. The item was delivered on January 11, 2022 at 6:17 a.m.

Service was effected at P.O. Box 12079, Austin, TX 78711-2079 on 01/11/2022 6:17 AM. A copy of the USPS Website Tracking Information is appended hereto. (Exhibit A)

E. TORRI SCHAFFER
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 11/29/2024

Sworn to and subscribed before me on
01/11/2022

E. Torri Schaffer, Notary Public
Commission Expires 11/29/2024

Christina S. Thompson
P.O. Box 18647
Washington, DC 20036
202-296-0222

56008

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 9405503699300125544884

Your item was delivered at 6:17 am on January 11, 2022 in AUSTIN, TX 78711.

**USPS Tracking Plus™ Available** ⌄

## ⊘ Delivered

January 11, 2022 at 6:17 am
AUSTIN, TX 78711

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**                                                    ⌄

---

**Tracking History**                                                         ⌄

---

**USPS Tracking Plus™**                                                      ⌄

---

**Product Information**                                                      ⌄

---

See Less ⌃

**EXHIBIT A**

## Can't find what you're looking for?



## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0125 5448 84**

| | | Priority Mail® Postage: | $7.95 |
|---|---|---|---|
| Trans. #: | 553149157 | Total: | $7.95 |
| Print Date: | 01/04/2022 | | |
| Ship Date: | 01/04/2022 | | |
| Expected Delivery Date: | 01/07/2022 | | |

From:   TORRI SCHAFFER        Ref#: 56008
        TORRI LEGAL SERVICES
        18403 WOODFIELD RD STE A
        GAITHERSBURG MD 20879-4794

To:     THE SECRETARY OF THE STATE OF TEXAS
        PO BOX 12079
        AUSTIN TX 78711-2079

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*