AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| District of Columbia | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21cv3267 |
| See Attachment A | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Daniel Lyons Scott
122 W Perry LN
Englewood, FL 34223-2943

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/23/21

/s/ Angela D. Caesar
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-03267

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daniel Lyons Scott
was received by me on *(date)* 12/8/2021 .

☒ I personally served the summons on the individual at *(place)* 122 W. Perry Ln., Englewood, FL 34223
Daniel Lyons Scott on *(date)* 12/31/2021 3:50 PM ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/31/2021

*Server's signature*

Mark Willett, Process Server
*Printed name and title*

56025

5357 Palos Verdes Dr., Sarasota, FL 34231
*Server's address*

Additional information regarding attempted service, etc:
Daniel Lyons Scott Gender: Male   Race/Skin: Caucasian   Age: 35 yrs. old   Weight: 300 lbs.
Height: 6'6"   Hair: Brown   Glasses: No   Other:

Documents Served: Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge