UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

           Plaintiff,

v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al*.,

           Defendants.

No. 1:21-CV-03267-APM

**PLAINTIFF'S MOTION FOR A CONSOLIDATED BRIEFING SCHEDULE**

Plaintiff respectfully moves the Court for a consolidated briefing schedule concerning responses to the Complaint. With 33 different Defendants and several different dates of service as of today, Defendants currently have 11 different filing dates for responses to the Complaint. Plaintiff proposes a consolidated schedule to simplify briefing and maximize efficiency for all parties and the Court.

As summarized in the attached Exhibit A, as of today:

- Defendant DeCarlo had a response date of January 18, 2022.
- Defendants Biggs[1] and Scott had a response date of January 21, 2022.
- Defendants Jackman and Rehl had a response date of January 25, 2022.
- Defendants Caldwell and Chrestman had a response date of January 26, 2022.
- Defendants Nordean, Ochs, and Oath Keepers had a response date of January 27, 2022.

---

[1] Counsel for Biggs, who also represents Defendant Tarrio, accepted service for Tarrio on the understanding that the parties would agree at a later date to an extension of both Biggs' and Tarrio's response dates, which is accomplished through the schedule proposed in this Motion.

- Defendant Tarrio had a response date of January 28, 2022, although counsel for Mr. Tarrio accepted service with the understanding that Plaintiff would agree at a later date to an extension of Mr. Tarrio's response date.
- Defendant Proud Boys International, L.L.C. had a response date of February 1, 2022.
- Defendants Steele and Young have a response date of February 17, 2022.
- Defendants Donohoe, Harrelson, K. Meggs, Pezzola, and Watkins have a response date of February 21, 2022.[2]
- Defendant Crowl has a response date of February 25, 2022.
- Defendants Ashlock, C. Meggs, Colon, Klein, Kuehne, Minuta, B. Parker, S. Parker, Pepe, and Worrell have a response date of March 11, 2022.[3]

Plaintiff has made multiple attempts to serve Defendants Bru, James, and Schaffer and continues to work expeditiously to complete service on them. Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff must complete service on these remaining Defendants by March 14, 2022. If Plaintiff is unable to serve any Defendants by that date, Plaintiff expects to show good cause and seek additional time to complete service.

Plaintiff seeks a consolidated briefing schedule now, notwithstanding the Defendants remaining to be served and the failure of some Defendants to appear or to respond to the

---

[2] Each of these Defendants is currently in custody at the D.C. Correctional Treatment Facility or Central Detention Facility. Each was presented with the relevant service papers in a one-on-one meeting with the process server on Monday, January 31. Defendants Harrelson, Pezzola, and Watkins refused to take the papers with them and asked that they be provided to their criminal defense counsel. Plaintiff believes that its service obligations are fulfilled as to these Defendants but is in the process of transmitting the papers to counsel as requested by these Defendants.

[3] Although Defendants Klein and Worrell have not yet filed motions requesting extensions, Plaintiff has consented to an extension until March 11, 2022.

Complaint. It is uncertain whether or by when any of these Defendants will be served process or appear, and suspending the litigation would prejudice both the Plaintiff and the Defendants who have appeared, all of whom share a common interest in the timely resolution of the claims in the Complaint. Setting a consolidated briefing schedule would also accord with this Court's practice in its related cases. *See* Minute Order Granting in Part Plaintiffs' Motion for Consolidated Briefing, *Smith* v. *Trump*, No. 21-cv-02265 (D.D.C. Oct. 23, 2021).

Therefore, so that the litigation of this case may continue to move forward, and to maximize the efficiency of pre-discovery briefing for the Court and all of the parties, Plaintiff proposes the following consolidated briefing schedule for all Defendants served by February 18, 2022:

> March 11, 2022 – Defendants to file any responses to the Complaint, including answers or Rule 12 motions
>
> April 1, 2022 – Plaintiff to file an Amended Complaint, if any
>
> May 18, 2022 – Defendants to file responses to any Amended Complaint, including answers or Rule 12 motions
>
> June 15, 2022 – Plaintiff to file responses to any Rule 12 motions; objections to any answers
>
> July 27, 2022 – Defendants to file any replies to briefs in opposition to their motions

Pursuant to Local Rule 7(k), Plaintiff has appended to the proposed order the addresses for any parties served but who have not appeared. Pursuant to Local Rule 7(m), Plaintiff has conferred with all counsel of record concerning this motion, and has attempted to meet and confer with several Defendants who requested extensions but are not yet represented in this action. Defendants

Biggs, Tarrio, Pepe, Minuta, C. Meggs and Colon do not oppose the motion. Plaintiff has not been able to confirm the positions of the remaining Defendants.

Dated: February 8, 2022

*Counsel for Plaintiff District of Columbia:*

**KARL A. RACINE, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: /s/ *Kathleen Konopka*
    Kathleen Konopka (D.C. Bar 495257)
    Vikram Swaruup (D.C. Bar 1670692)
    Brendan B. Downes ((D.C. Bar 187888)
    400 6th St. NW
    Washington, DC 20001
    Tel: 202-724-6533
    Email: vikram.swaruup@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
    Norman Eisen (D.C. Bar 435051)
    1420 K Street NW
    Washington, DC 20005
    Tel: 202-656-8178
    Email: norm@statesuniteddemocracy.org

By: /s/ *Christine P. Sun*
    Christine P. Sun
    Katherine Reisner
    3749 Buchanan St., No. 475165
    San Francisco, CA 94147-3103
    Tel: 615-574-9108
    Email:christine@statesuniteddemocracy.org
        katie@statesuniteddemocracy.org

By: /s/ *Aaron Scherzer*
    Aaron Scherzer

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
    Eileen B. Hershenov
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5805
    Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
    Jeannie S. Rhee (D.C. Bar 464127)
    2001 K Street, NW
    Washington, D.C. 20006-1047
    Tel: 202-223-7300
    Fax: 202-223-7420
    Email: jrhee@paulweiss.com

572 Valley Road, No. 43592
Montclair, NJ 07043
Tel: 862-367-6480
Email: aaron@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ *Matthew L. Larrabee*
Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on February 8, 2022, I caused the foregoing Motion for a Consolidated Briefing Schedule to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

                                              /s/ Jeannie S. Rhee
                                              Jeannie S. Rhee