# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| DISTRICT OF COLUMBIA, | |
|---|---|
| Plaintiff, | |
| v. | No. 1:21-CV-03267-APM |
| PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, | |
| Defendants. | |

## EXHIBIT A

| Defendant | Service Address(es) | Date Served | Current Response Date |
|---|---|---|---|
| Proud Boys International, L.L.C. | The Central Detention Facility<br>ATTN: Proud Boys International, L.L.C.<br>c/o Henry "Enrique" Tarrio, Chairman<br>DCDC No. 376128<br>1901 D Street, SE<br>Washington, DC 20003<br><br>The Secretary of the State of Texas<br>P.O. Box 12079<br>Austin, Texas 78711-2079 | Jan. 11, 2022 | Feb. 1, 2022 |
| Oath Keepers | 4625 West Nevso Dr., Suites 2 & 3<br>Las Vegas, NV 89103 | Jan. 6, 2022 | Jan. 27, 2022 |
| Ryan Ashlock | 711 S. Spruce Cir.<br>Gardner, KS 66030-1632 | Dec. 29, 2021 | Mar. 11, 2022 |

| Defendant | Service Address(es) | Date Served | Current Response Date |
|---|---|---|---|
| Joseph Randall Biggs | Seminole County Jail (G) #202100002744 211 Eslinger Way Sanford, Florida 32773 | Dec. 31, 2021 | Jan. 21, 2022[1] |
| Marc Anthony Bru | 10013 NE Hazel Dell Ave. #2 Vancouver, WA 98685-5203[2] | *Pending* | *Pending* |
| Thomas Edward Caldwell | 274 Wadesville Rd. Berryville, VA 22611 | Jan. 5, 2022 | Jan. 26, 2022 |
| William Chrestman | D.C. Central Detention Facility DCDC No. 376975 1901 D St., SE Washington, D.C. 20003 | Jan. 5, 2022 | Jan. 26, 2022 |
| Louis Enrique Colon | 3605 NW Pier Ct Blue Springs, MO 64015 | Dec. 30, 2021 | Mar. 11, 2022 |
| Donovan Ray Crowl | 8201 Sea Star Drive, Blacklick, OH 43004 | Feb. 4, 2022 | Feb. 25, 2022 |
| Nicholas DeCarlo | 712 SW Sunset Ln. Burleson, TX 76028-5220 | Dec. 27, 2021 | Jan. 18, 2022 |
| Charles Donohoe | NC Detention Center 125 Court Street Hillsborough, NC 27278 Orange County | Jan. 31, 2022 | Feb. 21, 2022 |
| Kenneth Harrelson | D.C. Central Detention Facility DCDC No. 377692 1901 D Street, SE Washington, DC 20003 | Jan. 31, 2022 | Feb. 21, 2022 |
| Arthur Jackman | 4030 N. Econlockhatchee Trail Orlando, FL 32817-1327 | Jan. 4, 2022 | Jan. 25, 2022 |
| Joshua James | *Pending*[3] | *Pending* | *Pending* |

---

[1] Counsel for Biggs, who also represents Defendant Tarrio, accepted service for Tarrio on the understanding that the parties would agree at a later date to an extension of both Biggs' and Tarrio's response dates.

[2] Plaintiff has attempted to serve Defendant Bru at this address, as well as two other addresses. Each attempt was unsuccessful.

[3] Defendant James no longer lives at the home address listed on the Complaint. Although in a January 10, 2022 phone call, Defendant James agreed to meet with a process server, he has since stopped responding.

| Defendant | Service Address(es) | Date Served | Current Response Date |
|---|---|---|---|
| Jonathanpeter Klein | 21 SE 10th St. Pendleton, OR 97801-2401 | Dec. 29, 2021 | Mar. 11, 2022[4] |
| Christopher Kuehne | 16657 S. Chalet Dr. Olathe, KS 66062-2513 | Dec. 29, 2021 | Mar. 11, 2022 |
| Connie Meggs | 14100 SW 101st Lane Dunnellon, FL 34432 | Jan. 6, 2020 | Mar. 11, 2022 |
| Kelly Meggs | D.C. Central Detention Facility DCDC No. 376780 1901 D Street, SE Washington, DC 20003 | Jan. 31, 2022 | Feb. 21, 2022 |
| Roberto A. Minuta | 120 Gray Lane Prosper, TX 75078 | Jan. 5, 2022 | Mar. 11, 2022 |
| Ethan Nordean | Federal Detention Center #28596-509 2425 S 200th Street Seatac, WA 98189 King County | Jan. 6, 2022 | Jan. 27, 2022 |
| Nicholas Robert Ochs | 3245 Virginia St Apt 56 Miami, FL 33133-5250 | Jan. 6, 2021 | Jan. 27, 2022 |
| Bennie Alvin Parker | 1170 Essex Gln. Morrow, OH 45152 | Jan. 5, 2022 | Mar. 11, 2022 |
| Sandra Ruth Parker | 1170 Essex Gln. Morrow, OH 45152 | Jan. 5, 2022 | Mar. 11, 2022 |
| William Joseph Pepe | 85 Judson St. Apt 2 Beacon, NY 12508 | Jan. 28, 2022 | Mar. 11, 2022[5] |
| Dominic Pezzola | D.C. Central Detention Facility DCDC No. 376366 1901 D Street, SE Washington, DC 20003 | Jan. 31, 2022 | Feb. 21, 2022 |

---

[4] Although Defendant Klein has not yet filed a motion for an extension of time, Plaintiff has consented to an extension until March 11, 2022.

[5] Counsel for Pepe accepted service on behalf of his client on January 28, 2022.

| Defendant | Service Address(es) | Date Served | Current Response Date |
|---|---|---|---|
| Zachary Rehl | Philadelphia Federal Detention Center<br>#34945-509<br>700 Arch St.<br>Philadelphia, PA 19106 | Jan. 4, 2022 | Jan. 25, 2022 |
| Jon Ryan Schaffer | 5162 Timber Ridge Dr.<br>Columbus, IN 47201[6] | *Pending* | *Pending* |
| Daniel Lyons Scott | 122 W Perry Lane<br>Englewood, FL 34223-2943 | Dec. 31, 2021 | Jan. 21, 2022 |
| Laura Steele | 249 Newcastle Ct.<br>Thomasville, NC 27360 | Jan. 27, 2022 | Feb. 17, 2022 |
| Henry "Enrique" Tarrio | D.C. Central Detention Facility<br>DCDC No. 376128<br>1901 D Street, SE<br>Washington, DC 20003 | Jan. 7, 2022 | Jan. 28, 2022[7] |
| Jessica Marie Watkins | D.C. Central Detention Facility<br>DCDC No. 376250<br>1901 D Street, SE<br>Washington, DC 20003 | Jan. 31, 2022 | Feb. 21, 2022 |
| Christopher John Worrell | 282 Stanhope Cir.<br>Naples, FL 34104-0810 | Jan. 4, 2022 | Mar. 11, 2022[8] |
| Graydon Young | 1958 Allen St.<br>Englewood, FL 34223 | Jan. 27, 2022 | Feb. 17, 2022 |

---

[6] Plaintiff has attempted to serve Defendant Schaffer at this, his home address, and at a second address. Both attempts were unsuccessful.

[7] Counsel for Defendant Tarrio accepted service by email of the complaint and summons with the understanding that Plaintiff would agree at a later date to an extension of Mr. Tarrio's response date.

[8] Although Defendant Worrell has not yet filed a motion for an extension of time, Plaintiff has consented to an extension until March 11, 2022.