# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                Defendants.

No. 1:21-CV-03267-APM

## **ORDER**

The Court hereby grants Plaintiff's Motion for Consolidated Briefing Schedule. Responses to the Complaint, and subsequent briefing, shall proceed according to the following schedule:

    March 11, 2022 – Defendants to file any responses to the Complaint, including answers or Rule 12 motions

    April 1, 2022 – Plaintiff to file an Amended Complaint, if any

    May 18, 2022 – Defendants to file responses to any Amended Complaint, including answers or Rule 12 motions

June 15, 2022 – Plaintiff to file responses to any Rule 12 motions; objections to any answers

July 27, 2022 – Defendants to file any replies to briefs in opposition to their motions

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____

## Local Rule 7(k) Appendix

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

The Central Detention Facility
ATTN: Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio, Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003

Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio
1290 SW 142nd Court
Miami, FL 33184

Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio
5730 SW 142 Ct.
Miami, FL 33184

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Ryan Ashlock
711 S. Spruce Cir.
Gardner, KS 66030-1632

Marc Anthony Bru
10013 NE Hazel Dell Ave. #2
Vancouver, WA 98685-5203

Thomas Edward Caldwell
274 Wadesville Rd.
Berryville, VA 22611


William Chrestman
D.C. Central Detention Facility
DCDC No. 376975
1901 D St., SE
Washington, D.C. 20003


Louis Enrique Colon
3605 NW Pier Ct
Blue Springs, MO 64015


Donovan Ray Crowl
8201 Sea Star Drive,
Blacklick, OH 43004


Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220


Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County


Kenneth Harrelson
D.C. Central Detention Facility
DCDC No. 377692
1901 D Street, SE
Washington, DC 20003


Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
1463 Brashiers Chapel Rd.
Arab, AL 35016


Jonathanpeter Klein
21 SE 10th St.
Pendleton, OR
97801-2401


Christopher Kuehne
16657 S. Chalet Dr.
Olathe, KS 66062-2513


Connie Meggs
14100 SW 101st Lane
Dunnellon, FL 34432


Kelly Meggs
D.C. Central Detention Facility
DCDC No. 376780
1901 D Street, SE
Washington, DC 20003


Ethan Nordean
#28596-509
Federal Detention Center
2425 S 200th Street
Seatac, WA 98189
King County


Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Dominic Pezzola
D.C. Central Detention Facility
DCDC No. 376366
1901 D Street, SE
Washington, DC 20003


Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106


Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201


Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943


Laura Steele
249 Newcastle Ct.
Thomasville, NC 27360


Jessica Marie Watkins
D.C. Central Detention Facility
DCDC No. 376250
1901 D Street, SE
Washington, DC 20003


Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-0810


Graydon Young
1958 Allen St.
Englewood, FL 34223