# EXHIBIT 1

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

February 12, 2021

Attn: Jason Lee VanDyke

Jason Lee Van Dyke
PO Box 2618
Decatur, TX 76234 USA

----

RE: Proud Boys International L.L.C.
File Number: 803172528

It has been our pleasure to file the Certificate of Termination for the referenced entity. Enclosed is the certificate evidencing filing. Payment of the filing fee is acknowledged by this letter.

If we may be of further service at any time, please let us know.

Sincerely,

Corporations Section
Business & Public Filings Division
(512) 463-5555

Enclosure

**RECEIVED**
**Mail Room**

FEB - 2 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555    Fax: (512) 463-5709    Dial: 7-1-1 for Relay Services
Prepared by: Elizabeth "Annie" Denton    TID: 10323    Document: 1027435140002

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

### CERTIFICATE OF FILING
### OF

### Proud Boys International L.L.C.
File Number: 803172528

The undersigned, as Secretary of State of Texas, hereby certifies that the Certificate of Termination for the above named entity has been received in this office and has been found to conform to the applicable provisions of law.

ACCORDINGLY, the undersigned, as Secretary of State, and by virtue of the authority vested in the secretary by law, hereby issues this certificate evidencing filing effective on the date shown below.

Dated: 02/10/2021

Effective: 02/10/2021



Ruth R. Hughs
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555                     Fax: (512) 463-5709                    Dial: 7-1-1 for Relay Services
Prepared by: Elizabeth "Annie" Denton     TID: 10307                             Document: 1027435140002

| Form 651 |  | Filed in the Office of the |
|---|---|---|
| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $40 | **Certificate of Termination<br>of a<br>Domestic Entity** | Secretary of State of Texas<br>Filing #: 803172528 02/10/2021<br>Document #: 1027435140002<br>Image Generated Electronically<br>for Web Filing |

## Entity Information

The name of the domestic entity is:

**Proud Boys International L.L.C.**

The entity is organized as a : **Domestic Limited Liability Company (LLC)** under the laws of Texas.

The date of formation of the entity is: **November 26, 2018**

The file number issued to the entity by the secretary of state is: **803172528**

## Governing Persons

The names and addresses of each of the filing entity's governing person are:

NAME OF GOVERNING PERSON :
IF INDIVIDUAL

OR
IF ORGANIZATION
**JLVD Holdings LLC**
ADDRESS OF GOVERNING PERSON :
**108 Durango Drive   Aubrey  TX, USA  76227**

## Event Requiring Winding Up

The nature of the event requiring winding up is:

**A voluntary decision to wind up the entity has been approved in the manner required by the Texas Business Organizations Code and by the governing documents of the entity.**

## Completion of Winding Up

The filing entity has complied with the provisions of the Texas Business Organizations Code governing its winding up.

## Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Tax Certificate

A. ☑ Attached hereto is a certificate from the comptroller of public accounts that all taxes under title 2, Tax Code, have been paid.

Termination - International.pdf

B. ☐ The entity is a domestic non profit corporation and is not required to provide a certificate of account status under the provisions of the Texas Business Organizations Code.

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **February 10, 2021**

**Jason Van Dyke, Former Chairman and Former General Counsel**

Signature and title of authorized person(s)

**FILING OFFICE COPY**



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

Comptroller.Texas.Gov

February 10, 2021

PROUD BOYS INTERNATIONAL L.L.C.
PO BOX 2618
DECATUR TX 76234-6165

## Certificate of Account Status

THE STATE OF TEXAS
COUNTY OF TRAVIS

I, Glenn Hegar, Comptroller of Public Accounts of the State of Texas, DO HEREBY CERTIFY that according to the records of this office

PROUD BOYS INTERNATIONAL L.L.C.

has filed all required reports for taxes administered by the Comptroller under Title 2, Tax Code, and taxes reported due on those reports have been paid. This certificate must be filed with the Texas Secretary of State to legally end the entity's existence in Texas. This certificate is valid through December 31, 2021.

GIVEN UNDER MY HAND AND SEAL
OF OFFICE in the City of
Austin, this 10th day of
February, 2021 A.D.

Glenn Hegar
Texas Comptroller

Taxpayer number: 32069017773
File number: 0803172528

NOTE: Failure by registered Texas entities to legally end existence with the Texas Secretary of State on or before the expiration of this certificate will result in additional franchise tax responsibilities. Texas entities not registered with the Texas Secretary of State and all out-of-state entities are responsible for franchise tax through the last date of business in this state.

Form 05-305 (Rev.1-15/17)

# EXHIBIT 2

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia
_____ District of _____

District of Columbia )
)
)
*Plaintiff(s)* )
)
v. )  Civil Action No. 21cv3267
)
See Attachment A )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address):* Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio
Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003

**RECEIVED**
**Mail Room**

**FEB - 2 2022**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is: Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 12/23/2021     /s/ Angela D. Caesar
                     *Signature of Clerk or Deputy Clerk*

Civil Action No.  1:21-cv-03267

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Proud Boys International, LLC c/o Henry "Enrique" Tarrio
was received by me on *(date)* 12/8/2021

☒ I personally served the summons on the individual at *(place)* Central Detention Facility, 1901 D Street SE, Washington, DC
Proud Boys International, LLC c/o Henry "Enrique" Tarrio    on *(date)* 1/13/2022 11:00 AM  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____  on *(date)* _____  ; or

☒ I returned the summons unexecuted because _____ ; or

Other *(specify):* Served Tarrio escorted by Ms Washington

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  1/13/2022

*Server's signature*

56008

Royce Roberts, Process Server
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
*Server's address*

Additional information regarding attempted service, etc:
Proud Boys International, LLC c/o Henry "Enrique" Tarrio   Gender: Male    Race/Skin: White    Age: 45 yrs. old
Weight: 155 lbs.         Height: 5'7"      Hair: Balding/Black      Glasses: Yes    Other:

Documents Served: Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>Plaintiff<br><br>vs<br><br>PROUD BOYS INTERNATIONAL, LLC, et al<br>Defendant | REGISTERED/CERTIFIED MAILING AFFIDAVIT<br><br>Case Number: 1:21-cv-03267 |

## AFFIDAVIT OF PRIORITY MAIL UPON SECRETARY OF THE STATE OF TEXAS

The undersigned, Torri Schaffer, having been duly authorized to make service of the *Summons in a Civil Action, Attachment A and B, Civil Cover Sheet, Complaint, Notice of Right to Consent to Trial Before a United States Magistrate Judge* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036.

(XX)  MAILING SERVICE:  Service was effected upon Secretary of the State of Texas by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0125 5448 84.  The item was delivered on January 11, 2022 at 6:17 a.m.

Service was effected at  P.O. Box 12079, Austin, TX  78711-2079 on 01/11/2022 6:17 AM.  A copy of the USPS Website Tracking Information is appended hereto.  (Exhibit A)

E. TORRI SCHAFFER
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 11/29/2024

Sworn to and subscribed before me on
01/11/2022

E. Torri Schaffer, Notary Public
Commission Expires 11/29/2024

Christina S. Thompson
P.O. Box 18647
Washington, DC  20036
202-296-0222

56008

# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:** 9405503699300125544884

Remove ×

Your item was delivered at 6:17 am on January 11, 2022 in AUSTIN, TX 78711.

USPS Tracking Plus™ Available ∨

### ✓ Delivered

January 11, 2022 at 6:17 am
AUSTIN, TX 78711

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

USPS Tracking Plus™ ∨

---

Product Information ∨

---

See Less ∧

**EXHIBIT A**

Can't find what you're looking for?



# EXHIBIT 3

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

The undersigned, as Secretary of State of Texas, does hereby certify that the attached is a true and correct copy of each document on file in this office as described below:

Proud Boys International L.L.C.
Filing Number: 803172528

Certificate of Formation

November 26, 2018

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on December 30, 2020.



Ruth R. Hughs
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB
Fax: (512) 463-5709
TID: 10266
Dial: 7-1-1 for Relay Services
Document: 1016759660007

Form 205
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

This space reserved for office use.

F I L E D
In the Office of the
Secretary of State of Texas

NOV 26 2018

Corporations Section

### Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

Proud Boys International L.L.C.

The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

### Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of:

OR

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| Jason | L | Van Dyke | |
|---|---|---|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 108 Durango Drive | Crossroads | TX | 76227 |
|---|---|---|---|
| *Street Address* | *City* | *State* | *Zip Code* |

### Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☑ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☐ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

**GOVERNING PERSON 1**
NAME (Enter the name of either an individual or an organization, but not both.)
**IF INDIVIDUAL**

| *First Name* | *M.I.* | *Last Name* | *Suffix* |
|---|---|---|---|

OR
**IF ORGANIZATION**

JLVD Holdings L.L.C.
*Organization Name*

**ADDRESS**

| 108 Durango Drive | Crossroads | TX | USA | 76227 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

Form 205                                    4

**GOVERNING PERSON 2**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR
IF ORGANIZATION

Organization Name

ADDRESS

| Street or Mailing Address | City | State | Country | Zip Code |

**GOVERNING PERSON 3**

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

| First Name | M.I. | Last Name | Suffix |

OR
IF ORGANIZATION

Organization Name

ADDRESS

| Street or Mailing Address | City | State | Country | Zip Code |

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

The purpose of Proud Boys International, L.L.C. shall be to establish, maintain, govern, improve and promote the welfare of an international fraternal order to be known as the "Proud Boys", which shall have for its objects: the mutual benefit and assistance of its members; the binding by closer bonds of its members one to another; the rendition of mutual assistance to its members during life, and after their death, to their dependents; the extending of charity to all who need such assistance; the promotion of western civilization including free speech and the right to bear arms; the promotion of good citizenship; the training and developing of men to become positive role models as husbands, fathers, entrepreneurs, and civic leaders; and true patriotism.

## Organizer

The name and address of the organizer:

Jason Lee Van Dyke
*Name*

| 108 Durango Drive | Crossroads | TX | 76227 |
|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Zip Code* |

## Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date: 11/23/2018

*[signature]*
Signature of organizer

Jason Lee Van Dyke
Printed or typed name of organizer