THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA,**
400 6^(TH) Street, N.W., 10^(th) Floor
Washington, D.C. 20001

    Plaintiff,

V.                                          CASE NO: 1:21-CV-03267

**GRAYDON YOUNG, et al.,**
7147 Lago St.,
Sarasota, FL 34241

    Defendants.
_____/

## SUGGESTION OF BANKRUPTCY

**COMES NOW** the Defendant, **GRAYDON YOUNG** by and through the undersigned attorney and files this, his Suggestion of Bankruptcy, and would show that a Petition for Relief under 11 U.S.C. 1301, Chapter 7 was filed on February 28, 2022 in the Middle District of Florida, Case No. 8:22-bk-00795. Pursuant to 11 U.S. C. 362 all actions against the said Defendant are stayed.

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, a copy of the foregoing was sent, by ECF, to all counsel of record and registered parties.

                                        /s/ George R.A. Doumar
                                      George R.A. Doumar, D.C. Bar 415446
                                      Raj H. Patel, D.C. Bar 240973
                                      Doumar Martin, PLLC
                                      11350 Random Hills Road, Suite 700
                                      Fairfax, VA 22030
                                      Tel: 703-352-1300

Fax: 703-352-1301
gdoumar@doumarmartin.com
rpatel@doumarmartin.com
*Counsel for Graydon Young*