IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA** | * | |
| | * | |
| v. | * | Case No. 21-cv-03267 APM |
| | * | |
| **RYAN ASHLOCK** | * | |
| | * | |

## MOTION TO EXTEND TIME TO FILE ANSWER

COMES NOW, the Defendant Ryan Ashlock, hereby moves this Honorable Court to extend the time in which Mr. Ashlock can file his Answer to the Plaintiff's complaint in the above captioned matter.

1. On December 14, 2021, the Plaintiff filed a complaint against Mr. Ashlock and others. Per prior order of the Court, Mr. Ashlock was to file his Answer to the complaint by March 11, 2022.

2. Mr. Ashlock is currently being charged criminally in this Court (case no.: 21-cr-00160 TJK). Undersigned counsel was court appointed to represent Mr. Ashlock in his criminal matter.

3. Undersigned counsel does not represent Mr. Ashlock in the civil matter but is assisting Mr. Ashlock in locating counsel. Mr. Ashlock needs additional time to hire counsel to represent him in this matter.

4. Additionally, undersigned counsel is in the process of negotiating a plea in Plaintiff's criminal matter. The resolution of his criminal case is may alter Mr. Ashlock's status in the civil matter.

1

5. Mr. Ashlock respectfully files this motion to extend the time in which to file his Answer to the complaint to May 11, 2022.

6. Undersigned counsel discussed this request with counsel for the Plaintiff, Erin Morgan, Esq., and is authorized to state that Plaintiff takes no position on Mr. Ashlock's request for an extension, but notes for the Court that Mr. Ashlock was served with the summons and complaint in this case on December 29, 2021 and Plaintiff made multiple attempts to meet and confer with Mr. Ashlock regarding the consolidated schedule, which he rejected. Plaintiff further notes that the consolidated schedule affects 33 separate defendants and was proposed after a lengthy meet and confer process.

7. For these reasons, counsel respectfully asks this Court to extend the time in which Mr. Ashlock can file his Answer to the complaint to May 11, 2022.

Respectfully submitted,

/s/
_____
Michael E. Lawlor
Brennan, McKenna & Lawlor, Chtd.
6305 Ivy Lane, Suite 700
Greenbelt, Maryland 20770
301.474.0044
mlawlor@verizon.net

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 11, 2022, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

/s/
_____
Michael E. Lawlor