**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA

       v.                                            Case No: 21-cv-03267 (APM)

PROUD BOYS INTERNATIONAL, LLC, et al.

        Defendants.

## DEFENDANTS BIGGS' AND TARRIO'S MOTION FOR EXTENSION OF TIME TO MEET MARCH 11, 2022 DEADLINE

Defendants Joseph Biggs and Henry Tarrio, by undersigned counsel for both, move for an enlargement of time until **March 18, 2022** to meet their pleading deadlines set for today. This past week highly unexpected changes developed in pretrial detention scenarios for Biggs and Tarrio. Biggs' jail and physical location were unknown for a week-long period starting March 4, and is still in flux. Tarrio was arrested and detained in Miami on March 8. Neither has been available to counsel to finalize decisions about the filings today. Three days ago, the undersigned asked plaintiff's counsel for this extension, noting that in no event would a separate motion to dismiss be filed on behalf of either Biggs or Tarrio, and that in all likelihood simple Rule 8 answers and affirmative defenses would be lodged. Plaintiff's counsel took no position on the request, provided that the following language--which is true and accurate--would accompany this motion: "Plaintiff takes no position on Defendants' request for an extension, but notes for the Court that Mr. Biggs and Mr. Tarrio were served with the summons and complaint in this case on December 31, 2021 and January 7, 2022 respectively, and that both Defendants consented to the consolidated schedule—including the March 11, 2022 response date.  Plaintiff further notes that the consolidated schedule affects 33 separate defendants and was proposed after a lengthy meet

and confer process." Biggs and Tarrio fully appreciate and regret how this request affects and slightly frustrates the briefing schedule. Nonetheless, and for good cause shown, Biggs and Tarrio request the Court to extend their current March 11 deadline by seven days or, until March 18, 2022.

                                    Respectfully submitted,

                                    JOHN DANIEL HULL

                                    COUNSEL FOR DEFENDANTS
                                    BIGGS AND TARRIO

                              By: /s/  J. Daniel Hull
                              JOHN DANIEL HULL
                              DC Bar No. 323006
                              California Bar No. 222862
                              Hull McGuire PC
                              1420 N Street, N.W.
                              Washington, D.C. 20005
                              619-895-8336
                              202-429-6520
                              jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 11, 2022 he served a true and correct copy of the foregoing Motion for Extension upon Ms. Erin J. Morgan and all other counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
1420 N Street, N.W.
Washington, D.C. 20005
(202) 429-6520
jdhull@hullmcguire.com