# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PROUD BOYS INTERNATIONAL, )<br>LLC., et al. )<br>)<br>Defendants. ) | Case No. 1:21-cv-03267 |

## PRO SE ANSWER OF DEFENDANT LOUIS ENRIQUE COLON

COMES NOW the defendant, Louis Enrique Colon, pro se, and hereby respectfully files my Answer to the Complaint.

1. I was served a summons in this case on or about December 30, 2021. I agreed with a proposed scheduling order for my case which makes my answer due on March 11, 2022. I am also indicted in *United States v. Kuehne, et al.*, Case No. 1:21-cr-.160 (TJK.) I have entered a not guilty plea to the criminal charges, and they are pending at this time.

2. I am unable to retain private civil counsel in this matter. I consulted with my criminal counsel on this reply, but cannot retain my criminal counsel for this case. I was also directed to consult the *pro se* Non-Prisoner Handbook as to how to file and prepare this answer.

3. I admit that I am a resident and citizen of the State of Missouri. As to all other claims set out in paragraph 17, I invoke my right to remain silent under the Fifth Amendment to the United States Constitution.

1

4. I also assert my right to remain silent to the extent that any other claims or statements contained in any other paragraphs of the civil Complaint might apply to me. Specifically, I assert my Fifth Amendment right to all allegations contained in paragraphs 1-16, and 18-309.

4. I also ask that this Court stay or stop this civil proceeding as to me until my criminal case is completed.

WHEREFORE, defendant Colon respectfully files my pro se Answer to the Complaint and request to stay the proceedings as set out herein and for such further and other relief as deemed appropriate by the Court.

Respectfully submitted,

By: _____
LOUIS ENRIQUE COLON
Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11 day of March, 2022, the foregoing was sent to the Clerk of the Court for filing in the ECF system which sent notification of such filing to all counsel of record. I further certify that a copy of this Answer was sent via email to Erin J. Morgan, Esq., counsel for plaintiff, at ejmorgan@paulweiss.com.

_____
*Louis Enrique Colon*
*Defendant*

2