UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

          Plaintiff,

          v.

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

          Defendants.

No. 1:21-CV-03267-APM

**ORDER**

For the reasons stated in Plaintiff's Motion for Extension of Time to Serve Defendants Bru and Schaffer, ECF No. 88, the Court hereby finds good cause to extend the time to complete service by 90 days. Plaintiff shall have until Monday, June 13, 2022, to complete service in this matter.

SO ORDERED.

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____