UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA

      v.                                      Case No: 21-cv-03267 (APM)

PROUD BOYS INTERNATIONAL, LLC, et al.

      Defendants.

## DEFENDANTS BIGGS' AND TARRIO'S MOTION TO JOIN MOTIONS TO DISMISS FILED THROUGH MARCH 11, 2022

      Pursuant to the minute order of March 14, 2022, defendants Joseph Biggs and Henry Tarrio each move to join in all motions to dismiss filed to date in the above-captioned case (i.e., ECF Nos. 80, 81, 84 and 86). Because the cases of Mr. Biggs and Mr. Tarrio are different factually from each other, and different from the cases of the other defendants, they ask to join in these motions only to the extent applicable and appropriate.

      The continued protracted pretrial incarceration of Biggs, coupled with the recent unexpected arrest and jailing of Tarrio, drive this motion. Neither defendant can defend against, or add to the record of, the various January 6 civil cases against him—by the District of Columbia, Capitol Hill police officers, members of Congress, historic churches, etc.—when neither can raise money because each is locked up (a) indefinitely and (b) at the same time. Finally, counsel for plaintiff indicated this past week that she does not object to this motion as a means to satisfy Biggs' and Tarrio's obligations to respond to the complaint.

      Accordingly, Biggs and Tarrio request leave to join in the motions to dismiss filed at ECF Nos. 80, 81, 84 and 86 in order to meet the March 11, 2022 deadline previously set by this Court.

Respectfully submitted,


JOHN DANIEL HULL

COUNSEL FOR DEFENDANTS
BIGGS AND TARRIO


By: /s/ J. Daniel Hull
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336
202-429-6520
jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 18, 2022 he served a true and correct copy of Defendants Biggs' and Tarrio's Motion to Join Motions to Dismiss Filed Through March 11, 2022 upon Ms. Erin J. Morgan and all other counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C.  20005
(202) 429-6520
jdhull@hullmcguire.com