UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                Defendants.

No. 1:21-CV-03267-APM

**PLAINTIFF'S UNOPPOSED MOTION
FOR A STAY OF TIME TO RESPOND TO
DEFENDANTS KLEIN, MINUTA, AND PEPE'S MOTION TO STAY**

      The District of Columbia (the "District"), respectfully submits this unopposed motion for a stay of time to file a response to Defendants Klein, Minuta, and Pepe's Motion to Stay filed on March 11, 2022 in conjunction with their Motion to Dismiss. D.I. 84, 90. Plaintiff's response is due on March 25, 2022.

      Plaintiff hereby requests a stay of its time to respond to Defendants' motion so that the parties can meet and confer on the issues raised therein and potentially reach a resolution. Counsel for Defendants Klein, Minuta, and Pepe has consented to the requested stay of Plaintiff's time to respond.

Dated: March 23, 2022

*Counsel for Plaintiff District of Columbia:*

**KARL A. RACINE, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: /s/ *Kathleen Konopka*
Kathleen Konopka (D.C. Bar 495257)
Vikram Swaruup (D.C. Bar 1670692)
Brendan B. Downes ((D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: vikram.swaruup@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
1420 K Street NW
Washington, DC 20005
Tel: 202-656-8178
Email: norm@statesuniteddemocracy.org

By: /s/ *Christine P. Sun*
Christine P. Sun
Katherine Reisner
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Tel: 615-574-9108
Email:christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org

By: /s/ *Aaron Scherzer*
Aaron Scherzer
572 Valley Road, No. 43592
Montclair, NJ 07043
Tel: 862-367-6480
Email: aaron@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ *Matthew L. Larrabee*
Matthew L. Larrabee

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
Eileen B. Hershenov
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5805
Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com

        1095 Avenue of the Americas
        New York, NY 10036-6797
        Tel: 212-698-3500
        Fax: 212-698-3599
        Email: matthew.larrabee@dechert.com

By:   /s/ *Vincent H. Cohen, Jr.*
        Vincent H. Cohen, Jr. (D.C. Bar 471489)
        D. Brett Kohlhofer (D.C. Bar 1022963)
        1900 K Street, NW
        Washington, D.C. 20006-1110
        Tel: 202-261-3300
        Fax: 202-261-3333
        Email: vincent.cohen@dechert.com
        d.brett.kohlhofer@dechert.com

By:   /s/ *Michael S. Doluisio*
        Michael S. Doluisio
        2929 Arch Street
        Philadelphia, PA 19104-2808
        Tel: 215-994-2000
        Fax: 215-994-2222
        Email: michael.doluisio@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 23, 2022, I caused the foregoing Motion for a Stay of Time to Respond to Defendants Klein, Minuta, and Pepe's Motion to Stay to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

                                                                                 */s/ Jeannie S. Rhee*
                                                                                 Jeannie S. Rhee