**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

                   Plaintiff,

              v.                                          No. 1:21-CV-03267-APM

PROUD BOYS INTERNATIONAL, L.L.C., *et al*.,

                   Defendants.

**<u>ORDER</u>**

The Court hereby grants Plaintiff's Unopposed Motion for a Stay of Time to

Respond to Defendants Klein, Minuta, and Pepe's Motion to Stay.

       **SO ORDERED.**

                                  _____

                                  Hon. Amit P. Mehta
                                  United States District Court Judge

                                  Dated: _____

## **Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:


All counsel of record, via ECF

The Central Detention Facility[1]
ATTN:  Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio, Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003


Service of Process
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2079
ATTN:  Proud Boys International, L.L.C.


Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Marc Anthony Bru
10013 NE Hazel Dell Ave. #2
Vancouver, WA 98685-5203

Thomas Edward Caldwell
274 Wadesville Rd.
Berryville, VA 22611


William Chrestman
D.C. Central Detention Facility
DCDC No. 376975
1901 D St., SE
Washington, D.C. 20003

---

[1]    Plaintiff believes Defendant Tarrio's arrival and detention at this facility is imminent.  On March 15, 2022, Magistrate Judge Lauren Louis in the Southern District of Florida ordered Tarrio to be detained and committed to the District of Columbia.  Commitment to Another District, *USA* v. *Tarrio*, Case No. 22-mj-02369, D.I. 12 (S.D. Fla. Mar. 15, 2022).

Louis Enrique Colon
3605 NW Pier Ct
Blue Springs, MO 64015

Donovan Ray Crowl
8201 Sea Star Drive,
Blacklick, OH 43004

Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Kenneth Harrelson
D.C. Central Detention Facility
DCDC No. 377692
1901 D Street, SE
Washington, DC 20003

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572[2]

---

[2] Plaintiff understands this to be Defendant Nordean's present address per Defendant Nordean's Opposition to the Government's Motion to Continue the March 8, 2022 Status Conference filed in *USA v. Nordean et al.*, Case No. 21-cr-175, D.I. 300 (Mar. 6, 2022).

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Dominic Pezzola
D.C. Central Detention Facility
DCDC No. 376366
1901 D Street, SE
Washington, DC 20003

Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106

Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
D.C. Central Detention Facility
DCDC No. 376250
1901 D Street, SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-0810

4