AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | |
|---|---|
| *Plaintiff(s)* <br> v. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## ATTACHMENT A

### Defendants

| | |
|---|---|
| Proud Boys International, L.L.C. | Ethan Nordean |
| Oath Keepers | Nicholas Robert Ochs |
| Ryan Ashlock | Bennie Alvin Parker |
| Joseph Randall Biggs | Sandra Ruth Parker |
| Marc Anthony Bru | William Joseph Pepe |
| Thomas Edward Caldwell | Dominic Pezzola |
| William Chrestman | Zachary Rehl |
| Louis Enrique Colon | Elmer Stewart Rhodes III |
| Donovan Ray Crowl | Jon Ryan Schaffer |
| Nicholas DeCarlo | Daniel Lyons Scott |
| Charles Donohoe | Laura Steele |
| Matthew Greene | Henry "Enrique" Tarrio |
| Joseph Hackett | Brian Ulrich |
| Kenneth Harrelson | Edward Vallejo |
| Arthur Jackman | Jessica Marie Watkins |
| Joshua James | Christopher John Worrell |
| Jonathanpeter Klein | Graydon Young |
| Christopher Kuehne | John and Jane Does 1−50. |
| Connie Meggs | |
| Kelly Meggs | |
| Roberto A. Minuta | |
| David Moerschel | |