UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **District of Columbia**,<br><br>        *Plaintiff*,<br><br>v.<br><br>**Proud Boys International, LLC**, *et al.*<br><br>        *Defendants*. | Case No. **1:21-cv-03267** |

**Order**

This matter comes before the Court on Defendant Christopher Kuehne's motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff District of Columbia's Amended Complaint for failure to state a claim. Based upon the motion, the parties' briefs, and argument, Defendant Kuehne's motion is **GRANTED**.

It is hereby **ORDERED** that Plaintiff's Amended Complaint is dismissed.

It is further **ORDERED** that, because the District of Columbia lacks standing to assert its claims, the Amended Complaint is dismissed with prejudice.

ENTERED this ___ day of ___, 2022.

                                                                                              _____
                                                                                               Hon. Amit P. Mehta
                                                                                               United States District Judge