# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, <br><br> Defendants. | No. 1:21-CV-03267-APM |

## PLAINTIFF'S RESPONSE TO DEFENDANT ULRICH'S MOTION TO EXTEND TIME TO FILE ANSWER

Plaintiff the District of Columbia (the "District") respectfully submits this response to Defendant Brian Ulrich's May 2, 2022 motion for an extension of time to file an answer to the District's Amended Complaint. *See* D.I. 99.

The District takes no position on Mr. Ulrich's request for an extension but notes for the Court that the consolidated briefing schedule, which applies to all 39 named Defendants, requires a response to the Amended Complaint by May 18, 2022. Accordingly, the District has no objection to Mr. Ulrich having until May 18, 2022, to respond.

Dated: May 3, 2022

*Counsel for Plaintiff District of Columbia:*

**KARL A. RACINE, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:  /s/ *Kathleen Konopka*
Kathleen Konopka (D.C. Bar 495257)
Vikram Swaruup (D.C. Bar 1670692)
Brendan B. Downes ((D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: vikram.swaruup@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:  /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
1420 K Street NW
Washington, DC 20005
Tel: 202-656-8178
Email: norm@statesuniteddemocracy.org

By:  /s/ *Christine P. Sun*
Christine P. Sun
Katherine Reisner
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Tel: 615-574-9108
Email:christine@statesuniteddemocracy.org
        katie@statesuniteddemocracy.org

By:  /s/ *Aaron Scherzer*
Aaron Scherzer
572 Valley Road, No. 43592
Montclair, NJ 07043
Tel: 862-367-6480
Email: aaron@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
Eileen B. Hershenov
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5805
Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel:  202-223-7300
Fax:  202-223-7420
Email: jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000

| | | |
|---|---|---|
| **DECHERT LLP** | | Fax: 212-757-3990 |
| | | Email: dkramer@paulweiss.com |
| By: | /s/ *Matthew L. Larrabee* | aehrlich@paulweiss.com |
| | Matthew L. Larrabee | ejmorgan@paulweiss.com |
| | 1095 Avenue of the Americas | |
| | New York, NY 10036-6797 | |
| | Tel: 212-698-3500 | |
| | Fax: 212-698-3599 | |
| | Email: matthew.larrabee@dechert.com | |

By:  /s/ *Vincent H. Cohen, Jr.*
 Vincent H. Cohen, Jr. (D.C. Bar 471489)
 D. Brett Kohlhofer (D.C. Bar 1022963)
 1900 K Street, NW
 Washington, D.C. 20006-1110
 Tel: 202-261-3300
 Fax: 202-261-3333
 Email: vincent.cohen@dechert.com
 d.brett.kohlhofer@dechert.com

By:  /s/ *Michael S. Doluisio*
 Michael S. Doluisio
 2929 Arch Street
 Philadelphia, PA 19104-2808
 Tel:  215-994-2000
 Fax:  215-994-2222
 Email: michael.doluisio@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 3, 2022, I caused the foregoing Response to Defendant Ulrich's Motion to Extend Time to File Answer to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

                                                 */s/ Jeannie S. Rhee*
                                                 Jeannie S. Rhee