# UNITED STATES DISTRICT COURT

## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DISTRICT OF COLUMBIA, | ) |
| Plaintiff | ) |
| v. | ) Civil Action |
|  | ) No. 1:21-CV-03267-APM |
| PROUD BOYS INTERNATIONA, L.L.C., | ) |
| DAVID MOERSCHEL et al. | ) |
| Defendants | ) |

The above-cited defendant, David Moerschel, in the matter of Civil Action No. 1:21-CV-03267-APM responds to the plaintiff, the District of Columbia as follows:

I, David Moerschel, deny all the counts against me found in the District of Columbia's Civil Action No. 1:21-CV-03267-APM, specifically counts, 1- 5.

Signed: _____ David Moerschel, Pro Se

Date: 4/23/2022

RECEIVED
Mail Room
MAY - 6 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia