**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

DISTRICT OF COLUMBIA,

                Plaintiff,

       v.                                                                              No. 1:21-CV-03267-APM

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                Defendants.

## **ORDER**

The Court hereby grants Plaintiff's Motion to Modify the Consolidated Briefing Schedule. Responses to the Amended Complaint, and subsequent briefing, shall proceed according to the following schedule:

| | |
|---|---|
| June 17, 2022 – | Defendants to file responses to the Amended Complaint, including answers or Rule 12 motions |
| July 29, 2022 – | Plaintiff to file responses to any Rule 12 motions filed on or before June 20, 2022; objections to any answers filed on or before June 20, 2022 |
| September 16, 2022 – | Defendants to file any replies to briefs in opposition to their motions |

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____

## **Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF

    Federal Detention Center
    ATTN:  Proud Boys International, L.L.C.
    c/o Henry "Enrique" Tarrio, Chairman
    Inmate No. 98721-004
    33 NE 4th Street
    Miami, FL 33132

    Service of Process
    Secretary of State
    P.O. Box 12079
    Austin, Texas 78711-2079
    ATTN:  Proud Boys International, L.L.C.

    Oath Keepers
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2
    Vancouver, WA 98685-5203

    Thomas Edward Caldwell
    274 Wadesville Rd.
    Berryville, VA 22611

    William Chrestman
    D.C. Central Detention Facility
    DCDC No. 376975
    1901 D St., SE
    Washington, D.C. 20003

    Louis Enrique Colon
    3605 NW Pier Ct
    Blue Springs, MO 64015

    Donovan Ray Crowl
    8201 Sea Star Drive
    Blacklick, OH 43004

Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Kenneth Harrelson
D.C. Central Detention Facility
DCDC No. 377692
1901 D Street, SE
Washington, DC 20003

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572[1]

---

[1] Plaintiff understands this to be Defendant Nordean's present address per Defendant Nordean's Opposition to the Government's Motion to Continue the March 8, 2022 Status Conference filed in *USA v. Nordean et al.*, Case No. 21-cr-175, D.I. 300 (Mar. 6, 2022).

4

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Dominic Pezzola
#25870-509
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106

Elmer Stewart Rhodes III
4600 Sapphire Ln.
Granbury, TX 76049-6611

Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Brian Ulrich
161 Pinehill Estates Rd.
Guyton, GA 31312-5054

Edward Vallejo
3342 E. Monte Vista Rd.
Phoenix, AZ 85008-2935

Jessica Marie Watkins
D.C. Central Detention Facility
DCDC No. 376250
1901 D Street, SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-0810