IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| <u>District of Columbia</u> | ) | |
| Plaintiff(s) | ) | |
| | ) | |
| v. | ) | Civil Action No.1:21-CV-03267-APM |
| | ) | |
| <u>Jessica Watkins</u> | ) | |
| Defendant(s) | ) | |

Answer of Acknowledgement

for Summons In Civil Action

The purpose of this Acknowledgement is to indicate that I, Jessica Watkins, have been summoned regarding the civil action against me by the District of Columbia on 04/25/2022, and that I intend to file Motions under Rule 12 of the Federal Rules of Civil Procedure.

As I currently have no access to the Law Library or a Civil Attorney, and as this is the first opportunity I have had access to a Word Processor and a printer, that the formatting of this Acknowledgement and forthcoming Motions under Rule 12 may have improper formatting. I request that the Court understand the limitations I face whilst incarcerated, and that my Motions not be dismissed on technicality of a formatting issue.

Jessica Watkins

05/11/2022

Title 18USC2071 The clerk is to file

RECEIVED
Mail Room
MAY 18 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia