AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| District of Columbia | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Proud Boys International, LLC, et al. | ) |
| *Defendant* | ) |

Case No.    1:21-cv-03267

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brian Ulrich                                                                                               .

Date:      06/16/2022

/s A. J. Balbo
*Attorney's signature*

A. J. Balbo; GA142606
*Printed name and bar number*

Balbo & Gregg, Attorneys at Law, P.C.
P.O. Box 1297
Richmond Hill, GA  31324

*Address*

aj@balbogregg.com
*E-mail address*

912-459-1776
*Telephone number*

912-459-1777
*FAX number*