UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,**<br><br>    PLAINTIFF,<br><br>V.<br><br>**PROUD BOYS INTERNATIONAL, LLC, et al.,**<br><br>    DEFENDANTS. | **CASE NO. 1:21-cv-03267** |

## ORDER

This matter comes before the Court on Defendant Brian Ulrich's motion under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff District of Columbia's Complaint for failure to state a claim. Based upon the motion, the parties' briefs, and argument, Defendant Kuehne's motion is GRANTED.

It is hereby ORDERED that Plaintiff's Complaint is dismissed.

It is further ORDERED that, because the District of Columbia lacks standing to assert its claims the Complaint is dismissed with prejudice.

SO ORDERED this _____ day of _____, 2022.

_____
**HON. AMIT P. MEHTA**
**UNITED STATES DISTRICT JUDGE**