UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,            )<br>                                                      )<br>         PLAINTIFF,                         )<br>                                                      )<br>v.                                                  )<br>                                                      )<br>PROUD BOYS INTERNATIONAL, L.L.C.,   )<br>   *et al.*,                                        )<br>                                                      )<br>         DEFENDANTS.                    )<br>                                                      ) | NO. 1:21-CV-03267-APM<br><br>Oral Hearing Requested |

## DEFENDANT LAURA STEELE'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT

Defendant Laura Steele, by and through her attorneys, submits this Motion to Dismiss Plaintiff's Amended Complaint against her pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure. A memorandum of points and authorities is filed, as well as a proposed order.

Dated: June 17, 2022

Respectfully submitted,

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar 415446
Raj H. Patel, D.C. Bar 240973
Doumar Martin, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: 703-352-1300
Fax: 703-352-1301
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Laura Steele*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2022 a copy of the foregoing was sent, by ECF, to all counsel of record and registered parties.

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar 415446
Raj H. Patel, D.C. Bar 240973
Doumar Martin, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: 703-352-1300
Fax: 703-352-1301
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Laura Steele*