IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA.<br><br>    Plaintiff(s),<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, LLC<br><br>    Defendants. | 1:21-CV-03267-APM |

# DEFENDANT KEN HARRELSON'S NOTICE TO JOIN DEFENDANTS' CONNIE MEGGS AND KELLY MEGGS <u>MOTION TO DISMISS</u>

NOW comes Defendant, Kenneth Harrelson, by and through his counsel of record, Bradford L. Geyer, Esq., and respectfully requests while providing Notice to this Court of his intention to adopt and join:

MOTION to Dismiss Amended Complaint by CONNIE MEGGS, KELLY MEGGS. (Attachments: # (1) Memorandum in Support, # (2) Exhibit, # (3) Text of Proposed Order)(Haller, Juli)

Respectfully Submitted,

    /s/ Brad Geyer
Bradford L. Geyer
PHV Pending
FormerFedsGroup.Com
2006 Berwick Drive
Cinnaminson, NJ 08077
(856) 607-5708
Brad@FormerFedsGroup.Com

*Attorney for Defendant Kenneth Harrelson*

## CERTIFICATE OF SERVICE

On June 17, 2022 the undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system, which will automatically send electronic notification of such filing to all registered parties.

/s/ Brad Geyer
Bradford L. Geyer
PHV pending