UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**

      v.                                                Case No: 21-cv-03267 (APM)

**PROUD BOYS INTERNATIONAL, LLC, et al.**

      **Defendants.**

### DEFENDANT BIGGS' MOTION TO JOIN MOTIONS TO DISMISS AMENDED COMPLAINT FILED THROUGH JUNE 17, 2022

Defendant Joseph Biggs moves to join in the five motions to dismiss the amended complaint (ECF No. 94) in the above-captioned case (i.e., ECF Nos. 97, 108, 109, 110 and 111). He asks to join these filed motions to the extent they pertain to allegations against him. Biggs' unexpectedly lengthy pretrial incarceration drives this motion; he cannot robustly defend against or add to the record of various January 6 civil cases against him when he is jailed, jobless, and getting ready for trial. Further, by communications on June 17, counsel for plaintiff informed the undersigned that plaintiff took "no position" on whether this response to the amended complaint could be filed three days late. Therefore, this motion is now being filed. Accordingly, for good cause shown, Biggs requests leave to join in the motions to dismiss at ECF Nos. 97, 108, 109, 110 and 111.

                                                      Respectfully submitted,

                                                      COUNSEL FOR DEFENDANT JOSEPH BIGGS

Dated: June 20, 2022                   By: /s/ J. Daniel Hull
                                                    JOHN DANIEL HULL
                                                    DC Bar No. 323006
                                                    California Bar No. 222862
                                                    Hull McGuire PC
                                                    1420 N Street, N.W.
                                                    Washington, D.C. 20005
                                                    202-429-6520
                                                    jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2022 he served a true and correct copy of the foregoing Defendant Biggs' Motion to Join Motions to Dismiss Amended Complaint Filed Through June 17, 2022 upon all counsel of record via the Electronic Case Filing (ECF) system.

> By: /s/ *J. Daniel Hull*
> JOHN DANIEL HULL
> DC Bar No. 323006
> California Bar No. 222862
> Hull McGuire PC
> 1420 N Street, N.W.
> Washington, D.C.  20005
> (202) 429-6520
> jdhull@hullmcguire.com