UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**

      v.                                Case No: 21-cv-03267 (APM)

**PROUD BOYS INTERNATIONAL, LLC, et al.**

     **Defendants.**

**DEFENDANT HENRY TARRIO'S MOTION TO JOIN MOTIONS TO
DISMISS AMENDED COMPLAINT FILED THROUGH JUNE 17, 2022**

    Defendant Henry Tarrio moves to join in the five motions to dismiss the amended complaint (ECF No. 94) in the above-captioned case (i.e., ECF Nos. 97, 108, 109, 110 and 111). He asks to join these filed motions to the extent they pertain to allegations against him. Tarrio's unexpected incarceration on March 7, 2022 drives this motion. He cannot as he once hoped fully defend against or add to the record of four January 6 civil cases against him--by the District of Columbia, Capitol Hill police officers, members of Congress, historic churches, etc.--when he is locked up, broke, jobless, and getting ready for a trial on the criminal docket that commences August 8, 2022.

    Nonetheless, Tarrio is keenly interested in participating in this civil case and others like it to the extent his time and resources allow. He wants to tell his side of the January 6 story.

    However, due to a client-based conflict of interest raised by the undersigned days after Tarrio was reduced to custody, the undersigned will withdraw from Tarrio's representation in all civil court cases as soon as new civil litigation counsel can be engaged.  New counsel is expected to enter an appearance relatively soon. The process of engaging new counsel has been slowed and made more difficult by Tarrio's being constantly shuttled between several state and federal jails in the South, Midwest and up and down the Eastern seaboard between March 7 and June 6, 2022.

    Finally, by communications on June 17, counsel for plaintiff informed the undersigned that

plaintiff took "no position" on whether this response to the amended complaint could be filed three days late. Therefore, this motion is now being filed.

Accordingly, for good cause hopefully shown, defendant Tarrio requests leave to join in the motions to dismiss at ECF Nos. 97, 108, 109, 110 and 111.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | COUNSEL FOR DEFENDANT HENRY TARRIO |
| Dated: June 20, 2022 | By: /s/ J. Daniel Hull<br>JOHN DANIEL HULL<br>DC Bar No. 323006<br>California Bar No. 222862<br>Hull McGuire PC<br>1420 N Street, N.W.<br>Washington, D.C. 20005<br>202-429-6520<br>jdhull@hullmcguire.com |

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 20, 2022 he served a true and correct copy of the foregoing Defendant Tarrio's Motion to Join Motions to Dismiss Amended Complaint Filed Through June 17, 2022 upon all counsel of record via the Electronic Case Filing (ECF) system.

>By: /s/ *J. Daniel Hull*
>JOHN DANIEL HULL
>DC Bar No. 323006
>California Bar No. 222862
>Hull McGuire PC
>1420 N Street, N.W.
>Washington, D.C.  20005
>(202) 429-6520
>jdhull@hullmcguire.com