UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

                v.

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

                Defendants.

No. 1:21-CV-03267-APM

**[PROPOSED] ORDER**

Pursuant to Fed. R. Civ. P. 4(e)(1) and D.C. Sup. Ct. Civ. R. 4(e)(3), the Court grants Plaintiff's Motion for Order Authorizing Alternative Service and Extension Of Time To Serve Bru, Schaffer, Ochs, and Vallejo.  The Court finds that diligent efforts to serve these Defendants by traditional means has been made and that alternative service is warranted.  Accordingly, it is hereby ORDERED that:

1. Plaintiff District of Columbia (the "District") is permitted to serve Defendants Ochs, Schaffer, Bru, and Vallejo as described below.

   - For Defendant Schaffer, by electronic mail to his counsel at the following addresses:  Marc@AttorneysForFreedom.com and graydm2@verizon.net.

   - For Defendant Ochs, by electronic mail to his counsel at the following address:  ebmjr@macmahon-law.com.

   - For Defendant Vallejo, by electronic mail to his counsel at the following address:  matt@clintonpeed.com.

- For Defendant Bru, by electronic mail to (i) his counsel at the following addresses: mo_hamoudi@fd.org and gregory_geist@fd.org; and (ii) Defendant Bru personally at the following address: pnwborn79@gmail.com.

2. Within seven days, the District must file a declaration confirming that service has been completed consistent with the terms of this ORDER.

3. For good cause, the District's time to complete service on Defendants Ochs, Schaffer, Bru, and Vallejo is extended for seven days following this ORDER.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge


Dated: _____

2

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:


All counsel of record, via ECF

The Central Detention Facility
ATTN:  Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio, Chairman
DCDC No. 376128
1901 D Street, SE
Washington, DC 20003
Oath Keepers
5130 Fort Apache Rd.
Las Vegas, NV 89148

Ryan Ashlock
711 S. Spruce Cir.
Gardner, KS 66030-1632

Marc Anthony Bru
10013 NE Hazel Dell Ave. #2, Vancouver, WA 98685-5203
Thomas Edward Caldwell
274 Wadesville Rd.
Berryville, VA 22611

William Chrestman
Correctional Treatment Facility (CTF)
DCDC No. 376975
1901 E St SE
Washington, D.C. 20003

Louis Enrique Colon
11539 Rosehill Road
Overland Park, KS 66210

Donovan Ray Crowl
216 N Main St.
Woodstock, OH 43084

Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Kenneth Harrelson
Correctional Treatment Facility (CTF)
1901 E Street SE
Washington, DC 20003

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
1463 Brashiers Chapel Rd.
Arab, AL 35016

Jonathanpeter Klein
c/o 21 SE 10th St.
Pendleton, OR
97801-2401

Christopher Kuehne
16657 S. Chalet Dr.
Olathe, KS 66062-2513

Connie Meggs
14100 SW 101st Lane
Dunnellon, FL 34432

Kelly Meggs
Correctional Treatment Facility (CTF)
DCDC No. 376780
1901 E Street SE
Washington, DC 20003

Roberto A. Minuta
120 Gray Lane
Prosper, TX 75078

David Moerchel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Federal Detention Center
2425 S 200th Street
Seatac, WA 98189
King County

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Bennie Alvin Parker
1170 Essex Gln.
Morrow, OH 45152

Sandra Ruth Parker
1170 Essex Gln.
Morrow, OH 45152

William Joseph Pepe
85 Judson St.
Apt 2
Beacon, NY 12508

Dominic Pezzola
Correctional Treatment Facility (CTF)
DCDC No. 376366
1901 E Street SE
Washington, DC 20003

Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106

Elmer Stewart Rhodes III,
4600 Sapphire Ln.
Granbury, TX 76049-6611

Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201

Daniel Lyons Scott
122 W Perry LN
Englewood, FL 34223-2943

Laura Steele
249 Newcastle Ct.
Thomasville, NC 27360

Henry "Enrique" Tarrio
5730 SW 142 Ct.
Miami, FL 33184

Brian Ulrich
161 Pinehill Estates Rd.
Guyton, GA 31312-5054

Edward Vallejo
3342 E. Monte Vista Rd.
Phoenix, AZ 85008-2935

Jessica Marie Watkins
Correctional Treatment Facility (CTF)
DCDC No. 376250
1901 E Street SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-0810

Graydon Young
1958 Allen St.
Englewood, FL 34223