**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| District of Columbia | 21-CV-03267-APM |
| DEFENDANT | TYPE OF PROCESS |
| Elmer Rhodes | Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Elmer Rhodes
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Alexandria Detention Center 2001 Mill Rd Alexandria, Va, 22314

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER
DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1/1
District of Origin No. 16
District to Serve No. 83
Signature of Authorized USMS Deputy or Clerk: Mehmet H
Date: 6/22/22

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Elmer Rhod
Date: 6/23/2022
Time: 1115  ☑ am  ☐ pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy: Michael D. #31993

Costs shown on attached USMS Cost Sheet >>

REMARKS

U.S. MARSHAL-DC PM4:34
RECEIVED JUN22,22

RECEIVED
JUL 15 2022
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| **PLAINTIFF** District of Columbia | **COURT CASE NUMBER** 21-cv-3267 |
| **DEFENDANT** Ethan Nordean | **TYPE OF PROCESS** Summons |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Ethan Nordean #28596-509 Northern Neck Regional Jail
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
3908 Richmond Road Warsaw, VA 22572

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| | Number of process to be served with this Form 285: 2 |
| | Number of parties to be served in this case: 2 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 2 of 2 | District of Origin No. 16 | District to Serve No. 83 | Signature of Authorized USMS Deputy or Clerk  Daniel J. Dalton | Date 26 April 2022 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | Date 5/24/22 | Time 1049 | ☒ am  ☐ pm |
|---|---|---|---|

| Address (complete only different than shown above) | Signature of U.S. Marshal or Deputy  #31179 |
|---|---|

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

U.S. MARSHAL - DC-SUPOG
PRCE-USA FOR 26 '22

RECEIVED
JUL 15 2022
Clerk, U.S. District
Courts for the District   Form USM-285
Rev 03/21

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| District of Columbia | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-CV-03267-APM |
| See Attachment A | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   04/05/2021                                                                 /s/ Erica Garmendez
                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-03267-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ETHAN NORDEAN
was received by me on *(date)* 04/29/22 .

☒ I personally served the summons on the individual at *(place)* NNRJ
on *(date)* 5/24/22 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 58.73 for travel and $ 195 for services, for a total of $ 253.73 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/26/22

_____
Server's signature

Jeremiah Weiss, DUSM
Printed name and title

701 E BROAD ST RICHMOND, VA
Server's address

Additional information regarding attempted service, etc: