AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| District of Columbia<br><br>_____<br>*Plaintiff(s)*<br>v.<br>See Attachment A<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  1:21-CV-03267-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    Marc Anthony Bru
10013 NE Hazel Dell Ave. #2
Vancouver, WA 98685-5203

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  ___04/05/2021___                    ___/s/ Erica Garmendez___
*Signature of Clerk or Deputy Clerk*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | No. 1:21-CV-03267-APM |
| PROUD BOYS INTERNATIONAL L.L.C., *et al*., | |
| Defendants. | |

---

**Declaration of Erin J. Morgan Affirming Service of Process on Defendant Bru**

I, Erin J. Morgan, declare and state as follows:

1.      I am an attorney admitted to practice in the State of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of New York, and the United States Court of Appeals for the Second Circuit.   I am an associate at Paul, Weiss, Rifkind, Wharton & Garrison, LLP, which is outside legal counsel to the District of Columbia in the above-captioned action.   Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below.

2.      I respectfully submit this Declaration to affirm that the District of Columbia ("the District") served Defendant Marc Anthony Bru on July 18, 2022, in accordance with this Court's July 15, 2022 Order and accompanying Minute Order (D.I. 141) (collectively referred to as the "Order").

3.      After numerous attempts to serve the Complaint and subsequent Amended Complaint on Defendant Bru at various addresses that were believed to be his residence

and through his criminal counsel—and after multiple communications with Defendant Bru by phone and email in which he acknowledged his awareness of the District's lawsuit—the District moved this Court on June 30, 2022, for leave to serve Defendant Bru at his email address.  (D.I. 138).

4.     On July 15, 2022, this Court issued its Order authorizing the District "to effect service of process upon Defendant Marc A. Bru via electronic mail" and to "contemporaneously serve Defendant Bru by a first-class mailing to his last-known residential address."  This Court provided the District with seven days from the date of the Order to serve Defendant Bru.  (D.I. 141).

5.     On July 22, 2022, I emailed Defendant Bru a copy of the Amended Complaint and summons at the email address that he had previously used to communicate with counsel for the District in this case.  A copy of my email is attached to this Declaration as Exhibit A.

6.     I also informed Defendant Bru that the attached documents would be mailed to his last known address by first-class mail.

7.     The District mailed all of the documents attached in Exhibit A to Defendant Bru at 9814 NE Hazel Dell Ave., Vancouver, Washington 98665-8036, via first-class mail on July 22, 2022.  This address was verified by the District as the last known address of Defendant Bru based on a LexisNexis Accurint background check that identified the address as a possible address up through June 2022.  A copy of the shipping receipt has been attached to this Declaration as Exhibit B.

8.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 22, 2022                                   /s/ *Erin J. Morgan*
                                                            Erin J. Morgan

# Exhibit A

| | |
|---|---|
| **From:** | Morgan, Erin J |
| **To:** | pnwborn79@gmail.com |
| **Subject:** | District of Columbia v. Proud Boys International, LLC, No. 21-cv-03267 (APM) |
| **Date:** | Friday, July 22, 2022 2:48:06 PM |
| **Attachments:** | 2022.07.15 [141] Order Granting and Denying in Part [138].pdf |
| | DC v. PBI Docket.pdf |
| | AC with Ex. 1.pdf |
| | Bru AC Summons.pdf |
| | Filed Complaint.pdf |
| | Bru Summons.pdf |

Mr. Bru—

As you know, we represent the District of Columbia in the above-referenced case.  As described in the attached order of the Court—and the minute order found at the bottom of the attached docket report—the Court has authorized the District to serve you with the summons and complaint by electronic mail in this case.  Accordingly, the summons and amended complaint are attached.  For reference, I am also attaching the summons and original complaint.

We have also sent the attached documents to your last known address by first class mail, in accordance with the Court's order.

Best,

Erin Morgan

**Erin J. Morgan** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3387 (Direct Phone) | 212 492 0387 (Direct Fax)
ejmorgan@paulweiss.com | www.paulweiss.com

# Exhibit B

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipment. Misuse may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2018; All rights

DuPont™Tyvek®

P COMMERCIAL BASE PRICING

# USPS PRIORITY MAIL

PAUL
WEISS RIFKIND WHARTON & GARRISON 211
1285 8TH AVE FLR 2
NEW YORK NY 10019

SHIP
TO:
MARC ANTHONY BRU
MARC ANTHONY BRU
9814 NE HAZEL DELL AVE.
VANCOUVER WA 98665-8036

USPS TRACKING #



9205 5901 6822 9100 0556 87

ELECTRONIC RATE APPROVED #041602291

BOX 1 OF 1
Priority Mail is a registered trademark of the U.S. Postal Service

To schedule free
Package Pickup,
scan the QR code.

Marc Anthony Bru
9814 NE Hazel Dell Ave.
Vancouver, WA 98665-8036

ELOPE