UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

           Plaintiff,

    v.

PROUD BOYS INTERNATIONAL L.L.C., *et al.*,

           Defendants.

No. 1:21-CV-03267-APM

### **[PROPOSED] ORDER**

Before the Court are Motions to Dismiss Plaintiff District of Columbia's Amended Complaint, filed by Defendants Klein (ECF No. 111), Kuehne (ECF No. 97), C. Meggs (ECF No. 110), K. Meggs (ECF No. 110), Minuta (ECF No. 111), Pepe (ECF No. 111), Steele (ECF No. 109), and Ulrich (ECF No. 108); joinder to each by Defendants Biggs (ECF No. 115), Tarrio (ECF No. 116), and Worrell (ECF No. 140); and Defendant Harrelson's joinder (ECF No. 114) to the Motion to Dismiss by C. and K. Meggs (ECF No. 110).

It is hereby ORDERED that Defendants' motions to dismiss are DENIED.

**SO ORDERED.**

                                                     _____

                                                     Hon. Amit P. Mehta
                                                     United States District Court Judge

                                                     Dated: _____

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

Federal Detention Center
ATTN: Proud Boys International, L.L.C.
c/o Henry "Enrique" Tarrio, Chairman
Inmate No. 98721-004
33 NE 4th Street
Miami, FL 33132

Service of Process
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2079
ATTN: Proud Boys International, L.L.C.

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Marc Anthony Bru
10013 NE Hazel Dell Ave. #2
Vancouver, WA 98685-5203

Thomas Edward Caldwell
274 Wadesville Rd.
Berryville, VA 22611

William Chrestman
D.C. Central Detention Facility DCDC No. 376975
1901 D St., SE
Washington, D.C. 20003

Louis Enrique Colon
1539 Rosehill Road
Overland Park, KS 66210

Donovan Ray Crowl
8201 Sea Star Drive
Blacklick, OH 43004

Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Kenneth Harrelson
D.C. Central Detention Facility
DCDC No. 377692
1901 D Street, SE
Washington, DC 20003

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572[1]

---

[1] Plaintiff understands this to be Defendant Nordean's present address per Defendant Nordean's Opposition to the Government's Motion to Continue the March 8, 2022 Status Conference filed in *USA v. Nordean et al.*, Case No. 21-cr-175, D.I. 300 (Mar. 6, 2022).

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Dominic Pezzola
#25870-509
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106

Elmer Stewart Rhodes III
4600 Sapphire Ln.
Granbury, TX 76049-6611

Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Brian Ulrich
161 Pinehill Estates Rd.
Guyton, GA 31312-5054

Edward Vallejo
3342 E. Monte Vista Rd.
Phoenix, AZ 85008-2935

Jessica Marie Watkins
D.C. Central Detention Facility
DCDC No. 376250
1901 D Street, SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08