UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

     *Plaintiff*,

v.

Case No. **1:21-cv-03267**

PROUD BOYS INTERNATIONAL, LLC,
*et al.*

     *Defendants*.

### NOTICE OF CHANGE OF ADDRESS

Please note that as of August 15, 2022, the address of record for Amy L. Bradley, counsel

for Christopher Kuehne, is as follows:

    Amy L. Bradley (VA048)
    Blankingship & Keith, PC
    4020 University Dr. Ste. 300
    Fairfax, VA 22030
    Phone: (703) 691-1235
    Facsimile: (703) 691-3913
    abradley@bklawva.com

              Respectfully Submitted,

                /s/
              Amy L. Bradley (Bar No. VA048)
              Blankingship & Keith, PC
              4020 University Dr. Ste. 300
              Fairfax, VA 22030
              Phone : (703) 691-1235
              Facsimile : (703) 691-3913
              abradley@bklawva.com

              *Attorney for Defendant Christopher Kuehne*

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

<u>      /s/                                          </u>
Amy L. Bradley
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Telephone: 703-691-1235
Facsimile: 703-691-3913
*Attorney for Defendant*
  *Christopher Kuehne*