AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| District of Columbia | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| See Attachment A | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  1:21-CV-03267-APM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   _____04/05/2021_____

_____/s/ Erica Garmendez_____
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

               Plaintiff,

           v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al*.,

               Defendants.

No. 1:21-cv-03267-APM

## PROOF OF SERVICE FOR DEFENDANT NICHOLAS OCHS

I, Daniel Brett Kohlhofer, declare and state as follows:

1.     I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia (the "District") in the above-captioned action.  Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below.

2.     On July 21, 2022, I caused others at Dechert (located at 1900 K St., NW, Washington, D.C. and Three Bryant Park, 1095 Avenue of the Americas, New York, New York) to direct the United States Postal Service ("USPS") to deliver a package containing copies of the initial complaint and Amended Complaint, a summons, and the Court's July 15 Order to Nicholas Ochs at 17216 Bridlewood Drive, Okeechobee, Florida 34974, by certified mail with return receipt requested.  As evidenced by the return receipt we received, the District served Defendant Nicholas

Ochs on July 25, 2022, pursuant to D.C. Superior Court Rule of Civil Procedure 4(c)(4).  Ex. 1. The District sent the certified mailing to Ochs's Okeechobee, Florida address based on what it had learned from previous research done by its process server and counsel teams, a Westlaw PeopleMap report, and the observations of the District's process server team during previous in-person service attempts.  *See* Ex. 2.

3.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022                             */s/ Daniel Brett Kohlhofer*
                                                                     Daniel Brett Kohlhofer

# EXHIBIT 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nicholas Ochs
17216 Bridlewood Dr.
Okeechobee, FL 34974-8528

9590 9402 7458 2055 1550 18

2. Article Number (Transfer from service label)

7021 2720 0000 2798 7011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   sured Mail Restricted Delivery
   ver $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053                    Domestic Return Receipt

King    7/29

# EXHIBIT 2

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| **DISTRICT OF COLUMBIA** | ) |
| (Plaintiff) | ) |
| vs. | )   **1:21-cv-03267-APM** |
| **PROUD BOYS INTERNATIONAL, LLC, et al.** | ) |
| (Defendant) | ) |

### AMENDED AFFIDAVIT OF DUE DILIGENCE
### IN ATTEMPTING TO SERVE NICHOLAS ROBERT OCHS

The undersigned, Laura Creekmore, Custodian of Records for Torri's Legal Services, having been duly authorized by **Paul, Weiss, Rifkind, Wharton & Garrison, LLP** ("client") to make service of a *Summons in a Civil Action, Attachment A,* and *Amended Complaint* with *Exhibit A* ("documents") for **Nicholas Robert Ochs** ("defendant") in the above-captioned case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business is 2021 L Street, N.W., Suite 101-252, Washington, D.C. 20036. I received the documents on April 4, 2022.

To commence my task, I ran a skip trace. The skip trace was conducted in a highly comprehensive, interactive database. This database is highly secure and available only to pre-screened attorneys, investigators, process servers, and similar individuals. This database is not available to the public, and the comprehensiveness and accuracy are extremely high, although care must be taken to evaluate the data for relevance and accuracy. The skip trace indicated that the defendant resided at **3245 Virginia Street, Apt. 56, Miami, FL 33133-5250** ("Virginia Street address"). (Exhibit A)

- On April 11, 2022, at approximately 10:45 a.m., my colleague Mr. Winston Suarez attempted to serve the defendant at the Virginia Street address. He waited for entry, knocking on the door numerous times. He received no answer. No vehicle was parked in the designated parking space.
- On April 11, 2022, at approximately 7:00 p.m., Mr. Suarez attempted to serve the defendant at the Virginia Street address. He received no response at the door. A black Jeep with tag #GCB-K44 was parked in the designated spot.
- On April 12, 2022, at approximately 8:09 a.m., Mr. Suarez attempted to serve the defendant at the Virginia Street address. He waited to be granted entry, as this is a secured apartment building. He did not receive a response. No vehicle was parked in the designated parking space.
- On April 16, 2022, at approximately 1:15 p.m., Mr. Suarez attempted to serve the defendant at the Virginia Street address. He knocked on the door numerous times without receiving a response. No vehicle was parked in the designated parking spot.
- On May 6, 2022, at approximately 11:30 a.m., Mr. Suarez attempted to serve the defendant at the Virginia Street address. No one responded at the door. It appeared that nobody was home.

- On May 17, 2022, at approximately 10:43 a.m., Mr. Suarez attempted to serve the defendant at the Virginia Street address. He spoke with Talea Adaira Ochs who stated that she was the soon-to-be ex-sister-in-law of the defendant. Talea Ochs was in the process of divorcing the defendant's brother. She stated that the defendant did not reside at the Virginia Street address. She has not been in touch with him but told Mr. Suarez that the defendant and his brother are "staying together somewhere on Brickell."

I ran a skip trace on the defendant's brother and instructed our server to attempt at an address gleaned from that skip trace: **1435 Brickell Ave., #3502, Miami, FL, 33131** ("Brickell Avenue address"). (Exhibit: B)

- On May 18, 2022, at approximately 12:15 p.m., my colleague Mr. Albert Rivera attempted to serve the defendant at the Brickell Avenue address. This address is the Four Seasons Hotel and Residences. A security staff member checked occupant records and said that neither Nicholas Robert Ochs or his brother, Steven Riley Ochs, were listed as current occupants in the hotel and residences. Mr. Rivera was not permitted to go to #3502, because the name of the current occupant did not match the defendant's name.

I instructed Mr. Rivera to attempt at a third address, per the defendant's brother's skip trace: **950 Brickell Bay Drive, Apt. 4703, Miami, FL 33133** ("Brickell Drive address").

- On May 19, 2022, at approximately 11:45 a.m., my colleague Mr. Albert Rivera attempted to serve the defendant at the Brickell Drive address. He spoke with a staff member who checked and told him that the current occupants are Jacob McCan and Fernando Guraieb.

On May 25, 2022, I ran a skip trace on the defendant's mother, Elizabeth Ochs. (Exhibit C)

I instructed my colleague, Ms. Dawn Grrifin-Luce, to attempt service at an address found on the defendant's mother's skip trace: **2793 N. Meridian Rd., Huntington, IN 46750** ("Meridian Rd. address").

- On June 2, 2022, at approximately 4:05 p.m., Ms. Griffin-Luce attempted to serve the defendant at the Meridian Rd. address. She spoke with Darla Ellis, a hired hand who works for the homeowner Beth Ochs who stated that Beth is the defendant's mother, and that Beth resides by herself at this address. Ms. Ellis was quite certain that the defendant lived in Florida. My colleague gave Ms. Ellis her contact card. Ms. Ellis said she would give it to the defendant's mother, saying she might be able or willing to provide the defendant's current address in Florida.

Subsequently, I ran a skip trace on the defendant's wife, Shawna Harris. (Exhibit D)

I instructed our Florida server to attempt at the current address for the defendant's wife: **17216 Bridlewood Drive, Okeechobee, FL 34974** ("Bridlewood Drive address").

- On June 18, 2022, at approximately 7:22 pm, James Cozens attempted to serve the defendant at the Bridlewood Drive address. He spoke with Shawna Harris who stated that she owns the property and has never heard of the subject.

- On June 21, 2022, between 7:00 a.m. and 8:30 a.m., Mr. Cozens attempted to serve the defendant at the Bridlewood Drive address. There was a Mini Cooper in the driveway. There was no answer at the door but there was a package addressed to Nick Ochs on the front porch. He heard a male talking loudly inside the house who wouldn't answer the door. He went back a little bit later and the package was gone. There was a door mat with a sign that said, "Come back with a warrant."
- On June 25, 2022, at approximately 1:30 p.m., James Cozens attempted to serve the defendant at the Bridlewood Drive address. There was no activity. He went back at 5:15 pm and waited until 7 p.m. There was no activity or sounds from within. The same vehicle was in the carport. He spoke with a couple of neighbors who just shook their heads and said, "Don't know *nuthin'*." There are several security cameras on the property.
- On July 26, 2022, at approximately 7:00 a.m., my colleague Mr. Collin Yaw attempted to serve the defendant at the Bridlewood address. There were no vehicles present and no one answered at the door. Mr. Yaw did not detect any movements or lights within the residence. He lingered in the area for about two hours without detecting any activity. As he conducted some research on his phone, Mr. Yaw discovered that the Bridlewood address was part of Highlands County, in which his company is not licensed to serve.
- On July 30, 2022, at approximately 2:18 p.m., my colleague Mr. Kenneth Nail attempted to serve the defendant at the Bridlewood address, which is a trailer. He did not detect any activity within the trailer. He taped his business card to the door. He spoke with the neighbor next-door who confirmed that the defendant did live at the Bridlewood address.
- On August 4, 2022, at approximately 8:09 p.m., Mr. Nail attempted to serve the defendant at the Bridlewood address. He did not detect any activity inside the trailer. No cars were parked in the driveway.
- On August 8, 2022, at approximately 6:01 p.m., Mr. Nail attempted to serve the defendant at the Bridlewood address. A porch light was on. The blinds were drawn completely shut. He did not detect any activity within the residence. No cars were parked in the driveway.

Thus far, I have failed to serve the defendant, although I was able to determine that **17216 Bridlewood Drive, Okeechobee, FL  34974** is a valid current address for the defendant, **Nicholas Robert Ochs**, per his neighbor and the package in plain sight.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct, and that this affidavit was executed by Torri Schaffer, Custodian of Records.

Subscribed and sworn to before me on this 12th day of August 2022

*Rita Berzins*

Rita Berzins, Notary Public - My Commission Expires 3/13/2025     - State of Maryland, County of Montgomery

Torri Schaffer, Custodian of Records

RITA L. BERZINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/13/2025

3

4/5/22, 10:17 AM                                    TLOxp - Advanced

Your Current Reference ID: NONE
1 Result Found for people named NICHOLAS R OCHS located in MIAMI, FLORIDA.

NICHOLAS ROBERT OCHS , 35 Years Old (Florida, Indiana, Hawaii, Virginia)      3245 VIRGINIA ST APT 56, MIAMI, FL (05/2021 to 04/05/2022)

**NICHOLAS ROBERT OCHS**
**(04/01/2007 to 01/04/2022)**

SSN: XXX-XX-▮
Issued: NORTH CAROLINA 1987

**Dates of Birth**
DOB: XX/XX/▮
Age: 35

Other DOB: XX/XX▮
Age: 36

Gender: Male

Dates at Searched Location:
05/2021 to 04/05/2022

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: IN
Reported Date: 04/28/2007
NICHOLAS R OCHS
345 E 300 N, HUNTINGTON, IN
46750-9508 (HUNTINGTON
COUNTY)
DOB: ▮

**Possible Relatives**



**Indicators**
Bankruptcies: None Found
Liens: 1 Found, Latest in 2015
Judgments: None Found

**Cities**
Miami, FL (05/2021 to 04/05/2022)
Honolulu, HI (10/31/2013 to 06/02/2021)
Bloomington, IN (01/27/2009)
Huntington, IN (07/20/2004 to 10/08/2021)
Quantico, VA

**Possible Phones**
(260) 356-8762 (ET) (L) (100%)
(260) 504-1704 (ET) (M) (86%)
(812) 369-9222 (ET) (M) (66%)
(260) 530-6714 (ET) (M) (66%)
(703) 441-8952 (ET) (V) (13%)
(808) 260-1704 (HT) (L) (11%)

**Counties**
Miami-Dade County, FL (05/2021 to 04/05/2022)
Honolulu County, HI (10/31/2013 to 06/02/2021)
Huntington County, IN (07/20/2004 to 10/08/2021)
Monroe County, IN (01/27/2009 to 01/27/2009)
Prince William County, VA

**Possible Email Addresses**
donfae@cuc.org (40%)
elizabethochs@gmail.com (40%)

**Address History**
**3245 VIRGINIA ST APT 56, MIAMI, FL 33133-5250 (MIAMI-DADE COUNTY) (05/2021 to 04/05/2022)**
Subdivision Name: VIRGINIA POINTE CONDO
  Address contains: 67 apartments
  Current Commercial Phone at address
    (305) 441-5991 (ET) - POINT ASSOC VIRGINIA
**2783 N MERIDIAN RD, HUNTINGTON, IN 46750-9581 (HUNTINGTON COUNTY) (07/20/2004 to 10/08/2021)**
  Subject's Phone
    (260) 356-8762 (ET) - STEVEN OCHS
**2550 KUHIO AVE APT 1201, HONOLULU, HI 96815-2718 (HONOLULU COUNTY) (01/13/2020 to 06/02/2021)**
Building Name: THE KAIMANA VILLA
  Address contains: 1 suite, 114 apartments
**2550 KUHIO AVE, HONOLULU, HI 96815-3924 (HONOLULU COUNTY) (12/09/2019 to 12/09/2019)**
Building Name: THE KAIMANA VILLA
  Address contains: 1 suite, 114 apartments
**607 ISENBERG ST APT 5, HONOLULU, HI 96826-4539 (HONOLULU COUNTY) (10/31/2016 to 02/19/2020)**
Subdivision Name: COCO COURT
  Address contains: 8 apartments
  Current Private Phones at address
    (808) 784-1262 (HT) - PAUL D PILAGO
    (808) 784-1262 (HT) - SKYE PILAGO
**607 ISENBERG ST, HONOLULU, HI 96826-4539 (HONOLULU COUNTY)**
Subdivision Name: COCO COURT
  Address contains: 8 apartments
**2132 EHEU ST, HONOLULU, HI 96817-1602 (HONOLULU COUNTY) (04/30/2015 to 11/06/2016)**
**3547 PUUKU MAKAI DR, HONOLULU, HI 96818-2814 (HONOLULU COUNTY) (08/18/2016 to 08/20/2016)**
**254 KAIULANI AVE APT 304, HONOLULU, HI 96815-3078 (HONOLULU COUNTY) (10/31/2013 to 09/11/2015)**
Building Name: DARLANI
  Address contains: 1 penthouse, 14 apartments
**1306 MEMORIAL LN APT C, HUNTINGTON, IN 46750-1735 (HUNTINGTON COUNTY) (06/15/2007 to 03/16/2011)**
  Address contains: 4 apartments
**1306 MEMORIAL LN, HUNTINGTON, IN 46750-4255 (HUNTINGTON COUNTY) (08/05/2009 to 08/15/2010)**
  Address contains: 4 apartments
**419 2ND ST, HUNTINGTON, IN 46750-2847 (HUNTINGTON COUNTY) (07/22/2009 to 07/22/2009)**
Subdivision Name: HITZFIELDS 1ST
**3315 E LONGVIEW AVE, BLOOMINGTON, IN 47408-4324 (MONROE COUNTY) (01/27/2009 to 01/27/2009)**
Building Name: CONTINENTAL TERRACE
  Address contains: 78 apartments
**345 E 300 N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (04/01/2007 to 07/04/2008)**

# EXHIBIT A

TLOxp - Advanced

Your Current Reference ID: NONE
1 Result Found for people with TLO Person ID 15C7-X83T in the United States.

**ELIZABETH A OCHS , 65 Years Old (Indiana, Florida, Hawaii, Virginia, Maryland, South Carolina)**

**ELIZABETH A OCHS (08/01/1988 to 04/03/2022)**
**LIZABETH A OCHS (02/01/2019)**

Other Observed Names
**ELIZABETH L OCHS (02/01/2019)**
**LIZABETH L OCHS (02/01/2019)**

SSN: 
Issued: INDIANA 1969-1970

Dates of Birth
DOB: 
Age: 65

Other DOB: 
Age: 65

Other DOB: 
Age: 38

Gender: Female

Professional Licenses
**ELIZABETH ANN OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana 13001667A
First Issued: 06/20/1978
Expiration: 03/01/2008

**ELIZABETH OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana

**ELIZABETH OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana

Possible Relatives

Indicators
Bankruptcies: None Found
Liens: None Found
Judgments: None Found

Cities
Okeechobee, FL (03/18/2022)
Honolulu, HI (06/16/2017 to 01/17/2020)
Huntington, IN (08/01/1988 to 05/24/2022)
Markle, IN (02/07/2015)
Baltimore, MD (02/01/2019)
Summerville, SC (06/1996 to 01/23/2003)
Portsmouth, VA (08/1986 to 01/23/2003)
Quantico, VA (02/01/2019 to 03/12/2019)

Possible Phones
(260) 356-8762 (ET) (L) (100%)
(765) 356-8194 (ET) (V) (86%)
(260) 519-0222 (ET) (M) (86%)
(260) 504-1704 (ET) (M) (72%)
(317) 750-6458 (ET) (M) (67%)
(260) 519-0522 (ET) (M) (66%)
(260) 388-9301 (ET) (M) (66%)
(703) 441-8952 (ET) (V) (66%)
(260) 519-0220 (ET) (M) (66%)
(843) 356-8194 (ET) (M) (66%)
(219) 359-1795 (CT) (L) (66%)
(260) 758-3141 (ET) (L) (3%)
(260) 359-1795 (ET) (L) (3%)
(434) 242-2445 (ET) (M) (3%)
(401) 272-2775 (ET) (L) (3%)

Counties
Highlands County, FL (03/18/2022 to 03/18/2022)
Honolulu County, HI (06/16/2017 to 01/17/2020)
Huntington County, IN (08/01/1988 to 05/24/2022)
Baltimore City County, MD (02/01/2019 to 02/01/2019)
Dorchester County, SC (06/1996 to 01/23/2003)
Portsmouth City County, VA (08/1986 to 01/23/2003)
Prince William County, VA (02/01/2019 to 03/12/2019)

Possible Email Addresses
elizabethochs@gmail.com (100%)

Address History
2793 N MERIDIAN RD, HUNTINGTON, IN 46750-9581 (HUNTINGTON COUNTY) (09/2003 to 05/24/2022)
  Subject's Phone
    (260) 356-8762 (ET) - STEVEN OCHS
17216 BRIDLEWOOD DR, OKEECHOBEE, FL 34974-8528 (HIGHLANDS COUNTY) (03/18/2022 to 03/18/2022)
  Subdivision Name: TOWN OF HARDING
2550 KUHIO AVE APT 1201, HONOLULU, HI 96815-2718 (HONOLULU COUNTY) (01/17/2020 to 01/17/2020)
  Building Name: THE KAIMANA VILLA
    Address contains: 1 suite, 114 apartments
12506 CAPODANNO CT, QUANTICO, VA 22134-2076 (PRINCE WILLIAM COUNTY) (02/01/2019 to 03/12/2019)
687 SAINT PAUL ST APT D, BALTIMORE, MD 21202-2386 (BALTIMORE CITY COUNTY) (02/01/2019 to 02/01/2019)
  Address contains: 4 apartments
607 ISENBERG ST APT 5, HONOLULU, HI 96826-4539 (HONOLULU COUNTY) (08/16/2017 to 06/16/2017)
  Address contains: 8 apartments
3566 S 500 E, MARKLE, IN 46770-9098 (HUNTINGTON COUNTY) (02/07/2015 to 02/07/2015)
345 E 300 N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (05/1999 to 09/01/2003)
345 E 300 N # N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (08/01/1999 to 08/01/1999)

TLOxp - Advanced

**123 KING CHARLES CIR, SUMMERVILLE, SC 29485-3408 (DORCHESTER COUNTY)** (08/1996 to 01/23/2003)
Subdivision Name: NEWINGTON PLANTATION ESTATES
**121 E 300 N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY)** (08/01/1988 to 01/23/2003)
**1 QUARTERS U NNSY, PORTSMOUTH, VA 23702 (PORTSMOUTH CITY COUNTY)** (08/1986 to 01/23/2003)

Your Current Reference ID: **NONE**
**1 Result Found** for people named **STEVEN R OCHS** located in **MIAMI, FLORIDA**.

**STEVEN RILEY OCHS** , 33 Years Old (Florida, Indiana, Rhode Island, North Carolina)    3245 VIRGINIA ST APT 56, MIAMI, FL (04/16/2021 to

**STEVEN RILEY OCHS** (09/01/2003 to
07/02/2022)
**STEVE RILEY OCHS** (03/06/2009 to
11/01/2017)

SSN: ▮
Issued: **NORTH CAROLINA 1991-
1992**

**Dates of Birth**
DOB: **XX/XX**
Age:

Other DOB: **XX**
Age:

Other DOB: **XX/XX**
Age:

Gender: **Male**

Dates at Searched Location:
04/16/2021 to 08/11/2022

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
Issuing State: **FL**
**STEVEN RILEY OCHS**
556 NE 21ST AVE, HOMESTEAD, FL
33033-6036 (MIAMI-DADE COUNTY)
DOB: ▮
Issued: 09/14/2015
First Issued: 09/14/2015
Expiration: 09/08/2024
Race: White Gender: Male Height:
**6'1"**

**Possible Relatives**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
**Homestead, FL** (09/01/2003 to
06/16/2016)
**Miami, FL** (09/01/2003 to 08/11/2022)
**Huntington, IN** (09/01/2003 to
01/2021)
**Markle, IN** (09/01/2003 to 03/10/2014)
**Tarawa Terrace, NC** (09/01/2003 to
09/16/2015)
**Providence, RI** (09/01/2003 to
03/11/2018)

**Possible Phones**
**(260) 356-8762** (ET) (L) (100%)
**(260) 530-6668** (ET) (M) (86%)
**(765) 356-8194** (ET) (L) (86%)
**(260) 356-8763** (ET) (L) (66%)

**Counties**
Miami-Dade County, FL (09/01/2003 to
08/11/2022)
Huntington County, IN (09/01/2003 to
01/2021)
Onslow County, NC (09/01/2003 to
09/16/2015)
Providence County, RI (09/01/2003 to
03/11/2018)

**Possible Email Addresses**
stevenochs@att.net (100%)
sweetpatty776@yahoo.com (40%)

**Address History**
**3245 VIRGINIA ST APT 56, MIAMI, FL 33133-5250 (MIAMI-DADE COUNTY)** (04/16/2021 to 08/11/2022)
Subdivision Name: VIRGINIA POINTE CONDO
  Address contains: 67 apartments
  Current Commercial Phone at address
    **(305) 441-5991** (ET) - POINT ASSOC VIRGINIA
**1435 BRICKELL AVE # 3502, MIAMI, FL 33131-3407 (MIAMI-DADE COUNTY)** (05/28/2021 to 04/04/2022)
Subdivision Name: MILLENNIUM TOWER CONDO HOTEL
  Current Commercial Phones at address
    **(305) 358-3535** (ET) - SEASONS HOTEL FOUR
    **(305) 379-8222** (ET) - MEDIA INTERNET
    **(786) 360-1904** (ET) - ISG
    **(305) 377-0927** (ET) - GIFT SHOP LAMONTS
    **(305) 377-0928** (ET) - GIFT SHOP LAMONTS
    **(305) 374-0098** (ET) - GROUP REV
    **(305) 533-1199** (ET) - CLUB LA THE SPORTS
**950 BRICKELL BAY DR APT 4703, MIAMI, FL 33131-3962 (MIAMI-DADE COUNTY)** (03/06/2009 to 03/02/2022)
Subdivision Name: PLAZA BRICKELL CONDO
  Address contains: 560 apartments
  Current Commercial Phones at address
    **(786) 220-7735** (ET) - REAL PROPERTY EDMOR
    **(786) 220-8475** (ET) - INC INVESTMENT GARZON
    **(786) 220-5934** (ET) - BRICKELL FRONT DESK PLAZA
    **(786) 577-5354** (ET) - APARTMENT CORPORATION PTJ
**2793 N MERIDIAN RD, HUNTINGTON, IN 46750-9581 (HUNTINGTON COUNTY)** (09/01/2003 to 01/2021)
  Subject's Phone
    **(260) 356-8762** (ET) - STEVEN OCHS
**255 SW 11TH ST APT 406, MIAMI, FL 33130-4099 (MIAMI-DADE COUNTY)** (09/01/2003 to 06/03/2019)
Subdivision Name: MIAMI HEIGHTS
  Address contains: 1 office, 10 units, 362 apartments

**EXHIBIT B**

TLOxp - Advanced

**215 BUTLER AVE, PROVIDENCE, RI 02906-5312 (PROVIDENCE COUNTY)** (09/01/2003 to 03/11/2018)
**2263 DOUGLAS RD APT 441, MIAMI, FL 33145-3262 (MIAMI-DADE COUNTY)** (09/01/2003 to 02/14/2017)
  Address contains: 239 apartments, 5 suites
**556 NE 21ST AVE, HOMESTEAD, FL 33033-6036 (MIAMI-DADE COUNTY)** (09/01/2003 to 06/16/2016)
Subdivision Name: **PORTOFINO VILLAS WEST**
**4102 E PELELIU DR, TARAWA TERRACE, NC 28543-1194 (ONSLOW COUNTY)** (09/01/2003 to 09/16/2015)
**3566 S 500 E, MARKLE, IN 46770-9098 (HUNTINGTON COUNTY)** (09/01/2003 to 03/10/2014)
**106 CHAPIN AVE, PROVIDENCE, RI 02909-1724 (PROVIDENCE COUNTY)** (09/01/2003 to 03/10/2014)
**27 SYCAMORE ST, PROVIDENCE, RI 02909-1911 (PROVIDENCE COUNTY)** (09/01/2003 to 03/10/2014)
**2263 SW 37TH AVE, MIAMI, FL 33145-3009 (MIAMI-DADE COUNTY)**
Subdivision Name: **DAMARYS CONDO**
**2263 SW 37TH AVE # 441, MIAMI, FL 33145-3009 (MIAMI-DADE COUNTY)**
Subdivision Name: **DAMARYS CONDO**

5/25/22, 3:34 PM

TLOxp - Advanced

Your Current Reference ID: NONE
1 Result Found for people with TLO Person ID 15C7-X83T in the United States.

**ELIZABETH A OCHS** , 65 Years Old (Indiana, Florida, Hawaii, Virginia, Maryland, South Carolina)

**ELIZABETH A OCHS** (08/01/1988 to 04/03/2022)
**LIZABETH A OCHS** (02/01/2019)

**Other Observed Names**
**ELIZABETH L OCHS** (02/01/2019)
**LIZABETH L OCHS** (02/01/2019)

**SSN:**
Issued: INDIANA 1969-1970

**Dates of Birth**
DOB:
Age: 65

Other DOB:
Age: 65

Other DOB:
Age: 38

Gender: Female

**Professional Licenses**
**ELIZABETH ANN OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana 13001667A
First Issued: 06/20/1978
Expiration: 03/01/2008

**ELIZABETH OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana

**ELIZABETH OCHS**
2793 N MERIDIAN RD,
HUNTINGTON, IN 46750-9581
(HUNTINGTON COUNTY)
DENTAL HYGIENIST
Indiana

**Possible Relatives**

**Indicators**
Bankruptcies: None Found
Liens: None Found
Judgments: None Found

**Cities**
Okeechobee, FL (03/18/2022)
Honolulu, HI (06/16/2017 to 01/17/2020)
Huntington, IN (08/01/1988 to 05/24/2022)
Markle, IN (02/07/2015)
Baltimore, MD (02/01/2019)
Summerville, SC (08/1996 to 01/23/2003)
Portsmouth, VA (08/1986 to 01/23/2003)
Quantico, VA (02/01/2019 to 03/12/2019)

**Possible Phones**
(260) 356-8762 (ET) (L) (100%)
(765) 356-8194 (ET) (V) (86%)
(260) 519-0222 (ET) (M) (86%)
(260) 504-1704 (ET) (M) (72%)
(317) 750-6458 (ET) (M) (67%)
(260) 519-0522 (ET) (M) (66%)
(260) 388-9301 (ET) (M) (66%)
(703) 441-8952 (ET) (V) (66%)
(260) 519-0220 (ET) (M) (66%)
(843) 356-8194 (ET) (M) (66%)
(219) 359-1795 (CT) (L) (66%)
(260) 758-3141 (ET) (L) (3%)
(260) 359-1795 (ET) (L) (3%)
(434) 242-2445 (ET) (M) (3%)
(401) 272-2775 (ET) (L) (3%)

**Counties**
Highlands County, FL (03/18/2022 to 03/18/2022)
Honolulu County, HI (06/16/2017 to 01/17/2020)
Huntington County, IN (08/01/1988 to 05/24/2022)
Baltimore City County, MD (02/01/2019 to 02/01/2019)
Dorchester County, SC (08/1996 to 01/23/2003)
Portsmouth City County, VA (08/1986 to 01/23/2003)
Prince William County, VA (02/01/2019 to 03/12/2019)

**Possible Email Addresses**
elizabethochs@gmail.com (100%)

**Address History**
2793 N MERIDIAN RD, HUNTINGTON, IN 46750-9581 (HUNTINGTON COUNTY) (09/2003 to 05/24/2022)
  Subject's Phone
  (260) 356-8762 (ET) - STEVEN OCHS
17216 BRIDLEWOOD DR, OKEECHOBEE, FL 34974-8528 (HIGHLANDS COUNTY) (03/18/2022 to 03/18/2022)
  Subdivision Name: TOWN OF HARDING
2550 KUHIO AVE APT 1201, HONOLULU, HI 96815-2718 (HONOLULU COUNTY) (01/17/2020 to 01/17/2020)
  Building Name: THE KAIMANA VILLA
  Address contains: 1 suite, 114 apartments
12506 CAPODANNO CT, QUANTICO, VA 22134-2076 (PRINCE WILLIAM COUNTY) (02/01/2019 to 03/12/2019)
687 SAINT PAUL ST APT D, BALTIMORE, MD 21202-2386 (BALTIMORE CITY COUNTY) (02/01/2019 to 02/01/2019)
  Address contains: 4 apartments
607 ISENBERG ST APT 5, HONOLULU, HI 96826-4539 (HONOLULU COUNTY) (08/16/2017 to 08/16/2017)
  Subdivision Name: COCO COURT
  Address contains: 8 apartments
3566 S 500 E, MARKLE, IN 46770-9098 (HUNTINGTON COUNTY) (02/07/2015 to 02/07/2015)
345 E 300 N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (05/1999 to 09/01/2003)
345 E 300 N # N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (08/01/1999 to 08/01/1999)

**EXHIBIT C**

EXHIBIT C

TLOxp - Advanced

123 KING CHARLES CIR, SUMMERVILLE, SC 29485-3408 (DORCHESTER COUNTY) (06/1996 to 01/23/2003)
Subdivision Name: NEWINGTON PLANTATION ESTATES
121 E 300 N, HUNTINGTON, IN 46750-9508 (HUNTINGTON COUNTY) (08/01/1988 to 01/23/2003)
1 QUARTERS U NNSY, PORTSMOUTH, VA 23702 (PORTSMOUTH CITY COUNTY) (08/1986 to 01/23/2003)

6/20/22, 11:51 AM                                                TLOxp - Advanced

Your Current Reference ID: **NONE**
**1 Result Found** for people named **SHAWNA HARRIS** located in **OKEECHOBEE, FLORIDA.**

---

**SHAWNA M HARRIS , 37 Years Old (Hawaii, Florida, Michigan, Nebraska, New Jersey, Pennsylvania)**      **17216 BRIDLEWOOD DR, OKEECHOBEE, FL**

**SHANNA M HARRIS (05/01/2003 to 05/03/2022)**
**SHANYA HARRIS (05/01/2003 to 04/01/2009)**

SSN: ███████

Issued: **PENNSYLVANIA 1985-1987**

**Date of Birth**
DOB: ███████████
Age: **37**

Gender: **Female**

Dates at Searched Location:
**10/29/2021 to 06/17/2022**



**Possible Relatives**

**Indicators**
Bankruptcies: **None Found**
Liens: **None Found**
Judgments: **None Found**

**Cities**
**Miami, FL** (05/16/2018 to 03/31/2022)
**Okeechobee, FL** (10/29/2021 to 06/17/2022)
**Honolulu, HI** (09/30/2012 to 05/03/2022)
**Zeeland, MI** (01/31/2022)
**Lincoln, NE** (05/16/2018 to 07/2021)
**Belle Mead, NJ** (05/16/2018 to 05/01/2021)
**Philadelphia, PA** (05/01/2003 to 01/03/2020)

**Possible Phones**
(808) 953-4093 (HT) (M) (86%)
(808) 465-6293 (HT) (M) (86%)
(215) 462-6777 (ET) (L) (86%)
(267) 690-0176 (ET) (M) (70%)
(267) 343-2334 (ET) (M) (66%)
(267) 403-9540 (ET) (M) (66%)
(808) 726-9840 (HT) (M) (66%)
(610) 688-3635 (ET) (M) (66%)
(215) 334-2191 (ET) (V) (66%)
(267) 752-6287 (ET) (M) (66%)
(214) 462-6777 (CT) (L) (3%)

**Counties**
Highlands County, FL (10/29/2021 to 06/17/2022)
Miami-Dade County, FL (05/16/2018 to 03/31/2022)
Honolulu County, HI (09/30/2012 to 05/03/2022)
Ottawa County, MI (01/31/2022 to 01/31/2022)
Lancaster County, NE (05/16/2018 to 07/2021)
Somerset County, NJ (05/16/2018 to 05/01/2021)
Philadelphia County, PA (05/01/2003 to 01/03/2020)

**Possible Email Addresses**
shawna.harris143@yahoo.com (100%)
shawnathebeautiful@gmail.com (100%)
shawnaharris.uk@gmail.com (100%)
shawnathebeautiful@yahoo.com (100%)
shawnaharris.nz@gmail.com (79%)
sassysam068@gmail.com (40%)
mf_seth@yahoo.com (40%)

---

**Address History**
**17216 BRIDLEWOOD DR, OKEECHOBEE, FL 34974-8528 (HIGHLANDS COUNTY)** (10/29/2021 to 06/17/2022)
Subdivision Name: **TOWN OF HARDING**
**2550 KUHIO AVE APT 1201, HONOLULU, HI 96815-2718 (HONOLULU COUNTY)** (05/16/2018 to 05/03/2022)
Building Name: **THE KAIMANA VILLA**
  Address contains: 1 suite, 114 apartments
**3245 VIRGINIA ST APT 56, MIAMI, FL 33133-5250 (MIAMI-DADE COUNTY)** (05/16/2018 to 03/31/2022)
Subdivision Name: **VIRGINIA POINTE CONDO**
  Address contains: 67 apartments
  Current Commercial Phone at address
    **(305) 441-5991 (ET) - POINT ASSOC VIRGINIA**
**2550 KUHIO AVE, HONOLULU, HI 96815-3924 (HONOLULU COUNTY)** (03/27/2021 to 05/31/2021)
Building Name: **THE KAIMANA VILLA**
  Address contains: 1 suite, 114 apartments
**8784 TAYLOR ST, ZEELAND, MI 49464-9569 (OTTAWA COUNTY)** (01/31/2022 to 01/31/2022)
**3500 PRESCOTT AVE, LINCOLN, NE 68506-3867 (LANCASTER COUNTY)** (05/16/2018 to 07/2021)
Subdivision Name: **IRREGULAR**
  Current Private Phones at address
    **(402) 904-5278 (CT) - HEATHER HAY**
    **(402) 904-5278 (CT) - LEWIS E HAY**
**5 BERKLEY AVE, BELLE MEAD, NJ 08502-4622 (SOMERSET COUNTY)** (05/16/2018 to 05/01/2021)
**607 ISENBERG ST APT 5, HONOLULU, HI 96826-4539 (HONOLULU COUNTY)** (03/31/2017 to 02/19/2021)
Subdivision Name: **COCO COURT**
  Address contains: 8 apartments
  Current Private Phones at address
    **(808) 784-1262 (HT) - PAUL D PILAGO**
    **(808) 784-1262 (HT) - SKYE PILAGO**
**1331 S 32ND ST, PHILADELPHIA, PA 19146-3409 (PHILADELPHIA COUNTY)** (05/01/2003 to 01/03/2020)
  Subject's Phone
    **(215) 462-6777 (ET) - G HARRIS**
**456 KEONIANA ST, HONOLULU, HI 96815-2078 (HONOLULU COUNTY)** (05/05/2016 to 09/26/2018)
  Address contains: 17 apartments
**456 KEONIANA ST APT 304, HONOLULU, HI 96815-2022 (HONOLULU COUNTY)** (09/30/2012 to 10/23/2013)
  Address contains: 17 apartments
**7046 WOODLAND AVE, PHILADELPHIA, PA 19142-1127 (PHILADELPHIA COUNTY)** (10/17/2007 to 01/2018)
**7046 WOODLAND AVE # 2, PHILADELPHIA, PA 19142-1127 (PHILADELPHIA COUNTY)** (01/31/2010 to 03/16/2011)

**EXHIBIT D**

TLOxp - Advanced

   Address contains: **1** apartment, **2** units
**254 KAIULANI AVE APT 304, HONOLULU, HI 96815-3078 (HONOLULU COUNTY) (01/03/2014 to 08/25/2017)**
Building Name: **DARLANI**
   Address contains: **1** penthouse, **14** apartments
**254 KAIULANI AVE APT 203, HONOLULU, HI 96815-3022 (HONOLULU COUNTY) (09/2013 to 04/22/2014)**
Building Name: **DARLANI**
   Address contains: **1** penthouse, **14** apartments
**254 KAIULANI AVE, HONOLULU, HI 96815-3076 (HONOLULU COUNTY) (02/11/2014 to 03/17/2014)**
**5333 LIKINI ST APT 109, HONOLULU, HI 96818-1771 (HONOLULU COUNTY) (11/25/2014 to 11/25/2014)**
Subdivision Name: **PLAZA LANDMARK**
Building Name: **PLAZA LANDMARK**
   Address contains: **19** penthouses, **273** apartments
**5001 PINE ST APT 3, PHILADELPHIA, PA 19143-1681 (PHILADELPHIA COUNTY) (11/01/2008 to 10/06/2014)**
   Address contains: **6** apartments
**5001 PINE ST, PHILADELPHIA, PA 19143-1681 (PHILADELPHIA COUNTY)**
   Address contains: **6** apartments
**1226 ALEXANDER ST APT 1205, HONOLULU, HI 96826-1227 (HONOLULU COUNTY) (09/30/2013 to 10/30/2013)**
Subdivision Name: **ALEXANDER TOWERS**
Building Name: **ALEXANDER TOWERS**
   Address contains: **90** apartments
**PO BOX 21836, PHILADELPHIA, PA 19146-0436 (PHILADELPHIA COUNTY) (11/2009 to 06/03/2010)**
**18 N SAINT BERNARD ST, PHILADELPHIA, PA 19139-2747 (PHILADELPHIA COUNTY) (06/30/2008 to 09/03/2008)**
   Address contains: **2** apartments