**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br>                 Plaintiff, <br><br>                 v. <br><br> PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, <br><br>                 Defendants. | No. 1:21-CV-03267-APM |

## DECLARATION OF DANIEL BRETT KOHLHOFER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE, OR LIMITED, EXPEDITED DISCOVERY IN AID OF SERVICE, WITH A CORRESPONDING TIME EXTENSION TO SERVE SCHAFFER AND VALLEJO

I, Daniel Brett Kohlhofer, declare and state as follows:

1.     I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia (the "District") in the above-captioned action. Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below. I respectfully submit this declaration in support of the Plaintiff's Motion for Order Authorizing Alternative Service, or Limited, Expedited Discovery in Aid of Service, With A Corresponding Time Extension to Serve Schaffer and Vallejo (the "Motion").

2.     Dechert and its co-counsel retained the services of and directed professional process servers at Torri's Legal Services (the "Server") to attempt to serve Defendants Jon Ryan Schaffer and Edward Vallejo (the "Remaining Defendants"). The attempts of the process server team to locate and serve the Remaining Defendants are described in the Motion and its supporting declarations and exhibits.

3.     With the assistance of its Server, the District has attempted to locate and serve Schaffer and Vallejo for many months. Ex. 1 (March 14, 2022 Schaffer Due Diligence Aff.), Ex. 2 (June 13, 2022 Schaffer Due Diligence Aff.), Ex. 3 (June 30, 2022 Schaffer Due Diligence Aff.). Previous declarations and process server affidavits submitted in this action, which are also attached to this Declaration, Ex. 4 (March 14, 2022 declaration), Ex. 5 (June 13, 2022 declaration), Ex. 6 (June 30, 2022 declaration), document these efforts up to the District's June 30, 2022 motion.

4.     As the attachments and the District's previous filings document, before the July 15 Order, there had been repeated unsuccessful attempts to serve both Schaffer and Vallejo.

5.     After the Court's July 15 Order, on July 21, 2022 and again on August 1, 2022, the District's counsel attempted to serve Schaffer by certified mail.  *See* D.C. Super. Ct. R. Civ. P. 4(c)(4).  In each certified mailing, the District included copies of the initial complaint and Amended complaint, a summons, and the Court's July 15 Order.  Both of these certified mailings were sent to Schaffer's Auburndale, Florida address:  364 Waldorf Drive, Auburndale, FL 33823. Return receipts were requested for each attempt.  Copies of the shipping receipts and tracking updates are attached to this Declaration as Exhibit 7.

6.     On July 25, 2022, the United States Postal Service ("USPS") attempted to deliver the first certified mailing to Schaffer.  The attempt failed.  On July 29, 2022, the undelivered documents were returned to the District's counsel.

7.     Because the first attempt was unsuccessful, a second certified mailing was sent on August 1, 2022.  USPS attempted to deliver the documents on August 4, 2022 and again on August 10, 2022.  Those attempts similarly failed.

8.     The District similarly attempted to serve Defendant Vallejo by certified mail several times, at several different addresses.  Return receipts were requested each time.  On each

attempt, the District included copies of the initial and operative complaints, a summons, and the

Court's July 15 Order.  Copies of the shipping receipts and tracking updates are attached to this

Declaration as Exhibit 8.  The attempts to serve Vallejo by certified mail were sent to the following

addresses:

| Address | Date Sent |
|---------|-----------|
| 44100 Cattle Drive, Ash Fork, AZ 86320 | July 21, 2022 |
| 3501 E. Windsor Avenue, Phoenix, Arizona 85008[1] | July 21, 2022 |
| 1811 N. 31st Street #2, Phoenix, AZ 850008 | August 1, 2022 |
| 3501 E. Windsor Avenue, #1, Phoenix, Arizona 85008 | August 1, 2022 |
| 3501 E. Windsor Avenue, #2, Phoenix, Arizona 85008 | August 1, 2022 |

9.      With the exception of the mailing to 1811 N. 31st Street #2, Phoenix, AZ 850008,

the attached USPS reports indicate that one or more attempts was made to deliver the District's

certified mailing to each of the above-referenced addresses.  Ex. 8.  USPS has not updated its

tracker to indicate when attempts were made at 1811 N. 31st Street #2, Phoenix, AZ 850008.

10.     None of these attempts to serve Vallejo by certified mail were successful.  While

USPS did ultimately report that one of the packages was actually delivered to 3501 E. Windsor

Avenue, Phoenix, Arizona 85008, the recipient did not complete the return receipt, thereby leaving

the District no way to confirm the recipient's identity.

11.     Separate from the above-described attempts to serve Vallejo by certified mail, since

the Court's July 15 Order, the District's process servers made two additional in-person attempts to

serve Vallejo at an address that appears on Debra Vallejo's skip trace report, which had not been

attempted previously.  The attempts were unsuccessful.  These attempts are described in further

---

[1] USPS originally reported that the certified mailing to 3501 E. Windsor Avenue, Phoenix, Arizona 85008 was not
delivered due to an "insufficient address."  The USPS website notes that undeliverable mail is endorsed as having an
"insufficient address" when the mail is "without number, street, box number, route number, or geographical section
of city or city and state omitted and correct address not known."  After confirming that the address used was accurate,
the District conferred with its process servers who had visited the same address in-person.  The server confirmed that
the District used the correct address, and described the as a single-family home with one front door.  But the server
added the home's mailbox displayed a "#2."  To ensure that one of its mailings to the address would be delivered, the
District made two more mailings to the address--one with "#1" and the other with "#2" added to the address.

detail in the affidavit of Torri Schaffer, the District's process server, which is attached as a separate exhibit to the District's Motion.

12.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 15, 2022                    _/s/ Daniel Brett Kohlhofer_
                                               Daniel Brett Kohlhofer