# EXHIBIT 1

# EXHIBIT 4

UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| **DISTRICT OF COLUMBIA** <br> (Plaintiff) <br> vs. <br> **PROUD BOYS INTERNATIONAL, LLC, et al.** <br> (Defendant) | ) <br> ) <br> ) **1:21-cv-03267-APM** <br> ) <br> ) |

### AFFIDAVIT OF DUE DILIGENCE IN ATTEMPTING TO SERVE JON RYAN SCHAFFER

The undersigned, Torri Schaffer, Custodian of Records for Torri's Legal Services, having been duly authorized by **Dechert LLP** ("client") to make service of a *Summons in a Civil Action, Complaint, Civil Cover Sheet, Attachments A and B,* and *Notice of Right to Consent to Trial Before a United States Magistrate Judge* ("documents") for **Jon Ryan Schaffer** ("defendant") in the above-captioned case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business is 2021 L Street, N.W., Suite 101-252, Washington, D.C. 20036. I received the documents on January 5, 2022.

According to the *Summons*, the defendant was to be served at **5162 Timber Ridge Dr., Columbus, IN 47201-8816** ("given address").

I sent the documents to my fellow process server in Indiana, Evolution Process Service, to attempt at the given address.

- On January 6, 2022, at approximately 12:34 p.m., Evolution Process Service attempted to serve the defendant at the given address, a single-family home. A woman at the residence said that the defendant did not live there. She declined to provide her name.

I ran a skip trace to locate the defendant's current address. The skip trace was conducted in a highly comprehensive, interactive database. This database is highly secure and available only to pre-screened attorneys, investigators, process servers, and similar individuals. This database is not available to the public, and the comprehensiveness and accuracy are high, although care must be taken to evaluate the data for relevance and accuracy. (Exhibit A)

I reviewed the skip trace and instructed Evolution Process Service to attempt service at an address listed on the skip trace: **1104 Charlotte Avenue, Fort Wayne, IN 46805** ("Fort Wayne address").

- On January 11, 2022, at approximately 1:41 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address, a single-family residence. No one responded at the door.

1

- On January 12, 2022, at approximately 9:34 a.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the door. The server noticed a pickup truck driven by a man who resembled the defendant drive by slowly. However, the truck did not stop and kept on going.
- On January 12, 2022, at approximately 1:38 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the door. The server left a post-It note on the door and then detected movement within the residence. The server knocked again but received no answer.
- On January 13, 2022, at approximately 5:12 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the front door. After the server returned to her car, two women emerged from the house. One was walking to a car parked in the driveway. The server headed back to the house to speak with the woman standing in the door. The server had not even said a word when the woman stated that the defendant did not live there. She was terse and even rude. She said she knew the defendant but repeated that he did not reside there. She told the server to leave and not return. Note: This address belongs to Jonathan Haller, per Allen County IN property records.

I instructed Evolution Process Service to attempt service at another address listed on the skip trace: **123 ½ E. Main Cross Street, Edinburgh, IN 46124-1414** ("Edinburgh address").

- On January 20, 2022, at approximately 4:26 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address, an old downtown building. The store space on the first floor appeared to be vacant. There might be someone living above the store space. The server left a call back card on the door.
- On January 20, 2022, at approximately 7:42 a.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. No one responded at the main door. The server's card was still attached to the door.
- On January 24, 2022, at approximately 10:22 a.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. The server tried the front door and back door to no avail. The server's card was still on the front door.
- On January 26, 2022, at approximately 6:03 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address without success. The server's card was still attached to the door.
- On January 27, 2022, at approximately 12:19 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. The situation there remained unchanged. The server's card was still attached to the door.

The client instructed me to attempt service at a fourth address: **3140 Diane South Drive, Columbus, IN 47201** ("Columbus address"), a mobile home park.

- On February 8, 2022, at approximately 2:37 p.m., Evolution Process Service attempted to serve the defendant at the Columbus address. The trailer appeared to be vacant, but the server could not confirm with the neighbors or the office. There were no tracks in the snow leading to the home.

2

- On February 9, 2022, at approximately 12:47 p.m., Evolution Process Service attempted to serve the defendant at the Columbus address. The mobile home is vacant, per the neighbors who stated that the resident moved out "last week." They advised that the person was not the defendant after being showed a photograph.

Due to the foregoing circumstances, I was unable to serve the documents to the defendant. I was unable to determine the defendant's current whereabouts.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct, and that this affidavit was executed by Torri Schaffer, Custodian of Records.

Subscribed and sworn to before me on this 10th day of March 2022

_Rita Berzins_
Rita Berzins, Notary Public - My Commission Expires 3/13/2025 - State of Maryland, County of Montgomery

_Torri Schaffer_
Torri Schaffer, Custodian of Records

RITA L. BERZINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/13/2025

1/5/22, 9:14 AM                                   TLOxp - Advanced

**Your Current Reference ID: NONE**
**1 Result Found for people named JON SCHAFFER located at 5162 TIMBER RIDGE DR, COLUMBUS, INDIANA.**

---

**JON RYAN SCHAFFER**, 53 Years Old (Indiana, Florida)   **5162 TIMBER RIDGE DR, COLUMBUS, IN** (09/15/2006 to 08/24/2020)

JON RYAN SCHAFFER (08/24/1992 to 11/03/2021)

**Other Observed Names**
JOHN SCHEFFER (10/08/2007 to 01/31/2017)
JOHN R SHAFFER (05/01/1993 to 01/31/2017)
JON SHAFFER (08/24/1992 to 09/01/2011)

**SSN:** XXX-XX-
**Issued:** INDIANA 1977-1979

**Other People who have used this SSN. This does not usually indicate fraud.**

**Dates of Birth**
DOB: XX/XX/
Age:

Other DOB: XX/XX
Age:

Other DOB: XX/
Age:

Gender: Male

**Dates at Searched Location:**
09/15/2006 to 08/24/2020

**Driver's License Detail:**
DL#: XXXX-XXX-XX-XXX-X
Issuing State: FL
JON RYAN SCHAFFER
1637 SE PARADISE CIR APT 308,
CRYSTAL RIVER, FL 34429-4616
(CITRUS COUNTY)
DOB: XX/XX/1
Issued: 02/22/1
Race: White Gender: Male

**Possible Relatives**

**Indicators**
Bankruptcies: None Found
Liens: 2 Found, Latest in 2009
Judgments: None Found

**Cities**
Crystal River, FL
Miami, FL (11/01/2010 to 01/05/2017)
Orlando, FL (08/24/1992 to 05/21/2014)
Plant City, FL (12/1987 to 01/23/2003)
Tampa, FL (06/26/1993 to 01/23/2003)
Carmel, IN (10/08/2007)
Columbus, IN (11/1997 to 08/24/2020)
Edinburgh, IN (09/2015 to 01/05/2022)
Fort Wayne, IN (07/10/2015 to 09/10/2021)
Indianapolis, IN (04/30/2010 to 12/18/2021)
Nashville, IN (09/28/2005 to 10/02/2015)
Winamac, IN (09/01/2007 to 10/08/2007)

**Possible Phones**
(574) 946-3277 (ET) (A) (88%)
(812) 988-4859 (ET) (L) (88%)
(407) 797-7054 (ET) (L) (86%)
(260) 888-4992 (ET) (M) (68%)
(219) 946-3277 (CT) (L) (66%)
(812) 579-5863 (ET) (L) (66%)
(812) 988-6122 (ET) (L) (66%)
(260) 704-6270 (ET) (M) (38%)
(812) 988-4021 (ET) (L) (3%)
(812) 343-5071 (ET) (M) (3%)
(512) 988-6122 (CT) (M) (3%)
(813) 972-1450 (ET) (L) (3%)
(812) 350-6625 (ET) (M) (3%)

**Counties**
Citrus County, FL
Hillsborough County, FL (12/1987 to 01/23/2003)
Miami-Dade County, FL (11/01/2010 to 01/05/2017)
Orange County, FL (08/24/1992 to 05/21/2014)
Allen County, IN (07/10/2015 to 09/10/2021)
Bartholomew County, IN (11/1997 to 08/24/2020)
Brown County, IN (09/28/2005 to 10/02/2015)
Hamilton County, IN (10/08/2007 to 10/08/2007)
Johnson County, IN (09/2015 to 01/05/2022)
Marion County, IN (04/30/2010 to 12/18/2021)
Pulaski County, IN (09/01/2007 to 10/08/2007)

**Possible Email Addresses**
john.scheffer@cox.net (42%)
ascheffer@msn.com (40%)
scheffercorbin@gmail.com (40%)
jkylehaller@gmail.com (40%)
schef77@pwrtc.com (40%)
schef@pwrtc.com (40%)
jtscheffer@hotmail.com (40%)
schef77@hotmail.com (40%)

**Wikipedia Page** WIKIPEDIA
http://en.wikipedia.org/wiki/Jon_Scha

**Address History**
123 1/2 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 01/05/2022)
7960 ZIONSVILLE RD, INDIANAPOLIS, IN 46268-1649 (MARION COUNTY) (04/30/2010 to 12/18/2021)
  Current Commercial Phone at address
    (317) 337-2980 (ET) - HELMS AND ASSOCIATES PC JR
1104 CHARLOTTE AVE, FORT WAYNE, IN 46805-2637 (ALLEN COUNTY) (07/10/2015 to 09/10/2021)
Subdivision Name: FORTMEYERS OF
PO BOX 251, EDINBURGH, IN 46124-0251 (JOHNSON COUNTY) (11/06/2017 to 06/17/2021)
5162 TIMBER RIDGE DR, COLUMBUS, IN 47201-8816 (BARTHOLOMEW COUNTY) (09/15/2006 to 08/24/2020)
123 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 05/31/2019)
Subdivision Name: COLLIERS
444 BRICKELL AVE STE P51, MIAMI, FL 33131-2466 (MIAMI-DADE COUNTY) (11/01/2010 to 01/05/2017)
Subdivision Name: BRICKELL POINT
  Address contains: 1 floor, 88 suites
5784 THREE NOTCH RD, NASHVILLE, IN 47448-8622 (BROWN COUNTY) (09/28/2005 to 10/02/2015)
7826 RUM CAY AVE, ORLANDO, FL 32822-7148 (ORANGE COUNTY) (05/21/2014 to 05/21/2014)
PO BOX 270, COLUMBUS, IN 47202-0270 (BARTHOLOMEW COUNTY) (09/14/2007 to 11/2013)
5518 THREE NOTCH RD, NASHVILLE, IN 47448-8388 (BROWN COUNTY) (12/05/2005 to 09/01/2011)
5650 THREE NOTCH RD, NASHVILLE, IN 47448-8319 (BROWN COUNTY) (02/17/2010 to 02/17/2010)
14606 BACH DR APT 426, CARMEL, IN 46032-7064 (HAMILTON COUNTY) (10/08/2007 to 10/08/2007)



**EXHIBIT A**

Case 1:21-cv-00327-APM Document 148-2 Filed 03/14/22 Page 67 of 67

Address contains: **22 apartments**
**445 E DECKER DR, WINAMAC, IN 46996-1113 (PULASKI COUNTY)** (09/01/2007 to 10/08/2007)
Subdivision Name: **FLOYD HALL**
**5001 OAKWOOD DR, COLUMBUS, IN 47203-9455 (BARTHOLOMEW COUNTY)** (11/1997 to 07/10/2007)
Subdivision Name: **OAKWOOD OF ESTATES**
**811 W 129TH AVE, TAMPA, FL 33612-4137 (HILLSBOROUGH COUNTY)** (06/26/1993 to 01/23/2003)
Subdivision Name: **HIGH PINES**
**2610 SPRUCEWOOD LN, PLANT CITY, FL 33563-8882 (HILLSBOROUGH COUNTY)** (12/1987 to 01/23/2003)
Subdivision Name: **EASTGATE EXT**
**2564 WOODGATE BLVD, ORLANDO, FL 32822-6216 (ORANGE COUNTY)** (08/24/1992 to 08/24/1992)
Subdivision Name: **DOCKSIDE CONDO**
Address contains: **14 apartments**
**1637 SE PARADISE CIR APT 308, CRYSTAL RIVER, FL 34429-4616 (CITRUS COUNTY)**
Subdivision Name: **PLANTATION VILLAGE**
Address contains: **39 apartments**
**6912 CONCORD DR, TAMPA, FL 33614-4523 (HILLSBOROUGH COUNTY)**
**140 PINE VIEW DR APT 3, CARMEL, IN 46032-5346 (HAMILTON COUNTY)**
Address contains: **10 apartments**