# EXHIBIT 2

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**for the**
**District of Columbia**

| | |
|---|---|
| **DISTRICT OF COLUMBIA** | ) |
| (Plaintiff) | ) |
| vs. | )   **1:21-cv-03267-APM** |
| **PROUD BOYS INTERNATIONAL, LLC, et al.** | ) |
| (Defendant) | ) |

**AMENDED AFFIDAVIT OF DUE DILIGENCE**
**IN ATTEMPTING TO SERVE JON RYAN SCHAFFER**

The undersigned, Laura Creekmore, Custodian of Records for Torri's Legal Services, having been duly authorized by **Dechert LLP** ("client") to make service of a *Summons in a Civil Action, Complaint, Civil Cover Sheet, Attachments A and B,* and *Notice of Right to Consent to Trial Before a United States Magistrate Judge* ("documents") for **Jon Ryan Schaffer** ("defendant") in the above-captioned case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business is 2021 L Street, N.W., Suite 101-252, Washington, D.C. 20036. I received the documents on January 5, 2022.

To date, I have made multiple attempts to serve the defendant at various locations, as described in my preliminary affidavit. (Exhibit A – Attempts from receipt of paperwork to February 9, 2022)

The client instructed me to make attempts at new addresses gleaned from our skip trace and other sources.

I sent the documents to my colleague in Florida, Mr. Anthony Ko, instructing him to attempt service at **10407 Falcon Parc Blvd., Apt. 207, Orlando, FL 32832** ("Orlando address").

- On March 11, 2022, at approximately 8:34 p.m., Mr. Ko attempted to serve the defendant at the Orlando address. No one responded at the door, nor were any lights detected within the unit. It appeared that no one was home.
- On March 12, 2022, at approximately 4:04 p.m., Mr. Ko attempted to serve the defendant at the Orlando address. He spoke with the defendant's mother who said that Jon did not live there. She said that they were not close, and she was unaware of his whereabouts.

Subsequently, I forwarded the documents to my colleague in Delaware, Mr. Robert DeLacy, asking that he attempt service at **701 E. Laurel Street Ext., Georgetown, DE 19947** ("Georgetown address").

- On April 28, 2022, at approximately 12:00 p.m., Mr. DeLacy attempted to serve the defendant at the Georgetown address. A woman opened the door. Mr. DeLacy asked

1

for Jon, but she said he did not live there. When Mr. DeLacy wanted to question her, she slammed the door in his face. A Georgetown police car was parked in the driveway.

- Mr. DeLacy attempted service at the Georgetown address on May 17, 2022, at 6:40 p.m., and on May 18, 2022, at 9:00 a.m., but he failed to observe or detect any activity within the residence.
- On May 22, 2022, at approximately 11:30 a.m., Mr. DeLacy attempted to serve the defendant at the Georgetown address. No one responded at the door, but a Jeep (PC164832)* and Chevy (tag included the numbers 9809) were parked in the driveway.
  *Note: Torri's Legal Services ran a tag search. This car belongs to Heather Larae Barlow and Matthew Barlow.
- On May 26, 2022, at approximately 7:45 a.m., Mr. DeLacy attempted to serve the defendant at the Georgetown address. No one responded at the door. The same cars were parked in the driveway.

I sent the documents to my colleague in Citrus County, Florida, Ms. Ruth Pippin. I instructed her to attempt service at **1637 SE Paradise Circle, Apt. 308, Crystal River, FL 34429** ("Crystal River address").

- On June 2, 2022, at approximately 8:10 p.m., Ms. Pippin attempted to serve the defendant at the Crystal River address. No one responded at the door, nor was any activity detected within the unit.
- On June 7, 2022, at approximately 12:23 p.m., Ms. Pippin attempted to serve the defendant at the Crystal River address. No one responded at the door. Ms. Pippin left a tag with her contact information on the door. No vehicle was parked in the marked space by the unit.
- On June 8, 2022, at approximately 8:15 p.m., Ms. Pippin attempted to serve the defendant at the Crystal River address. No vehicles were parked in the designated spot. Ms. Pippin knocked but received no answer. She did not detect any activity within the unit. Ms. Pippin spoke with Norma Bertolotti from Apt. 306 who told her that Apt. 308 is owned by Bobby Harden and used as a "get-away" by his family. Ms. Bertolotti has never seen the defendant there and is unfamiliar with him.

On June 9, 2022, I ran another skip trace on **Jon Ryan Schaffer.** The skip trace produced a new address for the defendant: **364 Waldorf Drive, Auburndale, FL 33823** ("Auburndale address"). (Exhibit B)

- On June 10, 2022, at approximately 5:37 p.m., my colleague Ms. Susan Upthegrove attempted to serve the defendant at the Auburndale address, which is within a gated mobile home community called The Hamptons Golf & Country Club. The name "J. Schaffer" was on the callbox for 364 Waldorf Drive. She was able to get in and proceeded to 364 Waldorf Drive. Two cars with Indiana tags, a Jeep (BMZZ70) and a Dodge Charger (BEG257), were parked in the carport. No one responded at the door of the residence.

2

- On June 11, 2022, at approximately 9:15 a.m., Ms. Upthegrove attempted to serve the defendant at the Auburndale address. Both vehicles were parked in the carport. However, no one responded at the door. Ms. Upthegrove spoke with the neighbors who told her that if the cars were there, the residents were home.
  *Torri's Legal Services ran an asset search that indicated that the defendant, **Jon Ryan Schaffer**, has a non-commercial trailer registered at the Auburndale address. (Exhibit C)

Despite my attempts, I was unable to serve the documents to the defendant. Based on the most recent information, I believe the defendant may currently be residing at the Auburndale address.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct, and that this affidavit was executed by Torri Schaffer, Custodian of Records.

Subscribed and sworn to before me on this 13th day of June 2022

Rita Berzins, Notary Public - My Commission Expires 3/13/2025      -   State  of  Maryland, County of Montgomery

Laura Creekmore, Custodian of Records

RITA L. BERZINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/13/2025

3

**4**

## UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| **DISTRICT OF COLUMBIA** | ) |
| **(Plaintiff)** | ) |
| vs. | )   **1:21-cv-03267-APM** |
| **PROUD BOYS INTERNATIONAL, LLC, et al.** | ) |
| **(Defendant)** | ) |

### AFFIDAVIT OF DUE DILIGENCE IN ATTEMPTING TO SERVE JON RYAN SCHAFFER

The undersigned, Torri Schaffer, Custodian of Records for Torri's Legal Services, having been duly authorized by **Dechert LLP** ("client") to make service of a *Summons in a Civil Action, Complaint, Civil Cover Sheet, Attachments A and B,* and *Notice of Right to Consent to Trial Before a United States Magistrate Judge* ("documents") for **Jon Ryan Schaffer** ("defendant") in the above-captioned case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business is 2021 L Street, N.W., Suite 101-252, Washington, D.C. 20036. I received the documents on January 5, 2022.

According to the *Summons*, the defendant was to be served at **5162 Timber Ridge Dr., Columbus, IN 47201-8816** ("given address").

I sent the documents to my fellow process server in Indiana, Evolution Process Service, to attempt at the given address.

- On January 6, 2022, at approximately 12:34 p.m., Evolution Process Service attempted to serve the defendant at the given address, a single-family home. A woman at the residence said that the defendant did not live there. She declined to provide her name.

I ran a skip trace to locate the defendant's current address. The skip trace was conducted in a highly comprehensive, interactive database. This database is highly secure and available only to pre-screened attorneys, investigators, process servers, and similar individuals. This database is not available to the public, and the comprehensiveness and accuracy are high, although care must be taken to evaluate the data for relevance and accuracy. (Exhibit A)

I reviewed the skip trace and instructed Evolution Process Service to attempt service at an address listed on the skip trace: **1104 Charlotte Avenue, Fort Wayne, IN 46805** ("Fort Wayne address").

- On January 11, 2022, at approximately 1:41 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address, a single-family residence. No one responded at the door.



**EXHIBIT A**

1

- On January 12, 2022, at approximately 9:34 a.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the door. The server noticed a pickup truck driven by a man who resembled the defendant drive by slowly. However, the truck did not stop and kept on going.
- On January 12, 2022, at approximately 1:38 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the door. The server left a post-It note on the door and then detected movement within the residence. The server knocked again but received no answer.
- On January 13, 2022, at approximately 5:12 p.m., Evolution Process Service attempted to serve the defendant at the Fort Wayne address. No one responded at the front door. After the server returned to her car, two women emerged from the house. One was walking to a car parked in the driveway. The server headed back to the house to speak with the woman standing in the door. The server had not even said a word when the woman stated that the defendant did not live there. She was terse and even rude. She said she knew the defendant but repeated that he did not reside there. She told the server to leave and not return. Note: This address belongs to Jonathan Haller, per Allen County IN property records.

I instructed Evolution Process Service to attempt service at another address listed on the skip trace: **123 ½ E. Main Cross Street, Edinburgh, IN 46124-1414** ("Edinburgh address").

- On January 20, 2022, at approximately 4:26 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address, an old downtown building. The store space on the first floor appeared to be vacant. There might be someone living above the store space. The server left a call back card on the door.
- On January 20, 2022, at approximately 7:42 a.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. No one responded at the main door. The server's card was still attached to the door.
- On January 24, 2022, at approximately 10:22 a.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. The server tried the front door and back door to no avail. The server's card was still on the front door.
- On January 26, 2022, at approximately 6:03 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address without success. The server's card was still attached to the door.
- On January 27, 2022, at approximately 12:19 p.m., Evolution Process Service attempted to serve the defendant at the Edinburgh address. The situation there remained unchanged. The server's card was still attached to the door.

The client instructed me to attempt service at a fourth address: **3140 Diane South Drive, Columbus, IN 47201** ("Columbus address"), a mobile home park.

- On February 8, 2022, at approximately 2:37 p.m., Evolution Process Service attempted to serve the defendant at the Columbus address. The trailer appeared to be vacant, but the server could not confirm with the neighbors or the office. There were no tracks in the snow leading to the home.

2

- On February 9, 2022, at approximately 12:47 p.m., Evolution Process Service attempted to serve the defendant at the Columbus address. The mobile home is vacant, per the neighbors who stated that the resident moved out "last week." They advised that the person was not the defendant after being showed a photograph.

Due to the foregoing circumstances, I was unable to serve the documents to the defendant. I was unable to determine the defendant's current whereabouts.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct, and that this affidavit was executed by Torri Schaffer, Custodian of Records.

Subscribed and sworn to before me on this 10th day of March 2022

*Rita Berzins*

Rita Berzins, Notary Public - My Commission Expires 3/13/2025       - State of Maryland, County of Montgomery

Torri Schaffer, Custodian of Records

RITA L. BERZINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/13/2025

3

1/5/22, 9:14 AM                                        TLOxp - Advanced

Your Current Reference ID: NONE
1 Result Found for people named JON SCHAFFER located at 5162 TIMBER RIDGE DR, COLUMBUS, INDIANA.

**JON RYAN SCHAFFER , 53 Years Old (Indiana, Florida)     5162 TIMBER RIDGE DR, COLUMBUS, IN (09/15/2008 to 08/24/2020)**

JON RYAN SCHAFFER (08/24/1992
to 11/03/2021)

**Other Observed Names**
JOHN SCHEFFER (10/08/2007 to
01/31/2017)
JOHN R SHAFFER (05/01/1993 to
01/31/2017)
JON SHAFFER (08/24/1992 to
09/01/2011)

SSN: XXX-XX-
Issued: INDIANA 1977-1979

<u>Other People who have used this SSN.</u>
<u>This does not usually indicate fraud.</u>



**Dates of Birth**
DOB: XX/XX/
Age:

Other DOB: XX/XX.
Age:

Other DOB: XX/.
Age:

Gender: Male

Dates at Searched Location:
09/15/2008 to 08/24/2020

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
Issuing State: FL
JON RYAN SCHAFFER
1637 SE PARADISE CIR APT 308,
CRYSTAL RIVER, FL 34429-4616
(CITRUS COUNTY)
DOB: XX/XX/1
Issued: 02/22/1
Race: White Gender: Male

**Possible Relatives**

**Indicators**
Bankruptcies: None Found
Liens: 2 Found, Latest in 2009
Judgments: None Found

**Cities**
Crystal River, FL
Miami, FL (11/01/2010 to 01/05/2017)
Orlando, FL (08/24/1992 to
05/21/2014)
Plant City, FL (12/1997 to 01/23/2003)
Tampa, FL (08/26/1993 to 01/23/2003)
Carmel, IN (10/08/2007)
Columbus, IN (11/1997 to 08/24/2020)
Edinburgh, IN (09/2015 to 01/05/2022)
Fort Wayne, IN (07/10/2015 to
09/10/2021)
Indianapolis, IN (04/30/2010 to
12/18/2021)
Nashville, IN (09/28/2005 to
10/02/2015)
Winamac, IN (09/01/2007 to
10/08/2007)

**Possible Phones**
(574) 946-3277 (ET) (A) (88%)
(812) 988-4859 (ET) (L) (88%)
(407) 797-7054 (ET) (L) (86%)
(260) 888-4992 (ET) (M) (68%)
(219) 946-3277 (CT) (L) (86%)
(812) 579-5863 (ET) (L) (86%)
(812) 988-6122 (ET) (L) (86%)
(260) 704-6270 (ET) (M) (38%)
(812) 988-4021 (ET) (L) (3%)
(812) 343-5071 (ET) (M) (3%)
(512) 988-6122 (CT) (M) (3%)
(813) 972-1450 (ET) (L) (3%)
(812) 350-6625 (ET) (M) (3%)

**Counties**
Citrus County, FL
Hillsborough County, FL (12/1987 to
01/23/2003)
Miami-Dade County, FL (11/01/2010 to
01/05/2017)
Orange County, FL (08/24/1992 to
05/21/2014)
Allen County, IN (07/10/2015 to
09/10/2021)
Bartholomew County, IN (11/1997 to
08/24/2020)
Brown County, IN (09/28/2005 to
10/02/2015)
Hamilton County, IN (10/08/2007 to
10/08/2007)
Johnson County, IN (09/2015 to
01/05/2022)
Marion County, IN (04/30/2010 to
12/18/2021)
Pulaski County, IN (09/01/2007 to
10/08/2007)

**Possible Email Addresses**
john.scheffer@cox.net (42%)
ascheffer@man.com (40%)
scheffercorbin@gmail.com (40%)
jkylshaffar@gmail.com (40%)
schef77@pwrtc.com (40%)
schef@pwrtc.com (40%)
jtscheffer@hotmail.com (40%)
schef77@hotmail.com (40%)

<u>Wikipedia Page</u>   🌐 WIKIPEDIA
http://en.wikipedia.org/wiki/Jon_Scha

**Address History**
123 1/2 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 01/05/2022)
7960 ZIONSVILLE RD, INDIANAPOLIS, IN 46268-1649 (MARION COUNTY) (04/30/2010 to 12/18/2021)
  Current Commercial Phone at address
  (317) 337-2980 (ET) - HELMS AND ASSOCIATES PC JR
1104 CHARLOTTE AVE, FORT WAYNE, IN 46805-2637 (ALLEN COUNTY) (07/10/2015 to 09/10/2021)
Subdivision Name: FORTMEYERS OF
PO BOX 251, EDINBURGH, IN 46124-0251 (JOHNSON COUNTY) (11/08/2017 to 08/17/2021)
5162 TIMBER RIDGE DR, COLUMBUS, IN 47201-8816 (BARTHOLOMEW COUNTY) (09/15/2008 to 08/24/2020)
123 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 05/31/2019)
Subdivision Name: COLLIERS
444 BRICKELL AVE STE P51, MIAMI, FL 33131-2466 (MIAMI-DADE COUNTY) (11/01/2010 to 01/05/2017)
Subdivision Name: BRICKELL POINT
  Address contains: 1 floor, 89 suites
5784 THREE NOTCH RD, NASHVILLE, IN 47448-8822 (BROWN COUNTY) (09/28/2005 to 10/02/2015)
7826 RUM CAY AVE, ORLANDO, FL 32822-7148 (ORANGE COUNTY) (05/21/2014 to 05/21/2014)
PO BOX 270, COLUMBUS, IN 47202-0270 (BARTHOLOMEW COUNTY) (09/14/2007 to 11/2013)
5518 THREE NOTCH RD, NASHVILLE, IN 47448-8388 (BROWN COUNTY) (12/05/2005 to 09/01/2011)
5650 THREE NOTCH RD, NASHVILLE, IN 47448-8319 (BROWN COUNTY) (02/17/2010 to 02/17/2010)
14606 BACH DR APT 428, CARMEL, IN 46032-7084 (HAMILTON COUNTY) (10/08/2007 to 10/08/2007)



**EXHIBIT A**

Address contains: 22 apartments
445 E DECKER DR, WINAMAC, IN 46996-1113 (PULASKI COUNTY) (09/01/2007 to 10/08/2007)
Subdivision Name: FLOYD HALL
5001 OAKWOOD DR, COLUMBUS, IN 47203-9455 (BARTHOLOMEW COUNTY) (11/1997 to 07/10/2007)
Subdivision Name: OAKWOOD OF ESTATES
811 W 129TH AVE, TAMPA, FL 33612-4137 (HILLSBOROUGH COUNTY) (08/26/1993 to 01/23/2003)
Subdivision Name: HIGH PINES
2610 SPRUCEWOOD LN, PLANT CITY, FL 33563-8882 (HILLSBOROUGH COUNTY) (12/1987 to 01/23/2003)
Subdivision Name: EASTGATE EXT
2564 WOODGATE BLVD, ORLANDO, FL 32822-6216 (ORANGE COUNTY) (08/24/1992 to 08/24/1992)
Subdivision Name: DOCKSIDE CONDO
Address contains: 14 apartments
1637 SE PARADISE CIR APT 308, CRYSTAL RIVER, FL 34429-4616 (CITRUS COUNTY)
Subdivision Name: PLANTATION VILLAGE
Address contains: 39 apartments
6912 CONCORD DR, TAMPA, FL 33614-4523 (HILLSBOROUGH COUNTY)
140 PINE VIEW DR APT 3, CARMEL, IN 46032-5346 (HAMILTON COUNTY)
Address contains: 10 apartments

Your Current Reference ID: **NONE**
**1 Result Found** for people named **JON RYAN SCHAFFER** located at **7960 ZIONSVILLE RD, INDIANAPOLIS, INDIANA**.

**JON RYAN SCHAFFER , 54 Years Old (Indiana, Florida)**    7960 ZIONSVILLE RD, INDIANAPOLIS, IN (04/30/2010 to 04/03/2022)

**JON RYAN SCHAFFER (08/24/1992 to 04/03/2022)**

**Other Observed Names**
**JOHN SCHEFFER (10/08/2007 to 01/31/2017)**
**JOHN R SHAFFER (05/01/1993 to 01/31/2017)**
**JON SHAFFER (08/24/1992 to 09/01/2011)**
**JOHN R SCHAFFER (06/02/2010)**

SSN: **XXX-XX-7778**
Issued: **INDIANA 1977-1979**

Other People who have used this SSN.
This does not usually indicate fraud.

**Dates of Birth**
DOB: **XX/XX/**
Age: **54**

Other DOB: **XX/XX/**
Age: **54**

Other DOB: **XX/**
Age: **54**

Gender: **Male**

Dates at Searched Location:
**04/30/2010 to 04/03/2022**

Driver's License Detail:
DL#: **XXXX-XXX-XX-XXX-X**
Issuing State: **FL**
**JON RYAN SCHAFFER**
**1637 SE PARADISE CIR APT 308, CRYSTAL RIVER, FL 34429-4616 (CITRUS COUNTY)**
DOB: **XX/XX/**
Issued: **02/22/1993**
Race: **White** Gender: **Male**

**Possible Relatives**

**Indicators**
Bankruptcies: None Found
Liens: 2 Found, Latest in 2009
Judgments: None Found

**Cities**
**Auburndale, FL (12/16/2021 to 06/09/2022)**
**Crystal River, FL**
**Miami, FL (11/01/2010 to 01/05/2017)**
**Orlando, FL (08/24/1992 to 01/07/2022)**
**Plant City, FL (12/1987 to 01/23/2003)**
**Tampa, FL (06/26/1993 to 01/23/2003)**
**Carmel, IN (10/08/2007)**
**Columbus, IN (11/1997 to 03/06/2022)**
**Edinburgh, IN (09/2015 to 06/30/2021)**
**Fort Wayne, IN (07/10/2015 to 11/04/2021)**
**Indianapolis, IN (04/30/2010 to 04/03/2022)**
**Nashville, IN (09/28/2005 to 10/02/2015)**
**Winamac, IN (09/01/2007 to 10/08/2007)**

**Possible Phones**
**(574) 946-3277 (ET) (A) (88%)**
**(812) 988-4859 (ET) (L) (88%)**
**(260) 888-4992 (ET) (M) (86%)**
**(407) 797-7054 (ET) (M) (66%)**
**(219) 946-3277 (CT) (L) (66%)**
**(812) 579-5863 (ET) (L) (66%)**
**(812) 988-6122 (ET) (L) (66%)**
**(260) 704-6270 (ET) (M) (37%)**
**(812) 988-4021 (ET) (L) (3%)**
**(812) 343-5071 (ET) (M) (3%)**
**(512) 988-6122 (CT) (M) (3%)**
**(813) 972-1450 (ET) (L) (3%)**
**(812) 350-6625 (ET) (M) (3%)**

**Counties**
Citrus County, FL
Hillsborough County, FL (12/1987 to 01/23/2003)
Miami-Dade County, FL (11/01/2010 to 01/05/2017)
Orange County, FL (08/24/1992 to 01/07/2022)
Polk County, FL (12/16/2021 to 06/09/2022)
Allen County, IN (07/10/2015 to 11/04/2021)
Bartholomew County, IN (11/1997 to 03/06/2022)
Brown County, IN (09/28/2005 to 10/02/2015)
Hamilton County, IN (10/08/2007 to 10/08/2007)
Johnson County, IN (09/2015 to 06/30/2021)
Marion County, IN (04/30/2010 to 04/03/2022)
Pulaski County, IN (09/01/2007 to 10/08/2007)

**Possible Email Addresses**
ascheffer@msn.com (40%)
scheffercorbin@gmail.com (40%)
jkylehaller@gmail.com (40%)
schef77@pwrtc.com (40%)
schef@pwrtc.com (40%)
jtscheffer@hotmail.com (40%)
schef77@hotmail.com (40%)

**Address History**
**364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY) (12/16/2021 to 06/09/2022)**
  Current Private Phone at address
    **(863) 668-8113 (ET) - GLORIA MCCLAIN**
**7960 ZIONSVILLE RD, INDIANAPOLIS, IN 46268-1649 (MARION COUNTY) (04/30/2010 to 04/03/2022)**
  Current Commercial Phone at address
    **(317) 337-2980 (ET) - HELMS AND ASSOCIATES PC JR**
**3140 DIANE SOUTH DR, COLUMBUS, IN 47201-2704 (BARTHOLOMEW COUNTY) (11/05/2021 to 03/06/2022)**
**10407 FALCON PARC BLVD, ORLANDO, FL 32832-5543 (ORANGE COUNTY) (01/07/2022 to 01/07/2022)**
  Address contains: 20 apartments
**1104 CHARLOTTE AVE, FORT WAYNE, IN 46805-2637 (ALLEN COUNTY) (07/10/2015 to 11/04/2021)**
  Subdivision Name: **FORTMEYERS OF**
**123 1/2 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 06/30/2021)**
**PO BOX 251, EDINBURGH, IN 46124-0251 (JOHNSON COUNTY) (11/06/2017 to 06/17/2021)**
**5162 TIMBER RIDGE DR, COLUMBUS, IN 47201-8816 (BARTHOLOMEW COUNTY) (09/15/2006 to 12/04/2019)**
**123 E MAIN CROSS ST, EDINBURGH, IN 46124-1414 (JOHNSON COUNTY) (09/2015 to 05/31/2019)**
  Subdivision Name: **COLLIERS**
**444 BRICKELL AVE STE P51, MIAMI, FL 33131-2466 (MIAMI-DADE COUNTY) (11/01/2010 to 01/05/2017)**
  Subdivision Name: **BRICKELL POINT**

**EXHIBIT B**

Address contains: **1** floor, **88** suites
**5784 THREE NOTCH RD, NASHVILLE, IN 47448-8622 (BROWN COUNTY)** (09/28/2005 to 10/02/2015)
**5001 OAKWOOD DR, COLUMBUS, IN 47203-9455 (BARTHOLOMEW COUNTY)** (11/1997 to 04/12/2015)
Subdivision Name: **OAKWOOD OF ESTATES**
**7826 RUM CAY AVE, ORLANDO, FL 32822-7148 (ORANGE COUNTY)** (05/21/2014 to 05/21/2014)
**PO BOX 270, COLUMBUS, IN 47202-0270 (BARTHOLOMEW COUNTY)** (09/14/2007 to 11/2013)
**5518 THREE NOTCH RD, NASHVILLE, IN 47448-8388 (BROWN COUNTY)** (12/05/2005 to 09/01/2011)
**5650 THREE NOTCH RD, NASHVILLE, IN 47448-8319 (BROWN COUNTY)** (02/17/2010 to 02/17/2010)
**14606 BACH DR APT 426, CARMEL, IN 46032-7064 (HAMILTON COUNTY)** (10/08/2007 to 10/08/2007)
Address contains: **22** apartments
**445 E DECKER DR, WINAMAC, IN 46996-1113 (PULASKI COUNTY)** (09/01/2007 to 10/08/2007)
Subdivision Name: **FLOYD HALL**
**811 W 129TH AVE, TAMPA, FL 33612-4137 (HILLSBOROUGH COUNTY)** (06/26/1993 to 01/23/2003)
Subdivision Name: **HIGH PINES**
**2610 SPRUCEWOOD LN, PLANT CITY, FL 33563-8882 (HILLSBOROUGH COUNTY)** (12/1987 to 01/23/2003)
Subdivision Name: **EASTGATE EXT**
**2564 WOODGATE BLVD, ORLANDO, FL 32822-6216 (ORANGE COUNTY)** (08/24/1992 to 08/24/1992)
Subdivision Name: **DOCKSIDE CONDO**
Address contains: **14** apartments
**1637 SE PARADISE CIR APT 308, CRYSTAL RIVER, FL 34429-4616 (CITRUS COUNTY)**
Subdivision Name: **PLANTATION VILLAGE**
Address contains: **39** apartments
**6912 CONCORD DR, TAMPA, FL 33614-4523 (HILLSBOROUGH COUNTY)**
**140 PINE VIEW DR APT 3, CARMEL, IN 46032-5346 (HAMILTON COUNTY)**
Address contains: **10** apartments

⊂⊃

Your Current Reference ID: **NONE**
**5 Results Found** for vehicles registered or titled to people named **JON RYAN SCHAFFER** in the United States.

(showing all results)

**2021 CARRY-ON TRAILER CORPORATION** - Color: Black (Ohio)
**2021 CARRY-ON TRAILER CORPORATION**
VIN: ▮▮▮▮▮▮▮▮
Vehicle Type: **Non-Commercial Trailer**
Color: **Black**
Most Current Tag #: **OH SZA6870** Valid from: **(04/03/2021 to 07/11/2023)**

**Most Current Owner/Registrant/Lien Information - 04/03/2021 to 07/11/2023**

| Title Holders<br>None Found | Registrant<br>**JOHN RYAN SCHAFFER [ View Person Record ]**<br>Registered: 04/03/2021 to 07/11/2023<br><br>Addresses Registered to While owned by JOHN RYAN SCHAFFER<br>10710 ANGELA DR, WILLOUGHBY, OH 44094-9667 (LAKE COUNTY)<br>(04/03/2021)<br><br>Vehicle Tag History<br>License Plate: OH SZA6870 Valid from: (04/03/2021 to 07/11/2023) |
|---|---|

**2002 UNKNOWN DMV VIN UNITED STATES   House -  Color: Unknown   2 Owners: JON RYAN SCHAFFER / JUDITH LYNNE RILEY (Florida)**
**2002 UNKNOWN - Series: DMV VIN U.S. - Model: DMV VIN UNITED STATES**
VIN: ▮▮▮▮▮
Body Style: **House** - Vehicle Type: **Unknown**
Length: **56"**
Color: **Unknown**

**Most Current Owner/Registrant/Lien Information**

| Title Holders<br>**JON RYAN SCHAFFER [ View Person Record ]**<br>364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)<br>**JUDITH LYNNE RILEY**<br>364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)<br>Title Number: ▮▮▮▮<br>State Titled In: FL<br>Original Title Date: 12/16/2021<br>Title Transfer Date: 12/16/2021<br><br>Lien Holders<br>None Found<br><br>Lessors<br>None Found | Registrant<br>None Found |
|---|---|

**Previous Owner/Registrant/Lien Information - 11/14/2013 to 12/31/2020**

GEORGE JOSEPH BINZ III [ View Person Record ]

**EXHIBIT C**

https://tloxp.tlo.com/search.php                    12                                        1/7

TLOxp - Vehicles

**Previous Owner/Registrant/Lien Information - 12/01/2001 to 12/31/2012**

**2002 UNKNOWN**    House - Color: Unknown    2 Owners: JON RYAN SCHAFFER / JUDITH LYNNE RILEY (Florida)

**2002 UNKNOWN**
VIN: ████████
Body Style: **House** - Vehicle Type: **Unknown**
Length: **56"**
Color: **Unknown**

**Most Current Owner/Registrant/Lien Information**

| Title Holders | Registrant |
|---|---|
| **JON RYAN SCHAFFER [ View Person Record ]** | **None Found** |
| **364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)** | |
| **JUDITH LYNNE RILEY** | |
| **364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)** | |
| Title Number: ████████ | |
| State Titled In: **FL** | |
| Original Title Date: **12/16/2021** | |
| Title Transfer Date: **12/16/2021** | |
| | |
| Lien Holders | |
| **None Found** | |
| | |
| Lessors | |
| **None Found** | |

**Previous Owner/Registrant/Lien Information - 11/14/2013 to 12/31/2020**

**Previous Owner/Registrant/Lien Information - 12/01/2001 to 12/31/2012**

**2002 UNKNOWN    House -  Color: Unknown    2 Owners: JON RYAN SCHAFFER / JUDITH LYNNE RILEY (Florida)**

**2002 UNKNOWN**
VIN: ▇▇▇▇▇▇▇
Body Style: **House -** Vehicle Type: **Unknown**
Length: **24'**
Color: **Unknown**

**Most Current Owner/Registrant/Lien Information**

| Title Holders | Registrant |
|---|---|
| **JON RYAN SCHAFFER [ View Person Record ]**<br>**364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)**<br>**JUDITH LYNNE RILEY**<br>**364 WALDORF DR, AUBURNDALE, FL 33823-5836 (POLK COUNTY)**<br>Title Number: **0084825510**<br>State Titled In: **FL**<br>Original Title Date: **12/16/2021**<br>Title Transfer Date: **12/16/2021**<br><br>Lien Holders<br>**None Found**<br><br>Lessors<br>**None Found** | **None Found** |

**Previous Owner/Registrant/Lien Information - 11/14/2013 to 12/31/2020**

**Previous Owner/Registrant/Lien Information - 12/01/2001 to 12/31/2012**

