# EXHIBIT 4

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DISTRICT OF COLUMBIA,

      Plaintiff,

  v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

      Defendants.

No. 1:21-CV-03267-APM

---

**DECLARATION OF D. BRETT KOHLHOFER IN SUPPORT
OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANTS BRU AND SCHAFFER**

I, Daniel Brett Kohlhofer, declare and state as follows:

1.  I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia in the above-captioned action. Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below. I respectfully submit this declaration in support of the Plaintiff's Motion for an Extension of Time to Serve Defendants Bru and Schaffer (the "Motion").

2.  Prior to filing the Complaint, attorneys and professional support staff at Dechert and its co-counsel conducted researched the whereabouts of each of this action's 33 named Defendants, including Defendants Bru and Schaffer, in order to identify the appropriate addresses for Defendants to list on the Complaint and to facilitate attempts to serve process on Defendants. That process included the collection and review of reports on Defendants from public records databases including LexisNexis Accurint and Westlaw PeopleMap. The research process also

included the review of publicly accessible information on the Internet. Based on that process, outside counsel for the District identified the addresses listed in the Complaint as the most likely addresses for each of the Defendants.

3. Dechert and its co-counsel in this case, Paul, Weiss, Rifkind, Wharton & Garrison LLP, retained the services of and directed professional process servers at Torri's Legal Services to attempt to serve process on each of the 33 named Defendants, including Defendants Bru and Schaffer.

4. The attempts of Torri's Legal Services to locate and serve process on Defendants Bru and Schaffer are described in the accompanying affidavits of due diligence from Torri Schaffer of Torri's Legal Services.

5. After learning that our process server had been unable to locate and serve Defendant Schaffer despite several attempts in mid-January 2022, beginning on January 18, 2022, I made several attempts to contact counsel at the law firms that had entered appearances on Defendant Schaffer's behalf in the ongoing criminal action against him, *USA v. Schaffer*, 1:21-cr-00306-APM, before this Court.

6. On January 26, 2022, Jody Broaddus, an attorney at the Attorneys For Freedom Law Firm in Arizona, one of the two firms representing Defendant Schaffer in the criminal action, left a voicemail for me explaining that (i) her law firm had not been retained to represent Defendant Schaffer in the District's civil action against him, and (ii) her law firm was not authorized to accept service on Defendant Schaffer's behalf.

7. The other law firm that has entered an appearance for Defendant Schaffer in the ongoing criminal action, the Law Offices of Daniel M. Gray in Virginia, has not returned my calls.

8. Attempts to reach counsel for Defendant Bru, as well as subsequent efforts to locate Defendants Bru and Schaffer for service, are detailed in the accompanying declaration of Erin J. Morgan.

9. In addition, outside counsel for the District is actively working with its process server team at Torri's to attempt service at new addresses for Defendant Schaffer that have been identified by the private investigations firm referenced in the accompanying declaration of Erin J. Morgan.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2022                                      */s/ Daniel Brett Kohlhofer*
                                                                                    Daniel Brett Kohlhofer