# EXHIBIT 5

**EXHIBIT 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | No. 1:21-CV-03267-APM |
| PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, | |
| Defendants. | |

**DECLARATION OF D. BRETT KOHLHOFER IN SUPPORT**
**OF PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME**
**TO COMPLETE SERVICE FOR DEFENDANTS BRU AND SCHAFFER**

I, Daniel Brett Kohlhofer, declare and state as follows:

1.      I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia in the above-captioned action. Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below. I respectfully submit this declaration in support of the Plaintiff's Second Motion for an Extension of Time to Complete Service for Defendants Bru and Schaffer (the "Motion").

2.      Dechert and its co-counsel in this case, Paul, Weiss, Rifkind, Wharton & Garrison LLP, retained the services of and directed professional process servers at Torri's Legal Services to attempt to serve Bru and Schaffer.  The attempts of Torri's Legal Services to locate and serve process on each are described in the accompanying affidavits of due diligence.

3.      After a series of unsuccessful attempts to locate and serve Schaffer, I contacted the United States Attorney's Office for the District of Columbia to ask for assistance with locating Schaffer.  On June 3, 2013, I spoke with an Assistant United States Attorney who is handling Schaffer's criminal action before this Court, *United States v. Schaffer*, 1:21-cr-00306-APM, and requested any assistance with locating Schaffer that his office was willing and able to provide.  The

Assistant United States Attorney indicated that his office would consider the request, but has not yet informed the District whether it will share any information.

4.     Additional facts relevant to this motion are also detailed in the accompanying declaration of Erin J. Morgan.

5.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2022                                    */s/ Daniel Brett Kohlhofer*
                                                            Daniel Brett Kohlhofer