# EXHIBIT 6

# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

---

DISTRICT OF COLUMBIA,

              Plaintiff,

            v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al*.,

              Defendants.

No. 1:21-CV-03267-APM

---

### <u>DECLARATION OF D. BRETT KOHLHOFER IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE AND EXTENSION OF TIME TO SERVE BRU, SCHAFFER, OCHS, AND VALLEJO</u>

       I, Daniel Brett Kohlhofer, declare and state as follows:

       1.    I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia (the "District") in the above-captioned action. Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below. I respectfully submit this declaration in support of the Plaintiff's Motion for Order Authorizing Alternative Service and Extension of Time to Serve Bru, Schaffer, Ochs, and Vallejo (the "Motion").

       2.    Dechert and its co-counsel retained the services of and directed professional process servers at Torri's Legal Services to attempt to serve Defendants Marc Anthony Bru, Nicholas Robert Ochs, Jon Ryan Schaffer, and Edward Vallejo (the "Remaining Defendants"). The attempts of the process server team to locate and serve the Remaining

Defendants are described in this Declaration and several accompanying affidavits of due diligence.  Additional facts relevant to this motion are also detailed in the accompanying declaration of Erin J. Morgan.

3.    With respect to Defendant Schaffer, as explained in my June 13, 2022 Declaration in Support of the District's Second Motion for Extension of Time to Complete Service for Defendants Bru and Schaffer, I have contacted the United States Attorney's Office for the District of Columbia twice for assistance with locating Defendant Schaffer. As it stands, the District's request for assistance remains outstanding.  The last communication I received in response to the request is that the Assistant United States Attorney associated with Schaffer's case is seeking internal approval to provide the information.

4.    As described in the accompanying affidavit and motion, since the June 13 motion, there have been several developments leading the District to believe that it has located Schaffer at a mobile home community in Auburndale, Florida.  But despite repeated attempts to serve him when his vehicle has been present, Schaffer has not answered knocks at his door.  The District's process server has tried several times to find him outside of the mobile home, including approximately eight hours of stakeout surveillance at the Auburndale, Florida address.

5.    With respect to Defendant Vallejo, prior to and around the time the District filed its Amended Complaint, attorneys and professional support staff at Dechert and its co-counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP extensively researched potential locations of each of the six Defendants identified by name for the first time in the Amended Complaint.  As to Vallejo, that process included the collection and review of

2

reports from public records databases, including LexisNexis Accurint and Westlaw PeopleMap, information available on the docket of the related criminal actions, and other publicly accessible information identified through Internet searches.    That process revealed that Vallejo was being detained in connection with the ongoing criminal action against him pending before this Court.

6.    Shortly after filing the Amended Complaint, the District's counsel worked through its process server team to determine where Vallejo and other similarly situated defendants were being detained, so that they could be served.  As part of this process, the District's process server team sought the assistance of the United States Marshals Service. Before he could be served while still detained in connection with his ongoing criminal action, on May 5, 2022, the Court granted Vallejo's request for pre-trial release.  Around that time, Vallejo was released into the custody of his wife Debra Vallejo.  Order Setting Conditions of Release, *United States v. Edward Vallejo*, No. 22-cr-015 (APM) (D.D.C. May 4, 2022), Dkt. 122.

7.    Accordingly, Dechert and its co-counsel, working in conjunction with its process server team, reviewed its previous research and ran new public records and skip trace reports -- including for Defendant Vallejo's wife, Debra Vallejo, with whom the District believed Defendant Vallejo may be living.  Based on that process, several addresses in Arizona were identified as possible locations for service attempts.  In total, seven different on-the-ground attempts were made to serve Vallejo in Arizona, including attempts by private process servers and various law enforcement personnel.  Each was made at an address with some connection to Vallejo, based on the above-described research process.  In addition, I attempted to coordinate service through, or collect additional contact

information for, Vallejo through communications with Vallejo's criminal counsel.  None of the attempts were ultimately successful.  The attempts are described below.

8.    On April 11, a process server unsuccessfully attempted service at an apartment on East Monte Vista Road in Phoenix, Arizona.  The process server reported finding and speaking with a different resident who claimed to have been renting at the address for three years.

9.    Between May 12 and 13, a process server made two unsuccessful attempts to serve Vallejo at another apartment on North 37th Street in Phoenix, Arizona.  The process server reported finding and speaking with the apartment's current resident, as well as a neighbor, who confirmed that Vallejo did at one time live at the address but had since moved.  The process server reported hearing from the new resident that mail was sometimes still delivered to the apartment addressed to Vallejo.

10.    On May 17, a process server unsuccessfully attempted to serve Vallejo twice at a small duplex on East Windsor Avenue in Phoenix, Arizona.  No one answered the door on either attempt.   During the second attempt, however, the server did find and speak with a neighbor, who confirmed that new residents had recently moved in.  But that neighbor did not recognize the process server's reference photograph of Vallejo as the new resident.

11.    Because these three addresses were identified as the three likely locations for Vallejo based on the initial searches, our team again reviewed information collected from Vallejo's criminal docket looking for other ways to locate him.  Because we observed that the Court had imposed certain conditions to Vallejo's recent release, on May 23, 2022, I contacted U.S. Pretrial Services for the District of Arizona and made contact with the

officer assigned to Vallejo's matter.  That officer declined to provide any information, instead referring me to another Pretrial Services officer in Washington, D.C.  Based on that referral, I contacted John Copes, a supervisor for Pretrial Services for the District of Columbia.  Mr. Copes confirmed familiarity with Vallejo's criminal action, but said he was unable to provide any information about Vallejo's current location as a matter of policy.

12.     Shortly thereafter, I contacted Matthew Peed, who was (and still is) listed as the counsel-of-record for Vallejo in his pending criminal action before this Court. During our call, I provided background on this civil action and relayed that Vallejo had been named as a defendant in the Amended Complaint.  Mr. Peed conveyed that he was not representing Vallejo for purposes of the civil action and not authorized to accept service on his behalf.  I explained that the District's process server team had experienced difficulty in finding Vallejo for service, and asked whether he would be willing to contact his client to ask whether he would authorize Mr. Peed to (i) accept service on his client's behalf, or (ii) provide his client's current location or some other contact information so that the District could coordinate service directly with Vallejo.  Mr. Peed agreed to do so.

13.     Later, I followed-up with an email to Mr. Peed (using an email address that he confirmed during our call: matt@clintonpeed.com), providing my contact information and the case number of this action.  Ex. A.  I thanked him for agreeing to reach out to Mr. Vallejo with the District's requests.  Mr. Peed has not responded.

14.     On May 31, 2022, Dechert and its co-counsel received information that Vallejo may be living in a residential compound, affiliated with a group known as Homefront Battle Buddies, in a rural area of Ash Fork, Arizona.  Further research indicated that Vallejo is a director of the group, and had at some point listed the group's address as

his own address in the group's corporate records.  Ex. B at 6.  The District's counsel and its process server team investigated the location, but the process servers team expressed safety reservations about using private servers to make attempts at the compound.  For that reason, the team engaged the Yavapai County Sheriff's Office to attempt service at the address.  Ex. C.  The Sheriff's first attempt on June 16, 2022 was unsuccessful.

15.     On June 28, the Sherriff's office, along with a team from the U.S. Marshals Service, made a second attempt at the compound.  During that attempt, one of the officers left a summons and Amended Complaint with a Homefront Battle Buddies resident, Adam Kokesh.  But the proof of service later provided to the District's counsel did not confirm that Vallejo also resides at the compound.  Ex. D.  After following up to collect more information, the District's counsel learned that Mr. Kokesh had an exchange with the officers, during which he claimed that Vallejo was living elsewhere, in Phoenix, Arizona. We also learned that Mr. Kokesh indicated to officers that Vallejo's address is a matter of public record.  But the District's diligence to date belies that statement.

16.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2022                              */s/ Daniel Brett Kohlhofer*
                                                       Daniel Brett Kohlhofer

# EXHIBIT A

| **From:** | Kohlhofer, D. Brett |
|---|---|
| **Sent:** | Monday, May 23, 2022 8:44 PM |
| **To:** | matt@clintonpeed.com |
| **Cc:** | Kohlhofer, D. Brett; King, Victoria Borges; Doluisio, Michael |
| **Subject:** | DISTRICT OF COLUMBIA v. PROUD BOYS INTERNATIONAL, L.L.C. et al (1:21-cv-03267-APM) |

Mr. Peed:

As discussed, we represent the District of Columbia in the above-referenced action against your client, Edward Vallejo. I appreciate you agreeing reach out to Mr. Vallejo about my call, so that we may understand whether he will authorize you to accept service on his behalf or provide his current address or other contact information so that the District can arrange to have him served.

Regards,
Brett

**D. Brett Kohlhofer**
Associate

**Dechert LLP**
+1 202 261 3349 Direct
+1 409 599 1932 Mobile
d.brett.kohlhofer@dechert.com
dechert.com

**EXHIBIT B**

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

Company name or number    Search

● Companies ○ Officers

- Log in/Sign up

# HOMEFRONT BATTLE BUDDIES nonprofit

Company Number
  23221657
Status
  Pending Inactive
Incorporation Date
  11 May 2021 (about 1 year ago)
Company Type
  Domestic Nonprofit Corporation
Jurisdiction
  Arizona (US)
Registered Address

- 44100 CATTLE DR
- ASH FORK
- 86320
- Yavapai, AZ
- United States

Agent Name
  JAMES VAUGHN II
Agent Address
  2961 E. CHIPMAN RD, PHOENIX, AZ, 85040
Directors / Officers

- ADAM KOKESH, director
- EDUARDO VALLEJO, director
- EDWARD METZ, director
- Elijah Gizzarelli, director
- JAMES VAUGHN, officer
- JAMES VAUGHN II, agent
- Jacob VandenPlas, director

Registry Page
  https://ecorp.azcc.gov/BusinessSearch...

**Source** Arizona Corporation Commission, https://ec
Add data *(website, address, etc)*

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

TAKE SURVEY

**Explore company network**



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2021-06-14 - 2021-07-31
  Addition of officer EDWARD METZ, director
2021-06-14 - 2021-07-31
  Addition of officer Elijah Gizzarelli, director
2022-05-01 - 2022-06-04
  Change of status from 'Active' to 'Pending Inactive'

See all events

**Corporate Grouping User Contributed**

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed June 7 2022

**Problem/question about this data?** Click here

**API** **Open Data**

For access please Log in / Sign up

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

TAKE SURVEY

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence

- [User/Cookie privacy policy](#)
- [Public records privacy policy](#)

# Help

- [API Reference](#)
- [Glossary](#)
- [Status](#)

# Contact

- [Twitter](#)
- [Medium](#)
- [Newsletter](#)
- [Problems with our data?](#)
- [Temporary redaction](#)

# Impact

- [Impact](#)
- [Grants](#)

close

Hi, got a moment to share some feedback
about OpenCorporates? You'll be helping us
on our mission to bring about global corporate
transparency

TAKE SURVEY

## ENTITY INFORMATION

Search Date and Time: 6/27/2022 7:58:26 AM

### Entity Details

**Entity Name:**

HOMEFRONT BATTLE BUDDIES

**Entity ID:**

23221657

**Entity Type:**

Domestic Nonprofit Corporation

**Entity Status:**

**Pending Inactive**

**Formation Date:**

5/11/2021

**Reason for Status:**

Pending Administrative Dissolution - Annual Report Past Due

**Approval Date:**

5/25/2021

**Status Date:**

5/13/2022

**Original Incorporation Date:**

5/11/2021

**Life Period:**

Perpetual

**Business Type:**

EDUCATIONAL AND CHARITABLE, CORPORATION WILL USE DONATIONS TO HELP VETERANS

**Last Annual Report Filed:**

**Domicile State:**

Arizona

**Annual Report Due Date:**

5/11/2022

**Years Due:**

2022

Original Publish Date:

## Statutory Agent Information

Name:

JAMES VAUGHN II

Appointed Status:

Active 5/25/2021

Attention:

Address:

2961 E. CHIPMAN RD, PHOENIX, AZ 85040, USA

Agent Last Updated:

5/25/2021

E-mail:

Attention:

Mailing Address:

County:

Maricopa

## Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|
| Director | ADAM C KOKESH | | 44100 CATTLE DR, ASH FORK, AZ, 86320, Yavapai County, USA | 5/11/2021 | 5/25/2021 |
| Director | EDUARDO T VALLEJO | | 44100 CATTLE DR, ASH FORK, AZ, 86320, Yavapai County, USA | 5/11/2021 | 5/25/2021 |
| Officer | JAMES VAUGHN II | | 2961 E CHIPMAN RD, PHOENIX, AZ, 85040, Maricopa County, USA | 5/11/2021 | 7/7/2021 |
| Director | EDWARD METZ | | 6231 DODGEN RD SW, MABLETON, GA, 30126, Cobb County, USA | 6/1/2021 | 7/7/2021 |
| Director | Jacob VandenPlas | | 6418 Vignes Rd, STURGEON BAY, WI, 54235, Door County, USA | 6/1/2021 | 7/7/2021 |

Privacy Policy (http://azcc.gov/privacy-policy) I Contact Us (http://azcc.gov/corporations/corporation-contacts)

< Previous | ... | 1 | 2 | ... | Next > | Page 1 of 2, records 1 to 5 of 6 | | Go to Page

## Address

**Attention:** %ADAM KOKESH

**Address:** 44100 CATTLE DR, ASH FORK, AZ, 86320, USA

**County:** Yavapai

**Last Updated:** 5/25/2021

## Entity Principal Office Address

**Attention:**

**Address:**

**County:**

**Last Updated:**

Back | Return to Search

Return to Results

Document History       Name/Restructuring History

Pending Documents       Microfilm History

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

**EXHIBIT C**



Torri's
Legal
Services

June 1, 2022

Civil Process
Yavapai County Sheriff
255 E. Gurley St.
Prescott, AZ  86301

Re:  Service of Summons and Amended Complaint on Edward Vallejo

TO WHOM IT MAY CONCERN:

      I'm attaching 2 copies of the Summons and Amended Complaint that we need served on Edward Vallejo who is located at 44100 Castle Dr., Ash Fork, AZ  86320.  This can be served on Edward Vallejo personally or any resident over the age of 18.  He is supposed to be living with his wife, Debra Vallejo.

      I'm also enclosing a check in the amount of $150 to cover your cost to serve this.  I'm attaching a picture as well as an Affidavit of Service for you to fill out and return in the enclosed self-addressed priority mail envelope once the service has been completed.

      If you have any questions, please don't hesitate to contact me at (301) 869-5081.

      Thank you for your assistance.

                                    Sincerely,

                                    Laura Creekmore

# TORRI'S LEGAL SERVICES **58276**

### 18403 Woodfield Rd, Suite A, Gaithersburg, MD 20879
### 301-869-5081, Fax: 301-869-5085 | Torri@TorriLegalServices.com

**Serve By: 06/06/2022**                                          Priority: **RUSH**

Date received: 6/1/2022  Job ID: **58276**

Assigned to:

**SERVE TO: Edward Vallejo**

44100 Cattle Dr., Ash Fork, AZ 86320

Service Instrns: **PERSONAL SERVICE OR SUB-SERVICE ON SOMEONE EIGHTEEN (18) YEARS OR OLDER THAT RESIDES WITH SUBJECT.**

**Court:** DC USDC          District

**Court Case #:** 1:21-cv-03267-APM

**Documents:** Summons in a Civil Action, Attachment A, Amended Complaint with Exhibit A

## Field Sheet

Dechert LLP

**Client File Number**

| **Serve As** | ☒ Personal | ☒ Substitute | ☐ Corporate | ☐ Post |
|---|---|---|---|---|

SERVICE ATTEMPTS:

DATE/TIME                                    WHAT OCCURRED

1.)_____

2.)_____

3.)_____

Type of service: (circle)    Individual    Substitute    Post    Non-service    Corporate    Government

Served:  Date:____/____/22  Time:____:____ AM / PM

Served To:_____Title/Relation:_____

Skin/Race_____ Sex: M / F  Age:_____ Height:_____ Weight:_____ Hair:____

Glasses: Y / N  Facial Hair: Y / N  Other:

**MILITARY STATUS:** [ ] NOT IN MILITARY [ ] IN MILITARY   **MARITAL STATUS:** [ ] MARRIED  [ ] OTHER

Notes/Signature:

**EXHIBIT D**

**AGENCY COPY**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-03267-APM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*  #9448

This summons for *(name of individual and title, if any)*  EDWARD  VALLEJO

was received by me on *(date)*  6/28/22  .

☒ I personally served the summons on the individual at *(place)*  44160  CATTLE DR,
ASH FORK  AZ  on *(date)*  6/28/22 @  ; or @932 Hrs

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  ADAM  ROKESH  , who is
designated by law to accept service of process on behalf of *(name of organization)*  EDWARD
VALLEJO  on *(date)*  6/28/22  ; or

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify):*

SEE  ATTACHED

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  6/28/22

D. ___  #9448
*Server's signature*

DERON  FRANKLIN
*Printed name and title*

255 E. GURLEY ST, PRESCOTT
*Server's address*

Additional information regarding attempted service, etc:

Case 1:21-cv-03267-APM   Document 95   Filed 04/05/22   Page 45 of 50

AGENCY COPY

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

2022 JUN -8  A 8:49 l

22-00504

YCSO-CIVIL DIVISION

| | |
|---|---|
| District of Columbia | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| See Attachment A | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  1:21-CV-03267-APM

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Edward Vallejo
3342 E. Monte Vista Rd.
Phoenix, AZ 85008-2935

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date:    4/5/2021

/s/ Erica Garmendez

_Signature of Clerk or Deputy Clerk_

```
06/28/22                 Yavapai County Sheriff's Office                    3882
14:03                      Civil Process Table:                   Page:    1

   Civil Process
   Process Number   22-00507                 Court Code
   Process Types    SUM                      Court Date      /  /
          Agency    OSA                      Judge Name
   Court Number     121CV03267APM            Copies Received    0
   Date Issued      04/05/22                 Expiration Date   /  /
Time/Date Recvd     08:54:45 06/08/22        Date Returned   06/28/22 ·
Related Incident
       Comments     (See below)


   Billing
   Bill To      764976  A & E ENTERPRISES II, INC. TORRI'S LEGA
   Address  18403 WOODFIELD ROAD, SUITE A
     City  GAITHERSBURG      ST MD ZIP  20879        Phone  (   )   -


   Type       Name                        Servd Location
   Defendant  VALLEJO, EDWARD             Yes  ASH      Defendants Witnesses
   Plaintiff  DISTRICT OF COLUMBIA,       ---                1         0
                                                      Garnishees Plaintiffs
                                                           0         1
                                                      Attorneys  Other
                                                           0         0


= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =


INVOLVEMENTS:
Type   Record #   Date       Description              Relationship
LW   22-019773  06/28/22    Civil Process            Conn DR
NM     765318   06/28/22    VALLEJO, EDWARD          *Defendant
NM     765317   06/14/22    DISTRICT OF COLUMBIA,    *Plaintiff

Civil Process Types Detail:
Seq  Code Description
 1   SUM  Summons


Process Text:
SUMMONS (119 PAGES)/EXHIBIT "A" (4 PAGES)/ AMENDED COMPLAINT (PAGES 5-131).
CA/12688


Civil Process Names Detail:
```