# EXHIBIT 7



**Jon Ryan Schaffer**
**364 Waldorf Drive**
**Auburndale, FL 33823**



**Edward Vallejo**
**44100 Cattle Drive**
**Ash Fork, AZ 86320**



**Edward Vallejo**
**3501 E. Windsor Avenue**
**Phoenix, AZ 85008**



**Nicholas Ochs**
**17216 Bridlewood Dr.**
**Okeechobee, FL 34974-8528**



**Nicholas Ochs**
**3245 Virginia St. Apt. 56**
**Miami, FL 33133-5250**

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70212720000027987035

Remove ✕

We attempted to deliver your item at 1:29 pm on July 28, 2022 in AUBURNDALE, FL 33823 and a notice was left because an authorized recipient was not available.

**USPS Tracking Plus® Available** ⌄

## Notice Left (No Authorized Recipient Available)

July 28, 2022 at 1:29 pm
AUBURNDALE, FL 33823

Feedback

---

**Text & Email Updates** 

---

**Tracking History** 

July 28, 2022, 1:29 pm
Notice Left (No Authorized Recipient Available)
AUBURNDALE, FL 33823
We attempted to deliver your item at 1:29 pm on July 28, 2022 in AUBURNDALE, FL 33823 and a notice was left because an authorized recipient was not available.

July 25, 2022, 3:01 pm
Notice Left (No Authorized Recipient Available)
AUBURNDALE, FL 33823

**July 25, 2022, 8:10 am**
Arrived at Post Office
AUBURNDALE, FL 33823

**July 25, 2022, 6:15 am**
Out for Delivery
AUBURNDALE, FL 33823

**July 25, 2022, 5:39 am**
Arrived at USPS Facility
AUBURNDALE, FL 33823

**July 24, 2022, 6:58 am**
Departed USPS Facility
LAKELAND, FL 33805

**July 23, 2022, 11:28 pm**
Arrived at USPS Facility
LAKELAND, FL 33805

Feedback

**July 23, 2022, 11:55 am**
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**July 23, 2022, 11:54 am**
Arrived at USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**July 22, 2022, 3:31 am**
Arrived at USPS Facility
PHILLIPSBURG, NJ 08865

**July 22, 2022, 2:02 am**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**July 21, 2022, 5:08 pm**
Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER

July 21, 2022, 1:58 pm
USPS in possession of item
NEW YORK, NY 10036

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

# Where is my package?



Responses to common requests such as package not received or delivered, missing package, or where is my package and other tracking statuses.

Nov 2, 2021 · FAQ

## Article Number

000003996

## Customer Information

This FAQ explains common package statuses you may receive for mail and package delivery and the frequent answers provided by Care Center agents. We invite all customers to sign up for *Informed Delivery®* notifications by USPS® which offers a digital preview of your mail and the ability to manage your packages scheduled to arrive soon!

We apologize that phone agents will not be able to provide additional information on the following scan messages. To avoid extended wait times by phone, a service request may be sent by email to your local Post Office™ location for follow-up.

Feedback

> If you scheduled a redelivery that did not occur, a service request may be sent by email to your local Post Office™ location for follow-up.

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| **DELIVERED**<br><br>Article has been delivered with a recorded time, location and date of delivery. | We apologize if you have *not* received your item as indicated.<br><br>If your tracking information shows that your package was delivered but you can't find it:<br><br>• Carrier may have placed it in a safer | Please check **all** potential delivery locations at your address.<br><br>Carrier may have placed it in a secure location out of view of the street, such as under a mat or near a back entrance. |

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| | location, please check:<ul><li>Mailbox</li><li>Porch</li><li>Garage</li><li>Any area out of potential weather hazards</li><li>Exterior doors and any locations where the package could be placed</li></ul><ul><li>Check your mailbox again as some packages come separately from your regular mail.</li><li>Check with others in your house that may have accepted it.</li><li>In rare cases, package may show as 'delivered' but could take additional 24 hours.</li></ul>If it has been over 24 hours from the 'delivered' status, to save time a service request may be sent by email to your local Post Office™ facility for follow-up. You will receive a confirmation number and a contact within 2-3 business days. | If you received a key in your regular mail compartment, it may be in a package (parcel) locker located in or near your community mail box.<br><br>You may also sign up for *Informed Delivery®* which offers a digital preview of your mail and allows you to manage your expected packages. |

Feedback

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| **NOTICE LEFT**<br><br>An unsuccessful delivery attempt was made by your carrier today. | We apologize we weren't able to successfully deliver your mail or package.<br><br>You may:<br><br>- Schedule a Redelivery, or<br>- You can pick up your mail item at the Post Office™ facility indicated on the notice beginning the **next business day**. You must present valid photo ID and need to bring in the notice left by the Carrier. | If this item is unclaimed by the RETURN DATE, then it will be returned to sender.<br><br>Use Postal Locator to find your local office. |
| **DELIVERY STATUS NOT UPDATED**<br><br>Item arrived for delivery; however, it <u>has not</u> yet been processed for delivery. | We apologize your mail or package delivery status is not yet available and ask for your patience while the item is being processed.<br><br>If there has been *no follow up scan* the day after arriving at your local Post Office™ facility **AND** *no delivery has occurred*, to save time a service request may be sent by email to your local Post Office™ facility for follow-up.<br><br>You will receive a confirmation number and a contact within 2-3 business days. | You may also sign up for an USPS.com® account to receive text or email updates. |

Feedback

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| **RECEPTACLE BLOCKED**<br><br>Carrier did not have access to mailbox to complete delivery. | We apologize the carrier did not have access to your mailbox. All mail is returned to your local Post Office™ facility to attempt delivery the next business day.<br><br>A blocked receptacle could be due to a parked vehicle, local utility work in the area, weather conditions or emergency responders impeding access.<br><br>Please check the area for any obstruction that may prevent delivery **OR** you may use Postal Locator to pick up the item at your local Post Office™ facility. | If blockage will be prolonged you may schedule a Redelivery. |

Feedback

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| **NO ACCESS**<br>**(Delivery Attempted - No Access to Delivery Location)**<br><br>Your carrier was unable to deliver to your address. | We apologize the carrier was unable to deliver to your address.<br><br>If you received this message on a Sunday, we will automatically reattempt delivery the next business day. *No further action is needed at this time.*<br><br>If it's been more than 24 hours since the initial No Access scan, to save time a service request can be sent by email to your local Post Office™ facility for follow-up.<br><br>You will receive a confirmation number and a contact within 2-3 business days. | There are a variety of reasons this may have occurred such as: a non-delivery day, address is in a gated community, or animal interference, etc. |

Feedback

| Package Status & Meaning | Explanation | Reminders |
|---|---|---|
| **IN TRANSIT**<br><br>The item is currently in transit to the destination. | Item is being processed or transported to your delivering Post Office™ facility.<br><br>Additional tracking information will be available when it arrives at unit and is out for delivery.<br><br>This scan may appear multiple times from the same facility and/or on different days as it is processed or in transit.<br><br>Be assured that we are working to get this to you as soon as possible. If your item is running late, we apologize for the inconvenience. | You may also sign up for an USPS.com® account to receive text or email updates. |

Feedback

### What can I do if my mailpiece hasn't been delivered?

First, please check the delivery standard for the mail class of your domestic item. You can find the mail class by entering the USPS® Tracking number and looking up "Product Information." Then compare your mail class and progress to what is found in the Mail Delivery Standards chart located in Delayed mail and packages? Also, if your item has a status of "Alert," a delay could have occurred because of weather-related and other natural disasters or events. In this case, please check USPS Service Alerts first.

### Expected Delivery Window

When checking the status of your item, you may see a message about the Expected Delivery Window (ExDW). This window is a 2-hour slot of time when you can expect your package to arrive. Delivery within that time is not guaranteed, however, you may still receive your item by the end of the day if it does not arrive within the expected time slot. Check USPS Tracking® for updated information.

You may also Contact Us concerning your mail or package.



US POSTAGE $11.75
Priority Mail
Mailed From 10036
08/01/2022
032A 0061827699

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $          Postmark
☐ Certified Mail Restricted Delivery $        Here
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage

**Jon Ryan Schaffer**
**364 Waldorf Drive**
**Auburndale, FL 33823**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0000 2196 6847
7020 0640 0000 2196 6847

Jon Ryan Schaffer
364 Waldorf Drive
Auburndale, FL 33823

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jon Ryan Schaffer
   364 Waldorf Drive
   Auburndale, FL 33823

9590 9402 7028 1225 0994 21

2. Article Number (Transfer from service label)
   7020 0640 0000 2196 6847

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ ...Mail
   ☐ ...Mail Restricted Delivery
       (...)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70200640000021966847

The customer has requested that the Postal Service redeliver this item on August 10, 2022 in AUBURNDALE, FL 33823.

**USPS Tracking Plus® Available** ∨

## Redelivery Scheduled

August 9, 2022
AUBURNDALE, FL 33823

Get Updates ∨

Feedback

---

Text & Email Updates ∨

---

Tracking History ∧

**August 9, 2022**
Redelivery Scheduled
AUBURNDALE, FL 33823
The customer has requested that the Postal Service redeliver this item on August 10, 2022 in AUBURNDALE, FL 33823.

**August 4, 2022, 1:15 pm**
Notice Left (No Authorized Recipient Available)
AUBURNDALE, FL 33823

**August 4, 2022, 6:10 am**
Out for Delivery
AUBURNDALE, FL 33823

**August 4, 2022, 5:54 am**
Arrived at Post Office
AUBURNDALE, FL 33823

**August 4, 2022, 3:15 am**
Departed USPS Facility
LAKELAND, FL 33805

**August 3, 2022, 11:54 pm**
Arrived at USPS Facility
LAKELAND, FL 33805

**August 3, 2022, 11:01 pm**
In Transit to Next Facility

Feedback

**August 3, 2022, 10:46 pm**
Departed USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**August 3, 2022, 2:55 pm**
Arrived at USPS Regional Facility
YBOR CITY FL DISTRIBUTION CENTER

**August 3, 2022, 1:22 pm**
In Transit to Next Facility

**August 3, 2022, 10:06 am**
In Transit to Next Facility

**August 3, 2022, 7:02 am**
Departed USPS Facility
ATLANTA, GA 30336

**August 3, 2022, 12:25 am**
Arrived at USPS Facility
ATLANTA, GA 30336

**August 2, 2022, 7:01 am**
Departed USPS Facility
PHILLIPSBURG, NJ 08865

**August 2, 2022, 4:19 am**
Arrived at USPS Facility
PHILLIPSBURG, NJ 08865

**August 2, 2022, 2:46 am**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**August 1, 2022, 5:04 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**