# EXHIBIT 8



Jon Ryan Schaffer
364 Waldorf Drive
Auburndale, FL 33823



Edward Vallejo
44100 Cattle Drive
Ash Fork, AZ 86320



Edward Vallejo
3501 E. Windsor Avenue
Phoenix, AZ 85008



Nicholas Ochs
17216 Bridlewood Dr.
Okeechobee, FL 34974-8528



Nicholas Ochs
3245 Virginia St. Apt. 56
Miami, FL 33133-5250

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70212720000027986991

Remove X

Your item was delivered to an individual at the address at 11:18 am on July 30, 2022 in PHOENIX, AZ 85008.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Left with Individual

July 30, 2022 at 11:18 am
PHOENIX, AZ 85008

Feedback

---

**Text & Email Updates** 

---

**Tracking History** 

July 30, 2022, 11:18 am
Delivered, Left with Individual
PHOENIX, AZ 85008
Your item was delivered to an individual at the address at 11:18 am on July 30, 2022 in PHOENIX, AZ 85008.

---

July 30, 2022, 6:20 am
Out for Delivery
PHOENIX, AZ 85018

**July 30, 2022, 6:09 am**
Arrived at Post Office
PHOENIX, AZ 85018

**July 30, 2022, 5:28 am**
Arrived at USPS Facility
PHOENIX, AZ 85018

**July 30, 2022, 5:09 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 29, 2022**
In Transit to Next Facility

**July 23, 2022, 5:21 pm**
Insufficient Address
PHOENIX, AZ 85008

**July 23, 2022, 6:22 am**
Arrived at Post Office
PHOENIX, AZ 85018

**July 23, 2022, 12:03 am**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 21, 2022, 1:58 pm**
USPS in possession of item
NEW YORK, NY 10036

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Edward Vallejo<br>3501 E. Windsor Avenue<br>Phoenix, AZ 85008 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| 9590 9402 7458 2055 1550 32 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 2720 0000 2798 6991 | |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |

/ King 8/4

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70212720000027987004

Your item is out for delivery on July 27, 2022 at 6:17 am in NEW YORK, NY 10036.

USPS Tracking Plus® Available ⌄

## Out for Delivery

July 27, 2022 at 6:17 am
NEW YORK, NY 10036

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

July 27, 2022, 6:17 am
Out for Delivery
NEW YORK, NY 10036
Your item is out for delivery on July 27, 2022 at 6:17 am in NEW YORK, NY 10036.

July 27, 2022, 6:06 am
Arrived at Post Office
NEW YORK, NY 10036

July 27, 2022, 5:09 am
Arrived at USPS Facility



NEW YORK, NY 10036

**July 27, 2022, 4:54 am**
Departed USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

**July 27, 2022, 4:18 am**
Arrived at USPS Regional Origin Facility
NEW YORK NY DISTRIBUTION CENTER

**July 26, 2022**
In Transit to Next Facility

**July 25, 2022, 11:33 pm**
Departed USPS Regional Destination Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 25, 2022, 1:45 pm**
Insufficient Address
ASH FORK, AZ 86320

**July 25, 2022, 7:44 am**
Available for Pickup
ASH FORK, AZ 86320

**July 25, 2022, 7:08 am**
Arrived at Post Office
ASH FORK, AZ 86320

**July 23, 2022, 1:39 am**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**July 21, 2022, 1:58 pm**
USPS in possession of item
NEW YORK, NY 10036

Feedback



US POSTAGE $16.10
Priority Mail
Mailed From 10036
08/01/2022
032A 0061827699

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____      Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

**Edward Vallejo**
**1811 N. 31st Street #2**
**Phoenix, AZ  85008**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 0640 0000 2196 6878
7020 0640 0000 2196 6878

CERTIFIED MAIL

Edward Vallejo
1811 N. 31st Street #2
Phoenix, AZ  85008

Dechert LLP
1095 Avenue of the Americas
New York, NY 10036

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Vallejo
1811 N. 31st Street #2
Phoenix, AZ 85008

9590 9402 7028 1225 0994 52

2. Article Number (Transfer from service label)
7020 0640 0000 2196 6878

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt




US POSTAGE $16.10 Priority Mail
Mailed From 10036
08/01/2022
032A 0061827699

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)      $ _____    Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required         $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage

**Edward Vallejo**
**3501 E. Windsor Avenue #1**
**Phoenix, AZ 85008**

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0640 0000 2196 6854

**Edward Vallejo**
**3501 E. Windsor Avenue #1**
**Phoenix, AZ 85008**

**Dechert LLP**
**1095 Avenue of the Americas**
**New York, NY 10036**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Vallejo
3501 E. Windsor Avenue #1
Phoenix, AZ 85008

9590 9402 7028 1225 0994 38

2. Article Number (Transfer from service label)
7020 0640 0000 2196 6854

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

US POSTAGE $16.10 Priority Mail
Mailed From 10036
08/01/2022
032A 0061827699

**CERTIFIED MAIL**

7020 0640 0000 2196 9891
7020 0640 0000 2196 9891

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage

Postmark
Here

**Edward Vallejo**
**3501 E. Windsor Avenue #2**
**Phoenix, AZ 85008**

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Edward Vallejo**
**3501 E. Windsor Avenue #2**
**Phoenix, AZ 85008**

**Dechert LLP**
**1095 Avenue of the Americas**
**New York, NY 10036**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edward Vallejo
3501 E. Windsor Avenue #2
Phoenix, AZ 85008

9590 9402 7028 1225 0994 45

2. Article Number (Transfer from service label)
7020 0640 0000 2196 7861

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
 ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... Mail
☐ ... Mail Restricted Delivery
    (...)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70200640000021966854

Remove X

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

USPS Tracking Plus® Available ⌄

## In Transit to Next Facility
August 10, 2022

Feedback

Get Updates ⌄

---

Text & Email Updates 

Tracking History 

August 10, 2022
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

August 6, 2022, 9:49 pm
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

August 5, 2022, 9:00 pm
Arrived at USPS Regional Facility

PHOENIX AZ DISTRIBUTION CENTER ANNEX

**August 3, 2022, 7:36 pm**
Insufficient Address
PHOENIX, AZ 85008

**August 3, 2022, 4:01 pm**
Insufficient Address
PHOENIX, AZ 85008

**August 3, 2022, 6:10 am**
Out for Delivery
PHOENIX, AZ 85008

**August 3, 2022, 4:24 am**
Arrived at Post Office
PHOENIX, AZ 85018

**August 3, 2022, 3:05 am**
Arrived at USPS Facility
PHOENIX, AZ 85018

**August 2, 2022, 10:05 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**August 1, 2022, 5:04 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®**

**Product Information**

See Less

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000021966861

Remove ✕

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**USPS Tracking Plus® Available** ˅

# In Transit to Next Facility
August 11, 2022

Feedback

**Get Updates** ˅

---

**Text & Email Updates** ˅

**Tracking History** ˄

**August 11, 2022**
In Transit to Next Facility
Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**August 9, 2022, 1:36 pm**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**August 5, 2022, 9:00 pm**
Arrived at USPS Regional Facility

PHOENIX AZ DISTRIBUTION CENTER ANNEX

August 3, 2022, 7:36 pm
Insufficient Address
PHOENIX, AZ 85008

August 3, 2022, 4:01 pm
Insufficient Address
PHOENIX, AZ 85008

August 3, 2022, 6:10 am
Out for Delivery
PHOENIX, AZ 85008

August 3, 2022, 4:24 am
Arrived at Post Office
PHOENIX, AZ 85018

August 3, 2022, 3:05 am
Arrived at USPS Facility
PHOENIX, AZ 85018

August 2, 2022, 10:05 pm
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

August 1, 2022, 5:04 pm
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

Feedback

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ︿

# USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:** 70200640000021966878

Remove ✕

The delivery status of your item has not been updated as of August 4, 2022, 12:10 am. We apologize that it may arrive later than expected.

**USPS Tracking Plus® Available** ⌄

## Awaiting Delivery Scan

August 4, 2022 at 12:10 am

Feedback

---

Text & Email Updates 

---

Tracking History 

**August 4, 2022, 12:10 am**
Awaiting Delivery Scan
The delivery status of your item has not been updated as of August 4, 2022, 12:10 am. We apologize that it may arrive later than expected.

**August 3, 2022, 6:10 am**
Out for Delivery
PHOENIX, AZ 85008

**August 3, 2022, 4:24 am**
Arrived at Post Office
PHOENIX, AZ 85018

**August 3, 2022, 3:05 am**
Arrived at USPS Facility
PHOENIX, AZ 85018

**August 3, 2022, 2:38 am**
Departed USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**August 2, 2022, 10:07 pm**
Arrived at USPS Regional Facility
PHOENIX AZ DISTRIBUTION CENTER ANNEX

**August 2, 2022**
In Transit to Next Facility

**August 1, 2022, 5:06 pm**
Arrived at USPS Regional Facility
NEW YORK NY DISTRIBUTION CENTER

Feedback

## USPS Tracking Plus®

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until August 1, 2024. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

3 Years
**$3.75**

5 Years
**$4.75**

7 Years
**$5.75**