**UNITED STATES DISTRICT COURT**
**for the**
**District of Columbia**

| | |
|---|---|
| **DISTRICT OF COLUMBIA** | ) |
| (Plaintiff) | ) |
| vs. | )    **1:21-CV-03267-APM** |
| **PROUD BOYS INTERNATIONAL, L.L.C., et al.** | ) |
| (Defendants) | ) |

**AFFIDAVIT OF DUE DILIGENCE IN ATTEMPTING TO SERVE EDWARD VALLEJO**

The undersigned, Torri Schaffer, Custodian of Records for Torri's Legal Services, having been duly authorized by **Dechert LLP** ("client") to make service of a *Summons in a Civil Action, Attachment A,* and *Amended Complaint* with *Exhibit A* ("documents") for **Edward Vallejo** ("defendant") in the above-captioned case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business is 2021 L Street, N.W., Suite 101-252, Washington, D.C. 20036. I received the documents on April 8, 2022.

To commence my task, I ran a skip trace. The skip trace was conducted in a highly comprehensive, interactive database. This database is highly secure and available only to pre-screened attorneys, investigators, process servers, and similar individuals. This database is not available to the public, and the comprehensiveness and accuracy are extremely high, although care must be taken to evaluate the data for relevance and accuracy. The skip trace produced two potential addresses to attempt service at: **3342 E. Monte Vista Rd., Phoenix, AZ 85008**; and **3125 N. 37th St., Apt. 6, Phoenix, AZ 85018.** (Exhibit A)

- On April 11, 2022, at approximately 4:56 p.m., my colleague Ms. Jennifer Aymong attempted to serve the defendant at **3342 E. Monte Vista Rd., Phoenix, AZ 85008**. She spoke with the current resident who said they have been renting there for three years. The resident said they were unfamiliar with the defendant. A Nissan Altima with Arizona plates (P2A5AZA) was parked in the driveway. (Exhibit B)

- On April 12, 2022, at approximately 7:06 p.m., Ms. Aymong attempted to serve the defendant at **3125 N. 37th St., Apt. 6, Phoenix, AZ 85018**. No one responded at the unit. Although the blinds were open, it was difficult to see inside. She spoke with a neighbor in Unit 7 who advised that the residents of Unit 6 were two men who were home at random times. The neighbor said that if their gray sedan was not there, they probably were not home. Ms. Aymong did not see the gray sedan in the parking spot associated with Apt. 6. The neighbor looked at the defendant's photograph and said that the latter has not been seen at the unit.
  On April 13, 2022, at approximately 9:25 a.m., Ms. Aymong attempted to serve the defendant at **3125 N. 37th St., Apt. 6, Phoenix, AZ 85018**. She spoke with Brandon,

one of the current residents, who said that the defendant did not live there. Brandon did add that he receives junk mail with the defendant's name on it but throws it away. (Exhibit C)

I conducted a skip trace on the defendant's wife Debra Vallejo. I located a potential address to serve at: **3501 E. Windsor Avenue, Phoenix, AZ 85008**. (Exhibit D)

- On May 17, 2022, at approximately 8:17 a.m., my colleague Ms. Jennifer Aymong attempted to serve the defendant at **3501 E. Windsor Avenue, Phoenix, AZ 85008**. This location is a duplex with two units. There were "No Trespassing" signs posted, and my colleague spotted several surveillance cameras. No vehicles were parked on the property. A Nissan Altima (AZ #ROA13H) was parked in the street in front of the residence. My colleague did not observe any movement or activity on the property.
  On May 17, 2022, at approximately 8:22 a.m., my colleague attempted to serve the defendant at **3501 E. Windsor Avenue, Phoenix, AZ 85008**. She spoke with a neighbor at 3507 who said that the people at 3501 had recently moved in. My colleague showed the neighbor the defendant's photograph and he said he has not seen anyone there that matched the photograph.
  On May 17, 2022, at approximately 11:35 a.m., my colleague conducted research on the Maricopa County Assessor's website on the property at **3501 E. Windsor Avenue, Phoenix, AZ 85008**. According to the website, **3501 E. Windsor Avenue, Phoenix, AZ 85008** does not exist. The lot at this address is owned by Phoenix 2020 LLC: the address is listed as 3502 E. Cambridge Ave., Phoenix, AZ 85008. The property was purchased in November 2020, and it has been a rental ever since. Benjamin Eyer and Melissa Joines, Trustee of the Benjamin Eyer and Melissa Joines Revocable Trust Dated March 6, 2014, are listed as its previous owners.
  (Exhibit E)

On May 31, 2022, I conducted research online and found that the defendant, Edward Vallejo, was affiliated with a non-profit organization called Homefront Battle Buddies, a "community of veterans helping veterans in all the ways government failed us." The defendant is pictured on the organization's website: https://homefrontbattlebuddies.com. I located a physical address for Homefront Battle Buddies: **44100 Cattle Drive, Ash Fork, AZ 86320**, which appeared to be associated with the defendant, who is listed as one of the directors of the nonprofit. (Exhibit F)

- On June 28, 2022, due to its remote location, the Yavapai County Sheriff's office, with a team from the U.S. Marshals Service, attempted to serve the defendant at **44100 Cattle Drive, Ash Fork, AZ 86320**. An officer served the documents for the defendant to Adam Kokesh, one of the directors of Homefront Battle Buddies, believing him to be a coresident. However, later it was ascertained that Mr. Kokesh told one of the officers that the defendant lived elsewhere – somewhere in Phoenix, AZ.

I instructed my colleague Mr. Jerry Horacek to go back and attempt service at **3501 E. Windsor Ave., Phoenix, AZ 85008**.

- On July 21, 2022, at approximately 10:20 a.m., Mr. Horacek attempted to serve the defendant at **3501 E. Windsor Ave., Phoenix, AZ 85008**. No one responded at the door. The curtains were drawn shut. No cars were parked on or in front of the property.
- On July 22, 2022, at approximately 10:25 a.m., Mr. Horacek posted the documents on the door of the residence. (Exhibit G)

On July 29, 2022, I ran a skip trace on the defendant's wife, Debra Vallejo, and found a possible address to attempt service at: **1811 N. 31st Apt. 2, Phoenix, AZ 85008**. According to my locate program, this address was last used in November 2021. The first two addresses listed on the skip trace had already been attempted. (Exhibit H)

I instructed my colleague Mr. Bruce Comer to attempt service at **1811 N. 31st St. Apt. 2, Phoenix, AZ 85008**.

- On August 2, 2022, at approximately 6:15 p.m., Mr. Comer attempted to serve the defendant at **1811 N. 31st St. Apt. 2, Phoenix, AZ 85008**. He received no response at the door. He was not able to see into the apartment. There were no lights on inside. He was unable to confirm occupancy with the neighbors. No cars were parked in the driveway.
- On August 4, 2022, at approximately 1:44 p.m., Mr. Comer posted the documents on the door of **1811 N. 31st St. Apt. 2, Phoenix, AZ 85008**. Two cars – Mitsubishi and Nissan sedans - were parked in the driveway. (POSTING - Exhibit I)
- On August 8, 2022, at approximately 4:02 p.m., Mr. Comer drove past **1811 N. 31st St. #2, Phoenix, AZ 85008** and noticed the same two cars parked in the same spots as before. (Exhibit J)

Unfortunately, I was unable to verify the vehicles' ownership due to Arizona privacy laws.

Despite the foregoing attempts, I was unable to serve the documents in hand or via proper substitute service to the defendant. I am uncertain of the whereabouts of the defendant, **Edward Vallejo**.

The undersigned declares and affirms that she has personal knowledge of the foregoing facts, that the facts are true and correct, and that this affidavit was executed by Torri Schaffer, Custodian of Records.

Subscribed and sworn to before me on this 15th
day of August 2022

*Rita Berzins*

Rita Berzins, Notary Public - My Commission
Expires 3/13/2025      -   State of Maryland,
County of Montgomery

*Torri Schaffer*

Torri Schaffer, Custodian of Records



RITA L. BERZINS
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/13/2025

3

Case 1:21-cv-03267-APM   Document 148-10   Filed 08/15/22   Page 4 of 39

4/8/22, 9:47 AM

TLOxp - Advanced

Your Current Reference ID: NONE
12 Results Found for people named EDWARD VALLEJO located in PHOENIX, ARIZONA.
(showing all results)

---

**EDWARD T VALLEJO , 63 Years Old (Phoenix, AZ, Redondo Beach, CA)**     **3342 E MONTE VISTA RD, PHOENIX, AZ (04/29/2008 to 07/10/2012)**

**1 of 12 results**
EDWARD T VALLEJO (02/01/1994 to
10/12/2021)

SSN: XXX-X)
Issued: ARIZONA 1973

Date of Birth
DOB: XX/XX
Age:

Gender: Male

Dates at Searched Location:
04/29/2008 to 07/10/2012

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 07/10/2012
EDWARD T VALLEJO
3342 E MONTE VISTA RD, PHOENIX,
AZ 85008-2935 (MARICOPA
COUNTY)
DOB: XX/XX

**Possible Relatives**

**Cities**
Phoenix, AZ (04/30/1997 to
07/10/2012)
Redondo Beach, CA (02/1994 to
02/04/2015)

**Possible Phones**
(602) 434-6843 (MT) (M) (88%)
(602) 956-4583 (MT) (L) (66%)

**Counties**
Maricopa County, AZ (04/30/1997 to
07/10/2012)
Los Angeles County, CA (02/1994 to
02/04/2015)

**Possible Email Addresses**
stan.ditto@yahoo.com (40%)

Address History
1935 CONDON AVE, REDONDO BEACH, CA 90278-3402 (LOS ANGELES COUNTY) (02/1994 to 02/04/2015)
3342 E MONTE VISTA RD, PHOENIX, AZ 85008-2935 (MARICOPA COUNTY) (04/29/2008 to 07/10/2012)
Subdivision Name: WESTWARD HO MANOR UN
3125 N 37TH ST APT 6, PHOENIX, AZ 85018-6317 (MARICOPA COUNTY) (04/29/2008 to 04/29/2008)
Subdivision Name: CITRUS ACRES
   Address contains: 14 apartments
3426 E CULVER ST, PHOENIX, AZ 85008-5215 (MARICOPA COUNTY) (06/09/2000 to 06/09/2000)

---

**EDWARD BRIAN VALLEJO II , 54 Years Old (Arizona, Colorado, Washington, Oregon)**     **PO BOX 51581, PHOENIX, AZ (01/31/2007)**

**2 of 12 results**
EDWARD BRIAN VALLEJO II
(12/23/1989 to 01/04/2022)
BRIAN B VALLEJO (06/17/1992 to
10/05/2021)
BRIAN VALLEJO II (06/01/2015)

Other Observed Names
EDWARDB B VALLEJO (09/01/2000
to 10/05/2021)
BRIAN BRIAN VALLEJO II
(06/01/2015)
EDWARDB VALLEJO (04/30/2005)

SSN: XXX-XX
Issued: ARIZONA 1984

Other People who have used this SSN.
This does not usually indicate fraud.

Other SSNs this person has used. This
does not usually indicate fraud.

Dates of Birth

**Possible Relatives**

**Indicators**

**Cities**
Chandler, AZ (03/01/1990 to
01/16/2020)
Duncan, AZ (09/27/2007 to
03/06/2015)
Gilbert, AZ (06/01/2015 to 04/08/2022)
Morenci, AZ (01/01/1993 to
01/24/2003)
Phoenix, AZ (01/31/2007)
Yuma, AZ (03/1988 to 01/24/2003)
Johnstown, CO (12/2018 to
12/01/2018)
Hillsboro, OR (04/01/2013 to
10/06/2014)
Quincy, WA (10/18/2014 to
09/05/2019)

**Possible Phones**
(480) 466-9567 (MT) (M) (86%)
(928) 687-5153 (MT) (L) (86%)
(480) 231-6975 (MT) (L) (66%)
(480) 235-5065 (MT) (M) (66%)
(623) 229-0507 (MT) (L) (66%)
(928) 865-5153 (MT) (L) (66%)
(480) 297-5620 (MT) (L) (66%)
(480) 621-8033 (MT) (V) (66%)
(408) 297-5620 (PT) (L) (66%)

**Counties**
Greenlee County, AZ (01/01/1993 to
03/06/2015)
Maricopa County, AZ (03/01/1990 to
04/08/2022)
Yuma County, AZ (03/1988 to
01/24/2003)
Weld County, CO (12/2018 to
12/01/2018)
Washington County, OR (04/01/2013 to
10/06/2014)
Douglas County, WA (10/18/2014 to
09/05/2019)
Grant County, WA (10/18/2014 to
09/05/2019)

**Possible Email Addresses**
veedward.vallejo75@bellsouth.net
(70%)
bvallejo@ctscabling.com (65%)
bvallegirl87@msn.com (56%)
ebv5293@collegeclub.com (45%)
ebv5291@yahoo.com (42%)
vallejo@vtc.net (40%)
laurav1994@live.com (40%)
telechic5@yahoo.com (40%)
butterflybaby727@yahoo.com (40%)

EXHIBIT A

https://tloxp.tlo.com/search.php

4/8/22, 9:47 AM

TLOxp - Advanced

DOB: XX/XX
Age:

Other DOB: XX/XX/
Age:

Other DOB:
Age:   ·

Gender: Male

Dates at Searched Location:
01/31/2007 to 01/31/2007

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 08/19/2014
BRIAN VALLEJO
1320 N MCQUEEN RD APT 1047,
CHANDLER, AZ 85225-1452
(MARICOPA COUNTY)
DOB: XX/XO

(480) 319-0010 (MT) (M) (66%)
(480) 231-4325 (MT) (M) (66%)
(480) 297-5670 (MT) (M) (66%)
(480) 299-8865 (MT) (M) (66%)
(480) 215-9894 (MT) (M) (66%)
(480) 786-4990 (MT) (L) (66%)
(480) 720-3557 (MT) (M) (66%)
(480) 782-8937 (MT) (L) (66%)
(480) 715-0227 (MT) (L) (66%)
(480) 379-6200 (MT) (L) (66%)
(503) 708-6196 (PT) (M) (27%)
(480) 699-3193 (MT) (V) (3%)
(480) 318-0847 (MT) (M) (3%)
(480) 377-0225 (MT) (L) (3%)
(480) 234-0492 (MT) (M) (3%)
(602) 317-7965 (MT) (M) (3%)
(480) 277-1086 (MT) (M) (3%)
(480) 855-1586 (MT) (L) (3%)

Address History
3454 E SPORTS DR, GILBERT, AZ 85298-4294 (MARICOPA COUNTY) (06/01/2015 to 04/08/2022)
Subdivision Name: SEVILLE
  Current Private Phone at address
    (480) 279-2330 (MT) - BRYAN CURLEY
2475 W PECOS RD APT 1040, CHANDLER, AZ 85224-4810 (MARICOPA COUNTY) (11/01/2002 to 01/16/2020)
  Address contains: 1 office, 288 apartments
  Current Commercial Phones at address
    (844) 382-4719 - CANTERA
    (480) 812-3700 (MT) - APARTMENTS CANTERA
18 ELK VIEW DR NW, QUINCY, WA 98848-9446 (DOUGLAS COUNTY) (06/19/2015 to 09/05/2019)
Subdivision Name: TRINIDAD
518 WHITMORE CT, JOHNSTOWN, CO 80534-8527 (WELD COUNTY) (12/2018 to 12/01/2018)
Subdivision Name: JOHNSTOWN SQUARE FIING
PO BOX 2070, QUINCY, WA 98848-2070 (GRANT COUNTY) (11/2014 to 11/06/2018)
882 E CHICAGO ST, CHANDLER, AZ 85225-9423 (MARICOPA COUNTY) (08/2000 to 05/01/2017)
Subdivision Name: HEATHER PLACE
18 ELK VIEW DR, QUINCY, WA 98848-9446 (DOUGLAS COUNTY) (06/19/2015 to 04/15/2016)
23548 SUNSERRA LOOP NW, QUINCY, WA 98848-9106 (GRANT COUNTY) (10/18/2014 to 07/03/2015)
Subdivision Name: SUNSERRA CRESCENT BAR
23548 SUNSERRA LOOP NW # A01, QUINCY, WA 98848-9106 (GRANT COUNTY) (03/03/2015 to 03/03/2015)
Subdivision Name: SUNSERRA CRESCENT BAR
188 CART ST, DUNCAN, AZ 85534-8264 (GREENLEE COUNTY) (09/27/2007 to 03/06/2015)
1172 SE BIANCA ST, HILLSBORO, OR 97123-5197 (WASHINGTON COUNTY) (04/18/2014 to 10/06/2014)
Subdivision Name: ARBOR ROSES
5300 W BASELINE RD APT 403, HILLSBORO, OR 97123-6410 (WASHINGTON COUNTY) (04/01/2013 to 06/05/2014)
5300 E MAIN ST APT 403, HILLSBORO, OR 97123-6410 (WASHINGTON COUNTY) (04/30/2013 to 06/24/2013)
  Address contains: 126 apartments
5300 E MAIN ST, HILLSBORO, OR 97123-6400 (WASHINGTON COUNTY)
  Address contains: 126 apartments
1320 N MCQUEEN RD APT 1047, CHANDLER, AZ 85225-1452 (MARICOPA COUNTY) (09/01/2012 to 02/26/2013)
  Address contains: 1 office, 360 apartments
99 W PALOMINO DR APT 227, CHANDLER, AZ 85225-7714 (MARICOPA COUNTY) (11/01/2006 to 07/25/2009)
  Address contains: 157 apartments
PO BOX 2043, CHANDLER, AZ 85244-2043 (MARICOPA COUNTY) (05/03/2007 to 05/03/2007)
PO BOX 51581, PHOENIX, AZ 85076-1581 (MARICOPA COUNTY) (01/31/2007 to 01/31/2007)
13314 E BUTLER ST, CHANDLER, AZ 85225-6108 (MARICOPA COUNTY) (11/01/2005 to 08/08/2006)
Subdivision Name: COUNTRY PLACE AT CHANDLER
151 N OREGON ST, CHANDLER, AZ 85225-7868 (MARICOPA COUNTY) (11/01/2005 to 02/04/2006)
PO BOX 678, MORENCI, AZ 85540-0678 (GREENLEE COUNTY) (01/01/1993 to 01/24/2003)
305 W PALOMINO DR, CHANDLER, AZ 85225-2845 (MARICOPA COUNTY) (03/01/1990 to 01/24/2003)
Subdivision Name: DAVE BROWN
2651 S 8TH AVE APT 1056, YUMA, AZ 85364-7146 (YUMA COUNTY) (03/1988 to 01/24/2003)
  Address contains: 1 office, 283 apartments
800 W WILLIS RD, CHANDLER, AZ 85286-6519 (MARICOPA COUNTY) (02/09/2018 to 02/09/2018)
18 VIEW DR # ELK, STEVENSON, WA 98648-6403 (SKAMANIA COUNTY) (09/10/2015 to 09/10/2015)

---

EDUARDO SANTOS VALLEJO , 29 Years Old (Arizona, Washington)

1238 N 39TH AVE, PHOENIX, AZ (12/04/2010 to 04/08/2022)

3 of 12 results
EDUARDO SANTOS VALLEJO
(12/04/2010 to 01/04/2022)

Possible Relatives



Cities
Maricopa, AZ (09/13/2016 to
10/05/2016)

Counties
Maricopa County, AZ (12/04/2010 to
04/08/2022)

4/8/22, 9:47 AM                                     TLOxp - Advanced

**EDUARDO SANTOS (02/01/2012 to** ▐Indicators        **Phoenix, AZ (12/04/2010 to**         **Pinal County, AZ (09/13/2016 to**
**03/16/2012)**                                      **04/08/2022)**                       **10/05/2016)**
                                                    **Tacoma, WA (01/01/2020 to**         **Pierce County, WA (01/01/2020 to**
Other Observed Names                                **10/22/2020)**                       **10/22/2020)**
**EDUARDO SANTOSVALLEJO**
**(02/01/2012 to 02/27/2012)**                       **Possible Phones**                   **Possible Email Addresses**
                                                    **(602) 507-0131 (MT) (M) (86%)**     eddiexone@gmail.com (79%)
SSN: XXX-XX                                         **(623) 385-6925 (MT) (M) (67%)**     xeddiexioexone@gmail.com (79%)
Issued: ARIZONA 1992-1993                           **(602) 415-1399 (MT) (L) (66%)**
                                                    **(602) 354-0244 (MT) (M) (66%)**
**Date of Birth**                                    **(602) 814-6421 (MT) (M) (66%)**
DOB: XX/XX                                          **(602) 515-6605 (MT) (M) (66%)**
Age:                                                **(602) 376-8497 (MT) (M) (37%)**
                                                    **(602) 421-0603 (MT) (M) (22%)**
Gender: Male                                        **(602) 515-5992 (MT) (M) (16%)**
                                                    **(602) 812-0503 (MT) (M) (14%)**
Dates at Searched Location:
**12/04/2010 to 04/08/2022**

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 04/27/2016
**EDUARDO S VALLEJO**
**1238 N 39TH AVE, PHOENIX, AZ**
**85009-3135 (MARICOPA COUNTY)**

**Address History**
**1238 N 39TH AVE, PHOENIX, AZ 85009-3135 (MARICOPA COUNTY) (12/04/2010 to 04/08/2022)**
Subdivision Name: WINONA PARK
**31340 2ND DIVISION DR # 172, TACOMA, WA 98433 (PIERCE COUNTY) (10/22/2020 to 10/22/2020)**
**2021 PENDELTON AVE, TACOMA, WA 98433 (PIERCE COUNTY) (01/01/2020 to 01/01/2020)**
**18583 N CELIS ST, MARICOPA, AZ 85138-5181 (PINAL COUNTY) (09/13/2016 to 10/05/2016)**
Subdivision Name: SMITH FARMS
**39 W NORTH LN, PHOENIX, AZ 85021-2486 (MARICOPA COUNTY)**

---

**EDUARDO E VALLEJO , 46 Years Old (California, Texas, Arizona)**      **2727 N 32ND ST APT 230, PHOENIX, AZ (06/19/2006 to 11/06/2007)**

**4 of 12 results**              Possible Relatives         **Cities**                            **Counties**
**EDUARDO E VALLEJO (05/01/1994**      **Phoenix, AZ (06/19/2006 to**        Maricopa County, AZ (06/19/2006 to
**to 01/04/2022)**                                          **11/06/2007)**                       11/06/2007)
**EDUARADO VALLEJO (07/23/2002)**                            **Baldwin Park, CA (07/01/1995 to**   Los Angeles County, CA (05/1994 to
                                                           **01/23/2003)**                       01/05/2015)
Other Observed Names                                       **Colton, CA (07/2002 to 09/30/2007)** Riverside County, CA (07/2009 to
**EDVARDO E VALLEJO (07/12/1997**                            **El Monte, CA (05/01/1994 to**       08/04/2011)
**to 10/09/2013)**                                           **01/23/2003)**                       San Bernardino County, CA
                                                           **Fontana, CA (05/20/2000 to**        (05/20/2000 to 04/08/2022)
SSN: XXX-XX                                                 **10/09/2013)**                       Dallas County, TX (10/01/2001 to
Issued: CALIFORNIA 1994                                     **La Puente, CA (07/17/2001 to**      04/17/2008)
                                                           **01/23/2003)**
**Other People who have used this SSN.**                     **Ontario, CA (07/01/2011 to**        **Possible Email Addresses**
**This does not usually indicate fraud.**                    **03/08/2012)**                       f.vallejo32@yahoo.com (100%)
                                                           **Pomona, CA (05/1994 to 05/23/2007)** vvallejo404@aol.com (100%)
                                                           **Redlands, CA**                      masdrivingschool@gmail.com
**Other SSNs this person has used. This**                    **Rialto, CA (08/2007 to 04/08/2022)**  (79%)
**does not usually indicate fraud.**                         **Riverside, CA (07/2009 to 08/04/2011)**
                                                           **West Covina, CA (01/05/2015)**
                                                           **Dallas, TX (10/01/2001 to 04/17/2008)**
Date of Birth
DOB: XX/XX/
Age:                                                       **Possible Phones**
                                                           **(909) 428-6379 (PT) (V) (100%)**
Gender: Male                                               **(951) 809-6673 (PT) (M) (86%)**
                                                           **(909) 258-3018 (PT) (A) (72%)**
Dates at Searched Location:                                **(909) 961-2927 (PT) (V) (66%)**
**06/19/2006 to 11/06/2007**                                 **(909) 961-2175 (PT) (M) (66%)**
                                                           **(951) 782-8442 (PT) (L) (66%)**
                                                           **(909) 782-8442 (PT) (M) (66%)**
                                                           **(909) 574-8624 (PT) (V) (66%)**
                                                           **(909) 622-8457 (PT) (L) (66%)**
                                                           **(626) 732-6913 (PT) (L) (66%)**
                                                           **(909) 318-9311 (PT) (L) (66%)**
                                                           **(909) 574-8894 (PT) (L) (66%)**
                                                           **(951) 505-1775 (PT) (M) (3%)**

4/8/22, 9:47 AM                                                TLOxp - Advanced

(909) 743-9385 (PT) (M) (3%)
(951) 809-6683 (PT) (M) (3%)
(909) 825-4762 (PT) (L) (3%)
(909) 809-6673 (PT) (M) (3%)
(602) 563-9312 (MT) (M) (3%)
(909) 428-7104 (PT) (L) (3%)
(909) 865-2157 (PT) (L) (3%)
(818) 962-1171 (PT) (L) (3%)
(909) 355-9225 (PT) (L) (3%)
(909) 793-6240 (PT) (L) (3%)

**Address History**
142 W VICTORIA ST, RIALTO, CA 92376-5024 (SAN BERNARDINO COUNTY) (07/01/2011 to 04/08/2022)
  Subject's Phone
    (909) 258-3018 (PT) - EDUARDO VALLEJO
1515 E SUNSET HILL DR, WEST COVINA, CA 91791-2530 (LOS ANGELES COUNTY) (01/05/2015 to 01/05/2015)
16526 RANDALL AVE APT A, FONTANA, CA 92335-5647 (SAN BERNARDINO COUNTY) (10/05/2008 to 10/09/2013)
  Address contains: 4 apartments
16526 RANDALL AVE, FONTANA, CA 92335-5647 (SAN BERNARDINO COUNTY) (07/01/2011 to 07/01/2011)
  Address contains: 4 apartments
16526 RANDALL AVE APT D, FONTANA, CA 92335-5647 (SAN BERNARDINO COUNTY) (07/01/2011 to 07/01/2011)
  Address contains: 4 apartments
3261 TRIUMPH LN APT 1, ONTARIO, CA 91764-4813 (SAN BERNARDINO COUNTY) (07/2011 to 03/08/2012)
  Address contains: 4 apartments
3261 TRIUMPH LN, ONTARIO, CA 91764-4813 (SAN BERNARDINO COUNTY) (07/01/2011 to 07/01/2011)
  Address contains: 4 apartments
3131 ARLINGTON AVE APT 19, RIVERSIDE, CA 92506-3238 (RIVERSIDE COUNTY) (08/04/2011 to 08/04/2011)
Building Name: QUAIL CREEK
  Address contains: 1 office, 156 apartments
3404 TRINITY CT, RIVERSIDE, CA 92506-2130 (RIVERSIDE COUNTY) (07/2009 to 07/01/2011)
Subdivision Name: HARMONY DALE
6401 MAPLE AVE APT 5205, DALLAS, TX 75235-5533 (DALLAS COUNTY) (10/01/2001 to 04/17/2008)
  Address contains: 1 office, 282 apartments
2727 N 32ND ST APT 230, PHOENIX, AZ 85008-1255 (MARICOPA COUNTY) (06/19/2006 to 11/06/2007)
  Address contains: 1 office, 63 apartments
PO BOX 911, RIALTO, CA 92377-0911 (SAN BERNARDINO COUNTY) (08/2007 to 10/31/2007)
831 W VALLEY BLVD STE 204, COLTON, CA 92324-2003 (SAN BERNARDINO COUNTY) (04/2006 to 09/30/2007)
  Address contains: 5 suites
1201 S PARCELS ST, POMONA, CA 91766-3065 (LOS ANGELES COUNTY) (09/01/1999 to 05/23/2007)
Subdivision Name: EDWARD EVEY SUB BL
17461 ORANGE WAY APT A, FONTANA, CA 92335-9104 (SAN BERNARDINO COUNTY) (08/2000 to 01/31/2007)
  Address contains: 2 apartments
17400 ARROW BLVD APT 30, FONTANA, CA 92335-3981 (SAN BERNARDINO COUNTY) (08/09/2002 to 01/02/2007)
  Address contains: 1 office, 91 apartments
17461 ORANGE WAY, FONTANA, CA 92335-9104 (SAN BERNARDINO COUNTY) (05/20/2000 to 09/08/2000)
  Address contains: 2 apartments
1050 W 9TH ST APT 3, POMONA, CA 91766-2817 (LOS ANGELES COUNTY) (05/1994 to 09/07/2006)
  Address contains: 4 apartments
1050 W 9TH ST, POMONA, CA 91766-2817 (LOS ANGELES COUNTY) (05/10/2000 to 05/10/2000)
  Address contains: 4 apartments
246 N 3RD ST, COLTON, CA 92324-2205 (SAN BERNARDINO COUNTY) (07/2002 to 07/19/2006)
246 N 3RD ST # D, COLTON, CA 92324-2205 (SAN BERNARDINO COUNTY) (12/01/2002 to 12/01/2002)
14334 AMAR RD APT C, LA PUENTE, CA 91744-2464 (LOS ANGELES COUNTY) (07/17/2001 to 01/23/2003)
  Address contains: 16 apartments
1736 S HAMILTON BLVD, POMONA, CA 91766-5031 (LOS ANGELES COUNTY) (07/17/2001 to 01/23/2003)
752 S WHITE AVE, POMONA, CA 91766-2931 (LOS ANGELES COUNTY) (06/01/1998 to 01/23/2003)
13512 TRACY ST APT 14, BALDWIN PARK, CA 91706-6410 (LOS ANGELES COUNTY) (08/01/1995 to 01/23/2003)
  Address contains: 14 apartments
13502 TRACY ST APT 5, BALDWIN PARK, CA 91706-4765 (LOS ANGELES COUNTY) (07/01/1995 to 01/23/2003)
  Address contains: 10 apartments
10920 RAMONA BLVD APT O, EL MONTE, CA 91731-2623 (LOS ANGELES COUNTY) (05/01/1994 to 01/23/2003)
  Address contains: 15 apartments
923 TRIBUNE ST, REDLANDS, CA 92374-3422 (SAN BERNARDINO COUNTY)
142 E VICTORIA ST, RIALTO, CA 92376-5042 (SAN BERNARDINO COUNTY) (02/09/2020 to 02/09/2020)
  Current Private Phone at address
    (909) 566-4534 (PT) - R CORTEZ
146 W VICTORIA ST, RIALTO, CA 92376-5024 (SAN BERNARDINO COUNTY) (02/11/2014 to 02/11/2014)

---

EDUARDO G VALLEJO , 100 Years Old (Cochise County, AZ, Maricopa County, AZ)      2946 N 39TH ST APT 1, PHOENIX, AZ (03/01/1998)

**5 of 12 results**

| | Possible Relatives | Cities | Counties |
|---|---|---|---|
| EDUARDO G VALLEJO (09/01/1981 to 01/04/2022) | Aaron Mathias Valleic | Chandler, AZ (03/01/1998 to 01/31/2007) | Cochise County, AZ (09/01/1981 to 04/08/2022) |
| EDUARDO S VALLEJO (09/01/1981 to 08/18/2003) | Alice R Vallejo | Douglas, AZ (09/01/1981 to 04/08/2022) | Maricopa County, AZ (03/01/1998 to 01/31/2007) |
| | Daniel A Vallejo | | |

4/8/22, 9:47 AM

SSN: XXX-XX
Issued: CALIFORNIA 1953-1955

**Dates of Birth**
DOB: XX/XX
Age:

Other DOB:
Age:

Gender: Male

Dates at Searched Location:
03/01/1998 to 03/01/1998

**Indicators**
Bankruptcies: None Found
Liens: None Found
Judgments: None Found

TLOxp - Advanced

Phoenix, AZ (03/01/1998)

**Possible Phones**
(520) 227-2693 (MT) (M) (86%)
(480) 650-7178 (MT) (M) (66%)
(480) 855-1586 (MT) (L) (66%)
(520) 727-1242 (MT) (M) (27%)
(520) 727-1156 (MT) (M) (24%)
(775) 685-3201 (PT) (M) (11%)
(520) 256-1889 (MT) (M) (3%)
(520) 255-1317 (MT) (M) (3%)
(520) 227-5063 (MT) (M) (3%)
(520) 364-6366 (MT) (L) (3%)
(227) 269-3000 (0%)

**Possible Email Addresses**
danielovallejo@hotmail.com (65%)
danielovallejo@yahoo.com (40%)

**Address History**
728 E 16TH ST, DOUGLAS, AZ 85607-1406 (COCHISE COUNTY) (12/01/1988 to 04/08/2022)
Subdivision Name: DOUGLAS
868 S ARIZONA AVE APT 1069, CHANDLER, AZ 85225-4592 (MARICOPA COUNTY) (03/01/1998 to 01/31/2007)
Subdivision Name: CHIEFTAIN VILLAGE
  Address contains: 1 office, 374 apartments
868 S ARIZONA AVE, CHANDLER, AZ 85225-4560 (MARICOPA COUNTY) (03/01/1998 to 03/01/1998)
Subdivision Name: CHIEFTAIN VILLAGE
  Address contains: 1 office, 374 apartments
2946 N 39TH ST APT 1, PHOENIX, AZ 85018-7118 (MARICOPA COUNTY) (03/01/1998 to 03/01/1998)
Subdivision Name: EAST CITRUS ACRES
  Address contains: 19 apartments
1504 E 12TH ST, DOUGLAS, AZ 85607-2345 (COCHISE COUNTY) (09/01/1981 to 09/01/1981)
Subdivision Name: COUNTRY CLUB

---

**OMAR EDUARDO VALLEJO** , 32 Years Old (Glendale, AZ, Phoenix, AZ)

**6 of 12 results**
OMAR EDUARDO VALLEJO
(02/01/2008 to 01/04/2022)
OMAR VALLEJO DOMINGUEZ
(09/04/2013 to 05/12/2021)
OMAR V DOMINGUEZ (03/22/2021)
OMAR EDUARDO VALLEJO
DOMINGUEZ (01/08/2016 to
08/04/2016)
OMAR EDUARDO DOMINGUEZ
OMAR EDWARDO VALLEJO

SSN: XXX-XX
Issued: CALIFORNIA 2004

**Date of Birth**
DOB: XX/XX
Age:  !

Gender: Male

Dates at Searched Location:
08/25/2007 to 02/04/2008

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 04/13/2019
OMAR E VALLEJO
6802 N 67TH AVE, GLENDALE, AZ
85301-3898 (MARICOPA COUNTY)
DOB: XX/XX

**Possible Relatives**

6609 W CROWN KING RD, PHOENIX, AZ (08/25/2007 to 02/04/2008)

**Cities**
Glendale, AZ (02/2010 to 04/08/2022)
Phoenix, AZ (08/25/2007 to
12/20/2019)

**Possible Phones**
(623) 666-1250 (MT) (M) (86%)
(623) 340-8260 (MT) (M) (66%)
(623) 666-1230 (MT) (M) (66%)
(623) 476-7476 (MT) (V) (66%)
(623) 288-6810 (MT) (M) (18%)
(623) 374-3391 (MT) (V) (11%)
(623) 734-8847 (MT) (M) (3%)

**Counties**
Maricopa County, AZ (08/25/2007 to
04/08/2022)

**Possible Email Addresses**
rockstar137777@gmail.com (79%)
emotion_13_7777@yahoo.com
(79%)

**Address History**
12729 W GLENN DR, GLENDALE, AZ 85307-1862 (MARICOPA COUNTY) (03/16/2021 to 04/08/2022)
6802 N 67TH AVE APT 20201, GLENDALE, AZ 85301-9001 (MARICOPA COUNTY) (02/07/2017 to 04/02/2021)
Building Name: SAN MARTIN APTS
  Address contains: 1 office, 384 apartments
  Current Commercial Phone at address
    (623) 939-8442 (MT) - MARTIN APARTMENTS SAN
6802 N 67TH AVE APT 20204, GLENDALE, AZ 85301-9001 (MARICOPA COUNTY) (04/13/2019 to 08/08/2020)
Building Name: SAN MARTIN APTS

Address contains: 1 office, 384 apartments
Current Commercial Phone at address
   **(623) 939-8442 (MT) - MARTIN APARTMENTS SAN**
**4531 W SOLANO DR N, GLENDALE, AZ 85301-6239 (MARICOPA COUNTY)** (02/2010 to 06/10/2020)
Subdivision Name: BETHANY HEIGHTS
**6609 W CROWN KING RD, PHOENIX, AZ 85043-7799 (MARICOPA COUNTY)** (08/25/2007 to 02/04/2008)
Subdivision Name: MEADOWS
**6802 N 67TH AVE # 2021, GLENDALE, AZ 85301-3898 (MARICOPA COUNTY)** (07/30/2020 to 07/30/2020)
Current Commercial Phone at address
   **(623) 939-8442 (MT) - MARTIN APARTMENTS SAN**
**1430 E MISSOURI AVE STE 127, PHOENIX, AZ 85014-2478 (MARICOPA COUNTY)** (12/20/2019 to 12/20/2019)
Current Commercial Phones at address  **[ + ] SHOW 11 PHONES[ - ] Collapse**
   **(602) 200-9050 (MT) - JERMAN PLC BAYHAM**
   **(602) 264-2360 (MT) - G MORE PT DAVID**
   **(602) 395-5555 (MT) - INCOME DEVELOPMENT DEALERSHIP**
   **(602) 264-9315 (MT) - RANDALL CPA JOSELIT**
   **(602) 266-1005 (MT) - E KNAPP INVESTMENTS KENNETH**
   **(602) 288-5202 (MT) - MEDIA SOLUTIONS INC MEDIA**
   **(602) 265-2700 (MT) - ASSOCIATION OF RAILROAD TRIAL COUNSEL NATIONAL**
   **(602) 954-1790 (MT) - HOUSING SERVICE RELOGENT**
   **(602) 314-5224 (MT) - EMPLOYER SERVICES SUNWEST**
   **(602) 331-3511 (MT) - RISK MANAGEMENT TRISTAR**
   **(602) 745-2492 (MT) - GLOBAL NET US**
**6802 N 67TH AVE, GLENDALE, AZ 85301-3898 (MARICOPA COUNTY)** (12/10/2019 to 12/10/2019)
Current Commercial Phone at address
   **(623) 939-8442 (MT) - MARTIN APARTMENTS SAN**
**6802 W GLENDALE AVE, GLENDALE, AZ 85303-2731 (MARICOPA COUNTY)** (10/22/2014 to 10/22/2014)

---

**JORGE EDUARDO VALLEJO , 34 Years Old (Phoenix, AZ, Moreno Valley, CA)**      2930 W CAMELBACK RD # 273, PHOENIX, AZ (12/01/2007 to

**72/18/2007**Results

| | | Cities | Counties |
|---|---|---|---|
| **JORGE EDUARDO VALLEJO** (12/01/2007 to 01/04/2022) | | Phoenix, AZ (12/01/2007 to 12/18/2007) | Maricopa County, AZ (12/01/2007 to 12/18/2007) |
| | | Moreno Valley, CA (12/01/2008 to 04/08/2022) | Riverside County, CA (12/01/2008 to 04/08/2022) |

SSN: XXX-XX
Issued: CALIFORNIA 2004

Other People who have used this SSN.
This does not usually indicate fraud.

Date of Birth
DOB: XX/XX
Age:

Gender: Male

**Possible Phones**
(951) 347-7551 (PT) (M) (86%)
(951) 208-2042 (PT) (V) (66%)
(602) 285-1117 (MT) (L) (66%)
(386) 383-3848 (ET) (M) (40%)
(760) 741-3852 (PT) (L) (3%)
(760) 802-8426 (PT) (M) (3%)
(800) 756-6000 (L) (0%)

**Possible Email Addresses**
jvallejo@netscape.net (40%)

Dates at Searched Location:
12/01/2007 to 12/18/2007

Address History
**13545 BOEING ST, MORENO VALLEY, CA 92553-8416 (RIVERSIDE COUNTY)** (12/01/2008 to 04/08/2022)
**2930 W CAMELBACK RD # 273, PHOENIX, AZ 85017-3345 (MARICOPA COUNTY)** (12/01/2007 to 12/18/2007)
Subdivision Name: HOMELAND

---

**PETER EDWARD VALLEJO , 60 Years Old (Arizona, Oregon, Rhode Island, Texas, Nevada)**      5008 E THOMAS RD APT 710, PHOENIX, AZ

**80/17/2003**Results (01/24/2003)

| | Possible Relatives | Cities | Counties |
|---|---|---|---|
| **PETER EDWARD VALLEJO** (09/01/1984 to 01/04/2022) | Johnathon F Drake | Chandler, AZ (12/1985 to 07/08/2020) | Greenlee County, AZ (07/13/2001 to 01/24/2003) |
| **PETER R VALLEJO** (09/12/1989 to 12/10/2020) | Tanya Maria V Edwards V | Gilbert, AZ (04/1984 to 04/08/2022) | Maricopa County, AZ (04/1984 to 04/08/2022) |
| | Dolores Rose Vallejo V | Mesa, AZ (05/09/1997 to 09/07/2015) | Clark County, NV (09/01/1984 to 01/24/2003) |
| Other Observed Names | Lisa Elena Vallejo | Morenci, AZ (07/13/2001 to 01/24/2003) | Clackamas County, OR (11/30/2016 to 12/05/2021) |
| **PETER EDWARD VELLEJO** (05/01/1994 to 04/30/2020) | Mark Andrew Vallejo | Phoenix, AZ (07/17/2001 to 01/24/2003) | Providence County, RI (07/16/2013 to 07/16/2013) |
| **PETER W VALLEJO** (06/12/2017) | Matthew John Vallejo | Sun Lakes, AZ (07/16/2013) | Harris County, TX (07/16/2013 to 07/16/2013) |
| | ☐ Penny Denise Vallejo  19⁵⁰ | Tempe, AZ (09/01/1988 to 01/24/2003) | |
| | Died at | Las Vegas, NV (09/01/1984 to 01/24/2003) | |
| | Peter Thomas Vallejo | Clackamas, OR (11/30/2016 to 12/05/2021) | |
| SSN: XXX-XX | Samuel W Vallejo | | |
| Issued: ARIZONA 1975 | Vanessa Lea Vallejo | | |

Indicators
Bankruptcies: 1 Found, Latest in 2013
Liens: None Found
Judgments: 2 Found, Latest in 2011

Pawtucket, RI (07/16/2013)
Houston, TX (07/16/2013)

**Possible Email Addresses**
vallejofam1@hotmail.com (100%)
pvallejo1@msn.com (100%)
samuelwv1@gmail.com (100%)

Dates of Birth
DOB: XX/XX/
Age:

4/8/22, 9:47 AM

TLOxp - Advanced

Other DOB: XX/XX
Age: 60

Gender: Male

Dates at Searched Location:
07/17/2001 to 01/24/2003

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 03/29/2019
PETER VALLEJO
2430 E AUGUSTA AVE, CHANDLER,
AZ 85249-4121 (MARICOPA
COUNTY)
DOB: XX/XX

**Possible Phones**
(480) 235-6155 (MT) (M) (86%)
(480) 497-6271 (MT) (L) (86%)
(480) 252-0325 (MT) (M) (86%)
(480) 980-6370 (MT) (M) (66%)
(480) 818-3839 (MT) (M) (66%)
(480) 248-9200 (MT) (V) (66%)
(602) 388-9860 (MT) (M) (66%)
(602) 713-1686 (MT) (L) (66%)
(480) 505-8877 (MT) (M) (66%)
(480) 710-1050 (MT) (M) (66%)
(602) 989-4247 (MT) (M) (66%)
(602) 261-6307 (MT) (L) (3%)
(602) 946-3046 (MT) (L) (3%)
(601) 713-1686 (CT) (L) (3%)
(602) 713-1683 (MT) (L) (3%)
(602) 261-5040 (MT) (L) (3%)

vanessavallejo1@gmail.com (100%)
petervallejo82@gmail.com (65%)
samuelwv2@gmail.com (59%)
peter.vallejo@alltell.net (45%)
petervallejo@yahoo.com (40%)
samuelwv1@hotmail.com (40%)

**Address History**
**2583 E BART ST, GILBERT, AZ 85295-0610 (MARICOPA COUNTY) (07/22/2007 to 04/08/2022)**
Subdivision Name: LYONS GATE
**10117 SE SUNNYSIDE RD STE F-1232, CLACKAMAS, OR 97015-7708 (CLACKAMAS COUNTY) (11/30/2016 to 12/05/2021)**
  Address contains: 11 suites
  Current Commercial Phones at address  [ + ] SHOW 32 PHONES[ - ] Collapse
    (503) 912-7631 (PT) - GARAGE DOORS & GATES 24-HOUR
    (503) 912-7623 (PT) - DAYS GARAGE DOORS & GATES 7
    (503) 912-7624 (PT) - DAY & NIGHT GARAGE DOORS REPAIR A
    (503) 653-9190 (PT) - ACTION FAST SERVICES, INC. AAA
    (503) 919-1022 (PT) - ALIENBOX
    (503) 912-7151 (PT) - GARAGE DOORS ALPHA
    (503) 912-7152 (PT) - GARAGE DOORS AMAZING
    (503) 305-7254 (PT) - FITTERS ARCH
    (503) 496-1331 (PT) - TOWN HERO BIG
    (503) 912-7159 (PT) - GARAGE DOORS BRYANT
    (503) 912-7160 (PT) - GARAGE DOORS CASTLE
    (503) 512-9596 (PT) - COMPANY DAT
    (503) 353-3999 (PT) - PIZZA DOMINO'S
    (503) 654-8655 (PT) - ISLE HAIR & BEAUTY EMERALD
    (503) 912-7632 (PT) - GARAGE DOORS & GATES EMERGENCY
    (503) 836-0169 (PT) - TOWING AND TRANSPORT EMPIRE
    (503) 659-0069 (PT) - AMERICAN TITLE INSURANCE COMPANY OF OREGON FIRST
    (503) 653-9772 (PT) - CLINIC: PROSTHETICS & ORTHOTICS HANGER
    (503) 305-6248 (PT) - MIKES SUNNYSIDE JERSEY
    (503) 344-6315 (PT) - ELECTRICAL CONTRACTORS MPD
    (503) 305-6945 (PT) - PANTRY PLAID
    (503) 659-6258 (PT) - PANTRY PLAID
    (503) 305-9628 (PT) - CHIROPRACTOR SERVICE PORTLAND
    (503) 653-6188 (PT) - SCOTTRADE
    (971) 213-3774 (PT) - EVERGREEN LOGISTICS SERVICES CORP
    (503) 607-0688 (PT) - SOY
    (503) 786-3456 (PT) - SUNNYSIDE PICTURE PLACE
    (503) 654-0399 (PT) - TCBY
    (503) 653-0255 (PT) - UPS STORE 803 THE
    (503) 305-2379 (PT) - NEAR ME TOWING
    (503) 513-4500 (PT) - FARGO HOME MORTGAGE WELLS
    (503) 654-7970 (PT) - DELIGHTS BAKERY WICKED
  Current Government Phone at address
    (503) 305-8918 (PT) - RESPONSE EMERGENCY
**2430 E AUGUSTA AVE, CHANDLER, AZ 85249-4121 (MARICOPA COUNTY) (12/1985 to 07/08/2020)**
Subdivision Name: COOPER COMMONS
**60 W SAN REMO ST, GILBERT, AZ 85233-2741 (MARICOPA COUNTY) (08/29/1991 to 09/26/2018)**
Subdivision Name: HOLIDAY ESTATES
**60 W SAN REMO ST # 85233, GILBERT, AZ 85233-2741 (MARICOPA COUNTY) (07/05/2010 to 07/05/2010)**
Subdivision Name: HOLIDAY ESTATES
**4277 W PARK AVE, CHANDLER, AZ 85226-7239 (MARICOPA COUNTY) (07/16/2013 to 07/16/2013)**
Subdivision Name: CORONA GARDENS
**10213 E STONEY VISTA DR, SUN LAKES, AZ 85248-7644 (MARICOPA COUNTY) (07/16/2013 to 07/16/2013)**
Subdivision Name: SUN LAKES
**153 TERRACE AVE, PAWTUCKET, RI 02860-4640 (PROVIDENCE COUNTY) (07/16/2013 to 07/16/2013)**
**5522 BUNTE ST, HOUSTON, TX 77026-3151 (HARRIS COUNTY) (07/16/2013 to 07/16/2013)**
Subdivision Name: KASHMERE GARDENS
**70 S VAL VISTA DR # 220, GILBERT, AZ 85296-1374 (MARICOPA COUNTY) (08/01/1999 to 09/23/2005)**
Subdivision Name: VAL VISTA MARKETPLACE

4/8/22, 9:47 AM                                          TLOxp - Advanced

Address contains: 305 suites
70 S VAL VISTA DR, GILBERT, AZ 85296-1374 (MARICOPA COUNTY) (04/1984 to 01/24/2003)
Subdivision Name: VAL VISTA MARKETPLACE
Address contains: 305 suites
5008 E THOMAS RD APT 710, PHOENIX, AZ 85018-7946 (MARICOPA COUNTY) (07/17/2001 to 01/24/2003)
Subdivision Name: RAINTREE CONDO
Address contains: 1 office, 155 apartments
212 NULL LN, LAS VEGAS, NV 89145-4939 (CLARK COUNTY) (07/17/2001 to 01/24/2003)
Subdivision Name: CHARLESTON RAINBOW
PO BOX 290, MORENCI, AZ 85540-0290 (GREENLEE COUNTY) (07/13/2001 to 01/24/2003)
705 S VAL VISTA DR, GILBERT, AZ 85296-3131 (MARICOPA COUNTY) (08/2000 to 01/24/2003)
1200 N ALMA SCHOOL RD, CHANDLER, AZ 85224-2923 (MARICOPA COUNTY) (01/05/1999 to 01/24/2003)
2435 N MCALLISTER AVE APT 217, TEMPE, AZ 85281-1180 (MARICOPA COUNTY) (09/01/1988 to 01/24/2003)
Address contains: 38 apartments
212 NULL LN # 2E6, LAS VEGAS, NV 89145-4939 (CLARK COUNTY) (03/01/1985 to 03/01/1985)
Subdivision Name: CHARLESTON RAINBOW
1761 E WARNER RD, TEMPE, AZ 85284-4558 (MARICOPA COUNTY) (09/30/1999 to 09/30/1999)
Address contains: 14 suites
1135 N RECKER RD, MESA, AZ 85205-5514 (MARICOPA COUNTY) (05/09/1997 to 05/09/1997)
Address contains: 13 suites
901 BRUSH ST APT 246, LAS VEGAS, NV 89107-4045 (CLARK COUNTY) (09/01/1984 to 09/01/1984)
Address contains: 1 office, 322 apartments
2430 N AUGUSTA DR, MESA, AZ 85215-2107 (MARICOPA COUNTY) (09/07/2015 to 09/07/2015)
6324 GUADALUPE AVE, LAS VEGAS, NV 89108-3315 (CLARK COUNTY)
Subdivision Name: CHARLESTON HEIGHTS
10117 SE SUNNYSIDE RD, CLACKAMAS, OR 97015-7708 (CLACKAMAS COUNTY) (09/01/2017 to 09/01/2017)

---

EDUARDO VALLEJO ARAIZA , 44 Years Old (Arizona, Utah)     7218 S 37TH DR, PHOENIX, AZ (06/16/2019 to 06/30/2019)

**9 of 12 results**

| | | |
|---|---|---|
| **EDUARDO VALLEJO ARAIZA** (06/03/2014 to 01/04/2022) **EDUARDO VALLEJO** (04/26/2014 to 06/02/2021) **EDUARDO VA ARAIZA** (04/01/2009 to 04/11/2009) **EDUARDO VALLEJO-ARAIZA** (06/01/2003) **Other Observed Names** **EDUARDO VALLEJOARAIZA** (06/01/2003) **SSN:** XXX-XX- **Issued:** ARIZONA 1990-1991 | **Possible Relatives** (redacted) **Indicators** (redacted) | **Cities** **Phoenix, AZ** (06/16/2019 to 06/30/2019) **San Luis, AZ** (06/01/2003 to 04/08/2022) **Springerville, AZ** (04/25/2014 to 11/01/2019) **American Fork, UT** (03/18/2017 to 05/23/2017) **West Valley, UT** (04/01/2017 to 09/05/2017) | **Counties** **Apache County, AZ** (04/25/2014 to 11/01/2019) **Maricopa County, AZ** (06/16/2019 to 06/30/2019) **Yuma County, AZ** (06/01/2003 to 04/08/2022) **Salt Lake County, UT** (04/01/2017 to 09/05/2017) **Utah County, UT** (03/18/2017 to 05/23/2017) |

**Possible Phones**
(928) 398-9404 (MT) (M) (86%)
(480) 331-7042 (MT) (L) (72%)
(307) 371-5336 (MT) (M) (66%)
(928) 245-3858 (MT) (M) (66%)
(307) 371-8336 (MT) (M) (27%)
(928) 256-1049 (MT) (M) (26%)
(928) 627-8055 (MT) (L) (3%)

**Possible Email Addresses**
None found

**Other People who have used this SSN.**
**This does not usually indicate fraud.**
(redacted)

**Other SSNs this person has used. This**
**does not usually indicate fraud.**
(redacted)

**Date of Birth**
DOB: XX/XX
Age: ⁴

**Dates at Searched Location:**
06/16/2019 to 06/30/2019

**Driver's License Detail:**
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 05/05/2021
**EDUARDO VALLEJO ARAIZA**
DOB: XX/XX

**Address History**
PO BOX 63, SAN LUIS, AZ 85349-0063 (YUMA COUNTY) (09/30/2019 to 04/08/2022)
PO BOX 966, SAN LUIS, AZ 85349-0966 (YUMA COUNTY) (06/01/2003 to 03/02/2022)
690 N 10TH AVE # 219, SAN LUIS, AZ 85336-7811 (YUMA COUNTY) (05/31/2019 to 05/31/2021)
Current Commercial Phones at address
(928) 627-5325 (MT) - APARTMENTS BIENESTAR
(928) 722-5691 (MT) - APARTMENTS 2 BIENESTAR
(928) 722-7203 (MT) - POR LA CAUSA FIRST STEP CHICANOS

4/8/22, 9:47 AM                                    TLOxp - Advanced

PO BOX 63, SPRINGERVILLE, AZ 85938-0063 (APACHE COUNTY) (11/01/2019 to 11/01/2019)
7218 S 37TH DR, PHOENIX, AZ 85041-6164 (MARICOPA COUNTY) (06/16/2019 to 06/30/2019)
   Subdivision Name: TRAILS AT AMBER RIDGE
2619 S HEINS DR, WEST VALLEY, UT 84128 (SALT LAKE COUNTY) (04/01/2017 to 09/05/2017)
PO BOX 14381, SAN LUIS, AZ 85349-6927 (YUMA COUNTY) (12/31/2014 to 07/07/2017)
221 S 500 E, AMERICAN FORK, UT 84003-2523 (UTAH COUNTY) (03/18/2017 to 05/23/2017)
484 S CORDILLIA ST, SPRINGERVILLE, AZ 85938-5514 (APACHE COUNTY) (04/25/2014 to 03/02/2017)
PO BOX 1385, SPRINGERVILLE, AZ 85938-1385 (APACHE COUNTY) (04/26/2014 to 04/26/2014)
1818 SUNSET DR, ROCK SPRINGS, WY 82901-7030 (SWEETWATER COUNTY) (09/12/2018 to 09/12/2018)
1205 E LAKIN DR, SAN LUIS, AZ 85336-0579 (YUMA COUNTY) (03/01/2017 to 03/01/2017)
1660 E D ST, SAN LUIS, AZ 85336-6991 (YUMA COUNTY) (12/05/2016 to 12/05/2016)
1129 E MARICOPA DR, SPRINGERVILLE, AZ 85938-5509 (APACHE COUNTY) (05/06/2016 to 05/06/2016)
1799 E CENTRAL AVE, EAGAR, AZ 85925-9008 (APACHE COUNTY) (10/30/2015 to 10/30/2015)
782 N DEENA DR, SAN LUIS, AZ 85336-7831 (YUMA COUNTY) (04/17/2015 to 04/17/2015)

---

**EDUARDO PALMEROS V , 50 Years Old (Chandler, AZ, Phoenix, AZ)**      360 W ROESER RD, PHOENIX, AZ (06/13/1996)

**10 of 12 results**          **Possible Relatives**        **Cities**              **Counties**
EDUARDO PALMEROS V                                         Chandler, AZ (03/20/1997 to    Maricopa County, AZ (06/13/1996 to
(06/13/1996 to 01/04/2022)                                 04/08/2022)                    04/08/2022)
EDUARDO V PALMEROS                                         Phoenix, AZ (06/13/1996)
(07/01/2000 to 11/27/2013)                                                                **Possible Email Addresses**
EDUARDO VALLEJO (06/13/1996 to                                                            None found
11/01/2010)                                                **Possible Phones**
EDUARDO VALLEJO V (07/01/2000                              (480) 329-2174 (MT) (M) (86%)
to 12/18/2007)                                             (480) 636-1207 (MT) (L) (66%)
EDUARDO V VALLEJO (09/01/2004                              (480) 558-4939 (MT) (L) (66%)
to 08/31/2006)                                             (480) 855-1586 (MT) (L) (66%)
EDUARDO P VALLEJO (01/17/2002)                             (480) 990-8253 (MT) (L) (66%)
EDUARDO VALLEJO PALMEROS                                   (480) 233-2157 (MT) (M) (40%)
(10/27/1998 to 01/27/2000)                                 (623) 340-9405 (MT) (M) (40%)
EDUARDO VALLEJO-PALMEROS                                   (480) 656-9133 (MT) (V) (3%)
(10/24/1998)                                               (480) 782-1409 (MT) (L) (3%)
                                                           (480) 234-3484 (MT) (M) (3%)

Other Observed Names
EDUARDO V PALNEROS
(03/08/2005)
EDUARDO VALLEJOPALMEROS
(10/24/1998)

SSN: XXX-XX
Issued: ARIZONA 1996

Other People who have used this SSN.
This does not usually indicate fraud.

Dates of Birth
DOB: XX/XX
Age:

Other DOB: XX/XX/
Age:

Gender: Male

Dates at Searched Location:
06/13/1996 to 06/13/1996

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 07/21/2000
EDUARDO VALLEJO
199 W COMMONWEALTH AVE,
CHANDLER, AZ 85225-7859
(MARICOPA COUNTY)
DOB: XX/XX

Address History
801 N FEDERAL ST APT 2004, CHANDLER, AZ 85226-6327 (MARICOPA COUNTY) (08/01/2006 to 04/08/2022)
   Address contains: 1 office, 300 apartments
   Current Commercial Phones at address
      (480) 855-9900 (MT) - TERRACE PINNACLE
      (855) 822-2911 - TERRACE PINNACLE

4/8/22, 9:47 AM                                                    TLOxp - Advanced

129 W LINDA LN, CHANDLER, AZ 85225-6764 (MARICOPA COUNTY) (03/28/2004 to 04/06/2014)
Subdivision Name: THUNDERBIRD MANOR
1008 W BUTLER CT, CHANDLER, AZ 85224-5247 (MARICOPA COUNTY) (05/17/2004 to 11/01/2010)
Subdivision Name: TALAVERA
199 W COMMONWEALTH AVE, CHANDLER, AZ 85225-7859 (MARICOPA COUNTY) (10/1998 to 12/2006)
Subdivision Name: TOWNSITE CHANDLER
201 W COMMONWEALTH AVE, CHANDLER, AZ 85225-7943 (MARICOPA COUNTY) (03/20/1997 to 01/24/2003)
Subdivision Name: TOWNSITE CHANDLER
555 E RAY RD APT 278, CHANDLER, AZ 85225-3333 (MARICOPA COUNTY) (11/01/2002 to 11/01/2002)
 Address contains: 1 office, 180 apartments
360 W ROESER RD, PHOENIX, AZ 85041-4008 (MARICOPA COUNTY) (06/13/1996 to 06/13/1996)

---

**EDWARD T VALLEJO , 63 Years Old (Phoenix, AZ)**      PO BOX 15244, PHOENIX, AZ (06/19/2001 to 02/01/2013)

**11 of 12 results**
EDWARD T VALLEJO (06/19/2001 to
02/04/2013)

**Possible Relatives**

**Cities**
Phoenix, AZ (06/19/2001 to
02/01/2013)

**Counties**
Maricopa County, AZ (06/19/2001 to
02/01/2013)

**Date of Birth**
DOB:
Age.

**Possible Phones**

**Possible Email Addresses**
None found

Gender: Male

Dates at Searched Location:
06/19/2001 to 02/01/2013

**Address History**
PO BOX 15244, PHOENIX, AZ 85060-5244 (MARICOPA COUNTY) (06/19/2001 to 02/01/2013)

---

**EDUARDO BRAULIO VALLEJO , 57 Years Old (Phoenix, AZ, Escondido, CA)**      5130 N 15TH ST APT 234, PHOENIX, AZ (12/18/2007 to 01/17/2008)

**12 of 12 results**
EDUARDO BRAULIO VALLEJO
(12/18/2007 to 11/17/2008)

**Possible Relatives**
None found

**Cities**
Phoenix, AZ (12/18/2007 to
01/17/2008)
Escondido, CA (07/05/2008 to
11/17/2008)

**Counties**
Maricopa County, AZ (12/18/2007 to
01/17/2008)
San Diego County, CA (07/05/2008 to
11/17/2008)

**Date of Birth**
DOB: **XX/XX**
Age.

**Indicators**
Bankruptcies: None Found
Liens: None Found
Judgments: None Found

**Possible Phones**

**Possible Email Addresses**
None found

Gender: Male

Dates at Searched Location:
12/18/2007 to 01/17/2008

**Address History**
1501 E GRAND AVE APT 2220, ESCONDIDO, CA 92027-3169 (SAN DIEGO COUNTY) (07/05/2008 to 11/17/2008)
Subdivision Name: ESCONDIDO
 Address contains: 1 office, 519 apartments
5130 N 15TH ST APT 234, PHOENIX, AZ 85014-3430 (MARICOPA COUNTY) (12/18/2007 to 01/17/2008)
 Address contains: 32 apartments

⊏

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
. District of Columbia

Case Number: 1:21-CV-03267-APM

Plaintiff:
**DISTRICT OF COLUMBIA**

vs.

Defendant:
**PROUD BOYS INTERNATIONAL, L.L.C.; et al**

For:
Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006

Received these papers on the 11th day of April, 2022 at 4:19 pm to be served on **EDWARD VALLEJO, 3342 E Monte Vista Rd, Phoenix, AZ 85008.**

I, Jennifer Aymong, Process Server, do hereby affirm that on the **11th day of April, 2022 at 4:56 pm, I:**

**NON-SERVED the Summons in a Civil Action with Attachment; Amended Complaint; Exhibit A** for the reason that I failed to find **EDWARD VALLEJO** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
4/11/2022  4:56 pm  Attempted service at 3342 E Monte Vista Rd, Phoenix, AZ 85008 I spoke to a current resident who stated that they have been renting here for 3 years and Defendant is unknown here. Altima in driveway AZ plate P2A5AZA.

At the time of service I was at least 21 years of age and not a party to this action. I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Jennifer Aymong, Process Server    04/12/2022
Maricopa County #MC-8944

Our Job Serial Number: GUR-2022000902
Ref: 1:21-CV-03267-APM - Edward Vallejo

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l

**EXHIBIT** B


## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
. District of Columbia

Case Number: 1:21-CV-03267-APM

Plaintiff:
**DISTRICT OF COLUMBIA**

vs.

Defendant:
**PROUD BOYS INTERNATIONAL, L.L.C.; et al**

For:
Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006

Received these papers on the 12th day of May, 2022 at 1:29 pm to be served on **EDWARD VALLEJO, 3125 N 37th St, Apt 6, Phoenix, AZ 85018**.

I, Jennifer Aymong, Process Server, do hereby affirm that on the **13th day of May, 2022** at **9:25 am, I:**

**NON-SERVED** the **Summons in a Civil Action with Attachment; Amended Complaint; Exhibit A** for the reason that I failed to find **EDWARD VALLEJO** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/12/2022  7:06 pm  Attempted service at 3125 N 37th St, Apt 6, Phoenix, AZ 85018 No answer at unit, blinds open but could not really see inside. Spoke to neighbor in unit 7, she stated that the current residents of unit 6 are 2 men in their 40s but they are usually home at random times. Also said if their car (grey sedan) is not there they are probably not home. Did verify car was not parked in assigned space for unit 6. Neighbor also saw photo and verified that she has not seen Edward at this unit.
5/13/2022  9:25 am  Attempted service at 3125 N 37th St, Apt 6, Phoenix, AZ 85018 Spoke to current resident Brandon he verified the subject does not live here. Did state that he has received junk mail with that name but just throws it away.

At the time of service I was at least 21 years of age and not a party to this action. I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Jennifer Aymong, Process Server        05/13/2022
Maricopa County #MC-8944

Our Job Serial Number: GUR-2022001223
Ref: 1:21-CV-03267-APM - Edward Vallejo #2

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i



5/16/22, 11:33 AM                                    TLOxp - Advanced

Your Current Reference ID: NONE
**4 Results Found** for people named DEBRA VALLEJO located in PHOENIX, ARIZONA.

(showing all results)

---

**DEBRA VELLEJO** , 67 Years Old (Arizona, California)     3342 E MONTE VISTA RD, PHOENIX, AZ (10/2006 to 05/03/2022)

| | | | |
|---|---|---|---|
| **1 of 4 results** | **Possible Relatives** | **Cities** | **Counties** |
| DEBRA VELLEJO (05/31/2018 to 04/03/2022) | | Phoenix, AZ (09/01/1989 to 05/16/2022) | Maricopa County, AZ (09/01/1989 to 05/16/2022) |
| DEBRA LYNN VALLEJO (09/01/1989 to 05/01/2021) | | Fullerton, CA (09/16/1997) | Los Angeles County, CA (03/1993 to 02/04/2015) |
| DEBORAH LYNN VALLEJO (04/29/2008 to 12/28/2013) | | Redondo Beach, CA (03/1993 to 02/04/2015) | Orange County, CA (09/16/1997 to 09/16/1997) |

SSN: XXX-XX
Issued: ARIZONA 1970

Other People who have used this SSN.
This does not usually indicate fraud.
▆▆▆▆▆▆▆▆▆▆

**Possible Phones**
(602) 956-4583 (MT) (L) (86%)
(602) 475-6242 (MT) (M) (66%)
(310) 542-0242 (PT) (L) (66%)

**Possible Email Addresses**
germav54@yahoo.com (79%)
papercuts7@hotmail.com (40%)

**Date of Birth**
DOB: XX/XX
Age:

Gender: Female

Dates at Searched Location:
10/2006 to 05/03/2022

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 12/28/2013
DEBORAH L VALLEJO
3342 E MONTE VISTA RD, PHOENIX,
AZ 85008-2935 (MARICOPA
COUNTY)
DOB: XX/XX

**Address History**
3501 E WINDSOR AVE, PHOENIX, AZ 85008-1231 (MARICOPA COUNTY) (05/22/2020 to 05/16/2022)
  Address contains: 2 apartments
3342 E MONTE VISTA RD, PHOENIX, AZ 85008-2935 (MARICOPA COUNTY) (10/2006 to 05/03/2022)
Subdivision Name: WESTWARD HO MANOR UN
1811 N 31ST ST APT 2, PHOENIX, AZ 85008-3776 (MARICOPA COUNTY) (11/2021 to 11/2021)
  Address contains: 2 apartments
PO BOX 15244, PHOENIX, AZ 85060-5244 (MARICOPA COUNTY) (04/23/2001 to 11/20/2018)
1935 CONDON AVE, REDONDO BEACH, CA 90278-3402 (LOS ANGELES COUNTY) (03/1993 to 02/04/2015)
3125 N 37TH ST APT 6, PHOENIX, AZ 85018-6317 (MARICOPA COUNTY) (10/2006 to 08/11/2009)
Subdivision Name: CITRUS ACRES
  Address contains: 14 apartments
2408 W SAN MIGUEL AVE, PHOENIX, AZ 85015-2247 (MARICOPA COUNTY) (04/23/2001 to 04/23/2001)
Subdivision Name: BETHANY HOMES
4222 E INDIANOLA AVE, PHOENIX, AZ 85018-5328 (MARICOPA COUNTY) (09/27/1999 to 09/27/1999)
Subdivision Name: LONG MANOR
1825 SUNSET LN, FULLERTON, CA 92833-1734 (ORANGE COUNTY) (09/16/1997 to 09/16/1997)
4021 E BELLEVIEW ST APT 2, PHOENIX, AZ 85008-5415 (MARICOPA COUNTY) (09/01/1989 to 09/01/1989)
Subdivision Name: WHISPERING SANDS
  Address contains: 2 apartments

---

Ⓓ Deceased  DEBRA JEAN SHARLOW , Born 62 Years Ago (Michigan, Florida, Texas, Louisiana, Arizona)     9624 S 14TH AVE, PHOENIX, AZ

| | | | |
|---|---|---|---|
| **2 of 4 results** | **Possible Relatives** | **Cities** | **Counties** |
| DEBRA JEAN SHARLOW (04/01/1998 to 04/03/2022) | Bambi Joe Debruine | Phoenix, AZ (01/24/2003) | Maricopa County, AZ (01/24/2003 to 01/24/2003) |
| DEBRA JEAN VALLEJO (01/01/1993 to 07/07/2016) | Jeanette Evelyn Forney | Jacksonville, FL (12/01/2013 to 05/16/2022) | Duval County, FL (12/01/2013 to 05/16/2022) |
| DEBRA JEAN SHARLOW VALLEJO (06/28/2014 to 01/04/2016) | Micheal Dominic Forney Pedro J Leon | Duson, LA (11/12/2007) | Lafayette Parish, LA (05/30/2006 to 10/08/2009) |
| | Edgar Alexanuer matthews | Lafayette, LA (05/30/2006 to 10/08/2009) | |
| | Librado C Vallejo Robin Marcella Vest | Scott, LA (11/06/2007 to 05/08/2008) | |

**EXHIBIT D** 1/5

# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
. District of Columbia

Case Number: 1:21-CV-03267-APM

Plaintiff:
**DISTRICT OF COLUMBIA**

vs.

Defendant:
**PROUD BOYS INTERNATIONAL, L.L.C.; et al**

For:
Jeannie S. Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street NW
Washington, DC 20006

Received these papers on the 12th day of May, 2022 at 1:29 pm to be served on **EDWARD VALLEJO, 3501 E Windsor Ave, Phoenix, AZ 85008**.

I, Jennifer Aymong, Process Server, do hereby affirm that on the **17th day of May, 2022** at **11:35 am, I:**

**NON-SERVED the Summons in a Civil Action with Attachment; Amended Complaint; Exhibit A** for the reason that I failed to find **EDWARD VALLEJO** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
5/17/2022  8:17 am  Attempted service at 3501 E Windsor Ave, Phoenix, AZ 85008 This location is a duplex with two units. There are no trespassing signs posted along with warning signs that there are cameras. There are no vehicles on the property but there is a Nissan Altima parked in the street in front of the units with AZ plate ROA13H. No visible movement or activity observed.
5/17/2022  8:22 am  Spoke to neighbor At 3507 he stated that the people at 3501 Recently moved in. Also showed him a photo of the subject and he stated he has not seen anybody that matches that photo.
5/17/2022  11:35 am  Searched property on Maricopa County Assessor's and the address does not exist. The lot where this address is located is owned by Phoenix 2020 LLC with a property address of 3502 E Cambridge Ave, Phoenix, AZ 85008. The property was purchased in November 2020 and has been rental property ever since. Previous owners are listed as Benjamin Eyer and Melissa Joines, Trustee of the Benjamin Eyer and Melissa Joines Revocable Trust Dated March 6, 2014.

At the time of service I was at least 21 years of age and not a party to this action. I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Jennifer Aymong, Process Server     06/01/2022
Maricopa County #MC-8944

Our Job Serial Number: GUR-2022001282
Ref: 1:21-CV-03267-APM - Edward Vallejo #3

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i

**EXHIBIT** E

EXHIBIT C

Learn how to leverage transparent company data at scale. Subscribe to our emails

# opencorporates

The Open Database Of The Corporate World

Company name or number   [ Search ]

◉ Companies ○ Officers

- Log in/Sign up

# HOMEFRONT BATTLE BUDDIES **nonprofit**

Company Number
> 23221657

Status
> Pending Inactive

Incorporation Date
> 11 May 2021 (about 1 year ago)

Company Type
> Domestic Nonprofit Corporation

Jurisdiction
> Arizona (US)

Registered Address

- 44100 CATTLE DR
- ASH FORK
- 86320
- Yavapai, AZ
- United States

Agent Name
> JAMES VAUGHN II

Agent Address
> 2961 E. CHIPMAN RD, PHOENIX, AZ, 85040

Directors / Officers

- ADAM KOKESH, director
- EDUARDO VALLEJO, director
- EDWARD METZ, director
- Elijah Gizzarelli, director
- JAMES VAUGHN, officer
- JAMES VAUGHN II, agent
- Jacob VandenPlas, director

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

( TAKE SURVEY )

Registry Page
> https://ecorp.azcc.gov/BusinessSearch...

**Source** Arizona Corporation Commission, https://ec
Add data *(website, address, etc)*

**EXHIBIT F**

EXHIBIT F

## Explore company network



## Company network

Not yet available for this company. Click to find out more

## Latest Events

2021-06-14 - 2021-07-31
      Addition of officer EDWARD METZ, director
2021-06-14 - 2021-07-31
      Addition of officer Elijah Gizzarelli, director
2022-05-01 - 2022-06-04
      Change of status from 'Active' to 'Pending Inactive'

See all events

## Corporate Grouping User Contributed

None known. Add one now?
See all corporate groupings
* While we strive to keep this information correct and up-to-date, it is not the primary source, and the company registry (see source, above) should always be referred to for definitive information
Data on this page last changed June 7 2022

## Problem/question about this data? Click here

**API** **Open Data**

For access please Log in / Sign up

# About us

- About
- Blog
- Team
- Governance
- Jobs

# Using our data

- Our data
- Our purpose
- Legal/Licence

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

( TAKE SURVEY )

- User/Cookie privacy policy
- Public records privacy policy

# Help

- API Reference
- Glossary
- Status

# Contact

- Twitter
- Medium
- Newsletter
- Problems with our data?
- Temporary redaction

# Impact

- Impact
- Grants

close

Hi, got a moment to share some feedback about OpenCorporates? You'll be helping us on our mission to bring about global corporate transparency

TAKE SURVEY

6/27/22, 10:58 AM                                    Arizona Corporation Commission

## ENTITY INFORMATION

**Search Date and Time:** 6/27/2022 7:58:26 AM

**Entity Details**

|  | |
|---|---|
| HOMEFRONT BATTLE BUDDIES | Entity Name: |
| 23221657 | Entity ID: |
| Domestic Nonprofit Corporation | Entity Type: |
| Pending Inactive | Entity Status: |
| 5/11/2021 | Formation Date: |
| Pending Administrative Dissolution - Annual Report Past Due | Reason for Status: |
| 5/25/2021 | Approval Date: |
| 5/13/2022 | Status Date: |
| 5/11/2021 | Original Incorporation Date: |
| Perpetual | Life Period: |
| EDUCATIONAL AND CHARITABLE, CORPORATION WILL USE DONATIONS TO HELP VETERANS | Business Type: |
|  | Last Annual Report Filed: |
| Arizona | Domicile State: |
| 5/11/2022 | Annual Report Due Date: |
| 2022 | Years Due: |

6/27/22, 10:58 AM

Arizona Corporation Commission

Original Publish Date:

### Statutory Agent Information

JAMES VAUGHN II

Active 5/25/2021

2961 E. CHIPMAN RD, PHOENIX, AZ 85040, USA

5/25/2021

Maricopa

Name:

Appointed Status:

Attention:

Address:

Agent Last Updated:

E-mail:

Attention:

Mailing Address:

County:

### Principal Information

| Title | Name | Attention | Address | Date of Taking Office | Last Updated |
|-------|------|-----------|---------|-----------------------|--------------|
| Director | ADAM C KOKESH | | 44100 CATTLE DR, ASH FORK, AZ, 86320, Yavapai County, USA | 5/11/2021 | 5/25/2021 |
| Director | EDUARDO T VALLEJO | | 44100 CATTLE DR, ASH FORK, AZ, 86320, Yavapai County, USA | 5/11/2021 | 5/25/2021 |
| Officer | JAMES VAUGHN II | | 2961 E CHIPMAN RD, PHOENIX, AZ, 85040, Maricopa County, USA | 5/11/2021 | 7/7/2021 |
| Director | EDWARD METZ | | 6231 DODGEN RD SW, MABLETON, GA, 30126, Cobb County, USA | 6/1/2021 | 7/7/2021 |
| Director | Jacob VandenPlas | | 6418 Vignes Rd, STURGEON BAY, WI, 54235, Door County, USA | 6/1/2021 | 7/7/2021 |

Privacy Policy (http://azcc.gov/privacy-policy) | Contact Us (http://azcc.gov/corporations/corporation-contacts)

6/27/22, 10:58 AM                                    Arizona Corporation Commission

| < Previous | ... | 1 | 2 | ... | Next > | Page 1 of 2, records 1 to 5 of 6 | | Go to Page |

## Address ⓘ

**Attention:** %ADAM KOKESH

**Address:** 44100 CATTLE DR, ASH FORK, AZ, 86320, USA

**County:** Yavapai

**Last Updated:** 5/25/2021

## Entity Principal Office Address

**Attention:**

**Address:**

**County:**

**Last Updated:**

| Back | Return to Search |

| Return to Results |

Document History          Name/Restructuring History

                    Pending Documents          Microfilm History

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**
Plaintiff

**Case Number: 1:21-cv-03267-APM**

vs

**PROUD BOYS INTERNATIONAL, LLC, et al**
Defendant

**AFFIDAVIT OF
SERVICE**

Now comes, Jerry Horacek the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, AZ.

I, Jerry Horacek certify that on, **07/22/2022**, at **10:25 AM**, I served a copy of the within *Summons in a Civil Action, Attachment A, Amended Complaint with Exhibit A, Order upon the within named* Edward Vallejo, in the following manner,

(xx)   **POSTED SERVICE:** Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **3501 E. Windsor Avenue, Phoenix, AZ 85008.**

I, Jerry Horacek certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Bruce Comer
Notary Public
Maricopa County, Arizona
My Comm. Expires 02-27-24
Commission No. 575637

Sworn to and subscribed before me on

_____,
*Notary Public*
Commission Expires   2|27|24

59233

**Jerry Horacek**
530 E. McDowell Rd.
Phoenix, AZ

# EXHIBIT G

EXHIBIT G





7/29/22, 12:56 PM                                     TLOxp - Advanced

Your Current Reference ID: NONE
**3 Results Found** for people named **DEBRA VALLEJO** located in **PHOENIX, ARIZONA.**
(showing all results)

---

**DEBRA VELLEJO , 67 Years Old (Arizona, California)      3342 E MONTE VISTA RD, PHOENIX, AZ (10/2006 to 07/29/2022)**

**1 of 3 results**
DEBRA VELLEJO (05/31/2018 to
06/03/2022)
DEBORAH LYNN VALLEJO
(04/29/2008 to 04/06/2022)
DEBRA LYNN VALLEJO (09/01/1989
to 05/01/2021)

**Possible Relatives**
Edward T Vallejo

**Cities**
Phoenix, AZ (09/01/1989 to
07/29/2022)
Fullerton, CA (09/16/1997)
Redondo Beach, CA (03/01/1993 to
05/30/2018)

**Counties**
Maricopa County, AZ (09/01/1989 to
07/29/2022)
Los Angeles County, CA (03/01/1993
to 05/30/2018)
Orange County, CA (09/16/1997 to
09/16/1997)

**SSN: XXX-XX**
Issued: ARIZONA 1970

**Possible Phones**
(602) 956-4583 (MT) (L) (86%)
(602) 475-6242 (MT) (M) (66%)
(310) 542-0242 (PT) (L) (66%)

**Possible Email Addresses**
germav54@yahoo.com (79%)
papercuts7@hotmail.com (40%)

**Other People who have used this SSN.**
This does not usually indicate fraud.

**Date of Birth**
DOB: XX/XX.
Age:

Gender: Female

Dates at Searched Location:
10/2006 to 07/29/2022

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 12/28/2013
DEBORAH L VALLEJO
3342 E MONTE VISTA RD, PHOENIX,
AZ 85008-2935 (MARICOPA
COUNTY)
DOB: XX/XX.

**Address History**
3342 E MONTE VISTA RD, PHOENIX, AZ 85008-2935 (MARICOPA COUNTY) (10/2006 to 07/29/2022)
Subdivision Name: WESTWARD HO MANOR UN
3501 E WINDSOR AVE, PHOENIX, AZ 85008-1231 (MARICOPA COUNTY) (05/22/2020 to 03/2022)
  Address contains: 2 apartments
1811 N 31ST ST APT 2, PHOENIX, AZ 85008-3776 (MARICOPA COUNTY) (11/2021 to 11/2021)
  Address contains: 2 apartments
PO BOX 15244, PHOENIX, AZ 85060-5244 (MARICOPA COUNTY) (04/23/2001 to 11/21/2018)
1935 CONDON AVE, REDONDO BEACH, CA 90278-3402 (LOS ANGELES COUNTY) (03/01/1993 to 05/30/2018)
3125 N 37TH ST APT 6, PHOENIX, AZ 85018-6317 (MARICOPA COUNTY) (10/2006 to 08/11/2009)
Subdivision Name: CITRUS ACRES
  Address contains: 14 apartments
2408 W SAN MIGUEL AVE, PHOENIX, AZ 85015-2247 (MARICOPA COUNTY) (04/23/2001 to 04/23/2001)
Subdivision Name: BETHANY HOMES
4222 E INDIANOLA AVE, PHOENIX, AZ 85018-5328 (MARICOPA COUNTY) (09/27/1999 to 09/27/1999)
Subdivision Name: LONG MANOR
1825 SUNSET LN, FULLERTON, CA 92833-1734 (ORANGE COUNTY) (09/16/1997 to 09/16/1997)
4021 E BELLEVIEW ST APT 2, PHOENIX, AZ 85008-5415 (MARICOPA COUNTY) (09/01/1989 to 09/01/1989)
Subdivision Name: WHISPERING SANDS
  Address contains: 2 apartments

EXHIBIT H

---

**D** Deceased  **DEBRA JEAN SHARLOW , Born 63 Years Ago (Michigan, Florida, Texas, Louisiana, Arizona)       9624 S 14TH AVE, PHOENIX, AZ**

**2 of 3 results**
DEBRA JEAN SHARLOW
(04/01/1998 to 06/03/2022)
DEBRA JEAN VALLEJO (01/01/1993
to 07/07/2016)
DEBRA JEAN SHARLOW VALLEJO
(06/28/2014 to 01/04/2016)

**Possible Relatives**
Bambi Joe Debruine
Edgar Alexander Forney
Jeanette Evelyn Forney
Micheal Dominic Forney
Pedro J Leon
Librado C Vallejo
Robin Marcella Vest

**Cities**
Phoenix, AZ (01/24/2003)
Jacksonville, FL (12/01/2013 to
07/29/2022)
Duson, LA (11/12/2007)
Lafayette, LA (05/30/2006 to
07/16/2010)
Scott, LA (11/06/2007 to 05/08/2008)

**Counties**
Maricopa County, AZ (01/24/2003 to
01/24/2003)
Duval County, FL (12/01/2013 to
07/29/2022)
Lafayette Parish, LA (05/30/2006 to
07/16/2010)

7/29/22, 12:56 PM

TLOxp - Advanced

**DEBORAH JEAN VALLEJO**
(05/08/2008 to 01/04/2016)
**DEBRA JEAN LEON** (03/01/1998 to
01/04/2016)
**DEBI JEAN SHARLOW** (12/01/2013
to 03/28/2015)
**DEBORAH JEAN SHARLOW**
(12/08/2014)
**DEBI JEAN VALLEJO** (08/23/2009 to
07/12/2014)
**DEBRAH JEAN SHARLOW**
(07/05/2011)
**DEBRA JEAN FORNEY** (06/01/1993
to 01/24/2003)

SSN: XXX-XX
Issued: MICHIGAN 1973-1974

<u>Other SSNs this person has used. This
does not usually indicate fraud.</u>
XXX-XX

<u>Date of Birth</u>
DOB: XX/XX
Age:

SSN: XXX-XX          reported
deceased:
Name: DEBRA J VALLEJO
DOB: XX/XX     , Born 63 years ago
DOD: Unknown
SSN: XXX-XX
Issued: MICHIGAN 1973-1974
Last Residence: 1311 CARMAN AVE
NE, GRAND RAPIDS, MI 49505-5034
(KENT COUNTY)

Gender: Female

Dates at Searched Location:
01/24/2003 to 01/24/2003

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
Issuing State: FL
**DEBRA JEAN SHARLOW**
6845 DAUGHTRY BLVD S,
JACKSONVILLE, FL 32210-6935
(DUVAL COUNTY)
DOB: XX/XX
Issued: 12/08/2015
First Issued: 12/08/2015
Expiration: 05/17/2024
Race: White Gender: Female Height:
5'6"

<u>Address History</u>
6845 DAUGHTRY BLVD S, JACKSONVILLE, FL 32210-6935 (DUVAL COUNTY) (12/01/2013 to 07/29/2022)
   Subdivision Name: CEDAR HILLS ESTATE
1311 CARMAN AVE NE, GRAND RAPIDS, MI 49505-5034 (KENT COUNTY) (12/01/2013 to 06/03/2022)
1532 KENDALL ST SE, GRAND RAPIDS, MI 49508-3613 (KENT COUNTY) (08/08/2020 to 05/07/2021)
   Current Private Phone at address
      (616) 284-2816 (ET) - MATEKA THOMAS
720 LYNCH ST SW, GRAND RAPIDS, MI 49503-8077 (KENT COUNTY) (09/01/2010 to 11/12/2018)
1604 ONEIL ST, HOUSTON, TX 77019-5432 (HARRIS COUNTY) (02/1999 to 04/01/2017)
515 11TH ST NW, GRAND RAPIDS, MI 49504-4428 (KENT COUNTY) (09/01/2010 to 12/30/2016)
251 IVES AVE SW, GRAND RAPIDS, MI 49504-6079 (KENT COUNTY) (10/2010 to 01/06/2016)
14165 REDDER AVE, CEDAR SPRINGS, MI 49319-9332 (KENT COUNTY) (08/31/2009 to 03/20/2012)
404 PINE ST, HOWARD CITY, MI 49329-9030 (MONTCALM COUNTY) (07/31/2009 to 12/15/2011)
   Subdivision Name: 1ST VILLAGE OF HOWARD CITY
1044 EASTERN AVE SE, GRAND RAPIDS, MI 49507-1409 (KENT COUNTY) (01/12/2010 to 08/17/2011)
   Subdivision Name: MEDLER GRAND RAPIDS
910 HOVEY ST SW, GRAND RAPIDS, MI 49504-6230 (KENT COUNTY) (09/01/2010 to 09/01/2010)
   Subdivision Name: SHEPARDS GRAND RAPIDS
105 WINDWARD ST APT A, LAFAYETTE, LA 70506-8504 (LAFAYETTE PARISH) (05/30/2006 to 07/16/2010)
   Address contains: 4 apartments
1960 W DALLAS ST APT 1, HOUSTON, TX 77019-4496 (HARRIS COUNTY) (04/01/1998 to 10/07/2009)

<u>Indicators</u>
Bankruptcies: None Found
Liens: None Found
Judgments: None Found

Belding, MI (08/12/1997)
Cedar Springs, MI (08/31/2009 to
03/20/2012)
Grand Rapids, MI (06/01/1993 to
06/03/2022)
Howard City, MI (07/31/2009 to
12/15/2011)
Houston, TX (01/01/1993 to
04/01/2017)

<u>Possible Phones</u>
**(616) 821-2476** (ET) (M) (100%)
**(904) 559-9123** (ET) (V) (86%)
**(904) 258-8659** (ET) (M) (86%)
**(616) 337-8994** (ET) (M) (78%)
**(832) 783-3476** (CT) (L) (66%)
**(231) 648-6089** (ET) (V) (66%)
**(616) 272-3554** (ET) (A) (66%)
**(616) 350-9634** (ET) (V) (66%)
**(616) 452-3030** (ET) (L) (66%)
**(616) 259-8763** (ET) (V) (66%)
**(616) 648-6089** (ET) (M) (66%)
**(337) 873-4389** (CT) (L) (66%)
**(231) 937-4870** (ET) (A) (66%)
**(231) 349-4870** (ET) (M) (66%)
**(832) 782-3476** (CT) (M) (66%)
**(337) 349-8868** (CT) (M) (3%)
**(713) 942-0307** (CT) (L) (3%)
**(989) 386-2391** (ET) (L) (3%)
**(866) 450-2330** (0%)

Ionia County, MI (08/12/1997 to
08/12/1997)
Kent County, MI (06/01/1993 to
06/03/2022)
Montcalm County, MI (07/31/2009 to
12/15/2011)
Harris County, TX (01/01/1993 to
04/01/2017)

<u>Possible Email Addresses</u>
honisharlow@yahoo.com (100%)
debisharlow@yahoo.com (100%)
he74_debravallejo@yahoo.com
(100%)
debi.vallejo@yahoo.com (100%)
byala@hotmail.com (70%)
hassekarate@yahoo.com (40%)

Subdivision Name: TEMPLE TERRACE
  Address contains: 4 apartments
605 D ARCENEAUX RD, SCOTT, LA 70583-5014 (LAFAYETTE PARISH) (11/06/2007 to 05/08/2008)
1106 MELWOOD ST, HOUSTON, TX 77009-5318 (HARRIS COUNTY) (12/18/2007 to 12/18/2007)
Subdivision Name: BROOKE SMITH
605 DAVID ARCENEAUX RD, DUSON, LA 70529 (LAFAYETTE PARISH) (11/12/2007 to 11/12/2007)
9624 S 14TH AVE, PHOENIX, AZ 85041-8927 (MARICOPA COUNTY) (01/24/2003 to 01/24/2003)
604 HIGH ST SW, GRAND RAPIDS, MI 49503-8055 (KENT COUNTY) (01/24/2003 to 01/24/2003)
92 DENNIS ST, HOUSTON, TX 77006-1522 (HARRIS COUNTY) (01/24/2003 to 01/24/2003)
  Address contains: 3 units
2006 GENESEE ST APT 8, HOUSTON, TX 77006-2157 (HARRIS COUNTY) (03/1998 to 01/23/2003)
  Address contains: 12 apartments
516 S FRONT ST, BELDING, MI 48809-1931 (IONIA COUNTY) (08/12/1997 to 08/12/1997)
Subdivision Name: CITY BELDING ANGELL
26 BROWN ST SW, GRAND RAPIDS, MI 49507-1607 (KENT COUNTY) (08/01/1993 to 08/01/1993)
1135 CROMWELL AVE SE, GRAND RAPIDS, MI 49507-1405 (KENT COUNTY) (06/01/1993 to 06/01/1993)
Subdivision Name: CAMPBELL UNDERWOOD REPLATT
117 CALEDONIA ST NE, GRAND RAPIDS, MI 49505-4967 (KENT COUNTY)

---

**DEBORAH ANN VALLEJO SR , 65 Years Old (Gilbert, AZ, Phoenix, AZ)**     3538 E THUNDERBIRD RD, PHOENIX, AZ (09/01/1999 to 07/29/2022)

**3 of 3 results**
DEBORAH ANN VALLEJO SR
(03/01/1988 to 06/03/2022)

**Cities**
Gilbert, AZ (06/04/1999)
Phoenix, AZ (07/1986 to 07/29/2022)

**Counties**
Maricopa County, AZ (07/1986 to 07/29/2022)

Other Observed Names
DEBORAH A VALLEJO (03/01/1998
to 05/02/2018)

SSN: XXX-XX
Issued: CALIFORNIA 1971-1972

**Date of Birth**
DOB: XX/XX
Age:

Gender: Female

**Possible Phones**
(602) 485-8330 (MT) (L) (100%)
(480) 951-8311 (MT) (L) (86%)
(480) 274-3546 (MT) (M) (86%)
(623) 849-1380 (MT) (L) (66%)
(602) 954-7999 (MT) (L) (66%)
(480) 485-8330 (MT) (L) (66%)
(602) 327-1372 (MT) (M) (3%)
(480) 948-0456 (MT) (V) (3%)

**Possible Email Addresses**
asweetrosez@yahoo.com (100%)
linanlebearll@gmail.com (100%)
dvallejo4@cox.net (100%)
dvallejo@ups-scs.com (40%)
dvallejo@aol.com (0%)

Dates at Searched Location:
09/01/1999 to 07/29/2022

Driver's License Detail:
DL#: XXXX-XXX-XX-XXX-X
DL State: AZ
Reported Date: 03/09/2006
DEBORAH A VALLEJO
3538 E THUNDERBIRD RD,
PHOENIX, AZ 85032-5334
(MARICOPA COUNTY)
DOB: XX/XX

**Address History**
3538 E THUNDERBIRD RD, PHOENIX, AZ 85032-5334 (MARICOPA COUNTY) (09/01/1999 to 07/29/2022)
Subdivision Name: PARADISE VALLEY OASIS EAST
PO BOX 2317, PHOENIX, AZ 85002-2317 (MARICOPA COUNTY) (02/11/1997 to 04/10/2003)
4901 W VERDE LN, PHOENIX, AZ 85031-4012 (MARICOPA COUNTY) (07/17/2001 to 01/24/2003)
Subdivision Name: MARYVALE TERRACE
3243 N 36TH ST APT 18, PHOENIX, AZ 85018-6250 (MARICOPA COUNTY) (12/26/1996 to 01/24/2003)
Subdivision Name: CITRUS ACRES
  Address contains: 22 apartments
6931 W MERRELL ST, PHOENIX, AZ 85033-5628 (MARICOPA COUNTY) (03/01/1988 to 01/24/2003)
Subdivision Name: MARYVALE TERRACE
16802 N 26TH ST, PHOENIX, AZ 85032-2546 (MARICOPA COUNTY) (07/1986 to 01/24/2003)
Subdivision Name: NORTH VIEW ESTATES
  Address contains: 1 office, 40 apartments
3243 N 36TH ST APT 8, PHOENIX, AZ 85018-6248 (MARICOPA COUNTY) (10/22/1999 to 10/22/1999)
Subdivision Name: CITRUS ACRES
  Address contains: 22 apartments
3243 N 36TH ST, PHOENIX, AZ 85018-6245 (MARICOPA COUNTY) (11/13/1996 to 11/13/1996)
Subdivision Name: CITRUS ACRES
  Address contains: 22 apartments
2727 N 32ND ST APT 118, PHOENIX, AZ 85008-1250 (MARICOPA COUNTY) (09/01/1999 to 09/01/1999)
  Address contains: 1 office, 63 apartments
108 W JASPER DR, GILBERT, AZ 85233-8327 (MARICOPA COUNTY) (06/04/1999 to 06/04/1999)
Subdivision Name: DEAR BROWN MILLETT RANCH
2433 E MCDOWELL RD APT 21, PHOENIX, AZ 85008-3542 (MARICOPA COUNTY) (11/09/1994 to 11/09/1994)

TLOxp – Advanced

Subdivision Name: **DEL REY**
  Address contains: **1 office, 76 apartments**

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**
**Plaintiff**

**Case Number: 1:21-cv-03267-APM**

**vs**

**PROUD BOYS INTERNATIONAL, LLC, et al**
**Defendant**

**AFFIDAVIT OF**
**SERVICE**

Now comes, Bruce Comer the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, AZ.

I, Bruce Comer certify that on, **08/04/2022**, at **1:44 PM**, I served a copy of the within *Summons in a Civil Action, Attachment A, Amended Complaint with Exhibit A, Order upon the within named Edward Vallejo*, in the following manner,

**(xx)** **POSTED SERVICE:** Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **1811 North 31st Street, #2, Phoenix, AZ 85008.**

I, Bruce Comer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on

*Natali Flores*
_____
*Notary Public*
Commission Expires  June, 25, 2024

59541



NATALI FLORES
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
Commission #: 584991
My Comm. Expires June 25, 2024

*M*
_____
**Bruce Comer**
530 E. McDowell Rd.
Phoenix, AZ

EXHIBIT I







EXHIBIT J

Exhibit

