**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | |
| v. | No. 1:21-CV-03267-APM |
| PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*, | |
| Defendants. | |

**[PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE**

Pursuant to Fed. R. Civ. P. 4(e)(1) and D.C. Sup. Ct. Civ. R. 4(e)(3), the Court grants Plaintiff's Motion for Order Authorizing Alternative Service.

Accordingly, it is hereby **ORDERED** that:

1. For Defendants Schaffer and Vallejo, the District shall complete service by placing a summons and the Amended Complaint at the base of (or, if practicable, affixing the same documents to) the front door of the residences located at, and also sending a summons and the Amended Complaint by first-class mail to, the following addresses:

    a. 364 Waldorf Drive, Auburndale, FL 33823 (Schaffer)

    b. 3342 E. Monte Vista Rd., Phoenix, AZ 85008 (Vallejo)

    c. 3501 E. Windsor Ave., Phoenix, AZ 85008 (Vallejo)

    d. 1811 N. 31st St., 2, Phoenix, AZ 85008 (Vallejo)

2. The District must file a declaration confirming that the above-described service has been completed consistent with the terms of this ORDER.

3. For good cause, the District's time to complete service on Schaffer and Vallejo is hereby extended for ten days from the date of this Order.

**[OR]**

1. The District shall complete service on Schaffer and Vallejo by causing the following notice to be published once per week for three successive weeks, in The Washington Post:

> Pursuant to a [DATE] ORDER of the United States District Court for the District of Columbia, this notice shall serve as original service of process on JON RYAN SCHAFFER and EDWARD VALLEJO, defendants in *District of Columbia v. Proud Boys, International, L.L.C., et al.,* 21-cv-03267-APM.  Plaintiff District of Columbia commenced this action seeking legal and equitable relief from defendants for alleged violations of 42 U.S.C. §§ 1985, 1986, and Assault, Battery, and Intentional Infliction of Emotional Distress, based on defendants' alleged conspiracy relating to and participation in the attack on the United States Capitol Building on January 6, 2021, in connection with official actions taking place there related to the presidential election.  The Amended Complaint can be obtained by requesting it from the Clerk of Court or the District's counsel Dechert LLP (nycmanagingclerks@dechert.com).  Any responsive pleading should be filed with the Clerk of Court, 333 Constitution Avenue N.W. Washington D.C. 20001.  If no responsive pleading is filed within 21 days of the third publication of this notice, which will run once per week for three consecutive weeks, the the Court may enter a default judgment, which could result in an award of damages or other relief.

2. Service shall be deemed complete after the third publication, after which Schaffer and Vallejo must file a responsive pleading within 21 days.

3. For good cause, the Court extends the District's time to complete service on Schaffer and Vallejo for 60 days.

**SO ORDERED.**

_____
Hon. Amit P. Mehta
United States District Court Judge

Dated: _____

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:


    All counsel of record, via ECF

    The Central Detention Facility
    ATTN:  Proud Boys International, L.L.C.
    c/o Henry "Enrique" Tarrio, Chairman
    DCDC No. 376128
    1901 D Street, SE
    Washington, DC 20003
    Oath Keepers
    5130 Fort Apache Rd.
    Las Vegas, NV 89148

    Ryan Ashlock
    711 S. Spruce Cir.
    Gardner, KS 66030-1632

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2, Vancouver, WA 98685-5203
    Thomas Edward Caldwell
    274 Wadesville Rd.
    Berryville, VA 22611

    William Chrestman
    Correctional Treatment Facility (CTF)
    DCDC No. 376975
    1901 E St SE
    Washington, D.C. 20003

    Louis Enrique Colon
    11539 Rosehill Road
    Overland Park, KS 66210

    Donovan Ray Crowl
    216 N Main St.
    Woodstock, OH 43084

    Nicholas DeCarlo
    712 SW Sunset Ln.
    Burleson, TX 76028-5220

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Kenneth Harrelson
Correctional Treatment Facility (CTF)
1901 E Street SE
Washington, DC 20003

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
1463 Brashiers Chapel Rd.
Arab, AL 35016

Jonathanpeter Klein
c/o 21 SE 10th St.
Pendleton, OR
97801-2401

Christopher Kuehne
16657 S. Chalet Dr.
Olathe, KS 66062-2513

Connie Meggs
14100 SW 101st Lane
Dunnellon, FL 34432

Kelly Meggs
Correctional Treatment Facility (CTF)
DCDC No. 376780
1901 E Street SE
Washington, DC 20003

Roberto A. Minuta
120 Gray Lane
Prosper, TX 75078

David Moerchel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Federal Detention Center
2425 S 200th Street
Seatac, WA 98189
King County

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Bennie Alvin Parker
1170 Essex Gln.
Morrow, OH 45152

Sandra Ruth Parker
1170 Essex Gln.
Morrow, OH 45152

William Joseph Pepe
85 Judson St.
Apt 2
Beacon, NY 12508

Dominic Pezzola
Correctional Treatment Facility (CTF)
DCDC No. 376366
1901 E Street SE
Washington, DC 20003

Zachary Rehl
#34945-509
Philadelphia Federal Detention Center
700 Arch St.
Philadelphia, PA 19106

Elmer Stewart Rhodes III,
4600 Sapphire Ln.
Granbury, TX 76049-6611

Jon Ryan Schaffer
5162 Timber Ridge Dr.
Columbus, IN 47201

Daniel Lyons Scott
122 W Perry LN
Englewood, FL 34223-2943
Laura Steele
249 Newcastle Ct.
Thomasville, NC 27360

Henry "Enrique" Tarrio
5730 SW 142 Ct.
Miami, FL 33184

Brian Ulrich
161 Pinehill Estates Rd.
Guyton, GA 31312-5054

Edward Vallejo
3342 E. Monte Vista Rd.
Phoenix, AZ 85008-2935

Jessica Marie Watkins
Correctional Treatment Facility (CTF)
DCDC No. 376250
1901 E Street SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-0810
Graydon Young
1958 Allen St.
Englewood, FL 34223