UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**

**v.**                                                                 Case No: 21-cv-03267 (APM)

**PROUD BOYS INTERNATIONAL, LLC, et al.**

**Defendants.**

### DEFENDANT EDWARD VALLEJO MOTION TO JOIN MOTIONS TO DISMISS AMENDED COMPLAINT FILED THROUGH JUNE 30, 2022

Defendant Edward Vallejo moves to join in the five motions to dismiss the amended complaint (ECF No. 94) in the above-captioned case (i.e., ECF Nos. 97, 108, 109, 110 and 111). He asks to join these filed motions to the extent they pertain to allegations against him. Accordingly, for good cause shown, Edward Vallejo requests leave to join in the motions to dismiss at ECF Nos. 97, 108, 109, 110 and 111.

Defendant Edward Vallejo was not present on Capitol grounds at any time on January 6th, 2021, is not or ever has been a Member or Associate of Proud Boys International, LLC, and has not been a Member of Oathkeepers for many years prior to January 6th, 2021.

Dated: 08/13/2022

08/16/2022

TO: ANGELA D. CAESAR, CLERK OF THE COURT
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA.

I CALLED YOUR OFFICE TO FIND OUT THE PROCEDURE FOR FILING THIS MOTION BUT THERE WAS NO ONE THERE TO TAKE MY CALL. I LEFT A MESSAGE RECORDED BUT NO ONE RETURNED MY CALL. I HOPE DELIVERY BY COURIER IS ACCEPTABLE AS I AM LIMITED IN TIME TO RESPOND TO THIS SUMMONS. IF THERE IS ANYTHING FURTHER REQUIRED PLEASE CONTACT ME AT (602) 956-4583.



RECEIVED Mail Room
AUG 18 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

THANK YOU KINDLY,

Edward Vallejo

EDWARD VALLEJO
DEFENDANT PRO SE
CIVIL ACTION NO. 1:21-CV-03267-APM

PHYSICAL ADDRESS:
1811 H. 31ST ST, #2
PHOENIX, AZ 85008

Case 1:21-cv-03267-APM Document 149 Filed 08/18/22 Page 3 of 3









