**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7466

WRITER'S DIRECT FACSIMILE
(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS
jrhee@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON                MARK F. MENDELSOHN
J. STEVEN BAUGHMAN             JANE B. O'BRIEN
JOSEPH J. BIAL                 JESSICA E. PHILLIPS
REBECCA S. COCCARO             JEANNIE S. RHEE
KAREN L. DUNN                  KANNON K. SHANMUGAM
KENNETH A. GALLO               JOSHUA H. SOVEN
ROBERTO J. GONZALEZ            JULIA TARVER MASON WOOD
WILLIAM A. ISAACSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*             BRIAN KRAUSE*
EDWARD T. ACKERMAN*            CAITH KUSHNER*
JACOB A. ADLERSTEIN*           KAISA KUUSK*
ALLAN J. ARFFA*                DAVID K. LAKHDHIR
JONATHAN H. ASHTOR*            GREGORY F. LAUFER*
ROBERT A. ATKINS*              BRIAN C. LAVIN*
SCOTT A. BARSHAY*              XIAOYU GREG LIU*
PAUL M. BASTA*                 RANDY LUSKEY*
LYNN B. BAYARD*                LORETTA E. LYNCH*
BRUCE BIRENBOIM*               JEFFREY D. MARELL*
H. CHRISTOPHER BOEHNING*       MARCO V. MASOTTI*
BRIAN BOLIN*                   DAVID W. MAYO*
ANGELO BONVINO*                ELIZABETH R. McCOLM*
ANDRE G. BOUCHARD*             JEAN M. McLOUGHLIN*
GERALD BRANT*                  ALVARO MEMBRILLERA*
ROBERT A. BRITTON*             CLAUDINE MEREDITH-GOUJON*
DAVID W. BROWN*                WILLIAM B. MICHAEL*
WALTER F. BROWN*               JUDIE NG SHORTELL*
SUSANNA M. BUERGEL*            CATHERINE NYARADY*
JESSICA S. CAREY*              BRAD R. OKUN*
DAVID CARMONA*                 CRYSTAL L. PARKER*
GEOFFREY R. CHEPIGA*           LINDSAY B. PARKS*
ELLEN N. CHING*                ANDREW M. PARLEN
WILLIAM A. CLAREMAN*           DANIELLE C. PENHALL*
LEWIS R. CLAYTON*              CHARLES J. PESANT*
YAHONNES CLEARY*               AUSTIN S. POLLET*
JAY COHEN                      VALERIE E. RADWANER*
KELLEY A. CORNISH*             JEFFREY J. RECHER*
CHRISTOPHER J. CUMMINGS*       CARL L. REISNER*
THOMAS V. DE LA BASTIDE III*   LORIN L. REISNER*
MEREDITH R. DEARBORN*          WALTER G. RICCIARDI*
ARIEL J. DECKELBAUM*           RICHARD A. ROSEN
ALICE BELISLE EATON*           ANDREW N. ROSENBERG*
ANDREW J. EHRLICH*             JUSTIN ROSENBERG*
GREGORY A. EZRING*             JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*             RAPHAEL M. RUSSO*
ANDREW C. FINCH*               ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*           JEFFREY B. SAMUELS*
BRIAN P. FINNEGAN*             PAUL L. SANDLER*
ROBERTO FINZI                  AARON J. SCHLAPHOFF*
PETER E. FISCH*                KENNETH M. SCHNEIDER*
HARRIS FISCHMAN*               ROBERT B. SCHUMER*
VICTORIA S. FORRESTER*         JOHN M. SCOTT*
HARRIS B. FREIDUS*             BRIAN SCRIVANI*
MANUEL S. FREY*                KYLE T. SEIFRIED*
MICHAEL E. GERTZMAN*           SUHAN SHIM*
ADAM M. GIVERTZ*               CULLEN L. SINCLAIR*
SALVATORE GOGLIORMELLA*        AUDRA J. SOLOWAY*
NEIL GOLDMAN*                  SCOTT M. SONTAG*
MATTHEW B. GOLDSTEIN*          MEGAN SPELMAN*
CATHERINE L. GOODALL*          ROBERT Y. SPERLING*
CHARLES H. GOOGE, JR.*         SARAH STASNY*
ANDREW G. GORDON*              ERIC ALAN STONE*
BRIAN S. GRIEVE*               AIDAN SYNNOTT*
UDI GROFMAN*                   BRETTE TANNENBAUM*
NICHOLAS P. GROOMBRIDGE*       RICHARD C. TARLOWE*
BRUCE A. GUTENPLAN*            DAVID TARR*
MELINDA HAAG*                  MONICA K. THURMOND*
ALAN S. HALPERIN*              DANIEL J. TOAL*
CLAUDIA HAMMERMAN*             LAURA C. TURANO*
IAN M. HAZLETT*                CONRAD VAN LOGGERENBERG*
BRIAN S. HERMANN*              KRISHNA VEERARAGHAVAN*
JOSHUA HILL JR.*               JEREMY M. VEIT*
MICHELE HIRSHMAN*              LIZA M. VELAZQUEZ*
JARRETT R. HOFFMAN*            MICHAEL VOGEL*
ROBERT HOLO*                   RAMY J. WAHBEH*
CHRISTOPHER HOPKINS*           JOHN WEBER*
DAVID S. HUNTINGTON*           LAWRENCE G. WEE*
AMRAN HUSSEIN*                 THEODORE V. WELLS, JR.
LORETTA A. IPPOLITO*           SAMUEL J. WELT**
JAREN JANGHORBANI*             LINDSEY L. WIERSMA*
BRIAN M. JANSON*               STEVEN J. WILLIAMS*
JEH C. JOHNSON                 LAWRENCE I. WITDORCHIC*
MATTHEW B. JORDAN*             MARK B. WLAZLO*
BRAD S. KARP*                  ADAM WOLLSTEIN*
PATRICK N. KARSNITZ*           JENNIFER H. WU*
JOHN C. KENNEDY*               STACI YABLON*
ROBERT A. KILLIP*              JORDAN E. YARETT*
BRIAN KIM*                     KAYE N. YOSHINO*
KYLE J. KIMPLER*               TONG YU*
JEFFREY L. KOCHIAN*            TRACEY A. ZACCONE*
ALEXIA D. KORBERG*             TAURIE M. ZEITZER*
ALAN W. KORNBERG               KENNETH S. ZIMAN*
DANIEL J. KRAMER*              T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

September 1, 2022

By ECF

The Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *District of Columbia* v. *Proud Boys International L.L.C. et al.*,
      Case No. 1:21-cv-03267-APM

Dear Judge Mehta:

We write in response to Defendant Edward Vallejo's August 18, 2022, motion to join his Co-Defendants' previously filed motions to dismiss (D.I. 149). The Court granted Defendant Vallejo's motion on August 22, 2022.

For the reasons stated in the District's Omnibus Opposition to Defendants' Motions to Dismiss, the arguments in the motions Defendant Vallejo joins are without merit and should be dismissed. In lieu of filing additional briefing in opposition, we direct the Court's attention to the Amended Complaint's extensive allegations of Defendant Vallejo's involvement in the larger conspiracy. For example, the Amended Complaint alleges:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

- Vallejo is a member of the Oath Keepers and has been indicted and charged with, *inter alia*, seditious conspiracy in connection with the attack on the Capitol on January 6.  Am. Compl. ¶¶ 46, 90.

- Vallejo participated in an invitation-only Signal group chat, titled "DC OP: Jan 6 21" and administered by Defendant Rhodes, in which Defendants K. Meggs, Harrelson, Watkins, James, Minuta, Hackett, Ulrich and others, along with Vallejo, coordinated their strategic methods for secret communication before and during the Attack.  Am. Compl. ¶ 167.

- Between January 1 and January 5, 2021, Vallejo joined with Defendants Rhodes, K. Meggs, Harrelson, Watkins, James, Hackett, Moerschel, Ulrich, and others to transport firearms, ammunition, and other equipment to the Washington D.C. metropolitan area.  Am. Compl. ¶ 178.

- On January 5, 2021, Vallejo was part of the "Quick Reaction Force" stationed at the Comfort Inn in Ballston, Virginia, that received firearms, ammunition, and related gear from Defendants C. Meggs, K. Meggs, Harrelson, Hackett, Moerschel, and Caldwell.  Am. Compl. ¶ 244.

- On January 6, Vallejo and others remained on standby at the Comfort Inn.  While there, Vallejo and a member of the Arizona Quick Reaction Force Team wheeled in bins and bags of weapons, ammunition, and essential supplies that could last 30 days.  They monitored communications from co-conspirators in the District and awaited a call to bring them weapons.  Am. Compl. ¶ 282 & Fig. 6.

- On the morning of January 6, Vallejo stated on a podcast, "I'm just praying to God that Trump . . . bring[s] the fucking hammer down!  That's the only hope, the only chance.  If that doesn't happen, then this shit is on," and, "I'm the motherfucker that's gonna fix it for them if they tell me today it's broken. . . . [F]or years I'm the guy that everybody said, 'no Ed, you can't shoot them yet, it's too soon.  No Ed, you can't shoot the bastards yet, it's too soon.'  Well I've been telling them for about five, six months[.]  They quit telling me."  Am. Compl. ¶ 283−84.

- At 2:24 pm on January 6, as other named Defendants and their co-conspirators were attacking the Capitol, Vallejo messaged the "DC OP: Jan 6 21" Signal chat: "Vallejo back at hotel and outfitted.  Have 2 trucks available.  Let me know how I can assist."  Am. Compl. ¶ 342.  Then, at 2:38pm, he messaged: "[Quick Reaction Force] standing by at hotel.  Just say the word. . . ."  Am. Compl. ¶ 352.

- Shortly before 4 p.m. on January 6, Vallejo declared, "We are at WAR."  He then attempted, but failed, to launch what he had earlier described in the "DC OP: Jan 6 21" Signal chat as a "drone with a 720p cam for recon use."  Am. Compl. ¶ 407.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

- After the attack, on the night of January 6, Vallejo gathered with Defendants Rhodes, James and others (at Rhodes's direction) at a restaurant in Vienna, Virginia, to recount and celebrate the Attack.  Am. Compl. ¶ 416.

- That night, Vallejo messaged the same Signal group:  "We'll be back to [sic] 6am to do it again.  We got food for 30 days."  He added:  "We have only [begun] to fight!" and "'After Action Reports' will be dated 1/21/21"—the day after President Biden's inauguration.  Am. Compl. ¶ 424.

- At 5:46 am the next morning, January 7, Vallejo messaged the "DC OP: Jan 6 21" Signal group: "We are going to probe their defense line right now 6 am they should let us in.  We'll see."  At 5:54 am, he wrote: "Departing for Recon now.  Stewart [Defendant Rhodes] call me when you're up."  Approximately ten minutes later, Vallejo wrote: "I'll depart when cleared by my Commander Sir.  Be well, and peace be with you."  Am. Compl. ¶ 426.  Vallejo then texted Defendant Rhodes in a private Signal message: "Status report posted in Ops[,] room extended 1 day[.]  Standing by awaiting orders, Sir."  Am. Compl. ¶ 427.

- Later that morning of January 7, Vallejo appeared on the same podcast he had been on before the Attack and responded to the podcast host's question about his plans to return to Arizona:  "I don't know.  We've got to figure out what happens on the 20th [Inauguration Day]."  Vallejo added:  "I'm never done. . . .  I'm waiting for orders from Stewart Rhodes."  Am. Compl. ¶ 428.

- On January 24, 2021—after the first co-conspirators were arrested—Defendant Rhodes messaged Vallejo on Signal:  "[K]eep in mind that is NOT a secure chat.  Contains at least one turncoat snitch."  Vallejo responded:  "[i]f you ever need me for ANYTHING I am on call and am at your service, Sir!"  Am. Compl. ¶ 440.

The above allegations, as well as additional allegations included and incorporated in the Amended Complaint, are more than sufficient to state claims against Defendant Vallejo.

Respectfully submitted,

//s *Jeannie Rhee*_____
Jeannie Rhee