UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA,**

       **Plaintiff,**　　　　　　　　　　　　　　　　Case No. **1:21-cv-03267-APM**

    v.

**PROUD BOYS INTERNATIONAL, LLC, et al.,**

       **Defendants.**

## MOTION TO WITHDRAW APPEARANCE

Pursuant to LCvR 83.6, J. Daniel Hull respectfully moves the Court for permission to withdraw his appearance for defendant Henry Tarrio in this and two related cases. Separate motions in those are being filed. No trial date has been set in this case. Discovery has not begun in earnest. Mr. Hull is authorized by Mr. Tarrio to represent that Tarrio consents to the withdrawal and that he will proceed in this case *pro se.* Due to Tarrio's unexpected arrest in mid-March, criminal indictment (in 21-cr-175), pretrial incarceration, and movements between several jails on the eastern seaboard, efforts to obtain the written consent preferred by LCvR 83.6 failed to bear fruit. Therefore, for good cause shown, the undersigned respectfully asks that his motion be granted.

                                    Respectfully submitted,

Dated: September 1, 2022　　　　　　By: /s/ *J. Daniel Hull*
　　　　　　　　　　　　　　　　　　JOHN DANIEL HULL
　　　　　　　　　　　　　　　　　　DC Bar No. 323006
　　　　　　　　　　　　　　　　　　California Bar No. 222862
　　　　　　　　　　　　　　　　　　HULL MCGUIRE PC
　　　　　　　　　　　　　　　　　　1420 N Street, N.W.
　　　　　　　　　　　　　　　　　　Washington, D.C.  20005
　　　　　　　　　　　　　　　　　　202.429.6520 office
　　　　　　　　　　　　　　　　　　619.895.8336 cell
　　　　　　　　　　　　　　　　　　jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 1, 2022, he served the foregoing Motion to Withdraw Appearance from representation of defendant Henry Tarrio via the Electronic Case Filing (ECF) system upon all counsel of record and via U.S. mail, first class, postage prepaid, to Henry Tarrio, Reg. No. 98721-004, FDC Miami, Federal Detention Center, P.O. Box 019120, Miami, FL 33101.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
DC Bar No. 323006
California Bar No. 222862
HULL MCGUIRE PC
1420 N Street, N.W.
Washington, D.C.  20005
202.429.6520 office
619.895.8336 cell
jdhull@hullmcguire.com