UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | NO. 1:21-CV-03267-APM |
| ) | |
| PROUD BOYS INTERNATIONAL, L.L.C., ) | |
| *et al.*, ) | |
| ) | |
| DEFENDANTS. ) | |

## MOTION TO WITHDRAW

Pursuant to Local Rule 83.6, undersigned counsel, George R.A. Doumar, moves personally and on behalf of the law firm, Doumar Martin, PLLC, to withdraw as counsel for Defendant Graydon Young. Mr. Young has terminated Mr. Doumar and his firm, and thus Mr. Young consents to the withdrawal, as noted by his signature on the attached consent. Mr. Young intends to represent himself to the extent necessary.

Pursuant to Local Rule 83.6, and as a matter of formal compliance with the local rule, I have served upon Mr. Young a this address at 7147 Largo Street, Sarasota FL 34241, a copy of the motion, and advised Mr. Young to obtain other counsel, or, if he intends to conduct the case pro se or to object to the withdrawal, to so notify the Clerk in writing within seven days of service of the motion. As a practical matter, he has notified the clerk of his intent to represent himself pro se through the attached consent.

Respectfully submitted,

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar 415446

Raj H. Patel, D.C. Bar No. 240973
Doumar Martin, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: 703-352-1300
Fax: 703-352-1301
gdoumar@doumarmartin.com

## GRAYDON YOUNG CONSENT

I, Graydon Young, hereby confirm I have terminated Mr. Doumar's (and his firm's) representation of me as counsel in the civil case brought by the District of Columbia. I consent to his withdrawal. I intend to represent myself in the above captioned matter to the extent necessary.

_____
Graydon Young

Dated: 9/5/2022

Scanned with CamScanner

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2022, a copy of the foregoing was sent, by ECF, to all counsel of record and registered parties.

I have also served it upon Graydon Young, by first class mail, postage prepaid, at 7147 Largo Street, Sarasota FL 34241

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar 415446
Doumar Martin, PLLC
11350 Random Hills Road, Suite 700
Fairfax, VA 22030
Tel: 703-352-1300
Fax: 703-352-1301
gdoumar@doumarmartin.com