AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of     COLUMBIA

DISTRICT OF COLUMBIA
            Plaintiff (s),

V.

BRIAN ULRICH
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 21-CV-03267

Notice is hereby given that, subject to approval by the court, __Brian Ulrich__ substitutes
                                                                                          (Party (s) Name)

__Claude M. Kicklighter, Jr.__, State Bar No. __416998 (GA)__ as counsel of record in
       (Name of New Attorney)                                           USDC Dist of Columbia Bar ID GA0035

place of __A. J. Balbo__.
                             (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Kicklighter Law, P.C. |
| Address: | 412 North Laurel Street, Springfield, GA 31329 |
| Telephone: | (912) 754-6003    Facsimile (912) 754-6336 |
| E-Mail (Optional): | mickey@kick-law.com |

I consent to the above substitution.
Date: 9/13/22

                                                     (Signature of Party (s))

I consent to being substituted.
Date: 9/6/2022

A. J. Balbo     Digitally signed by A. J. Balbo
                   Date: 2022.09.06 16:58:57 -04'00'

                                           (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 9.15.22

                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                              Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**