IN THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA.<br><br>    Plaintiff(s),<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, LLC<br><br>    Defendants. | 1:21-CV-03267-APM |

### NOTICE OF CORRECTION, ERRATA, BY DEFENDANTS CONNIE AND KELLY MEGGS

COME NOW DEFENDANTS CONNIE AND KELLY MEGGS, by and through undersigned counsel, hereby sets forth that, undersigned counsel inadvertently omitted the Certificate of Service in the filed Reply Memorandum of Points and Authorities in Response to Plaintiffs' Opposition (ECF 145) at ECF 156, which it hereby corrects by re-filing its REPLY MEMORANDUM, attached hereto as Exhibit A.

Dated: September 16, 2022

                              Respectfully submitted,

                              */s/ Juli Zsuzsa Haller*
                            Juli Z. Haller, (DC 466921)
                            The Law Offices of Julia Haller
                            601 Pennsylvania Avenue, N.W., S. Bldg, Suite 900
                            Washington, DC 20004
                            Telephone: (202) 729-2201

HallerJulia@outlook.com

*Counsel for Defendants, Connie and Kelly Meggs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, with consequent service on all parties of record, but I will mail a copy to the following addresses:

DAVID MOERSCHEL
117 Angol St.
Punta Gorda, FL 33983-5324

EDWARD VALLEJO
181111 31st ST.
#2
Phoenix, AZ 85008-2935

THOMAS EDWARD CALDWELL
P.O. Box 1120
Berryville, VA 22611

/s/ *Juli Zsuzsa Haller*