**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | ) | |
| **Plaintiff,** | ) ) ) | |
| **v.** | ) ) ) | **Case No. 21-cv-03267 (APM)** |
| **PROUD BOYS INTERNATIONAL L.L.C., et al.,** | ) ) ) | |
| **Defendants.** | ) ) ) ) | |

## ORDER

Due to the start of trial in *United States v. Rhodes, III, et al.*, No. 22-cr-15-APM (D.D.C.), and the overlapping defendants in that case and this one, the court hereby stays this matter in the interests of justice until the conclusion of trial in *Rhodes*.

Dated:  September 30, 2022

_____
Amit P. Mehta
United States District Court Judge