UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA,**

      v.         Case No: 21-cv-03267 (APM)

**PROUD BOYS INTERNATIONAL,**
LLC, et al.
      **Defendants.**

**MOTION TO ADMIT PATRICK TRAINOR *PRO HAC VICE* FOR DEFENDANT REHL**

Pursuant to LCvR 83.2(c), movant J. Daniel Hull asks this Court to permit Patrick Trainor to appear *pro hac vice* as counsel for defendant Zachary Rehl in this lawsuit. As his attached Declaration shows, Mr. Trainor is admitted to and a member in good standing of both the Supreme Court of New Jersey and the U.S. District Court for the District of New Jersey. Mr. Trainor has been retained as counsel by defendant Rehl to represent him in this matter. Therefore, undersigned movant, who is Mr. Trainor's sponsor and an active member of the bar of this Court, asks that this Motion be granted so that Mr. Trainor may appear and act for Mr. Rehl in all aspects of this litigation.

Respectfully submitted,

By: /s/ J. Daniel Hull

JOHN DANIEL HULL
D.C. Bar No. 323006
California Bar No. 222862
Hull McGuire PC
1420 N Street, N.W.
Washington, D.C. 20005
619-895-8336 cell
202-429-6520
jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 4, 2022, he served the foregoing Motion to Admit Patrick Trainor *Pro Hac Vice* for Defendant Rehl upon all counsel of record via the Electronic Case Filing (ECF) system.

By: /s/ *J. Daniel Hull*
JOHN DANIEL HULL
D.C. Bar No. 323006
California Bar No. 222862
1420 N Street, N.W.
Washington, D.C.  20005
202-429-6520/619-895-8336
jdhull@hullmcguire.com
