AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| DISTRICT OF COLUMBIA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03267 |
| PROUD BOYS INTERNATIONAL, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Zachary Rehl                    .

Date: 11/10/2022

/s/ Patrick Trainor
*Attorney's signature*

Patrick Trainor (pro hac vice)
*Printed name and bar number*

19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
*Address*

PT@PTESQ.COM
*E-mail address*

(201) 777-3327
*Telephone number*

(201) 896-7815
*FAX number*