THE LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC
19 Union Avenue, Suite 201 | Rutherford, New Jersey 07070
Telephone: (201) 777-3327 | eFax: (201) 896-7815 | help@ptesq.com

January 31, 2023

Via: CM/ECF
The Honorable Amit Mehta, U.S.D.J.
United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

  Re: *District of Columbia, et al. v. Proud Boys International, L.L.C., et al.,*
     Civil Case No. 1:21-cv-03267

Dear Judge Mehta,

  This office represents defendant Zachary Rehl in the above-referenced action. On January 24, 2023, Your Honor lifted the stay in this matter. Mr. Rehl is a pre-trial detainee and he did not timely answer or otherwise respond to this action. On January 3, 2023, this office filed an unopposed Motion for Extension to File Answer by January 9, 2023. Your Honor entered a minute order on January 4, 2023, granting Mr. Rehl's request.

  We did not receive notice of the minute order granting our request to submit Mr. Rehl's Answer. We apologize for the misstep and kindly ask that this Answer be accepted in order to avoid default being entered against Mr. Rehl.

           Respectfully Submitted,

           /s/ Patrick Trainor
           Patrick Trainor, Esq. (appearing pro hac vice)
           *Counsel for Defendant Zachary Rehl*