# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

DISTRICT OF COLUMBIA,

                    Plaintiff,

            v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                    Defendants.

No. 1:21-cv-03267-APM

---

## DECLARATION OF D. BRETT KOHLHOFER CONFIRMING COMPLIANCE WITH ORDER AUTHORIZING ALTERNATIVE SERVICE

I, D. Brett Kohlhofer, declare and state as follows:

1.      I am an attorney admitted to practice in the State of New York, the Commonwealth of Massachusetts, and the District of Columbia. I am an associate at Dechert LLP ("Dechert"), which is outside legal counsel to District of Columbia (the "District") in the above-captioned action.  Unless stated otherwise, I have personal knowledge of the facts stated in this Declaration and, if called upon, I would competently testify to the facts set forth below.

2.      Pursuant to the Court's January 30, 2023, Order Authorizing Alternative Service, ECF No. 163, I caused process servers working on behalf of the District to complete service on Defendants Schaffer and Vallejo consistent with the terms of the Court's Order.

3.      The process servers have completed affidavits documenting each of the required mailings and residential postings.  The affidavits are attached as **Exhibits A-H** hereto**.**

4.      In further compliance with the Order, on February 8, 2023, I emailed the Court's

Order to counsel of record for Defendants Schaffer and Vallejo in their criminal matters.

5.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on February 9, 2023                                 */s/ Daniel Brett Kohlhofer*
                                                                              D. Brett Kohlhofer

# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**DISTRICT OF COLUMBIA**
**Plaintiff**

**Case Number: 1:21-cv-03267-APM**

**vs**

**PROUD BOYS INTERNATIONAL, LLC, et al**
**Defendant**

**AFFIDAVIT OF
SERVICE**

Now comes, Susan Upthegrove the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Lakeland, FL.

I, Susan Upthegrove certify that on, **02/06/2023**, at **1:15 PM**, I served a copy of the within *Summons in a Civil Action, Order Authorizing Alternative Service, Amended Complaint with Exhibit A upon the within named* **Jon Ryan Schaffer**, in the following manner,

**(xx)**   <u>**POSTED SERVICE:**</u> Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **364 Waldorf Drive, Auburndale, FL 33823.**

I, Susan Upthegrove certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
**Susan Upthegrove**
815 Bonnie Drive
Lakeland, FL 33803

62225

# EXHIBIT B

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**
**Plaintiff**

**Case Number: 1:21-cv-03267-APM**

**vs**

**PROUD BOYS INTERNATIONAL, LLC, et al**
**Defendant**

**AFFIDAVIT OF
SERVICE**

Now comes, Bruce Comer the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, AZ.

I, Bruce Comer certify that on, **02/06/2023**, at **11:55 AM**, I served a copy of the within *Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A upon the within named* Edward Vallejo, in the following manner,

**(xx)** <u>**POSTED SERVICE:**</u> Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **3501 E. Windsor Avenue, Phoenix, AZ 85008.**

I, Bruce Comer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Bruce Comer**
530 E. McDowell Rd.
Phoenix, AZ

62227

# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**
**Plaintiff**

**Case Number: 1:21-cv-03267-APM**

**vs**

**PROUD BOYS INTERNATIONAL, LLC, et al**
**Defendant**

### AFFIDAVIT OF SERVICE

Now comes, Bruce Comer the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, AZ.

I, Bruce Comer certify that on, **02/06/2023**, at **11:38 AM**, I served a copy of the within *Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A upon the within named* Edward Vallejo, in the following manner,

**(xx)    POSTED SERVICE:** Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **1811 N. 31st St., 2, Phoenix, AZ 85008.**

I, Bruce Comer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Bruce Comer**
530 E. McDowell Rd.
Phoenix, AZ

62228

# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**DISTRICT OF COLUMBIA**
**Plaintiff**

**Case Number: 1:21-cv-03267-APM**

**vs**

**PROUD BOYS INTERNATIONAL, LLC, et al**
**Defendant**

**AFFIDAVIT OF**
**SERVICE**

Now comes, Bruce Comer the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Phoenix, AZ.

I, Bruce Comer certify that on, **02/06/2023**, at **11:48 AM**, I served a copy of the within *Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A upon the within named* Edward Vallejo, in the following manner,

**(xx)** <u>**POSTED SERVICE:**</u> Posted on door of usual place of abode or at such other door as appears to be the main entrance of the address listed below.  Other authorized recipient not found.

Said service was effected at the following location: **3342 E. Monte Vista Road, Phoenix, AZ 85008.**

I, Bruce Comer certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

**Bruce Comer**
530 E. McDowell Rd.
Phoenix, AZ

62226

# EXHIBIT E

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**<br>**Plaintiff**<br><br>**vs**<br><br>**PROUD BOYS INTERNATIONAL, LLC, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) **REGISTERED/PRIORITY/CERTIFIED**<br>**MAILING AFFIDAVIT**<br><br>    **Case Number: 1:21-cv-03267-APM** |

## AFFIDAVIT OF PRIORITY MAIL UPON JON RYAN SCHAFFER

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action, Order Authorizing Alternative Service, Amended Complaint with Exhibit A* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  PRIORITY MAILING SERVICE:  Service was mailed to Jon Ryan Schaffer by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0471 8855 32.  The United States Post Office only allows for Priority Mail rather than First Class Mail due to the weight of the package.

Service was mailed to  Jon Ryan Schaffer at 364 Waldorf Drive, Auburndale, FL 33823 on 02/03/2023 .   See attached USPS Click-N-Ship Label Record.  (Exhibit A)

Laura Creekmore
P.O. Box 18647
Washington, DC  20036
202-296-0222

62278

✂ – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0471 8855 32**

| | | Priority Mail® Postage: | $9.95 |
|---|---|---|---|
| Trans. #: | 581904035 | Total: | $9.95 |
| Print Date: | 02/03/2023 | | |
| Ship Date: | 02/03/2023 | | |
| Expected Delivery Date: | 02/07/2023 | | |

From:   TORRI SCHAFFER          Ref#: 62225
        TORRI LEGAL SERVICES
        18403 WOODFIELD RD STE A
        GAITHERSBURG MD 20879-4794

To:     JON RYAN SCHAFFER
        384 WALDORF DR
        AUBURNDALE FL 33823-5836

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



EXHIBIT A

# EXHIBIT F

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**<br>**Plaintiff**<br><br>**vs**<br><br>**PROUD BOYS INTERNATIONAL, LLC, et al**<br>**Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>\ |

**REGISTERED/PRIORITY/CERTIFIED MAILING AFFIDAVIT**

**Case Number: 1:21-cv-03267-APM**

## AFFIDAVIT OF PRIORITY MAIL UPON EDWARD VALLEJO

The undersigned, Laura Creekmore, having been duly authorized to make service of the ***Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  PRIORITY MAILING SERVICE:  Service was mailed to Edward Vallejo by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0474 6810 01.  The United States Post Office only allows for Priority Mail rather than First Class Mail due to the weight of the package.

Service was mailed to  Edward Vallejo at 3501 E. Windsor Avenue, #1, Phoenix, AZ 85008 on 02/07/2023 .  See attached USPS Click-N-Ship Label Record.  (Exhibit A)

Laura Creekmore
P.O. Box 18647
Washington, DC  20036
202-296-0222

62327

Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**

**9405 5036 9930 0474 6810 01**

| Trans. #: | 582148151 | Priority Mail® Postage: | $9.95 |
| Print Date: | 02/07/2023 | Total: | $9.95 |
| Ship Date: | 02/07/2023 | | |
| Expected Delivery Date: | 02/10/2023 | | |

From:    TORRI SCHAFFER            Ref#: 62227
         TORRI LEGAL SERVICES
         18403 WOODFIELD RD STE A
         GAITHERSBURG MD 20879-4794

To:      EDWARD VALLEJO
         # 1
         3501 E WINDSOR AVE
         PHOENIX AZ 85008-1231

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



**UNITED STATES POSTAL SERVICE** ®  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

EXHIBIT A

# EXHIBIT G

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA
**Plaintiff**

**vs**

PROUD BOYS INTERNATIONAL, LLC, et al
**Defendant**

)
)
)
)
)
)
)
)
)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:21-cv-03267-APM**

## AFFIDAVIT OF PRIORITY MAIL UPON EDWARD VALLEJO

The undersigned, Laura Creekmore, having been duly authorized to make service of the ***Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A*** ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  PRIORITY MAILING SERVICE:  Service was mailed to Edward Vallejo by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0471 8855 01.  The United States Post Office only allows for Priority Mail rather than First Class Mail due to the weight of the package.

Service was mailed to  Edward Vallejo at 1811 N. 31st Street, #2, Phoenix, AZ 85008 on 02/03/2023 .  See attached USPS Click-N-Ship Label Record.  (Exhibit A)

Laura Creekmore
P.O. Box 18647
Washington, DC  20036
202-296-0222

62281

✂ – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –
Cut on dotted line.

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0471 8855 01**

| | | | |
|---|---|---|---|
| Trans. #: | 581904035 | Priority Mail® Postage: | $9.95 |
| Print Date: | 02/03/2023 | Total: | $9.95 |
| Ship Date: | 02/03/2023 | | |
| Expected | | | |
| Delivery Date: | 02/08/2023 | | |

From:   TORRI SCHAFFER          Ref#: 62228
        TORRI LEGAL SERVICES
        18403 WOODFIELD RD STE A
        GAITHERSBURG MD 20879-4794

To:     EDWARD VALLEJO
        APT 2
        1811 N 31ST ST
        PHOENIX AZ 85008-3776

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE**®   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

EXHIBIT A

# EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA
**Plaintiff**

vs

PROUD BOYS INTERNATIONAL, LLC, et al
**Defendant**

)
)
)
)
)
)
)
)

**REGISTERED/PRIORITY/CERTIFIED
MAILING AFFIDAVIT**

**Case Number: 1:21-cv-03267-APM**

## AFFIDAVIT OF PRIORITY MAIL UPON EDWARD VALLEJO

The undersigned, Laura Creekmore, having been duly authorized to make service of the *Summons in a Civil Action with Attachment A, Order Authorizing Alternative Service, Amended Complaint with Exhibit A* ("Documents") in the above entitled case, hereby depose and say: I am over the age of eighteen (18), not a party to this lawsuit, and my business address is 2021 L Street, N.W., Suite 101-252, Washington, DC 20036

(XX)  PRIORITY MAILING SERVICE:  Service was mailed to Edward Vallejo by mailing the documents by Priority Mail, Tracking Number 9405 5036 9930 0471 8854 26.  The United States Post Office only allows for Priority Mail rather than First Class Mail due to the weight of the package.

Service was mailed to  Edward Vallejo at 3342 E. Monte Vista Road, Phoenix, AZ 85008 on 02/03/2023 .  See attached USPS Click-N-Ship Label Record.  (Exhibit A)

Laura Creekmore
P.O. Box 18647
Washington, DC  20036
202-296-0222

62279

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0471 8854 26**

| | |
|---|---|
| Trans. #: 581904035 | Priority Mail® Postage: $9.95 |
| Print Date: 02/03/2023 | Total: $9.95 |
| Ship Date: 02/03/2023 | |
| Expected | |
| Delivery Date: 02/08/2023 | |

From:   TORRI SCHAFFER          Ref#: 62228
        TORRI LEGAL SERVICES
        18403 WOODFIELD RD STE A
        GAITHERSBURG MD 20879-4794

To:     EDWARD VALLEJO
        3342 E MONTE VISTA RD
        PHOENIX AZ 85008-2935

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®** *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*



EXHIBIT A