# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | Civil Case No. 1:21-cv-03267 APM |
| vs. | |
| PROUD BOYS INTERNATIONAL, L.L.C., et. al., | |
| Defendants. | |

## DEFENDANT JON RYAN SCHAFFER'S CONSENT MOTION TO EXTEND TIME TO FILE RESPONSE TO THE AMENDED COMPLAINT

Defendant Jon Ryan Schaffer ("Schaffer"), through counsel undersigned, respectfully moves for an extension of time for Defendant Schaffer to file his response to the Plaintiff's Amended Complaint.  This request seeks a two-week extension.

On December 14, 2021, Plaintiff filed a complaint against various organizations and numerous individuals, including Defendant Schaffer.   The Amended Complaint consists of 117 pages and includes 490 separate allegations.

Based on the Affidavit of Service, Plaintiff's process server posted the Amended Complaint on the door at Defendant's residence on February 6, 2023.  Defendant was not at the residence during that time but had another individual go by his house while he was away to check on his mail.  On February 7, 2023, Defendant was informed of the documents posted on his door.

With February 6, 2023 as the date of service, Defendant Schaffer's response would be due on February 27, 2023.

Defendant Schaffer respectfully requests that the deadline for his response to the Amended Complaint be extended for two weeks, which would be March 13, 2023.  No prejudice will occur to any party because of this extension.

The reason for this request is that additional time is needed to respond to the Amended Complaint given the voluminous number of allegations.  In addition, Defendant has proposed a potential resolution to Plaintiff and additional time is needed for Plaintiff to evaluate and consider the proposed resolution.

**Defendant Schaffer, through counsel, consulted with Plaintiff's counsel, and Plaintiff's counsel responded by email stating he consented to the requested extension.** Attached hereto is an email confirming the consent to the extension.

WHEREFORE, Defendant Schaffer respectfully moves this Court to extend the time by which he must file a response to the Amended Complaint to March 13, 2023.

Respectfully submitted,

 /s/    *Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 27th, 2023, a copy of the foregoing was

sent via ECF to the United States Attorney's Office for the District of Columbia.

Respectfully submitted,

DATED: February 27, 2023
    /s/ *Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, | |
| Plaintiff, | Civil Case No. 1:21-cv-03267 APM |
| vs. | |
| PROUD BOYS INTERNATIONAL, L.L.C., et. al., | |
| Defendants. | |

## <u>ORDER</u>

Upon consideration of Defendant Jon Ryan Schaffer's Consent Motion to Extend Time to File a Response to the Amended Complaint, it is hereby:

ORDERED that Defendant Jon Ryan Schaffer's Motion to Extend Time to File a Response to the Amended Complaint is GRANTED; and further

ORDERED that the response by Defendant Jon Ryan Schaffer shall be due no later than March 13, 2023.

ENTERED this _____ day of _____, 2023. _____

_____

_____
The Honorable Amit P. Mehta
United States District Court Judge