AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| *Plaintiff* | ) |
| v. | ) |
| PROUD BOYS INTERNATIONAL, L.L.C., | ) |
| et. al., | ) |
| *Defendants* | |

Case No.   1:21-cv-03267-apm (D.D.C.)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT EDWARD VALLEJO                                                                      .

Date:   02/27/2023

_____
*Attorney's signature*

John M. Pierce
*Printed name and bar number*

John Pierce Law
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
*Address*

jpierce@johnpiercelaw.com
*E-mail address*

(213)-279-7648
*Telephone number*

_____
*FAX number*