# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>vs.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et. al.,<br><br>      Defendants. | Civil Case No. 1:21-cv-03267 APM |

## DEFENDANT JON RYAN SCHAFFER'S MOTION TO JOIN MOTIONS TO DISMISS AMENDED COMPLAINT

Defendant Jon Ryan Schaffer ("Schaffer"), through counsel undersigned, respectfully moves to join in the five motions to dismiss the amended complaint (ECF No. 94) in the above-captioned case. Those motions to dismiss are filed as ECF Nos. 97, 108, 109, 110 and 111). In addition, Defendant Schaffer moves to join in the replies filed as ECF Nos. 155, 156, and 158.

Defendant Schaffer asks to join these filed motions to the extent they pertain to allegations against him. The arguments set forth in the motions to dismiss similarly apply to Defendant Schaffer. Joinder to the motions to dismiss and their replies serve the interests to expedite and consolidate this matter and to avoid the repetition of filing a separate motion that would assert the same arguments as set forth in those motions and replies.

Accordingly, for good cause hopefully shown, Defendant Jon Ryan Schaffer respectfully requests leave to join in the motions to dismiss at ECF Nos. 97, 108, 109, 110 and 111 and the replies filed as ECF Nos. 155, 156, and 158.

Respectfully submitted,

/s/    *Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 10th, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

Respectfully submitted,

DATED: March 10th, 2023

/s/ *Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>vs.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et. al.,<br><br>    Defendants. | Civil Case No. 1:21-cv-03267 APM |

## **ORDER**

Upon consideration of Defendant Jon Ryan Schaffer's Motion to Join Motions to Dismiss the Amended Complaint, it is hereby:

ORDERED granting Defendant Jon Ryan Schaffer's Motion to Joint Motions to Dismiss the Amended Complaint filed as ECF Nos. 97, 108, 109, 110 and 111 and the replies filed as ECF Nos. 155, 156, and 158.

ENTERED this _____ day of _____, 2023.

_____
The Honorable Amit P. Mehta
United States District Court Judge