PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7466

WRITER'S DIRECT FACSIMILE
(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS
jrhee@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON           MARK F. MENDELSOHN
J. STEVEN BAUGHMAN        JANE B. O'BRIEN
JOSEPH J. BIAL            JESSICA E. PHILLIPS
REBECCA S. COCCARO        JEANNIE S. RHEE
KAREN L. DUNN             KANNON K. SHANMUGAM
KENNETH A. GALLO          JOSHUA H. SOVEN
ROBERTO J. GONZALEZ       JULIA TARVER MASON WOOD
WILLIAM A. ISAACSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*        BRIAN KRAUSE*
EDWARD T. ACKERMAN*       CAITH KUSHNER*
JACOB A. ADLERSTEIN*      KAISA KUUSK*
ALLAN J. ARFFA*           DAVID K. LAKHDHIR
JONATHAN H. ASHTOR*       GREGORY F. LAUFER*
ROBERT A. ATKINS*         BRIAN C. LAVIN*
SCOTT A. BARSHAY*         XIAOYU GREG LIU*
PAUL M. BASTA*            RANDY LUSKEY*
LYNN B. BAYARD*           LORETTA E. LYNCH*
BRUCE BIRENBOIM*          JEFFREY D. MARELL*
H. CHRISTOPHER BOEHNING*  MARCO V. MASOTTI*
BRIAN BOLIN*              DAVID W. MAYO*
ANGELO BONVINO*           ELIZABETH R. MCCOLM*
ANDRE G. BOUCHARD*        JEAN M. MCLOUGHLIN*
GERALD BRANT*             ALVARO MEMBRILLERA*
ROBERT A. BRITTON*        CLAUDINE MEREDITH-GOUJON*
DAVID W. BROWN*           WILLIAM B. MICHAEL*
WALTER F. BROWN*          JUDIE NG SHORTELL*
SUSANNA M. BUERGEL*       CATHERINE NYARADY*
JESSICA S. CAREY*         BRAD R. OKUN*
DAVID CARMONA*            CRYSTAL L. PARKER*
GEOFFREY R. CHEPIGA*      LINDSAY B. PARKS*
ELLEN N. CHING*           ANDREW M. PARLEN*
WILLIAM A. CLAREMAN*      DANIELLE C. PENHALL*
LEWIS R. CLAYTON*         CHARLES J. PESANT*
YAHONNES CLEARY*          AUSTIN S. POLLET*
JAY COHEN                 VALERIE E. RADWANER*
KELLEY A. CORNISH*        JEFFREY J. RECHER*
CHRISTOPHER J. CUMMINGS*  CARL L. REISNER*
THOMAS V. DE LA BASTIDE III*  LORIN L. REISNER*
MEREDITH R. DEARBORN*     WALTER G. RICCIARDI*
ARIEL J. DECKELBAUM*      RICHARD A. ROSEN
ALICE BELISLE EATON*      ANDREW N. ROSENBERG*
ANDREW J. EHRLICH*        JUSTIN ROSENBERG*
GREGORY A. EZRING*        JACQUELINE P. RUBIN*
ROSS A. FIELDSTON*        RAPHAEL M. RUSSO*
ANDREW C. FINCH*          ELIZABETH M. SACKSTEDER*
BRAD J. FINKELSTEIN*      JEFFREY B. SAMUELS*
BRIAN P. FINNEGAN*        PAUL L. SANDLER*
ROBERTO FINZI             AARON J. SCHLAPHOFF*
PETER E. FISCH*           KENNETH M. SCHNEIDER*
HARRIS FISCHMAN*          ROBERT B. SCHUMER*
VICTORIA S. FORRESTER*    JOHN M. SCOTT*
HARRIS B. FREIDUS*        BRIAN SCRIVANI*
MANUEL S. FREY*           KYLE T. SEIFRIED*
MICHAEL E. GERTZMAN*      SUHAN SHIM*
ADAM M. GIVERTZ*          CULLEN L. SINCLAIR*
SALVATORE GOGLIORMELLA*   AUDRA J. SOLOWAY*
NEIL GOLDMAN*             SCOTT M. SONTAG*
MATTHEW B. GOLDSTEIN*     MEGAN SPELMAN*
CATHERINE L. GOODALL*     ROBERT Y. SPERLING*
CHARLES H. GOOGE, JR.*    SARAH STASNY*
ANDREW G. GORDON*         ERIC ALAN STONE*
BRIAN S. GRIEVE*          AIDAN SYNNOTT*
UDI GROFMAN*              BRETTE TANNENBAUM*
NICHOLAS P. GROOMBRIDGE*  RICHARD C. TARLOWE*
BRUCE A. GUTENPLAN*       DAVID TARR*
MELINDA HAAG*             MONICA K. THURMOND*
ALAN S. HALPERIN*         DANIEL J. TOAL*
CLAUDIA HAMMERMAN*        LAURA C. TURANO*
IAN M. HAZLETT*           CONRAD VAN LOGGERENBERG*
BRIAN S. HERMANN*         KRISHNA VEERARAGHAVAN*
JOSHUA HILL JR.*          JEREMY M. VEIT*
MICHELE HIRSHMAN*         LIZA M. VELAZQUEZ*
JARRETT R. HOFFMAN*       MICHAEL VOGEL*
ROBERT HOLO*              RAMY J. WAHBEH*
CHRISTOPHER HOPKINS*      JOHN WEBER*
DAVID S. HUNTINGTON*      LAWRENCE G. WEE*
AMRAN HUSSEIN*            THEODORE V. WELLS, JR.
LORETTA A. IPPOLITO*      SAMUEL J. WELT*
JAREN JANGHORBANI*        LINDSEY L. WIERSMA*
BRIAN M. JANSON*          STEVEN J. WILLIAMS*
JEH C. JOHNSON            LAWRENCE I. WITDORCHIC*
MATTHEW B. JORDAN*        MARK B. WLAZLO*
BRAD S. KARP*             ADAM WOLLSTEIN*
PATRICK N. KARSNITZ*      JENNIFER H. WU*
JOHN C. KENNEDY*          STACI YABLON*
ROBERT A. KILLIP*         JORDAN E. YARETT*
BRIAN KIM*                KAYE N. YOSHINO*
KYLE J. KIMPLER*          TONG YU*
JEFFREY L. KOCHIAN*       TRACEY A. ZACCONE*
ALEXIA D. KORBERG*        TAURIE M. ZEITZER*
ALAN W. KORNBERG          KENNETH S. ZIMAN*
DANIEL J. KRAMER*         T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

March 24, 2023

By ECF

The Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:   *District of Columbia* v. *Proud Boys International L.L.C. et al.*,
      Case No. 1:21-cv-03267-APM

Dear Judge Mehta:

    We write in response to Defendant Jon Ryan Schaffer's March 10, 2023, motion to join his Co-Defendants' previously filed motions to dismiss (D.I. 168).*

    For the reasons stated in the District's Omnibus Opposition to Defendants' Motions to Dismiss (D.I. 145), the arguments in the motions Defendant Schaffer joins are without merit and should be dismissed. In lieu of filing additional briefing in opposition, we direct the Court's attention to the Amended Complaint's allegations of Defendant

---

\*   Schaffer's motion to join the previously filed motions to dismiss comes more than eleven months after the Amended Complaint was filed, *see* D.I. 94, approximately nine months after responses to the Amended Complaint were due under the Court's modified consolidated briefing schedule, *see* D.I. 103, and after Schaffer's evasion of service necessitated three extensions of time to serve him and a Court order authorizing service by alternative means, *see* D.I. 88, 106, 148, 163.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

Schaffer's involvement in the larger conspiracy.  For example, the Amended Complaint alleges:

- Schaffer is a founding, lifetime member of the Oath Keepers.  Am. Compl. ¶ 41.

- In connection with the attack on the Capitol on January 6, 2021, Schaffer has pleaded guilty to two felonies: (i) obstruction of an official proceeding of Congress and (ii) trespass of the Capitol while armed with a deadly or dangerous weapon.  *Id.* ¶¶ 41, 88.

- In connection with his plea deal, Schaffer admitted that he unlawfully entered the Capitol building on January 6 "with the purpose of influencing, affecting, and retaliating against the conduct of government by stopping or delaying the Congressional proceeding by intimidation or coercion."  Am. Compl. ¶ 89.

- As captured in a photograph, Schaffer marched with the mob through the Capitol, shouting.  *See* Am. Compl. at 93, Fig. 21:



The above allegations, as well as additional allegations included and incorporated in the Amended Complaint, are more than sufficient to state claims against Defendant Schafer.

                                Respectfully submitted,

                                /s/ *Jeannie Rhee*
                                Jeannie Rhee