IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                    Plaintiff,

             v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al*.,

                    Defendants.

No. 1:21-CV-03267-APM

## JOINT STATUS REPORT

In accordance with the Court's April 6, 2023 Order in this case, Plaintiff District of Columbia and Defendants Jon Schaffer, Jonathanpeter Klein, Christopher Kuehne, Roberto Minuta, William Joseph Pepe, Edward Vallejo, Louis Enrique Colon, Joseph Randall Biggs, Henry "Enrique" Tarrio, and Zachary Rehl submit this report on discussions regarding the discovery schedule in this case.

### I.    Background

Plaintiff the District of Columbia filed its Amended Complaint in this action on April 1, 2022. (ECF No. 94.) Fourteen of the Defendants—Christopher Kuehne, Brian Ulrich, Laura Steele, Kelly Meggs, Connie Meggs, Jonathanpeter Klein, Roberto Minuta, William Pepe, Kenneth Harrelson, Joseph Biggs, Henry "Enrique" Tarrio, Christopher Worrell, Edward Vallejo, and Jon Schaffer—subsequently moved to dismiss the Amended Complaint. (ECF Nos. 97, 108, 109-1, 110-1, 111, 114, 115, 116, 140, 149,

168.)   On March 31, 2023, the defendants' motions to dismiss were denied in part and granted in part.  (ECF No. 171.)

On April 6, 2023, following the Court's ruling on the defendants' motions to dismiss, the Court issued an Order notifying the parties in this case that the Court had entered a Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213).  The Court instructed the parties to "meet and confer with counsel in *Smith* to coordinate discovery between the cases."  The Court further ordered the parties to provide a Joint Status Report by no later than April 14, 2023, which "updates the court on the meet and confer and advises whether any adjustments to the schedule in Smith will be required in this case."  (Minute Order, Apr. 6, 2023.)

## II.    Status Report

Counsel for the District of Columbia reviewed the *Smith* scheduling order and believes that the parties in this case can comply with that scheduling order with only minor adjustments.

*First*, because the parties in this case have not yet held a conference pursuant to Rule 26(f)(2) of the Federal Rules of Civil Procedure ("FRCP") and Rule 16.3 of the Local Civil Rules of the United States District Court for the District of Columbia, the District proposes that the parties hold that conference the week of **May 8, 2023**, at a time convenient for all parties.

*Second*, the District further proposes that the parties exchange initial disclosures on **June 1, 2023**.

Under the District's proposal, the remainder of the schedule would remain the same as the schedule in *Smith*.

The District has conveyed this position to the *Smith* plaintiffs' counsel. They have no objection to the District's proposal.  The District's counsel and the *Smith* plaintiffs' counsel have also begun discussing how to best coordinate discovery between the two cases to avoid duplicative efforts, including by coordinating depositions and, to the extent it is possible to negotiate a Protective Order that covers both cases, sharing documents produced in each case.  Counsel intend to continue working through these issues together.

The District also conveyed its position to the Defendants in this case, some of whom are also Defendants in the *Smith* case.  To the extent certain of the defendants are unrepresented in this case, the District reached out to any of their publicly-identified counsel in criminal cases related to the events of January 6, 2021 as a courtesy and in an effort to discharge its meet and confer obligations.[1]

Ten of the Defendants—Joseph Randall Biggs, Louis Enrique Colon,[2] Jonathanpeter Klein, Christopher Kuehne, Roberto Minuta, William Joseph Pepe, Jon Schaffer, Henry "Enrique" Tarrio, Brian Ulrich, and Edward Vallejo—agreed to the District's proposal.

Counsel for Defendant Zachary Rehl stated that he does not agree to the District's proposed schedule because he "object[s] to coordinating the two cases, because

---

[1] Counsel for the District contacted the counsel representing the following defendants in related criminal proceedings: Marc Anthony Bru, William Chrestman, Nicholas DeCarlo, Charles Donohoe, Matthew Greene, Arthur Jackman, Ethan Nordean, Nicholas Ochs, Dominic Pezzola, Elmer Stuart Rhodes III, Daniel Lyons Scott, Jessica Marie Watkins, and Christopher Worrell.

[2] Mr. Colon, who is proceeding *pro se* in this action, consented to the District's proposal in an email message, but did not respond to requests to approve this Joint Status Report.  Accordingly, his signature does not appear on this submission.

coordination means delay."   The District has conveyed to Mr. Rehl's counsel that the proposed changes to the schedule would not delay discovery, as the deadlines for the close of fact and expert discovery would remain the same as those in the *Smith* scheduling order.

Counsel for Defendant Kenneth Harrelson said that he would like "two weeks to extend the meet and confer and 26(f)" because he intends to request a two-week extension to file an answer and counterclaim.

Nineteen of the Defendants—including Defendants Ryan Ashlock, Arthur Jackman,[3] Marc Anthony Bru, Thomas Edward Caldwell, William Chrestman, Nicholas DeCarlo, Charles Donohoe, Matthew Greene, Kelly Meggs, Ethan Nordean, Nicholas Ochs, Bennie Parker, Sandra Parker, Dominic Pezzola, Elmer Stewart Rhodes III, Daniel Lyons Scott, Laura Steele, Jessica Marie Watkins, and Christopher Worrell—have not yet conveyed their positions on the District's proposal.[4]  Mr. Ashlock, Mr. Parker, Ms. Parker, and Ms. Steele are represented in this matter.   Each of the other Defendants is unrepresented by counsel in this matter.

The District has been unable to contact eight of the Defendants who have either not appeared or have appeared *Pro Se* but have not provided an email address—including Proud Boys International, LLC, the Oath Keepers organization, Donovan Ray Crowl, Joseph Bernard Hackett, Joshua James, Connie Meggs, David Moerschel, and

---

[3]   The District reached out to Mr. Jackman's criminal counsel because he is not represented in this case.  Mr. Jackman's criminal counsel communicated on Mr. Jackman's behalf that he is currently unrepresented in this case but will seek the advice of counsel before providing a position on the discovery schedule.

[4]   Criminal counsel for Defendants DeCarlo, Donohoe, and Pezzola have responded indicating that they do not represent the defendants in this case.  Counsel for Kelly Meggs who appeared in this case responded indicating that he no longer represents Meggs in this matter.

Graydon Young.   The District is continuing its efforts to meet and confer with the remaining Defendants.  In the meantime, the District asks that the Court amend the deadline for the parties' exchange of initial disclosures from the April 17, 2023 deadline set in the *Smith* scheduling order to either (a) June 1, 2023, the date the District has proposed in this meet and confer process and to which several Defendants have already agreed, or (b) to a date after the parties' next joint status update to the Court on April 28, 2023 (as set forth in the *Smith* scheduling order).

Dated: April 14, 2023

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:     /s/ *Brendan B. Downes*
         Brendan B. Downes (D.C. Bar 187888)
         400 6th St. NW
         Washington, DC 20001
         Tel: 202-724-6533
         Email: brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:     /s/ *Norman Eisen*
         Norman Eisen (D.C. Bar 435051)
         1420 K Street NW
         Washington, DC 20005
         Tel: 202-656-8178
         Email: norm@statesuniteddemocracy.org

By:     /s/ *Christine P. Sun*
         Christine P. Sun
         Katherine Reisner
         3749 Buchanan St., No. 475165
         San Francisco, CA 94147-3103
         Tel: 615-574-9108
         Email:christine@statesuniteddemocracy.org
              katie@statesuniteddemocracy.org

By:     /s/ *Aaron Scherzer*
         Aaron Scherzer
         572 Valley Road, No. 43592
         Montclair, NJ 07043
         Tel: 862-367-6480
         Email: aaron@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By:     /s/ *Eileen B. Hershenov*
         Eileen B. Hershenov
         605 Third Avenue
         New York, NY 10158-3650
         Tel: 212-885-5805
         Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:     /s/ *Jeannie S. Rhee*
         Jeannie S. Rhee (D.C. Bar 464127)
         2001 K Street, NW
         Washington, D.C. 20006-1047
         Tel:  202-223-7300
         Fax:  202-223-7420
         Email:jrhee@paulweiss.com

**DECHERT LLP**

By:    /s/ *Matthew L. Larrabee*
        Matthew L. Larrabee
        1095 Avenue of the Americas
        New York, NY 10036-6797
        Tel: 212-698-3500
        Fax: 212-698-3599
        Email: matthew.larrabee@dechert.com

By:    /s/ *Brett Kohlhofer*
        Vincent H. Cohen, Jr. (D.C. Bar 471489)
        D. Brett Kohlhofer (D.C. Bar 1022963)
        1900 K Street, NW
        Washington, D.C. 20006-1110
        Tel: 202-261-3300
        Fax: 202-261-3333
        Email: vincent.cohen@dechert.com
             d.brett.kohlhofer@dechert.com

By:    /s/ *Michael S. Doluisio*
        Michael S. Doluisio
        2929 Arch Street
        Philadelphia, PA 19104-2808
        Tel: 215-994-2000
        Fax: 215-994-2222
        Email: michael.doluisio@dechert.com

By:    /s/ *Daniel J. Kramer*
        Daniel J. Kramer
        Andrew J. Ehrlich
        Erin J. Morgan
        1285 Avenue of the Americas
        New York, NY 10019-6064
        Tel: 212-373-3000
        Fax: 212-757-3990
        Email: dkramer@paulweiss.com
             aehrlich@paulweiss.com
             ejmorgan@paulweiss.com

*Counsel for Defendants Jonathanpeter Klein, Roberto Minuta, William Joseph Pepe,
and Edward Vallejo:*

**JOHN PIERCE LAW P.C.**

By:     /s/ *John M. Pierce*
        John M. Pierce
        21550 Oxnard Street
        Suite 3rd Floor OMB #172
        Woodland Hills, CA 91367
        213-400-0725
        Email: jpierce@johnpiercelaw.com

*Counsel for Defendant Zachary Rehl:*

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By:     /s/ *Patrick Trainor*
        Patrick Trainor
        19 Union Avenue
        Suite 201
        Rutherford, NJ 07070
        201-777-3327
        Email: pt@ptesq.com

*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By:     /s/ *J. Daniel Hull*
        John Daniel Hull
        1420 N Street, NW
        Washington, DC 20005
        202-429-6520
        Fax: 412-261-2627
        Email: jdhull@hullmcguire.com

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By:     /s/ *William Thomas DeVinney*
        William Thomas DeVinney
        1921 Gallows Road

Tysons, VA 22182
703-942-8076
Email: wdevinney@brigliahundley.com


***Counsel for Defendant Jon Ryan Schaffer:***

**LAW OFFICES OF DANIEL M. GRAY, LLC**

By:    */s/ Daniel Michael Gray*
       Daniel Michael Gray
       7617 Virginia Avenue
       Falls Church, VA 22043
       (703) 204-0164
       Email: graydm2@verizon.net


***Counsel for Defendant Kenneth Harrelson:***

**FORMERFEDSGROUP.COM LCC**

By:    */s/ Bradford Geyer*
       Bradford L Geyer
       141 I Route 130 South
       Suite 303
       Cinnaminson, NJ 08077
       856-607-5708
       Email: bradford.geyer@formerfedsgroup.com


***Counsel for Defendant Brian Ulrich:***

**KICKLIGHTER LAW, P.C.**

By:    */s/ Claude M. Kicklighter*
       Claude M. Kicklighter , Jr.
       412 North Laurel Street
       Springfield, GA 31329
       912-754-6003
       Fax: 912-754-6336
       Email: mickey@kick-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 14, 2023, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.


/s/ *Jeannie S. Rhee*                            

Jeannie S. Rhee