UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **District of Columbia**, <br><br> *Plaintiff*, <br><br> v. <br><br> **Proud Boys International, LLC**, *et al.* <br><br> *Defendants*. | Case No. **1:21-cv-03267** |

## Motion for Leave to Withdraw

Pursuant to LCvR 83.6, undersigned counsel, Amy L. Bradley, with the consent of Defendant Christopher Kuehne, hereby moves for leave to withdraw as counsel for Mr. Kuehne in the above referenced matter and in support thereof states as follows:

1) Mr. Kuehne will continue to be represented by William T. DeVinney and the law firm of BrigliaHundley, P.C.

2) Undersigned and Mr. Kuehne consent to the relief requested as evidenced by Mr. Kuehne's signature below.

Dated: April 7, 2023                                   Respectfully Submitted,

\_\_/s/ Amy L. Bradley\_\_
Amy L. Bradley (Bar No. VA048)
BLANKINGSHIP & KEITH PC
4020 University Drive
Suite 300
Fairfax, VA 22030
Phone: 703-691-1235
Fax: 703-691-3913
Email: abradley@bklawva.com


\_\_/s/ William T. DeVinney\_\_
William T. DeVinney (Bar No. 488539)
Briglia Hundley, P.C.
1921 Gallows Road, Ste 750
Tysons Corner, VA 22182
Phone: (703) 883-0880
Fax: (703) 942-8092
Email: wdevinney@brigliahundley.com


*Attorneys for Defendant Christopher Kuehne*


SEEN AND AGREED:

_____
Christopher Kuehne

## Certificate of Service

I certify that on April 18, 2023, I caused this Motion for Leave to Withdraw to be served by the Court's electronic filing system to all parties of record.

                                                                                        /s/ Amy L. Bradley