IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                                  Plaintiff,

                      v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                                  Defendants.

No. 1:21-CV-03267-APM

**JOINT STATUS REPORT**

      1.      In accordance with the Court's April 6, 2023 Minute Order in this case and the Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213), Plaintiff District of Columbia and Defendants Joseph Biggs, Thomas Caldwell, Jonathanpeter Klein, Christopher Kuehne, Roberto Minuta, William Pepe, Zachary Rehl, Henry "Enrique" Tarrio, and Edward Vallejo submit this report regarding the status of discovery in this case. While we understand that the scheduling order in *Smith* may have intended for the *Smith* parties to update the court on the progress of their discovery efforts in advance of their May 4 status conference, out of an abundance of caution, the parties in this case also provide this Joint Status Report to update the Court on our efforts to schedule the Rule 26(f) conference.

      2.      The District has contacted Defendants Ryan Ashlock, Biggs, Marc Anthony Bru, Caldwell, William Chrestman, Louis Enrique Colon, Matthew Greene, Kenneth

Harrelson, Arthur Jackman, Klein, Kuehne, Minuta, Ethan Nordean, Nicholas Ochs, Bennie Parker, Sandra Parker, Pepe, Dominic Pezzola, Tarrio, Rehl, Elmer Stewart Rhodes, Jon Ryan Schaffer, Daniel Scott, Laura Steele, Brian Ulrich, Edward Vallejo, Jessica Watkins, and Christopher Worrell regarding potential times and dates to meet and confer during the week of May 8, 2023.

3. The District has received responses from Defendants Biggs, Caldwell, Klein, Kuehne, Minuta, Pepe, Rehl, Tarrio, and Vallejo, who agreed to a conference on May 8 or May 9.

4. The District is continuing its efforts to schedule the Rule 26(f) conference with the remaining Defendants and expects that the Rule 26(f) conference will be held the week of May 8, consistent with the minute order entered by the Court on April 17, 2023.

5. The District has been unable to contact seven of the Defendants who have either not appeared or have appeared *Pro Se* but have not provided an email address—including Proud Boys International, LLC, the Oath Keepers organization, Donovan Ray Crowl, Joseph Bernard Hackett, Joshua James, Connie Meggs, Kelly Meggs, David Moerschel, and Graydon Young.

Dated: April 28, 2023

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:   /s/ *Brendan B. Downes*
    Brendan B. Downes (D.C. Bar 187888)
    400 6th St. NW
    Washington, DC 20001
    Tel: 202-724-6533
    Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:   /s/ *Norman Eisen*
    Norman Eisen (D.C. Bar 435051)
    1420 K Street NW
    Washington, DC 20005
    Tel: 202-656-8178
    Email: norm@statesuniteddemocracy.org

By:   /s/ *Christine P. Sun*
    Christine P. Sun
    Katherine Reisner
    3749 Buchanan St., No. 475165
    San Francisco, CA 94147-3103
    Tel: 615-574-9108
    Email: christine@statesuniteddemocracy.org
        katie@statesuniteddemocracy.org

By:   /s/ *Aaron Scherzer*
    Aaron Scherzer
    572 Valley Road, No. 43592
    Montclair, NJ 07043
    Tel: 862-367-6480
    Email: aaron@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
    Eileen B. Hershenov
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5805
    Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ *Jeannie S. Rhee*
    Jeannie S. Rhee (D.C. Bar 464127)
    2001 K Street, NW
    Washington, D.C. 20006-1047
    Tel:  202-223-7300
    Fax:  202-223-7420
    Email: jrhee@paulweiss.com

**DECHERT LLP**

By: /s/ *Matthew L. Larrabee*
Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By: /s/ *Vincent H. Cohen*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
   d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel:  215-994-2000
Fax:  215-994-2222
Email: michael.doluisio@dechert.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
   aehrlich@paulweiss.com
   ejmorgan@paulweiss.com

4

*Counsel for Defendants Jonathanpeter Klein, Roberto Minuta, William Joseph Pepe, and Edward Vallejo:*

**JOHN PIERCE LAW P.C.**

By: /s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

*Counsel for Defendant Zachary Rehl:*

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By: /s/ *Patrick Trainor*
Patrick Trainor
19 Union Avenue
Suite 201
Rutherford, NJ 07070
201-777-3327
Email: pt@ptesq.com

*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By: /s/ *J. Daniel Hull*
John Daniel Hull
1420 N Street, NW
Washington, DC 20005
202-429-6520
Fax: 412-261-2627
Email: jdhull@hullmcguire.com

5

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By:    /s/ *William T. DeVinney*
        William Thomas DeVinney
        1921 Gallows Road
        Tysons, VA 22182
        703-942-8076
        Email: wdevinney@brigliahundley.com

*Thomas Edward Caldwell, Pro Se*

By:    /s/ *Thomas E. Caldwell*
        Thomas Edward Caldwell
        P.O. Box 1120
        Berryville, VA 22611
        540-303-3956

## CERTIFICATE OF SERVICE

      I hereby certify that, on April 28, 2023, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

*/s/ Jeannie S. Rhee*

Jeannie S. Rhee