AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DISTRICT OF COLUMBIA  *Plaintiff* | ) ) |
| v. | ) Case No. 1:21-CV-03267-APM |
| PROUD BOYS INTERNATIONAL, LLC  *Defendant* | ) ) ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DOMINIC PEZZOLA                              .

Date:  05/07/2023

*Attorney's signature*

John Pierce
*Printed name and bar number*
JOHN PIERCE LAW, P.C.
21550 Oxnard Street,
3rd Floor, PMB 172
Woodland Hills, CA 91367

*Address*

jpierce@Johnpiercelaw.com
*E-mail address*

(213) 279-7846
*Telephone number*

*FAX number*