IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>    Plaintiff,<br><br>vs.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et. al.,<br><br>    Defendants. | Case No. 1:21-cv-03267 (APM) |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), Defendant Jon Ryan Schaffer, by and through undersigned counsel, hereby gives notice that Jody L. Broaddus of The Attorneys For Freedom Law Firm, makes her appearance as counsel of record for Defendant Jon Ryan Schaffer in the above-captioned matter. All future notices, pleadings, papers and other material pertaining to this action should be directed to:

Jody L. Broaddus, Esq.<br>
ATTORNEYS FOR FREEDOM<br>
Arizona State Bar 020122<br>
3185 South Price Road<br>
Chandler, Arizona 85248<br>
Jody@AttorneysForFreedom.com

1

RESPECTFULLY SUBMITTED this 9th day of May, 2023.

                ATTORNEYS FOR FREEDOM LAW FIRM

                */s/ Jody L. Broaddus*
                Jody L. Broaddus
                *Attorney for Defendant Jon Ryan Shaffer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2023, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

                Respectfully submitted,

DATED: May 9, 2023.        */s/ Jody L. Broaddus*
                Jody L. Broaddus – AZ Bar 020122
                ATTORNEYS FOR FREEDOM
                3185 S. Price Road
                Chandler, Arizona 85248
                Phone: (480) 755-7110
                Fax (480) 857-0150
                Jody@AttorneysForFreedom.com
                *Counsel for Defendant Jon Ryan Schaffer*