IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA, et al.,**  Plaintiff,  v.  **PROUD BOYS INTERNATIONAL, L.L.C., et al.,**  Defendants. | CIVIL ACTION NO.: 1:21-cv-03267 |

### INITIAL DISCLOSURES OF DEFENDANT BRIAN ULRICH

COMES NOW Brian Ulrich, Defendant in the above-styled matter (hereinafter referred to as Defendant Ulrich), by and through his attorney of record, and presents his Rule 26 Initial Disclosures as follows:

(A) Name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information; RESPONSE: Plaintiffs, Defendants, U.S. Attorney's Office for the District of Columbia, U.S. Department of Justice, Office of Homeland Security, Federal Bureau of Investigation, Fox News Corporation, U.S. House of Representatives, Capitol Police Department, and Metropolitan Police Department.

(B) A copy of, description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment;

RESPONSE: Defendant Ulrich does not have custody or control of the discovery provided in his criminal case by the U.S. Attorney's Office, nor copies of any discovery provided by Defendant's criminal defense attorney to the U.S. Attorney. All is subject to a Protective Order in the underlying criminal case, *United States v. Ulrich*, Case No. 1:22-cr-00015-APM-9, in the United States District Court for the District of Columbia.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered;

RESPONSE: None.

(D) For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgement.

RESPONSE: None.

Respectfully submitted this 1st day of June, 2023.

**KICKLIGHTER LAW**

*s/ Claude M. Kicklighter, Jr.*
CLAUDE M. KICKLIGHTER, JR.
State Bar No. 416998
Attorney for Defendant
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: Mickey@kick-law.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing by filing the same in the electronic filing system of which the interested parties are registered service recipients.

Respectfully submitted this 1st day of June, 2023.

**KICKLIGHTER LAW**

*s/ Claude M. Kicklighter, Jr.*
CLAUDE M. KICKLIGHTER, JR.
State Bar No. 416998
Attorney for Defendant
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: Mickey@kick-law.com
