**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **CASE NO.:  21-cv-03267 (APM)** |
| **v.** | ) | |
| **THOMAS E. CALDWELL** | ) | |
| **(Proud Boys, Inter., LLC, et. al.)** | ) | |
| | ) | |
| **Defendants** | ) | |

## Motion to Join co-Defendants Motions to Dismiss

Defendant Thomas E. Caldwell, pro se, requests to join previously filed motions to dismiss filed by his co-defendants, and in support states:

1) On March 31, 2023, the Court granted in part various motions to dismiss filed by co-defendants in this case.  ECF No. 171.  The Court dismissed Section 1985 (Count 1) and Section 1986 (Count 2) and a request for injunctive relief.  ECF No. 171.
2) Defendant Caldwell requests that Counts 1 and 2 be dismissed against him as well. Defendant Caldwell also requests that Plaintiff's request for injunctive relief be dismissed against him, also.
3) Defendant Caldwell joins all arguments made by his co-defendants in motions to dismiss docketed as ECFs 97, 108, 109-1, 110-1, 111, 114, 115,116, 140, 149, and 168.

Wherefore, Defendant Caldwell requests that Counts 1 and 2 of the complaint filed against him be dismissed, and that Plaintiff's request for injunctive relief be dismissed against him as well.

Thomas E. Caldwell, Defendant
P.O. Box 1120
Berryville, VA 22611

RECEIVED
Mail Room

JUN - 9 2023

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Motion to Join co-Defendants' Motions to Dismiss was mailed via the Post Office on June 8, 2023 to Plaintiffs' counsel: Kathleen Konopka, Vikram Swaruup, and Brendan Downes, 400 6th Street NW, Washington, DC 20001, Norman Eisen, 1420 K St., Washington 20005, Eileen Hershenov, 605 Third Ave. New York 10158, Jeannie Rhee, 2001 K St., NW, Washington 20006, Christine Sun, 3749 Buchanan St., San Francisco, CA 94147, Matthew Larrabee, 1095 Ave. of the Americas, New York, NY 10036, Vince Cohen, 1900 K St., NW, Washington 20006, Michael Dolusio, 2929 Arch St., Philadelphia, PA 19104, and Daniel Kramer, A. Erlich, and Erin Morgan, 1285 Ave. of the Americas, New York, NY 10019.  Also, a copy was emailed to all plaintiffs and defense counsel.

Thomas E. Caldwell, Defendant