PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(202) 223-7466

WRITER'S DIRECT FACSIMILE
(202) 330-5012

WRITER'S DIRECT E-MAIL ADDRESS
jrhee@paulweiss.com

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON           WILLIAM A. ISAACSON
JOSEPH J. BIAL            MARK F. MENDELSOHN
PAUL D. BRACHMAN          JANE B. O'BRIEN
JOHN P. CARLIN            JESSICA E. PHILLIPS
REBECCA S. COCCARO        JEANNIE S. RHEE
TIHITINA DAGNEW           KANNON K. SHANMUGAM
KAREN L. DUNN             KYLE SMITH
KENNETH A. GALLO          JOSHUA H. SOVEN
ROBERTO J. GONZÁLEZ

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*        BRIAN KRAUSE*
EDWARD T. ACKERMAN*       CAITH KUSHNER*
JACOB A. ADLERSTEIN*      DAVID K. LAKHDHIR*
ALLAN J. ARFFA*           GREGORY F. LAUFER*
JONATHAN H. ASHTOR*       BRIAN C. LAVIN*
ROBERT A. ATKINS*         XIAOYU GREG LIU*
SCOTT A. BARSHAY*         RANDY LUSKEY*
PAUL M. BASTA*            LORETTA E. LYNCH*
LYNN B. BAYARD*           JEFFREY D. MARELL*
BRUCE BIRENBOIM*          MARCO V. MASOTTI*
H. CHRISTOPHER BOEHNING*  DAVID W. MAYO*
BRIAN BOLIN*              ELIZABETH R. McCOLM*
ANGELO BONVINO*           JEAN M. McLOUGHLIN*
ANDRE G. BOUCHARD*        ALVARO MEMBRILLERA*
GERALD BRANT*             CLAUDINE MEREDITH-GOUJON*
ROBERT A. BRITTON*        WILLIAM B. MICHAEL*
WALTER F. BROWN*          SEAN A. MITCHELL*
SUSANNA M. BUERGEL*       ERIN J. MORGAN*
JESSICA S. CAREY*         JUDIE NG SHORTELL*
DAVID CARMONA*            CATHERINE NYARADY*
GEOFFREY R. CHEPIGA*      BRAD R. OKUN*
ELLEN N. CHING*           SUNG PAK*
WILLIAM A. CLAREMAN*      CRYSTAL L. PARKER*
LEWIS R. CLAYTON          LINDSAY B. PARKS*
YAHONNES CLEARY*          ANDREW M. PARLEN*
JAY COHEN                 DANIELLE C. PENHALL*
KELLEY A. CORNISH*        CHARLES J. PESANT*
CHRISTOPHER J. CUMMINGS*  ANASTASIA V. PETERSON*
THOMAS V. DE LA BASTIDE III* AUSTIN S. POLLET*
MEREDITH R. DEARBORN*     VALERIE E. RADWANER*
ALICE BELISLE EATON*      JEFFREY J. RECHER*
ANDREW J. EHRLICH*        LORIN L. REISNER*
GREGORY A. EZRING*        ANDREW N. ROSENBERG*
ROSS A. FIELDSTON*        JACQUELINE P. RUBIN*
ANDREW C. FINCH*          RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*      ELIZABETH M. SACKSTEDER*
BRIAN P. FINNEGAN*        JEFFREY B. SAMUELS*
ROBERTO FINZI*            PAUL L. SANDLER*
PETER E. FISCH*           AARON J. SCHLAPHOFF*
HARRIS FISCHMAN*          KENNETH M. SCHNEIDER*
KATHERINE B. FORREST*     ROBERT B. SCHUMER*
VICTORIA S. FORRESTER*    JOHN M. SCOTT*
HARRIS B. FREIDUS*        BRIAN SCRIVANI*
MANUEL S. FREY*           KYLE T. SEIFRIED*
MICHAEL E. GERTZMAN*      SUHAN SHIM*
ADAM M. GIVERTZ*          CULLEN L. SINCLAIR*
SALVATORE GOGLIORMELLA*   MAURY SLEVIN*
NEIL GOLDMAN*             AUDRA J. SOLOWAY*
MATTHEW B. GOLDSTEIN*     SCOTT M. SONTAG*
CHARLES H. GOOGE, JR.*    MEGAN SPELMAN*
ANDREW G. GORDON*         ROBERT Y. SPERLING*
BRIAN S. GRIEVE*          EYITAYO ST. MATTHEW-DANIEL*
UDI GROFMAN*              SARAH STASNY*
MELINDA HAAG*             AIDAN SYNNOTT*
ALAN S. HALPERIN*         ROBERT D. TANANBAUM*
CLAUDIA HAMMERMAN*        BRETTE TANNENBAUM*
IAN M. HAZLETT*           RICHARD C. TARLOWE*
BRIAN S. HERMANN*         DAVID TARR*
JOSHUA HILL JR.*          MONICA K. THURMOND*
MICHELE HIRSHMAN*         DANIEL J. TOAL*
JARRETT R. HOFFMAN*       LAURA C. TURANO*
ROBERT HOLO*              CONRAD VAN LOGGERENBERG*
CHRISTOPHER HOPKINS*      KRISHNA VEERARAGHAVAN*
DAVID S. HUNTINGTON*      JEREMY M. VEIT*
AMRAN HUSSEIN*            LIZA M. VELAZQUEZ*
LORETTA A. IPPOLITO*      MICHAEL VOGEL*
JAREN JANGHORBANI*        ANDREA WAHLQUIST BROWN*
BRIAN M. JANSON*          JOHN WEBER*
LUKE JENNINGS*            THEODORE V. WELLS, JR.
JEH C. JOHNSON            SAMUEL J. WELT*
MATTHEW B. JORDAN*        LINDSEY L. WIERSMA*
CHRISTODOULOS KAOUTZANIS* STEVEN J. WILLIAMS*
BRAD S. KARP*             LAWRENCE I. WITDORCHIC*
PATRICK N. KARSNITZ*      MARK B. WLAZLO*
JOHN C. KENNEDY*          ADAM WOLLSTEIN*
ROBERT A. KILLIP*         STACI YABLON*
BRIAN KIM*                BOSCO YIU*
KYLE J. KIMPLER*          KAYE N. YOSHINO*
JEFFREY L. KOCHIAN*       TONG YU*
ALEXIA D. KORBERG*        TAURIE M. ZEITZER*
DANIEL J. KRAMER*         KENNETH S. ZIMAN*
ANDREW D. KRAUSE*         T. ROBERT ZOCHOWSKI, JR.*

*NOT ADMITTED TO THE DC BAR

June 22, 2023

By ECF

The Honorable Amit P. Mehta
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:  *District of Columbia* v. *Proud Boys International L.L.C. et al.*,
Case No. 1:21-cv-03267-APM

Dear Judge Mehta:

We write on behalf of Plaintiff District of Columbia (the "District") in response to Defendant Thomas E. Caldwell's motion, filed June 9, 2023, to join his Co-Defendants' previously filed motions to dismiss (D.I. 209).[1]

As an initial matter, Defendant Caldwell cannot now join those motions because they have already been decided (D.I. 171). The Court denied the moving Defendants' motions to dismiss the District's civil conspiracy counts for assault, battery, and

---

[1] Caldwell's motion to join the previously filed motions to dismiss comes approximately 14 months after the Amended Complaint was filed, *see* D.I. 94, and approximately one year after responses to the Amended Complaint were due under the Court's modified consolidated briefing schedule, *see* D.I. 103. In fact, Caldwell filed an answer to the Amended Complaint at that time. D.I. 117.

intentional infliction of emotional distress, and Caldwell offers no basis on which the Court can or should reconsider that decision.[2]

Moreover, for the reasons stated in the District's Omnibus Opposition to Defendants' Motions to Dismiss (D.I. 145), the arguments in the motions Caldwell joins are without merit and should be dismissed. In lieu of filing additional briefing in opposition, we direct the Court's attention to the Amended Complaint's allegations of Defendant Caldwell's involvement in the larger conspiracy. For example, the Amended Complaint alleges:

- Caldwell is an affiliate or member of the Oath Keepers. Am. Compl. ¶ 16.

- Caldwell was criminally charged and indicted for his role in perpetrating the attack on the Capitol on January 6, 2021.[3] *Id.*

- On November 9, 2020, Caldwell contacted Oath Keepers leader Defendant Stewart Rhodes with the results of a lengthy reconnaissance trip he had taken to the District and to coordinate for an upcoming "op." *Id.* ¶ 115.

- On November 14 and 15, 2020, Caldwell and other Oath Keepers members and Defendants met at Caldwell's Virginia farmhouse, where plans to forcibly oppose the lawful transfer of presidential power were discussed. *Id.* ¶ 117.

- On November 23, 2020, Caldwell sent a text message to Defendant Watkins stating, among other things: "I believe we will have to get violent to stop this, especially the antifa maggots who are sure to come out en masse even if we get the Prez for 4 more years. . . . we may have to fight next time." *Id.* ¶ 122.

- Caldwell coordinated travel to the Washington, D.C. metropolitan area with other Oath Keepers Defendants. *Id.* ¶¶ 186, 190, 192-93.

- On January 1, 2021, Caldwell posted on social media that he would no longer make efforts to act peacefully. *Id.* ¶ 213.

- On January 2, 2021, Caldwell sent messages to contacts seeking boats that could quickly ferry Quick Response Teams and "heavy weapons" across the Potomac if the need arose. *Id.* ¶ 196.

---

[2] *See, e.g., Ferrer* v. *CareFirst, Inc.*, 278 F. Supp. 3d 330, 332 (D.D.C. 2017) (reconsideration of non-final decision may be granted only when movant shows intervening change in law, newly discovered evidence, or clear error in the initial order).

[3] A jury has since convicted Caldwell of obstruction of an official proceeding of Congress and tampering with documents or proceedings. *See* Verdict Form, *United States* v. *Rhodes*, No. 22-cr-15-APM, D.I. 410 at 4, 7.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

- On January 5, 2021, Caldwell dropped off firearms, ammunition, and related gear with the Quick Reaction Force teams at the Comfort Inn in Ballston, Virginia. *Id.* ¶ 244.

- Caldwell mapped out a route between the Capitol building and an address one block from the Comfort Inn Ballston, and, on January 5, 2021, drove into the District, around the Capitol, and back to the Comfort Inn Ballston in what he described as a reconnaissance mission. *Id.* ¶ 247.

- On January 6, 2021, to prepare for the violent acts they had been planning, Caldwell and other Defendants equipped themselves with communication devices and donned reinforced vests, helmets, and goggles. *Id.* ¶ 301.

- During the attack on the Capitol on January 6, 2021, Caldwell texted Defendant Watkins: "Where are you?  Pence has punked out.  We are screwed. . . . I am here at the dry fountain to the left of the Capitol." *Id.* ¶ 330.

- During the attack on the Capitol on January 6, 2021, Caldwell sent a social media message stating: "We are surging forward.  Doors breached." *Id.* ¶ 364.

- During the attack on the Capitol on January 6, 2021, Caldwell posted a Facebook message that read, "Inside." *Id.* ¶ 410.

The above allegations, as well as additional allegations included and incorporated in the Amended Complaint, are more than sufficient to state claims against Defendant Caldwell.

Respectfully submitted,

/s/ *Jeannie Rhee*
Jeannie Rhee

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2023, I caused the foregoing letter to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.


/s/ Jeannie S. Rhee

Jeannie S. Rhee