IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

DISTRICT OF COLUMBIA,

            Plaintiff,

v.                             No. 1:21-CV-03267-APM

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

            Defendants.

---

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Court Rule 83.6, Plaintiff District of Columbia files this Motion for Withdrawal of Counsel to withdraw Aaron Scherzer of States United Democracy Center as counsel for Plaintiff District of Columbia. Mr. Scherzer will no longer be associated with States United Democracy Center, effective June 23, 2023. Plaintiff will continue to be adequately represented by experienced counsel, including all of the attorneys other than Mr. Scherzer in the signature blocks below.

1

Respectfully submitted,

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: /s/ *Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
1420 K Street NW
Washington, DC 20005
Tel: 202-656-8178
Email: norm@statesuniteddemocracy.org

By: /s/ *Christine P. Sun*
Christine P. Sun
Katherine Reisner
3749 Buchanan St., No. 475165
San Francisco, CA 94147-3103
Tel: 615-574-9108
Email:christine@statesuniteddemocracy.org
       katie@statesuniteddemocracy.org

By: /s/ *Aaron Scherzer*
Aaron Scherzer
572 Valley Road, No. 43592
Montclair, NJ 07043
Tel: 862-367-6480
Email: aaron@statesuniteddemocracy.org

Dated: June 23, 2023

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
Eileen B. Hershenov
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5805
Email: ehershenov@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       aehrlich@paulweiss.com
       ejmorgan@paulweiss.com

**DECHERT LLP**

By: /s/ *Matthew L. Larrabee*
Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By: /s/ *Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
    d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 23, 2023, I caused Plaintiff's Motion for Withdrawal of Counsel to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

/s/ *Aaron Scherzer*
Aaron Scherzer