IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA, et al.,

    Plaintiff,

v.

PROUD BOYS INTERNATIONAL, L.L.C., et al.,

    Defendants.

CIVIL ACTION NO.: 1:21-cv-03267

## MOTION TO JOIN CO-DEFENDANTS MOTIONS TO DISMISS

Defendant David J. Moerschel, pro-se, requests to join previously filed motions to dismiss, which were filed by his co-defendants, and in support cites (including but not limited to) Rule 12c and states:

1) On March 31, 2023, the Court granted in part various motions to dismiss filed by co-defendants in this case. ECF No. 171. The Court dismissed Section 1985 (Count 1) and Section 1986 (Count 2) and a request for injunctive relief. ECF No. 171.

2) Defendant David Moerschel requests that counts 1 and 2 be dismissed against him as well. Defendant Moerschel also requests that Plaintiff's request for injunctive relief be dismissed against him.

3) Defendant David Moerschel joins all arguments made by his co-defendants in motions to dismiss docketed as ECFs 97, 108, 109-1, 110-1, 111, 114, 115, 116, 140, 149, 168, and 209.

Wherefore, Defendant Moerschel requests that Counts 1 and 2 of the complaint filed against him be dismissed, and that Plaintiff's request for injunctive relief be dismissed against him as well.

Respectfully submitted this 30th day of June, 2023.

Signed: _____

David Moerschel, *Pro se*
117 Angol St
Punta Gorda, FL 33983

RECEIVED
Mail Room
JUL -5 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CERTIFICATE OF SERVICE

I, DAVID MOERSCHEL, HEREBY CERTIFY that on June 30, 2023, a true and correct copy of the foregoing filing, **MOTION TO JOIN CO-DEFENDANTS MOTIONS TO DISMISS** OF DEFENDANT DAVID MOERSCHEL, was mailed by first-class mail, postage prepaid, to the Plaintiff and District Court of D.C.:

Respectfully submitted this June 30, 2023.

Signed: *[signature]*

David Moerschel, *Pro se*
117 Angol St
Punta Gorda, FL 33983

**Copies:**

Jeannie S Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

Clerk's Office
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C., 20001