UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>        Plaintiff,<br><br>    v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>        Defendants. | Civil Action No. 21-cv-03267-APM |

### JOINT STATUS REPORT

In accordance with the Court's instruction at the June 16, 2023 joint status conference in *Smith* v. *Trump*, No. 21-cv-2265 and *District of Columbia* v. *Proud Boys International, LLC*, No. 21-cv-3267, Plaintiff District of Columbia and Defendants Kuehne, Moerschel, Biggs, Tarrio, Schaffer, and Ulrich submit this report regarding the status of this case.

**I. Background**

The District filed the Complaint in this case on December 14, 2021, and the Amended Complaint on April 1, 2022. ECF Nos. 1, 94. The District brought multiple counts against Defendants[1] for violation of 42 U.S.C. § 1985(1), violation of 42 U.S.C. § 1986, and common-law civil conspiracy resulting in assault, battery, and intentional infliction of emotional distress.

---

[1] The term "Defendants," as used herein, refers to all Defendants in this action, regardless of whether they participated in the Rule 26(f) conference or have appeared in the case.

Twenty-one of the 39 Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Greene, Hackett, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Scott, Watkins, Young, Oath Keepers, and Proud Boys International, L.L.C.—never responded to the Amended Complaint by filing an answer or filing or joining motions to dismiss. Fourteen of the 39 Defendants—Biggs, Harrelson, Klein, Kuehne, C. Meggs, K. Meggs, Minuta, Pepe, Schaffer, Steele, Tarrio, Ulrich, Worrell, and Vallejo—filed or joined in motions to dismiss the Amended Complaint.

On March 31, 2023, the Court granted the moving Defendants' motions to dismiss the claims under 42 U.S.C. § 1985(1) and 42 U.S.C. § 1986 and denied the moving Defendants' motions to dismiss the common law conspiracy claims. *See* ECF No. 171. Following that decision, Defendants Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rhodes, Schaffer, Steele, Ulrich, and Vallejo each filed an Answer to the Amended Complaint. *See* ECF Nos. 172, 175, 178, 187, 188, 189, 190, 194, 195, 196, 216. Several of the other Defendants who had moved to dismiss—Defendants Biggs, C. Meggs, K. Meggs, Tarrio, and Worrell—did not file answers following the Court's decision on their motions to dismiss.

On April 6, 2023, following the Court's ruling on the defendants' motions to dismiss, the Court issued an Order notifying the parties in this case that the Court had entered a Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213). The Court instructed the parties to "meet and confer with counsel in *Smith* to coordinate discovery between the cases." The Court further ordered the parties to provide a Joint Status Report by no later than April 14, 2023, which "updates the court on the meet

and confer and advises whether any adjustments to the schedule in Smith will be required in this case." (Minute Order, Apr. 6, 2023.)

On May 9, 2023, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f). Thirteen of the Defendants who filed answers to the Amended Complaint participated in that conference. Defendant Moerschel, who also filed an answer to the Amended Complaint, did not participate in the conference.

Per the Court's order, initial disclosures were due on June 1, 2023. The District served initial disclosures that, among others, identified 65 Metropolitan Police Department officers who were injured in the January 6 Attack on the Capitol. All 13 of the Defendants who attended the May 9 conference also served initial disclosures on that date. On June 15, 2023, Defendant Moerschel, who did not attend the May 9 conference, also served his initial disclosures. None of the other Defendants have served initial disclosures.

On June 16, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*. During that status conference, the Court asked the parties to submit updated status reports by August 1, 2023.

II.     **Status Update and Next Steps**

The District served Requests for Production on Defendants Ashlock, Biggs, Kuehne, Caldwell, Chrestman, DeCarlo, Donohoe, Greene, Jackman, C. Meggs, K. Meggs, Nordean, Colon, Crowl, Hackett, Harrelson, James, Moerschel, Steele, Ulrich, and the Oath Keepers on June 20, 2023. Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

The District served Requests for Production on Defendants Bru, Klein, Minuta, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Scott, Tarrio,

Vallejo, Watkins, Worrell, Young, and Proud Boys International, L.L.C.[2] on June 21, 2023. Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

To date, only five of the 39 Defendants—Caldwell, Greene,[3] Moerschel,[4] Schaffer, and Steele—have responded to the District's requests. Four others—Defendants Ulrich, Kuehne, Tarrio and Biggs—responded to the District's draft status update to say that they were not aware they had missed any deadline. Defendants Ulrich and Kuehne have agreed to respond by August 14, 2023. Defendants Tarrio and Biggs, have agreed to respond by September 22, 2023, after their sentencing.

Defendants Greene, Moerschel, and Steele served responses & objections but produced no documents, each representing that they do not have custody of any responsive documents. Defendant Schaffer served responses & objections and also made a production of documents. Defendant Caldwell made a production of documents. The remaining 30 Defendants—including Defendants Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Hackett, Harrelson, Jackman, James, Klein, C. Meggs, K. Meggs, Minuta, Nordean, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rehl, Rhodes, Scott, Vallejo, Watkins, Worrell, Young, Oath Keepers, and Proud Boys International, L.L.C.— have ignored the District's requests.

---

[2] The District served its Requests on Defendant Proud Boys International, L.L.C. via its Chairman, Defendant Tarrio, on June 21, 2023. Out of an abundance of caution, the District also served its Requests on Defendant Proud Boys International, L.L.C. via the Texas Secretary of State on July 14, 2023.
[3] Defendant Greene responded to the District's Requests for Production, but has not previously answered either the original or amended complaint, moved to dismiss, participated in conferences, or served initial disclosures.
[4] Defendant Moerschel provided responses to the District's Requests for Production via email on July 31, 2023, and indicated that they would be served via mail shortly.

The District is attempting to contact the delinquent Defendants (through counsel, where they are represented) to assess whether they are going to respond to the District's Requests for Production in the near future. To the extent they are not—or that the District is unable to establish contact—it plans to move to compel responses from the remaining Defendants within the next 30 days.

Defendant Schaffer contends that, while the District provided an initial disclosure statement, the District did not provide any evidence or documents to support its claim against Defendant Schaffer. In light of the lack of any such evidence, Defendant Schaffer has also requested that the District reach out to the prosecutor in the criminal proceedings as part of its due diligence.

### III.  Next Steps

As noted above, the District is primarily focused at this point on obtaining discovery from the Defendants and plans to move to compel Defendants to engage in discovery as necessary.

Additionally, 17 of the 39 Defendants[5] in this case have failed to respond to the District's claims in any way: they have not responded to the original Complaint or the Amended Complaint, participated in meet and confer discussions, made initial disclosures, or responded to the District's Requests For Production. Accordingly, the District would like to discuss with the Court a schedule for moving for entries of default against those Defendants.

---

[5] Defendants Ashlock, Bru, Chrestman, Crowl, DeCarlo, Donohoe, Hackett, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Scott, Young, Oath Keepers, and Proud Boys International, L.L.C. have not participated in this litigation at any point.

Defendant Schaffer intends to submit discovery requests to the District as to what evidence, if any, exists to support its claims against Defendant Schaffer. Should no evidence exist, Defendant Schaffer intends to seek judicial intervention.

Dated: August 1, 2023

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:     /s/ *Brendan B. Downes*
       Brendan B. Downes (D.C. Bar 187888)
       400 6th St. NW
       Washington, DC 20001
       Tel: 202-724-6533
       Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:     /s/ *Norman Eisen*
       Norman Eisen (D.C. Bar 435051)
       1420 K Street NW
       Washington, DC 20005
       Tel: 202-656-8178
       Email: norm@statesuniteddemocracy.org

By:     /s/ *Christine P. Sun*
       Christine P. Sun
       Katherine Reisner
       3749 Buchanan St., No. 475165
       San Francisco, CA 94147-3103
       Tel: 615-574-9108
       Email: christine@statesuniteddemocracy.org
            katie@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
    Eileen B. Hershenov
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5805
    Email: ehershenov@adl.org

By: /s/ *James Pasch*
    James Pasch
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5806
    Email: jpasch@adl.org

| | |
|---|---|
| **DECHERT LLP** | **PAUL, WEISS, RIFKIND,**<br>**WHARTON & GARRISON LLP** |

By: /s/ *Matthew L. Larrabee*
     Matthew L. Larrabee
     1095 Avenue of the Americas
     New York, NY 10036-6797
     Tel: 212-698-3500
     Fax: 212-698-3599
     Email: matthew.larrabee@dechert.com

By: /s/ *Vincent H. Cohen*
     Vincent H. Cohen, Jr. (D.C. Bar 471489)
     D. Brett Kohlhofer (D.C. Bar 1022963)
     1900 K Street, NW
     Washington, D.C. 20006-1110
     Tel: 202-261-3300
     Fax: 202-261-3333
     Email: vincent.cohen@dechert.com
            d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
     Michael S. Doluisio
     2929 Arch Street
     Philadelphia, PA 19104-2808
     Tel: 215-994-2000
     Fax: 215-994-2222
     Email: michael.doluisio@dechert.com

By: /s/ *Jeannie S. Rhee*
     Jeannie S. Rhee (D.C. Bar 464127)
     2001 K Street, NW
     Washington, D.C. 20006-1047
     Tel:  202-223-7300
     Fax:  202-223-7420
     Email:jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
     Daniel J. Kramer
     Andrew J. Ehrlich
     Erin J. Morgan
     1285 Avenue of the Americas
     New York, NY 10019-6064
     Tel: 212-373-3000
     Fax: 212-757-3990
     Email: dkramer@paulweiss.com
            aehrlich@paulweiss.com
            ejmorgan@paulweiss.com

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By: /s/ *William T. DeVinney*
William Thomas DeVinney
1921 Gallows Road
Tysons, VA 22182
703-942-8076
Email: wdevinney@brigliahundley.com


*Counsel for Defendant Jon Schaffer:*

**ATTORNEYS FOR FREEDOM LAW FIRM**

By: /s/ *Jody Lynn Broaddus*
Jody Lynn BRoaddus
3185 S. Price Road
Chandler, AZ 85248
480-755-7110
Email: jody@attorneysforfreedom.com


*Counsel for Brian Ulrich*

**KICKLIGHTER LAW, P.C.**

By: /s/ *Claude M. Kicklighter, Jr.*
Claude M. Kicklighter, Jr.
412 North Laurel Street
Springfield, GA 31329
912-754-6003
Fax: 912-754-6336
Email: mickey@kick-law.com


*David Moerschel, Pro Se*

By: /s/ *David Moerschel*
David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By:   /s/ *J. Daniel Hull*
John Daniel Hull
1420 N Street, NW
Washington, DC 20005
202-429-6520
Fax: 412-261-2627
Email: jdhull@hullmcguire.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 1, 2023, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

*/s/ Jeannie S. Rhee*

Jeannie S. Rhee