IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA, et al.,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**PROUD BOYS INTERNATIONAL, L.L.C.,** et al.,<br><br>    **Defendants.** | CIVIL ACTION NO.: 1:21-cv-03267 |

## CERTIFICATE PURSUANT TO LCvR 5.3

I hereby certify that I have this day served all interested parties with a copy of Defendant Brian Ulrich's Responses to Plaintiff's Request for Production of Documents:

Via statutory electronic service to the following:

Counsel for Plaintiff:

Brendan B. Downes
Brendan.Downes@dc.gov

Norman Eisen
Norm@statesuniteddemocracy.org

Christine Sun
christine@statesuniteddemocracy.org

Eileen Hershenov
ehershenov@adl.org

James Pasch
jpasch@adl.org

Daniel Kramer
dkramer@paulweiss.com

Erin J. Morgan
ejmorgan@paulweiss.com

Matthew L. Larrabee
Matthew.larrabee@dechert.com

Vincent Cohen
Vincent.cohen@dechert.com

D. Brett Kohlhofer
d.brett.kohlhofer@dechert.com

Michael Doluisio
Michael.doluisio@dechert.com

Jeannie Rhee
jrhee@paulweiss.com

Andrew Ehrlich
aehrlich@paulweiss.com

Defendants or Defense Counsel:

| | |
|---|---|
| William T. DeVinney<br>wdevinney@brigliahundley.com | Michael Lawlor<br>mlawlor@verizon.net |
| Jody Lynn Broaddus<br>jody@attorneysforfreedom.com | John Daniel Hull, IV<br>jdhull@hullmcguire.com |
| James Andersen<br>jandersen@rsrm.com | Bradford Geyer<br>Bradford.geyer@formerfedsgroup.com |
| Roderick Barnes<br>rbarnes@rsrm.com | John M. Pierce<br>jpierce@johnpiercelaw.com |
| Adam Sampson<br>asampson@rsrm.com | Amy Bradley<br>abradley@bklawva.com |
| Jonathan Alden Moseley<br>contact@jonmoseley.com | Juli Haller<br>Juli.haller@aflegal.org |
| Stephen Brennwald<br>sfbrennwald@cs.com | Patrick Trainor<br>pt@ptesq.com |
| George Doumar<br>gdoumar@doumarmartin.com | Daniel Michael Gray<br>Danielm.gray56@gmail.com |

Via United States mail with adequate postage attached thereon to insure delivery to the following:

David Moerschel
117 Angol Street
Punta Gorda, FL 33983-5324

    Respectfully submitted this 14th day of August, 2023.

                                     **KICKLIGHTER LAW, P.C.**

                                     *s/ Claude M. Kicklighter, Jr.*
                                     Claude M. Kicklighter, Jr.
                                     USDC Dist. Of Columbia
                                     Bar ID GA0035
                                     Attorney for Brian Ulrich

412 North Laurel Street  
Springfield, Georgia 31329  
Tel: (912) 754-6003  
Fax: (912) 754-6336  
Email: Mickey@kick-law.com