**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DISTRICT OF COLUMBIA, et al.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**PROUD BOYS INTERNATIONAL, L.L.C., et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO.: 1:21-cv-03267** |

**DEFENDANT MOERSCHEL MOTION TO EXCUSE PERSONAL APPEARANCE**

Defendant David Moerschel, pro-se, respectfully requests the court's permission to excuse his personal appearance for Status Conference on October 5, 2023 (the date set as of 8/15/2023), in the event that incarceration prevents him from participating.

Respectfully submitted this 25 day of August, 2023.

Signed:



David Moerschel, *Pro se*
117 Angol St
Punta Gorda, FL 33983

RECEIVED
Mail Room
AUG 29 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CERTIFICATE OF SERVICE

I, DAVID MOERSCHEL, HEREBY CERTIFY that on Aug 25, 2023, a true and correct copy of the foregoing filing, **DEFENDANT MOERSCHEL MOTION TO EXCUSE PERSONAL APPEARANCE**, was mailed by first-class mail, postage prepaid, to the Plaintiff and District Court of D.C.:

Respectfully submitted this 25th Aug, 2023.

Signed:

David Moerschel, *Pro se*
117 Angol St
Punta Gorda, FL 33983

**Copies:**

Jeannie S Rhee
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047

Clerk's Office
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C., 20001