IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,
    Plaintiff,

v.

PROUD BOYS INTERNATIONAL,
LLC., et al.,
    Defendants.

Case No. 21-cv-03267

## DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS

1.   NICK DE CARLO, Defendant pro se, moves this Honorable Court for an order to quash service of process .

2.   The grounds for this motion are that Defendant was never personaly served by proper summons and has never personally received either the original or amended complaints.

3.   This motion is based on the pleadings and papers on file in this case and the attached memorandum of points and authorities.

    Submitted this 11 day of September, 2023.

NICK DE CARLO, Defendant pro se
27214-509
FMC Fort Wprth
P. O. Box 15330
3150 Horton Road
Fort Worth, TX  76119



RECEIVED
Mail Room
SEP 18 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury and 28 U.S.C. § 1746 that on the 11 day of September, 2023, I placed with authorities at FMC Fort Worth for delivery via USPS first-class mail, postage prepaid, the foregoing DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS and MEMORANDUM IN SUPPORT to the Clerk of Court and Counsel for Plaintiff.

/s/ Nick De Carlo

NICK DE CARLO, Plaintiff pro se
27214-509
FMC Fort Worth
P. O. Box 15330
3150 Horton Road
Fort Worth, TX  76119