# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DISTRICT OF COLUMBIA**, | ) |
| | ) |
| Plaintiff, | ) Case No 1:21-cv-03267 |
| | ) The Honorable Amit P. Mehta |
| v. | ) |
| | ) |
| **CONNIE MEGGS,** et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT CONNIE MEGGS ANSWER TO COMPLAINT

Defendant Connie Meggs ("Defendant"), by and through the undersigned counsel, hereby files the following answer to Plaintiff District of Columbia's Amended Complaint, April 1, 2022 (ECF No. 094).

## AMENDED COMPLAINT

1.      Defendant denies that she conspired to terrorize the District of Columbia in any capacity, and lacks the information to otherwise respond.

## NATURE OF THIS ACTION

2.      Defendant denies involvement in any conspiracy alleged in the Amended Complaint and lacks the information to otherwise respond.

3.      Defendant denies that Connie Meggs sought to overturn the 2020 Presidential Election, denies that the Connie Meggs engaged in a "planned attack," and lacks the information to otherwise respond.

4.      Defendant denies that she engaged in any domestic terrorism, and lack the information to otherwise respond.

5.     Defendant admits that supporters of President Trump came to the District of Columbia on or about January 6, 2021, admits that Connie Meggs came to the District of Columbia on or about January 6, 2021, denies claims that Connie Meggs was "ready and eager to carry out a violent attack on the lawful operation of government," and lacks the information to otherwise respond.

6.     Defendant Connie Meggs admits that she entered the Capitol Building on January 6, 2021, but denies all other allegations in this paragraph as they relate to Mrs. Meggs. Defendant lacks the information to respond to the actions taken on January 6, 2021 by the Proud Boys, Oath Keepers, and anyone other than herself.

7.     Defendant lacks the information to respond to this paragraph.

8.     Defendant denies participation in any conspiracy and/or that a conspiracy existed. Defendant otherwise lacks the information to respond to this paragraph.

9.     Defendant lacks the information to respond to this paragraph.

## PARTIES

10.     Defendant admits to a general knowledge of the District of Columbia and its status as the Capitol of the United States of America.  Defendant lacks the information to otherwise respond to this paragraph.

11.     Defendant lacks the information to respond to this paragraph.

12.     Defendant admits general awareness of the existence of the Oath Keepers. Defendant lacks the information to otherwise respond to this paragraph.

### *Individual Defendants*

13.     Defendant lacks the information to respond to this paragraph.

14.     Defendant lacks the information to respond to this paragraph.

15.     Defendant lacks the information to respond to this paragraph.

16.     Defendant lacks the information to respond to this paragraph.

17.     Defendant lacks the information to respond to this paragraph.

18.     Defendant lacks the information to respond to this paragraph.

19.     Defendant lacks the information to respond to this paragraph.

20.     Defendant lacks the information to respond to this paragraph.

21.     Defendant lacks the information to respond to this paragraph.

22.     Defendant lacks the information to respond to this paragraph.

23.     Defendant lacks the information to respond to this paragraph.

24.     Defendant lacks the information to respond to this paragraph.

25.     Defendant lacks the information to respond to this paragraph.

26.     Defendant lacks the information to respond to this paragraph.

27.     Defendant lacks the information to respond to this paragraph.

28.     Defendant lacks the information to respond to this paragraph.

29.     Defendant admits that Connie Meggs is a resident and citizen of the state of Florida.  Defendant denies that Connie Meggs is a member of the Oath Keepers.  Otherwise, Defendant notes that the criminal indictment(s) and charge(s) in Mrs. Meggs's case speak for themselves.

30.     Defendant admits that Kelly Meggs is a resident and citizen of Florida.  Otherwise, Defendant notes that the criminal indictment(s) and charge(s) in Mr. Meggs's case speak for themselves.

31.     Defendant lacks the information to respond to this paragraph.

32.     Defendant lacks the information to respond to this paragraph.

33.   Defendant lacks the information to respond to this paragraph.

34.   Defendant lacks the information to respond to this paragraph.

35.   Defendant lacks the information to respond to this paragraph.

36.   Defendant lacks the information to respond to this paragraph.

37.   Defendant lacks the information to respond to this paragraph.

38.   Defendant lacks the information to respond to this paragraph.

39.   Defendant lacks the information to respond to this paragraph.

40.   Defendant lacks the information to respond to this paragraph.

41.   Defendant lacks the information to respond to this paragraph.

42.   Defendant lacks the information to respond to this paragraph.

43.   Defendant lacks the information to respond to this paragraph.

44.   Defendant lacks the information to respond to this paragraph.

45.   Defendant lacks the information to respond to this paragraph.

46.   Defendant lacks the information to respond to this paragraph.

47.   Defendant lacks the information to respond to this paragraph.

48.   Defendant lacks the information to respond to this paragraph.

49.   Defendant lacks the information to respond to this paragraph.

50.   Defendant lacks the information to respond to this paragraph,

51.   N/A

52.   Defendant denies the allegations in this paragraph.

53.   Defendant denies the allegations in this paragraph.

## JURISDICTION AND VENUE

54.     Defendant denies this paragraph as the federal claims have been dismissed in this matter.

55.     Defendant lacks the information to respond to this paragraph.

56.     Defendant lacks the information to respond to this paragraph.

## FACTUAL ALLEGATIONS

I.      **Both the Proud Boys and the Oath Keepers Have a Long History of Inciting and Engaging in Coordinated Violence.**[1]

57.     Defendant denies she engaged in violence on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

A.      **The Proud Boys' Organization and History of Violence**

58.     Defendant lacks the information to respond to this paragraph.

59.     Defendant lacks the information to respond to this paragraph.

60.     Defendant lacks the information to respond to this paragraph.

61.     Defendant lacks the information to respond to this paragraph.

62.     Defendant lacks the information to respond to this paragraph.

63.     Defendant lacks the information to respond to this paragraph.

64.     Defendant lacks the information to respond to this paragraph.

65.     Defendant lacks the information to respond to this paragraph.

66.     Defendant lacks the information to respond to this paragraph.

67.     Defendant lacks the information to respond to this paragraph.

68.     Defendant lacks the information to respond to this paragraph.

---

[1] Where, as here, Plaintiffs included subheadings for certain sections, Defendant copies such subheadings verbatim solely for clarity and organization of their responsive pleading.  The inclusion of the subheadings are neither an admission nor a denial of any underlying claims made by the subheadings.

69.     Defendant lacks the information to respond to this paragraph.

70.     Defendant lacks the information to respond to this paragraph.

71.     Defendant lacks the information to respond to this paragraph.

72.     Defendant lacks the information to respond to this paragraph.

**B.      The Oath Keepers' Organization and History of Violence**

73.     Defendant is generally aware of the existence of the Oath Keepers.  Defendant

otherwise lacks the information to respond to this paragraph.

74.     Defendant lacks the information to respond to this paragraph.

75.     Defendant lacks the information to respond to this paragraph.

76.     Defendant lacks the information to respond to this paragraph.

77.     Defendant lacks the information to respond to this paragraph.

78.     Defendant lacks the information to respond to this paragraph.

79.     Defendant lacks the information to respond to this paragraph.

80.     Defendant denies that Connie Meggs has ever been arrested prior to the events of

January 6, 2021, and lacks the information to otherwise respond to this paragraph.

81.     Defendant lacks the information to respond to this paragraph.

82.     Defendant lacks the information to respond to this paragraph.

83.     Defendant lacks the information to respond to this paragraph.

84.     Defendant lacks the information to respond to this paragraph.

85.     Defendant lacks the information to respond to this paragraph.

86.     Defendant is aware that Oath Keepers engaged in training.  Defendant denies that

the training was intended to establish any vigilante force.  Defendant lacks the information to

otherwise respond to this paragraph.

87.     Defendant lacks the information to respond to this paragraph.

88.     Defendant lacks the information to respond to this paragraph.

89.     Defendant lacks the information to respond to this paragraph.

90.     Defendant Connie Meggs admits that Kelly Meggs was indicted in approximately January 2022.  Defendant lacks the information to otherwise respond to this paragraph.

91.     Defendant Connie Meggs submits that the indictment referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) therein.

92.     Defendant lacks the information to respond to this paragraph.

93.     Defendant lacks the information to respond to this paragraph.

## II.     The Proud Boys' and Oath Keepers' Efforts to Incite Coordinated Violence Coalesced around the 2020 Presidential Election.

94.     Defendant denies that they mobilized forces to engage in acts of violence or had any conspirator commit the January 6th Attack.  Defendant lacks the information to otherwise respond to this paragraph.

### A.  Before the Election, the Proud Boys, Oath Keepers, Their Leadership, and Some of Their Members and Affiliates Readied Themselves to Incite Violence.

95.     Defendant lacks the information to respond to this paragraph.

96.     Defendant lacks the information to respond to this paragraph.

97.     Defendant lacks the information to respond to this paragraph.

98.     Defendant lacks the information to respond to this paragraph.

99.     Defendant lacks the information to respond to this paragraph.

100.    Defendant lacks the information to respond to this paragraph.

101.    Defendant lacks the information to respond to this paragraph.

**B.   After the Election, The Proud Boys, Oath Keepers, Their Leadership, and Some of Their Members and Affiliates Used President Trump's Loss to Recruit New Members**

102.    Defendant lacks the information to respond to this paragraph.

103.    Defendant lacks the information to respond to this paragraph.

104.    Defendant lacks the information to respond to this paragraph.

105.    Defendant lacks the information to respond to this paragraph.

106.    Defendant lacks the information to respond to this paragraph.

107.    Defendant lacks the information to respond to this paragraph.

108.    Defendant lacks the information to respond to this paragraph.

109.    Defendant lacks the information to respond to this paragraph.

110.    Defendant lacks the information to respond to this paragraph.

111.    Defendant lacks the information to respond to this paragraph.

112.    Defendant lacks the information to respond to this paragraph.

113.    Defendant lacks the information to respond to this paragraph.

114.    Defendant lacks the information to respond to this paragraph.

115.    Defendant lacks the information to respond to this paragraph.

116.    Defendant lacks the information to respond to this paragraph.

117.    Defendant lacks the information to respond to this paragraph.

118.    Defendant lacks the information to respond to this paragraph.

119.    Defendant lacks the information to respond to this paragraph.

120.    Defendant lacks the information to respond to this paragraph.

121.    Defendant denies the allegations contained in this paragraph.

122.    Defendant lacks the information to respond to this paragraph.

123.    Defendant lacks the information to respond to this paragraph.

124.    Defendant lacks the information to respond to this paragraph.

125.    Defendant lacks the information to respond to this paragraph.

126.    Defendant lacks the information to respond to this paragraph.

127.    Defendant lacks the information to respond to this paragraph.

128.    Defendant lacks the information to respond to this paragraph.

129.    Defendant lacks the information to respond to this paragraph.

**C. The Proud Boys, Oath Keepers, Their Leadership, and Certain of Their Members and Affiliates Used Coordinated Violence at Post-Election Events to Intimidate the Public and the Government**

130.    Defendant lacks the information to respond to this paragraph.

131.    Defendant lacks the information to respond to this paragraph.

132.    Defendant lacks the information to respond to this paragraph.

133.    Defendant lacks the information to respond to this paragraph.

134.    Defendant lacks the information to respond to this paragraph.

135.    Defendant lacks the information to respond to this paragraph.

136.    Defendant lacks the information to respond to this paragraph.

**III.    Defendants Conspire to Deploy Violent Forces in the District in an Effort to Frustrate and Undermine the Formal Process Required to Declare a Presidential Election Winner.**

137.    Defendant denies the allegations in this paragraph.

**A. The Defendants Agreed to Form an Alliance and Coordinate Their Actions for the Planned January 6th Event.**

138.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

9

139.     Defendant lacks the information to respond to this paragraph.

140.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

141.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

142.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

143.     Defendant lacks the information to respond to this paragraph.

144.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

145.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

146.     Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

147.     Defendant lacks the information to respond to this paragraph.

**B. The Defendants Carefully Planned and Coordinated the January 6th Attack.**

148.     Defendant denies any involvement in any attack.  Defendant lacks the information to otherwise respond to this paragraph.

### 1. The Defendants Recruited Participants for the Attack.

149.    Defendant denies knowledge of the existence of any conspiracy that would lead to recruiting "co-conspirators."  Defendant lacks the information to otherwise respond to this paragraph.

150.    Defendant lacks the information to respond to this paragraph.

151.    Defendant lacks the information to respond to this paragraph.

152.    Defendant lacks the information to respond to this paragraph.

153.    Defendant lacks the information to respond to this paragraph.

154.    Defendant lacks the information to respond to this paragraph.

155.    Defendant lacks the information to respond to this paragraph.

156.    Defendant lacks the information to respond to this paragraph.

157.    Defendant lacks the information to respond to this paragraph.

158.    Defendant lacks the information to respond to this paragraph.

159.    Defendant lacks the information to respond to this paragraph.

### 2.  Defendants Coordinated Strategies to Disguise Their Identities and Plans for the Attack.

160.    Defendant denies any involvement in planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

161.    Defendant lacks the information to respond to this paragraph.

162.    Defendant lacks the information to respond to this paragraph.

163.    Defendant lacks the information to respond to this paragraph.

164.    Defendant lacks the information to respond to this paragraph.

165.    Defendant lacks the information to respond to this paragraph.

166.    Defendant lacks the information to respond to this paragraph.

167.     Defendant lacks the information to respond to this paragraph.

168.     Defendant lacks the information to respond to this paragraph.

169.     Defendant lacks the information to respond to this paragraph.

### 3. The Defendants Coordinated Collection of Weapons and Tactical Supplies for the Attack

170.     Defendant lacks the information to respond to this paragraph.

171.     Defendant lacks the information to respond to this paragraph.

172.     Defendant lacks the information to respond to this paragraph.

173.     Defendant lacks the information to respond to this paragraph.

174.     Defendant lacks the information to respond to this paragraph.

175.     Defendant lacks the information to respond to this paragraph.

176.     Defendant lacks the information to respond to this paragraph.

177.     Defendant lacks the information to respond to this paragraph.

178.     Defendant admits that sometime between January 1, 2021 and January 5, 2021, Connie Meggs traveled to the Washington D.C. metro area with Kelly Meggs.  Defendant otherwise lacks the information to otherwise respond to this paragraph.

179.     Defendant lacks the information to respond to this paragraph.

180.     Defendant lacks the information to respond to this paragraph.

181.     Defendant lacks the information to respond to this paragraph.

182.     Defendant lacks the information to respond to this paragraph.

183.     Defendant lacks the information to respond to this paragraph.

### 4. The Defendants Coordinated Travel to the District

184.     Defendant denies any involvement with planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

185.    Defendant denies any involvement with planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

186.    Defendant admits that Kelly Meggs and Connie Meggs stayed at a hotel in Arlington, Virginia during their time in the Washington, D.C. metropolitan area.  Defendant lacks the information to otherwise respond to this paragraph.

187.    Defendant lacks the information to respond to this paragraph.

188.    Defendant lacks the information to respond to this paragraph.

189.    Defendant lacks the information to respond to this paragraph.

190.    Defendant lacks the information to respond to this paragraph.

191.    Defendant lacks the information to respond to this paragraph.

192.    Defendant lacks the information to respond to this paragraph.

193.    Defendant lacks the information to respond to this paragraph.

194.    Defendant lacks the information to respond to this paragraph.

195.    Defendant lacks the information to respond to this paragraph.

196.    Defendant lacks the information to respond to this paragraph.

197.    Defendant Connie Meggs admits traveling to the Washington D.C. area with Kelly Meggs and others.  Defendant otherwise lacks the information to respond to this paragraph.

198.    Defendant Connie Meggs admits attending a firearm class but denies it was as preparation for any attack.

199.    Defendant lacks the information to respond to this paragraph.

200.    Defendant lacks the information to respond to this paragraph.

201.    Defendant lacks the information to respond to this paragraph.

13

202.    Defendant lacks the information to respond to this paragraph.

203.    Defendant lacks the information to respond to this paragraph.

**C. As January 6th Neared, the Defendants' Promotion of the Attack Became Increasingly Fervent.**

204.    Defendant denies any involvement with an attack.  Defendant lacks the information to otherwise respond to this paragraph.

205.    Defendant lacks the information to respond to this paragraph.

206.    Defendant lacks the information to respond to this paragraph.

207.    Defendant lacks the information to respond to this paragraph.

208.    Defendant lacks the information to respond to this paragraph.

209.    Defendant lacks the information to respond to this paragraph.

210.    Defendant lacks the information to respond to this paragraph.

211.    Defendant lacks the information to respond to this paragraph.

212.    Defendant lacks the information to respond to this paragraph.

213.    Defendant lacks the information to respond to this paragraph.

214.    Defendant lacks the information to respond to this paragraph.

215.    Defendant lacks the information to respond to this paragraph.

216.    Defendant lacks the information to respond to this paragraph.

217.    Defendant lacks the information to respond to this paragraph.

218.    Defendant lacks the information to respond to this paragraph.

219.    Defendant lacks the information to respond to this paragraph.

220.    Defendant lacks the information to respond to this paragraph.

221.    Defendant lacks the information to respond to this paragraph.

222.    Defendant lacks the information to respond to this paragraph.

223.    Defendant lacks the information to respond to this paragraph.

224.    Defendant lacks the information to respond to this paragraph.

225.    Defendant lacks the information to respond to this paragraph.

226.    Defendant lacks the information to respond to this paragraph.

227.    Defendant lacks the information to respond to this paragraph.

228.    Defendant lacks the information to respond to this paragraph.

229.    Defendant lacks the information to respond to this paragraph.

230.    Defendant lacks the information to respond to this paragraph.

231.    Defendant lacks the information to respond to this paragraph.

232.    Defendant lacks the information to respond to this paragraph.

233.    Defendant lacks the information to respond to this paragraph.

234.    Defendant lacks the information to respond to this paragraph.

235.    Defendant lacks the information to respond to this paragraph.

236.    Defendant lacks the information to respond to this paragraph.

237.    Defendant lacks the information to respond to this paragraph.

238.    Defendant lacks the information to respond to this paragraph.

239.    Defendant lacks the information to respond to this paragraph.

240.    Defendant lacks the information to respond to this paragraph.

241.    Defendant lacks the information to respond to this paragraph.

242.    Defendant lacks the information to respond to this paragraph.

243.    Defendant denies the allegations in this paragraph.

244.    Defendant denies the allegations in this paragraph.

245.    Defendant lacks the information to respond to this paragraph.

246.    Defendant lacks the information to respond to this paragraph.

247.    Defendant lacks the information to respond to this paragraph.

248.    Defendant lacks the information to respond to this paragraph.

249.    Defendant lacks the information to respond to this paragraph.

250.    Defendant lacks the information to respond to this paragraph.

251.    Defendant lacks the information to respond to this paragraph.

252.    Defendant lacks the information to respond to this paragraph.

253.    Defendant lacks the information to respond to this paragraph.

254.    Defendant lacks the information to respond to this paragraph.

255.    Defendant lacks the information to respond to this paragraph.

256.    Defendant lacks the information to respond to this paragraph.

257.    Defendant lacks the information to respond to this paragraph.

258.    Defendant lacks the information to respond to this paragraph.

259.    Defendant lacks the information to respond to this paragraph.

260.    Defendant lacks the information to respond to this paragraph.

261.    Defendant lacks the information to respond to this paragraph.

   **D.  The Defendants Were Not Deterred by Law Enforcement Efforts to Control and Prevent**

262.    Defendant lacks the information to respond to this paragraph.

263.    Defendant lacks the information to respond to this paragraph.

264.    Defendant lacks the information to respond to this paragraph.

265.    Defendant lacks the information to respond to this paragraph.

266.    Defendant lacks the information to respond to this paragraph.

267.    Defendant lacks the information to respond to this paragraph.

268.    Defendant lacks the information to respond to this paragraph.

**E.   The Defendants Launched the January 6th Attack to Target Officials Charged with Certifying Electoral College Votes and Declaring a Presidential Election Winner.**

269.    Defendant lacks the information to respond to this paragraph.

270.    Defendant denies their involvement in any conspiracy or in an attack.

271.    Defendant lacks the information to respond to this paragraph.

272.    Defendant lacks the information to respond to this paragraph.

273.    Defendant lacks the information to respond to this paragraph.

**IV.    Defendants Assemble Forces in the District for Their January 6th Attack.**

274.    Defendant lacks the information to respond to this paragraph.

275.    Defendant lacks the information to respond to this paragraph.

276.    Defendant lacks the information to respond to this paragraph.

277.    Defendant lacks the information to respond to this paragraph.

278.    Defendant admits that she attended President Trump's rally.  Defendant denies
that she prepared for violence or readied herself for action.

279.    Defendant lacks the information to respond to this paragraph.

280.    Defendant lacks the information to respond to this paragraph.

281.    Defendant lacks the information to respond to this paragraph.

282.    Defendant lacks the information to respond to this paragraph.

283.    Defendant lacks the information to respond to this paragraph.

284.    Defendant lacks the information to respond to this paragraph.

285.    Defendant lacks the information to respond to this paragraph.

286.    Defendant lacks the information to respond to this paragraph.

287.    Defendant lacks the information to respond to this paragraph.

*January 6th*

288.    Defendant lacks the information to respond to this paragraph.

289.    Defendant lacks the information to respond to this paragraph.

290.    Defendant denies that Connie Meggs stated anything about breaking into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

291.    Defendant lacks the information to respond to this paragraph.

292.    Defendant denies that Connie Meggs ever stated anything about breaking into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

293.    Defendant lacks the information to respond to this paragraph.

294.    Defendant denies that Connie Meggs chanted "FIGHT LIKE HELL!"  Defendant lacks the information to otherwise respond to this paragraph.

295.    Defendant lacks the information to respond to this paragraph.

296.    Defendant lacks the information to respond to this paragraph.

297.    Defendant lacks the information to respond to this paragraph.

298.    Defendant lacks the information to respond to this paragraph.

299.    Defendant lacks the information to respond to this paragraph.

300.    Defendant lacks the information to respond to this paragraph.

301.    Defendant lacks the information to respond to this paragraph.

V.      **Defendants Attacked the Capitol Using Coordinated Violence.**

        **A. Defendants Stormed the Capitol and Forced Their Way Inside.**

302.    Defendant lacks the information to respond to this paragraph.

303.    Defendant lacks the information to respond to this paragraph.

304.    Defendant admits that a group congregated outside the Capitol on January 6, 2021 at around 11:30 AM.

18

305.    Defendant denies the allegations in this paragraph.

306.    Defendant lacks the information to respond to this paragraph.

307.    Defendant denies that Connie Meggs engaged in any violence. Defendant lacks the information to otherwise respond to this paragraph.

308.    Defendant lacks the information to respond to this paragraph.

309.    Defendant lacks the information to respond to this paragraph.

310.    Defendant lacks the information to respond to this paragraph.

311.    Defendant lacks the information to respond to this paragraph.

312.    Defendant lacks the information to respond to this paragraph.

313.    Defendant lacks the information to respond to this paragraph.

314.    Defendant lacks the information to respond to this paragraph.

315.    Defendant denies that Connie Meggs forced past barricades, assaulted officers, or rushed towards the Capitol Building.  Defendant lacks the information to otherwise respond to this paragraph.

316.    Defendant lacks the information to respond to this paragraph.

317.    Defendant lacks the information to respond to this paragraph.

318.    Defendant lacks the information to respond to this paragraph.

319.    Defendant lacks the information to respond to this paragraph.

320.    Defendant lacks the information to respond to this paragraph.

321.    Defendant lacks the information to respond to this paragraph.

322.    Defendant lacks the information to respond to this paragraph.

323.    Defendant lacks the information to respond to this paragraph.

324.    Defendant lacks the information to respond to this paragraph.

325.    Defendant lacks the information to respond to this paragraph.

326.    Defendant lacks the information to respond to this paragraph.

327.    Defendant lacks the information to respond to this paragraph.

328.    Defendant lacks the information to respond to this paragraph.

329.    Defendant lacks the information to respond to this paragraph.

330.    Defendant lacks the information to respond to this paragraph.

331.    Defendant lacks the information to respond to this paragraph.

332.    Defendant lacks the information to respond to this paragraph.

333.    Defendant lacks the information to respond to this paragraph.

*Capitol*

334.    Defendant lacks the information to respond to this paragraph.

335.    Defendant lacks the information to respond to this paragraph.

336.    Defendant lacks the information to respond to this paragraph.

337.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

338.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

339.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

340.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

341.    Defendant denies the allegations in this paragraph.

342.    Defendant Connie Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

343.    Defendant lacks the information to respond to this paragraph.

344.    Defendant lacks the information to respond to this paragraph.

345.    Defendant denies the allegations in this paragraph.

346.    Defendant lacks the information to respond to this paragraph.

347.    Defendant Connie Meggs submits that the photograph referenced in this paragraph (Figure 15 in the Amended Complaint) speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

348.    Defendant lacks the information to respond to this paragraph.

349.    Defendant lacks the information to respond to this paragraph.

350.    Defendant lacks the information to respond to this paragraph.

351.    Defendant lacks the information to respond to this paragraph.

352.    Defendant lacks the information to respond to this paragraph.

353.    Defendant lacks the information to respond to this paragraph.

354.    Defendant lacks the information to respond to this paragraph.

355.    Defendant lacks the information to respond to this paragraph.

356.    Defendant denies engaging in any assault, violence, object throwing, etc. Defendant otherwise lacks the information to respond to this paragraph.

357.    Defendant lacks the information to respond to this paragraph.

358.    Defendant lacks the information to respond to this paragraph.

359.    Defendant denies that Connie Meggs forcibly entered the Capitol or acted as co-conspirators with anyone to obstruct, influence or impede any official proceeding.  Defendant lacks the information to otherwise respond to this paragraph.

360.    Defendant lacks the information to respond to this paragraph.

361.    Defendant lacks the information to respond to this paragraph.

362.    Defendant denies that Connie Meggs entered into any agreement.  Defendant lacks the information to otherwise respond to this paragraph.

363.    Defendant lacks the information to respond to this paragraph.

364.    Defendant lacks the information to respond to this paragraph.

365.    Defendant lacks the information to respond to this paragraph.

366.    Defendant lacks the information to respond to this paragraph.

367.    Defendant lacks the information to respond to this paragraph.

368.    Defendant denies that Connie Meggs forced her way into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

369.    Defendant lacks the information to respond to this paragraph.

370.    Defendant lacks the information to respond to this paragraph.

371.    Defendant lacks the information to respond to this paragraph.

**B. Once Inside the Capitol, the Defendants Continued to Use Violence as They Moved Toward the Congressional Chambers.**

372.    Defendant denies the allegations in this paragraph.

22

373.     Defendant lacks the information to respond to this paragraph.

374.     Defendant lacks the information to respond to this paragraph.

375.     Defendant denies that Connie Meggs was searching for Speaker of the House Nancy Pelosi at any point during the events of January 6, 2021, and denies that Connie Meggs engaged in forceful encounters with law enforcement.  Defendant admits that Kelly Meggs and Connie Meggs left the Capitol building soon after entering.  Defendant lacks the information to otherwise respond to this paragraph.

376.     Defendant lacks the information to respond to this paragraph.

377.     Defendant lacks the information to respond to this paragraph.

### C. Defendants Breached Congressional Chambers in Pursuit of Their Goal of Disrupting Certification of the Election Results.

378.     Defendant lacks the information to respond to this paragraph.

379.     Defendant denies that Connie Meggs ever made violent threats against Vice President Mike Pence.  Defendant lacks the information to respond to this paragraph.

380.     Defendant lacks the information to respond to this paragraph.

381.     Defendant lacks the information to respond to this paragraph.

382.     Defendant lacks the information to respond to this paragraph.

383.     Defendant denies that Connie Meggs was involved in any attack.  Defendant lacks the information to otherwise respond to this paragraph.

384.     Defendant denies that Connie Meggs breached either the House or the Senate Chambers.  Defendant lacks the information to otherwise respond to this paragraph.

385.     Defendant lacks the information to respond to this paragraph.

386.     Defendant lacks the information to respond to this paragraph.

387.     Defendant lacks the information to respond to this paragraph.

388.    Defendant denies that Connie Meggs used any violence on January 6, 2021 or that Connie Meggs remained on the Capitol grounds for hours.  Defendant lacks the information to otherwise respond to this paragraph.

389.    Defendant lacks the information to respond to this paragraph.

390.    Defendant denies the allegations in this paragraph.

391.    Defendant lacks the information to respond to this paragraph.

392.    Defendant lacks the information to respond to this paragraph.

**D. Defendants Attacked Law Enforcement Officers Throughout Their Attack on the Capitol.**

393.    Defendant denies that Connie Meggs attacked anyone on January 6, 2021. Defendant lacks the information to otherwise respond to this paragraph.

394.    Defendant denies that Connie Meggs engaged in any use of bear mace on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

395.    Defendant denies that Connie Meggs had any violent confrontation with law enforcement officers on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

396.    Defendant denies that Connie Meggs engaged in the actions alleged in this paragraph.  Defendant lacks the information to otherwise respond to this paragraph.

397.    Defendant lacks the information to respond to this paragraph.

398.    Defendant lacks the information to respond to this paragraph.

399.    Defendant lacks the information to respond to this paragraph.

400.    Defendant lacks the information to respond to this paragraph.

401.    Defendant lacks the information to respond to this paragraph.

402.    Defendant lacks the information to respond to this paragraph.

**E. Defendants Coordinated Communications During the Attack.**

403.    Defendant denies that she used anything to communicate with anyone during the events at the Capitol on January 6, 2021.  Defendant otherwise lacks the information to respond to this paragraph.

404.    Defendant denies the allegation in this paragraph that she breached the doors to the Capitol.

405.    Defendant denies that Connie Meggs breached the doors of the Capitol or discussed an ongoing attack.  Defendant lacks the information to otherwise respond to this paragraph.

406.    Defendant lacks the information to respond to this paragraph.

407.    Defendant lacks the information to respond to this paragraph.

408.    Defendant lacks the information to respond to this paragraph.

409.    Defendant denies that Connie Meggs received or provided information about the location of anyone on the day of January 6, 2021.  Defendant otherwise lacks the information to respond to this paragraph.

410.    Defendant lacks the information to respond to this paragraph.

411.    Defendant denies that Connie Meggs communicated to Defendant Caldwell.  Defendant lacks the information to otherwise respond to this paragraph.

412.    Defendant lacks the information to respond to this paragraph.

413.    Defendant Connie Meggs submits that the indictment speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Connie Meggs denies the allegation(s) within this paragraph.

414.    Defendant lacks the information to respond to this paragraph.

415.    Defendant lacks the information to respond to this paragraph.

**F.   Defendants' Actions After the Attack Further Confirm That They Intended to Forcibly Impede the Election Certification and Prevent President Biden and Vice President Harris from Assuming Office.**

416.   Defendant denies that Connie Meggs was involved in an attack.  Defendant lacks the information to otherwise respond to this paragraph.

417.   Defendant lacks the information to respond to this paragraph.

418.   Defendant denies the allegations in this paragraph.

419.   Defendant lacks the information to respond to this paragraph.

420.   Defendant lacks the information to respond to this paragraph.

421.   Defendant lacks the information to respond to this paragraph.

422.   Defendant lacks the information to respond to this paragraph.

423.   Defendant lacks the information to respond to this paragraph.

424.   Defendant lacks the information to respond to this paragraph.

425.   Defendant lacks the information to respond to this paragraph.

426.   Defendant lacks the information to respond to this paragraph.

427.   Defendant lacks the information to respond to this paragraph.

428.   Defendant lacks the information to respond to this paragraph.

429.   Defendant lacks the information to respond to this paragraph.

430.   Defendant lacks the information to respond to this paragraph.

431.   Defendant lacks the information to respond to this paragraph.

432.   Defendant lacks the information to respond to this paragraph.

433.   Defendant lacks the information to respond to this paragraph.

434.   Defendant lacks the information to respond to this paragraph.

435.   Defendant lacks the information to respond to this paragraph.

436.   Defendant lacks the information to respond to this paragraph.

437.    Defendant lacks the information to respond to this paragraph.

438.    Defendant lacks the information to respond to this paragraph.

439.    Defendant lacks the information to respond to this paragraph.

440.    Defendant lacks the information to respond to this paragraph.

**VI.    The District of Columbia Answered the Call to Provide Support during the January 6th Attack- and Was Injured as a Result.**

441.    Defendant lacks the information to respond to this paragraph.

442.    Defendant lacks the information to respond to this paragraph.

443.    Defendant lacks the information to respond to this paragraph.

444.    Defendant lacks the information to respond to this paragraph.

445.    Defendant lacks the information to respond to this paragraph.

446.    Defendant lacks the information to respond to this paragraph.

447.    Defendant lacks the information to respond to this paragraph.

448.    Defendant lacks the information to respond to this paragraph.

449.    Defendant lacks the information to respond to this paragraph.

**A.   MPD Officers Suffered Physical and Mental Injuries as a Result of the Defendants' Attack**

450.    Defendant lacks the information to respond to this paragraph.

451.    Defendant denies that Connie Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

452.    Defendant denies that Connie Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

453.    Defendant denies that Connie Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

454.    Defendant denies that Connie Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

455.    Defendant denies that Connie Meggs caused physical or emotional trauma to any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

### B.  The District Has Incurred Significant Damages as a Result of Defendants' Unlawful Actions

456.    Defendant denies that Connie Meggs was involved in any calculated, pre-planned, or coordinated actions relating to an attack that caused the District of Columbia to incur financial costs.  Defendant lacks the information to otherwise respond to this paragraph.

457.    Defendant denies that Connie Meggs' actions resulted in the deployment of MPD resources.  Defendant lacks the information to otherwise respond to this paragraph.

458.    Defendant denies that Connie Meggs' actions injured any MPD officers.  Defendant lacks the information to otherwise respond to this paragraph.

459.    Defendant lacks the information to respond to this paragraph.

### COUNT I: 42 U.S.C. § 1985(1)
### (ALL DEFENDANTS)[2]

460.    N/A

461.    N/A

---

[2] The Court dismissed Count I as it relates to Connie Meggs.

462.   N/A

463.   N/A

464.   N/A

465.   N/A

466.   N/A

467.   N/A

468.   N/A

**COUNT II: 42 U.S.C. § 1986**
**(ALL DEFENDANTS)**[3]

469.   N/A

470.   N/A

471.   N/A

472.   N/A

473.   N/A

474.   N/A

475.   N/A

**COUNT III: ASSAULT**
**(CIVIL CONSPIRACY BY ALL DEFENDANTS)**

476.   N/A

477.   N/A

478.   Defendant denies the allegations in this paragraph.

479.   Defendant denies the allegations in this paragraph.

480.   Defendant denies the allegations in this paragraph.

---

[3] The Court dismissed Count II as it relates to Connie Meggs.

## COUNT IV: BATTERY
## (CIVIL CONSPIRACY BY ALL DEFENDANTS)

481.   N/A

482.   N/A

483.   Defendant denies the allegations in this paragraph.

484.   Defendant denies the allegations in this paragraph.

485.   Defendant denies the allegations in this paragraph.

## COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## (CIVIL CONSPIRACY BY ALL DEFENDANTS

486.   N/A

487.   N/A

488.   Defendant denies the allegations in this paragraph.

489.   Defendant denies the allegations in this paragraph.

490.   Defendant denies the allegations in this paragraph.

**[SIGNATURE ON NEXT PAGE]**

Dated: October 2, 2023

Respectfully submitted,

_____/s/ Stanley E. Woodward, Jr._____
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com

*Counsel for Defendant Kelly Meggs*

## CERTIFICATE OF SERVICE

I certify that on October 2, 2023, the foregoing document was electronically filed through the CM/ECF System, and the notification of such electronic filing will be sent to all counsel of record in this case.

*/s/ Stanley E. Woodward, Jr.*
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC  20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com
