## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**, | ) |
| | ) |
| | ) Case No 1:21-cv-03267 |
| Plaintiff, | ) The Honorable Amit P. Mehta |
| | ) |
| v. | ) |
| | ) |
| **KELLY MEGGS,** et. al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANT KELLY MEGGS ANSWER TO COMPLAINT

Defendant Kelly Meggs ("Defendant"), by and through the undersigned counsel, hereby files the following answer to Plaintiff District of Columbia's Amended Complaint, April 1, 2022 (ECF No. 094).

## AMENDED COMPLAINT

1.      Defendant denies that he conspired to terrorize the District of Columbia in any capacity, and lacks the information to otherwise respond.

## NATURE OF THIS ACTION

2.      Defendant denies involvement in any conspiracy alleged in the Amended Complaint and lacks the information to otherwise respond.

3.      Defendant denies that Kelly Meggs sought to overturn the 2020 Presidential Election, denies that Kelly Meggs engaged in a "planned attack," and lacks the information to otherwise respond.

4.      Defendant denies that Kelly Meggs engaged in any domestic terrorism, and lacks the information to otherwise respond.

5.      Defendant admits that supporters of President Trump came to the District of Columbia on or about January 6, 2021, admits that Kelly Meggs came to the District of Columbia on or about January 6, 2021, denies claims that Kelly Meggs was "ready and eager to carry out a violent attack on the lawful operation of government," and lacks the information to otherwise respond.

6.      Defendant Kelly Meggs admits that he entered the Capitol Building on January 6, 2021, but denies all other allegations in this paragraph as they relate to Mr. Meggs.  Defendant lacks the information to respond a to the actions taken on January 6, 2021 by the Proud Boys, Oath Keepers, and anyone other than himself.

7.      Defendant lacks the information to respond to this paragraph.

8.      Defendant denies participation in any conspiracy and/or that a conspiracy existed. Defendant otherwise lacks the information to respond to this paragraph.

9.      Defendant lacks the information to respond to this paragraph.

**PARTIES**

10.      Defendant admits to a general knowledge of the District of Columbia and its status as the Capitol of the United States of America.  Defendant lacks the information to otherwise respond to this paragraph.

11.      Defendant lacks the information to respond to this paragraph.

12.      Defendant admits that the Oath Keepers is a nonprofit organization that exists primarily in Texas.  Defendant denies that the Oath Keepers are a militia group and denies that the Oath Keepers are motivated by conspiracy theories about the federal government.  Defendant lacks the information to otherwise respond to this paragraph.

*Individual Defendants*

13.      Defendant lacks the information to respond to this paragraph.

14.      Defendant lacks the information to respond to this paragraph.

15.      Defendant lacks the information to respond to this paragraph.

16.      Defendant lacks the information to respond to this paragraph.

17.      Defendant lacks the information to respond to this paragraph.

18.      Defendant lacks the information to respond to this paragraph.

19.      Defendant lacks the information to respond to this paragraph.

20.      Defendant lacks the information to respond to this paragraph.

21.      Defendant lacks the information to respond to this paragraph.

22.      Defendant lacks the information to respond to this paragraph.

23.      Defendant lacks the information to respond to this paragraph.

24.      Defendant lacks the information to respond to this paragraph.

25.      Defendant lacks the information to respond to this paragraph.

26.      Defendant lacks the information to respond to this paragraph.

27.      Defendant lacks the information to respond to this paragraph.

28.      Defendant lacks the information to respond to this paragraph.

29.      Defendant admits that Connie Meggs is a resident and citizen of the state of Florida.  Defendant denies that Connie Meggs is a member of the Oath Keepers.  Otherwise, Defendant notes that the criminal indictment(s) and charge(s) in Mrs. Meggs's case speak for themselves.

30.      Defendant admits that Kelly Meggs is a resident and citizen of Florida. Defendant denies that Kelly Meggs ever was a self-described leader of the Florida chapter of the

Oath Keepers.  Otherwise, Defendant notes that the criminal indictment(s) and charge(s) in Mr.

Meggs's case speak for themselves.

31.    Defendant lacks the information to respond to this paragraph.

32.    Defendant lacks the information to respond to this paragraph.

33.    Defendant lacks the information to respond to this paragraph.

34.    Defendant lacks the information to respond to this paragraph.

35.    Defendant lacks the information to respond to this paragraph.

36.    Defendant lacks the information to respond to this paragraph.

37.    Defendant lacks the information to respond to this paragraph.

38.    Defendant lacks the information to respond to this paragraph.

39.    Defendant lacks the information to respond to this paragraph.

40.    Defendant lacks the information to respond to this paragraph.

41.    Defendant lacks the information to respond to this paragraph.

42.    Defendant lacks the information to respond to this paragraph.

43.    Defendant lacks the information to respond to this paragraph.

44.    Defendant lacks the information to respond to this paragraph.

45.    Defendant lacks the information to respond to this paragraph.

46.    Defendant lacks the information to respond to this paragraph.

47.    Defendant lacks the information to respond to this paragraph.

48.    Defendant lacks the information to respond to this paragraph.

49.    Defendant lacks the information to respond to this paragraph.

50.    Defendant lacks the information to respond to this paragraph,

51.    N/A

52.     Defendant denies the allegations in this paragraph.

53.     Defendant denies the allegations in this paragraph.

## JURISDICTION AND VENUE

54.     Defendant denies this paragraph as the federal claims have been dismissed in this

matter.

55.     Defendant lacks the information to respond to this paragraph.

56.     Defendant lacks the information to respond to this paragraph.

## FACTUAL ALLEGATIONS

**I.      Both the Proud Boys and the Oath Keepers Have a Long History of Inciting and Engaging in Coordinated Violence.[1]**

57.     Defendant denies that violence is an "inextricable part of" the Oath Keepers, and

denies that Defendant Kelly Meggs engaged in violence on January 6, 2021.  Defendant lacks the

information to otherwise respond to this paragraph.

**A.      The Proud Boys' Organization and History of Violence**

58.     Defendant lacks the information to respond to this paragraph.

59.     Defendant lacks the information to respond to this paragraph.

60.     Defendant lacks the information to respond to this paragraph.

61.     Defendant lacks the information to respond to this paragraph.

62.     Defendant lacks the information to respond to this paragraph.

63.     Defendant lacks the information to respond to this paragraph.

64.     Defendant lacks the information to respond to this paragraph.

65.     Defendant lacks the information to respond to this paragraph.

---

[1] Where, as here, Plaintiffs included subheadings for certain sections, Defendant copies such subheadings verbatim solely for clarity and organization of Defendant's responsive pleading.  The inclusion of the subheadings is neither an admission nor a denial of any underlying claims made by the subheadings.

66.     Defendant lacks the information to respond to this paragraph.

67.     Defendant lacks the information to respond to this paragraph.

68.     Defendant lacks the information to respond to this paragraph.

69.     Defendant lacks the information to respond to this paragraph.

70.     Defendant lacks the information to respond to this paragraph.

71.     Defendant lacks the information to respond to this paragraph.

72.     Defendant lacks the information to respond to this paragraph.

**B.     The Oath Keepers' Organization and History of Violence**

73.     Defendant denies the allegations in this paragraph.

74.     Defendant denies the allegations in this paragraph.

75.     Defendant denies the allegations in this paragraph.

76.     Defendant admits that the Oath Keepers have Bylaws.

77.     Defendant lacks the information to respond to this paragraph.

78.     Defendant lacks the information to respond to this paragraph.

79.     Defendant denies the allegations in this paragraph.

80.     Defendant denies that Kelly Meggs has ever been arrested prior to the events of January 6, 2021, and lacks the information to otherwise respond to this paragraph.

81.     Defendant lacks the information to respond to this paragraph.

82.     Defendant lacks the information to respond to this paragraph.

83.     Defendant admits that he is aware that the Oath Keepers went to Ferguson, Missouri in 2014 to protect businesses and individuals during the state of emergency.  Defendant lacks the information to otherwise respond to this paragraph.

84.     Defendant lacks the information to respond to this paragraph.

85.     Defendant lacks the information to respond to this paragraph.

86.     Defendant is aware that Oath Keepers engaged in training.  Defendant denies that the training was intended to establish any vigilante force. Defendant lacks the information to otherwise respond to this paragraph.

87.     Defendant lacks the information to respond to this paragraph.

88.     Defendant lacks the information to respond to this paragraph.

89.     Defendant lacks the information to respond to this paragraph.

90.     Defendant Kelly Meggs admits that he was indicted in or about January 2022. Defendant lacks the information to otherwise respond to this paragraph.

91.     Defendant Kelly Meggs submits that the indictment referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) therein.

92.     Defendant lacks the information to respond to this paragraph.

93.     Defendant lacks the information to respond to this paragraph.

## II.     The Proud Boys' and Oath Keepers' Efforts to Incite Coordinated Violence Coalesced around the 2020 Presidential Election.

94.     Defendant denies that they mobilized forces to engage in acts of violence or had any conspirator commit the January 6th Attack.  Defendant lacks the information to otherwise respond to this paragraph.

## A.  Before the Election, the Proud Boys, Oath Keepers, Their Leadership, and Some of Their Members and Affiliates Readied Themselves to Incite Violence.

95.     Defendant lacks the information to respond to this paragraph.

96.     Defendant lacks the information to respond to this paragraph.

97.     Defendant lacks the information to respond to this paragraph.

98.     Defendant lacks the information to respond to this paragraph.

99.     Defendant admits that he served as part of Oath Keepers voluntarily security for some Trump rallies, including President Trump's speech on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

100.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

101.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

**B.   After the Election, The Proud Boys, Oath Keepers, Their Leadership, and Some of Their Members and Affiliates Used President Trump's Loss to Recruit New Members**

102.    Defendant lacks the information to respond to this paragraph.

103.    Defendant lacks the information to respond to this paragraph.

104.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

105.    Defendant lacks the information to respond to this paragraph.

106.    Defendant lacks the information to respond to this paragraph.

107.    Defendant denies that he was ever part of a plan, "to bring terror and violence to the District [of Columbia.]"  Defendant lacks the information to otherwise respond to this paragraph.

108.    Defendant lacks the information to respond to this paragraph.

109.    Defendant lacks the information to respond to this paragraph.

110.    Defendant lacks the information to respond to this paragraph.

111.    Defendant Kelly Meggs submits that the quotes referenced in this paragraph speak for themselves and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

112.    Defendant Kelly Meggs submits that the quotes referenced in this paragraph speak for themselves and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

113.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

114.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

115.    Defendant lacks the information to respond to this paragraph.

116.    Defendant lacks the information to respond to this paragraph.

117.    Defendant lacks the information to respond to this paragraph.

118.    Defendant lacks the information to respond to this paragraph.

119.    Defendant lacks the information to respond to this paragraph.

120.    Defendant lacks the information to respond to this paragraph.

121.    Defendant denies the allegations contained in this paragraph.

122.    Defendant lacks the information to respond to this paragraph.

123.    Defendant lacks the information to respond to this paragraph.

124.    Defendant lacks the information to respond to this paragraph.

125.    Defendant lacks the information to respond to this paragraph.

126.    Defendant lacks the information to respond to this paragraph.

127.    Defendant lacks the information to respond to this paragraph.

128.    Defendant lacks the information to respond to this paragraph.

129.    Defendant lacks the information to respond to this paragraph.

**C. The Proud Boys, Oath Keepers, Their Leadership, and Certain of Their Members and Affiliates Used Coordinated Violence at Post-Election Events to Intimidate the Public and the Government**

130.    Defendant lacks the information to respond to this paragraph.

131.    Defendant Kelly Meggs admits that members of the Oath Keepers attended the Million MAGA March on November 14, 2020.  Defendant Kelly Meggs denies the remaining allegations in this paragraph insofar as they pertain to him.  Defendant Kelly Meggs otherwise lacks the information to respond to this paragraph.

132.    Defendant Kelly Meggs admits that members of the Oath Keepers attended the "Stop the Steal" rally held on December 12, 2020.  Defendant Kelly Meggs denies the remaining allegations in this paragraph insofar as they pertain to him.  Defendant Kelly Meggs otherwise lacks the information to respond to this paragraph.

133.    Defendant lacks the information to respond to this paragraph.

134.    Defendant lacks the information to respond to this paragraph.

135.    Defendant lacks the information to respond to this paragraph.

136.    Defendant lacks the information to respond to this paragraph.

III.   **Defendants Conspire to Deploy Violent Forces in the District in an Effort to Frustrate and Undermine the Formal Process Required to Declare a Presidential Election Winner**

137.    Defendant denies the allegations in this paragraph.

**A.  The Defendants Agreed to Form an Alliance and Coordinate Their Actions for the Planned January 6th Event**

138.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

139.    Defendant lacks the information to respond to this paragraph.

140.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

141.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

142.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

143.    Defendant denies the allegations in this paragraph.

144.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

145.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

146.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

147.     Defendant denies the allegations in this paragraph.

**B. The Defendants Carefully Planned and Coordinated the January 6th Attack.**

148.     Defendant denies any involvement in any attack.  Defendant lacks the information to otherwise respond to this paragraph.

**1. The Defendants Recruited Participants for the Attack.**

149.     Defendant denies knowledge of the existence of any conspiracy that would lead to recruiting "co-conspirators."  Defendant lacks the information to otherwise respond to this paragraph.

150.     Defendant lacks the information to respond to this paragraph.

151.     Defendant lacks the information to respond to this paragraph.

152.     Defendant lacks the information to respond to this paragraph.

153.     Defendant Kelly Meggs admits that he organized several GoToMeetings between December 12, 2020 and January 3, 2021; that he sometimes utilized the moniker "Gator 1"; and that Harrelson may have joined one or more such meetings.

154.     Defendant lacks the information to respond to this paragraph.

155.     Defendant lacks the information to respond to this paragraph.

156.     Defendant lacks the information to respond to this paragraph.

157.     Defendant lacks the information to respond to this paragraph.

158.     Defendant lacks the information to respond to this paragraph.

159.     Defendant lacks the information to respond to this paragraph.

**2.  Defendants Coordinated Strategies to Disguise Their Identities and Plans for the Attack.**

160.     Defendant denies any involvement in planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

161.     Defendant lacks the information to respond to this paragraph.

162.     Defendant lacks the information to respond to this paragraph.

163.     Defendant lacks the information to respond to this paragraph.

164.     Defendant lacks the information to respond to this paragraph.

165.     Defendant lacks the information to respond to this paragraph.

166.     Defendant lacks the information to respond to this paragraph.

167.     Defendant Kelly Meggs admits he was a member of the "DC OP: Jan 6 21" and OK FL DC OP Jan 6" Signal group chats.  Defendant Kelly Meggs denies the remaining allegation(s) in this paragraph.

168.     Defendant lacks the information to respond to this paragraph.

169.     Defendant lacks the information to respond to this paragraph.

**3.  The Defendants Coordinated Collection of Weapons and Tactical Supplies for the Attack**

170.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

171.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

172.    Defendant lacks the information to respond to this paragraph.

173.    Defendant lacks the information to respond to this paragraph.

174.    Defendant lacks the information to respond to this paragraph.

175.    Defendant lacks the information to respond to this paragraph.

176.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

177.    Defendant lacks the information to respond to this paragraph.

178.    Defendant admits that sometime between January 1, 2021 and January 5, 2021, Kelly Meggs traveled to the Washington D.C. metro area.  Defendant denies that he transported firearms and ammunition.  Defendant lacks the information to otherwise respond to this paragraph.

179.    Defendant lacks the information to respond to this paragraph.

180.    Defendant lacks the information to respond to this paragraph.

181.    Defendant lacks the information to respond to this paragraph.

182.    Defendant lacks the information to respond to this paragraph.

183.    Defendant lacks the information to respond to this paragraph.

### 4. The Defendants Coordinated Travel to the District

184.    Defendant denies any involvement with planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

185.    Defendant denies any involvement with planning any attack.  Defendant lacks the information to otherwise respond to this paragraph.

186.    Defendant admits that Kelly Meggs and Connie Meggs stayed at a hotel in Arlington, Virginia during their time in the Washington, D.C. metropolitan area.  Defendant lacks the information to otherwise respond to this paragraph.

187.    Defendant lacks the information to respond to this paragraph.

188.    Defendant lacks the information to respond to this paragraph.

189.    Defendant lacks the information to respond to this paragraph.

190.    Defendant lacks the information to respond to this paragraph.

191.    Defendant lacks the information to respond to this paragraph.

192.    Defendant lacks the information to respond to this paragraph.

193.    Defendant lacks the information to respond to this paragraph.

194.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

195.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

196.    Defendant lacks the information to respond to this paragraph.

197.    Defendant Kelly Meggs admits that he travelled with other members of the Oath Keepers from Florida to the Washington, D.C. metropolitan area.  Defendant Kelly Meggs denies the remaining allegation(s) of this paragraph.

198.     Defendant Kelly Meggs admits attending a firearm class but denies it was as preparation for any attack.

199.     Defendant lacks the information to respond to this paragraph.

200.     Defendant lacks the information to respond to this paragraph.

201.     Defendant lacks the information to respond to this paragraph.

202.     Defendant lacks the information to respond to this paragraph.

203.     Defendant lacks the information to respond to this paragraph.

**C. As January 6th Neared, the Defendants' Promotion of the Attack Became Increasingly Fervent.**

204.     Defendant denies any involvement with an attack.  Defendant lacks the information to otherwise respond to this paragraph.

205.     Defendant lacks the information to respond to this paragraph.

206.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

207.     Defendant lacks the information to respond to this paragraph.

208.     Defendant lacks the information to respond to this paragraph.

209.     Defendant lacks the information to respond to this paragraph.

210.     Defendant Kelly Meggs admits communicating with others in the OKFL Hangout Chat.  Defendant Kelly Meggs denies the remaining allegation(s) within this paragraph.

211.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

16

212.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

213.    Defendant lacks the information to respond to this paragraph.

214.    Defendant denies the allegations in this paragraph.

215.    Defendant denies the allegations in this paragraph.

216.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

217.    Defendant lacks the information to respond to this paragraph.

218.    Defendant lacks the information to respond to this paragraph.

219.    Defendant lacks the information to respond to this paragraph.

220.    Defendant lacks the information to respond to this paragraph.

221.    Defendant lacks the information to respond to this paragraph.

222.    Defendant lacks the information to respond to this paragraph.

223.    Defendant lacks the information to respond to this paragraph.

224.    Defendant lacks the information to respond to this paragraph.

225.    Defendant lacks the information to respond to this paragraph.

226.    Defendant lacks the information to respond to this paragraph.

227.    Defendant lacks the information to respond to this paragraph.

228.    Defendant lacks the information to respond to this paragraph.

229.    Defendant lacks the information to respond to this paragraph.

230.    Defendant lacks the information to respond to this paragraph.

231.    Defendant lacks the information to respond to this paragraph.

232.    Defendant lacks the information to respond to this paragraph.

233.    Defendant lacks the information to respond to this paragraph.

234.    Defendant lacks the information to respond to this paragraph.

235.    Defendant lacks the information to respond to this paragraph.

236.    Defendant lacks the information to respond to this paragraph.

237.    Defendant lacks the information to respond to this paragraph.

238.    Defendant lacks the information to respond to this paragraph.

239.    Defendant lacks the information to respond to this paragraph.

240.    Defendant lacks the information to respond to this paragraph.

241.    Defendant lacks the information to respond to this paragraph.

242.    Defendant lacks the information to respond to this paragraph.

243.    Defendant denies the allegations in this paragraph.

244.    Defendant denies the allegations in this paragraph.

245.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

246.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

247.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

248.    Defendant lacks the information to respond to this paragraph.

249.    Defendant lacks the information to respond to this paragraph.

250.    Defendant lacks the information to respond to this paragraph.

251.    Defendant lacks the information to respond to this paragraph.

252.    Defendant lacks the information to respond to this paragraph.

253.    Defendant lacks the information to respond to this paragraph.

254.    Defendant lacks the information to respond to this paragraph.

255.    Defendant lacks the information to respond to this paragraph.

256.    Defendant lacks the information to respond to this paragraph.

257.    Defendant lacks the information to respond to this paragraph.

258.    Defendant lacks the information to respond to this paragraph.

259.    Defendant lacks the information to respond to this paragraph.

260.    Defendant lacks the information to respond to this paragraph.

261.    Defendant lacks the information to respond to this paragraph.

**D.  The Defendants Were Not Deterred by Law Enforcement Efforts to Control and Prevent Their Planned Violence**

262.    Defendant lacks the information to respond to this paragraph.

263.    Defendant lacks the information to respond to this paragraph.

264.    Defendant lacks the information to respond to this paragraph.

265.    Defendant lacks the information to respond to this paragraph.

266.    Defendant lacks the information to respond to this paragraph.

267.    Defendant lacks the information to respond to this paragraph.

268.    Defendant lacks the information to respond to this paragraph.

**E.   The Defendants Launched the January 6th Attack to Target Officials Charged with Certifying Electoral College Votes and Declaring a Presidential Election Winner.**

269.   Defendant lacks the information to respond to this paragraph.

270.   Defendant denies their involvement in any conspiracy or in an attack.

271.   Defendant lacks the information to respond to this paragraph.

272.   Defendant lacks the information to respond to this paragraph.

273.   Defendant lacks the information to respond to this paragraph.

**IV.   Defendants Assemble Forces in the District for Their January 6th Attack.**

274.   Defendant lacks the information to respond to this paragraph.

275.   Defendant lacks the information to respond to this paragraph.

276.   Defendant lacks the information to respond to this paragraph.

277.   Defendant admits that Kelly Meggs attended President Trump's rally.  Defendant denies that they prepared for violence.

278.   Defendant lacks the information to respond to this paragraph.

279.   Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

280.   Defendant lacks the information to respond to this paragraph.

281.   Defendant lacks the information to respond to this paragraph.

282.   Defendant lacks the information to respond to this paragraph.

283.   Defendant lacks the information to respond to this paragraph.

284.   Defendant lacks the information to respond to this paragraph.

285.   Defendant lacks the information to respond to this paragraph.

286.   Defendant lacks the information to respond to this paragraph.

287.    Defendant lacks the information to respond to this paragraph.

*January 6th*

288.    Defendant lacks the information to respond to this paragraph.

289.    Defendant lacks the information to respond to this paragraph.

290.    Defendant denies that Kelly Meggs stated anything about breaking into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

291.    Defendant lacks the information to respond to this paragraph.

292.    Defendant denies that Kelly Meggs ever stated anything about breaking into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

293.    Defendant lacks the information to respond to this paragraph.

294.    Defendant denies that Kelly Meggs chanted "FIGHT LIKE HELL!"  Defendant lacks the information to otherwise respond to this paragraph.

295.    Defendant lacks the information to respond to this paragraph.

296.    Defendant lacks the information to respond to this paragraph.

297.    Defendant lacks the information to respond to this paragraph.

298.    Defendant lacks the information to respond to this paragraph.

299.    Defendant lacks the information to respond to this paragraph.

300.    Defendant lacks the information to respond to this paragraph.

301.    Defendant admits that he wore certain gear on January 6, 2021.  Defendant denies that he planned for any violent acts.  Defendant lacks the information to otherwise respond to this paragraph.

**V.      Defendants Attacked the Capitol Using Coordinated Violence.**

**A. Defendants Stormed the Capitol and Forced Their Way Inside.**

302.    Defendant lacks the information to respond to this paragraph.

21

303.     Defendant lacks the information to respond to this paragraph.

304.     Defendant admits that a group congregated outside the Capitol on January 6, 2021 at around 11:30 AM.

305.     Defendant denies the allegations in this paragraph.

306.     Defendant lacks the information to respond to this paragraph.

307.     Defendant denies that Kelly Meggs engaged in any violence. Defendant lacks the information to otherwise respond to this paragraph.

308.     Defendant lacks the information to respond to this paragraph.

309.     Defendant lacks the information to respond to this paragraph.

310.     Defendant lacks the information to respond to this paragraph.

311.     Defendant lacks the information to respond to this paragraph.

312.     Defendant lacks the information to respond to this paragraph.

313.     Defendant lacks the information to respond to this paragraph.

314.     Defendant lacks the information to respond to this paragraph.

315.     Defendant denies that Kelly Meggs forced past barricades, assaulted officers, or rushed towards the Capitol Building.  Defendant lacks the information to otherwise respond to this paragraph.

316.     Defendant lacks the information to respond to this paragraph.

317.     Defendant lacks the information to respond to this paragraph.

318.     Defendant lacks the information to respond to this paragraph.

319.     Defendant lacks the information to respond to this paragraph.

320.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

321.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

322.     Defendant lacks the information to respond to this paragraph.

323.     Defendant lacks the information to respond to this paragraph.

324.     Defendant lacks the information to respond to this paragraph.

325.     Defendant lacks the information to respond to this paragraph.

326.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

327.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

328.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

329.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

330.     Defendant lacks the information to respond to this paragraph.

331.    Defendant lacks the information to respond to this paragraph.

332.    Defendant lacks the information to respond to this paragraph.

333.    Defendant denies that Kelly Meggs led a mob, broke windows of the Capitol or opened doors of the Capitol for anyone to follow inside.  Defendant lacks the information to otherwise respond to this paragraph.

*Capitol*

334.    Defendant lacks the information to respond to this paragraph.

335.    Defendant lacks the information to respond to this paragraph.

336.    Defendant lacks the information to respond to this paragraph.

337.    Defendant lacks the information to respond to this paragraph.

338.    Defendant lacks the information to respond to this paragraph.

339.    Defendant lacks the information to respond to this paragraph.

340.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

341.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

342.    Defendant denies the allegations in this paragraph.

343.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

344.    Defendant admits to the allegations in this paragraph.

345.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

346.     Defendant denies the allegations in this paragraph.

347.     Defendant Kelly Meggs submits that the photograph referenced in this paragraph (Figure 15 in the Amended Complaint) speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

348.     Defendant Kelly Meggs admits that Dolan and Harrelson joined him, but denies the remaining allegation(s) in this paragraph.

349.     Defendant lacks the information to respond to this paragraph.

350.     Defendant lacks the information to respond to this paragraph.

351.     Defendant lacks the information to respond to this paragraph.

352.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

353.     Defendant lacks the information to respond to this paragraph.

354.     Defendant lacks the information to respond to this paragraph.

355.     Defendant lacks the information to respond to this paragraph.

356.     Defendant denies the allegation in this paragraph.

357.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

358.    Defendant lacks the information to respond to this paragraph.

359.    Defendant denies that Kelly Meggs forcibly entered the Capitol or acted as co-conspirators with anyone to obstruct, influence or impede any official proceeding.  Defendant lacks the information to otherwise respond to this paragraph.

360.    Defendant lacks the information to respond to this paragraph.

361.    Defendant lacks the information to respond to this paragraph.

362.    Defendant denies that Kelly Meggs entered into any agreement.  Defendant lacks the information to otherwise respond to this paragraph.

363.    Defendant lacks the information to respond to this paragraph.

364.    Defendant lacks the information to respond to this paragraph.

365.    Defendant lacks the information to respond to this paragraph.

366.    Defendant lacks the information to respond to this paragraph.

367.    Defendant lacks the information to respond to this paragraph.

368.    Defendant denies that Kelly Meggs forced his way into the Capitol.  Defendant lacks the information to otherwise respond to this paragraph.

369.    Defendant lacks the information to respond to this paragraph.

370.    Defendant lacks the information to respond to this paragraph.

371.    Defendant lacks the information to respond to this paragraph.

**B.  Once Inside the Capitol, the Defendants Continued to Use Violence as They Moved Toward the Congressional Chambers.**

372.    Defendant denies the allegations in this paragraph.

373.    Defendant lacks the information to respond to this paragraph.

374.    Defendant lacks the information to respond to this paragraph.

375.    Defendant denies that Kelly Meggs was searching for Speaker of the House Nancy Pelosi at any point during the events of January 6, 2021, and denies that Kelly Meggs engaged in forceful encounters with law enforcement.  Defendant admits that Kelly Meggs and Connie Meggs left the Capitol building soon after entering.  Defendant lacks the information to otherwise respond to this paragraph.

376.    Defendant lacks the information to respond to this paragraph.

377.    Defendant lacks the information to respond to this paragraph.

**C.  Defendants Breached Congressional Chambers in Pursuit of Their Goal of Disrupting Certification of the Election Results.**

378.    Defendant lacks the information to respond to this paragraph.

379.    Defendant denies that Kelly Meggs ever made violent threats against Vice President Mike Pence.  Defendant lacks the information to respond to this paragraph.

380.    Defendant lacks the information to respond to this paragraph.

381.    Defendant lacks the information to respond to this paragraph.

382.    Defendant lacks the information to respond to this paragraph.

383.    Defendant denies that Kelly Meggs was involved in any attack.  Defendant lacks the information to otherwise respond to this paragraph.

384.    Defendant denies that Kelly Meggs breached either the House or the Senate Chambers.  Defendant lacks the information to otherwise respond to this paragraph.

385.    Defendant denies that Kelly Meggs entered either Congressional chambers, or carried plastic zip handcuffs for the purpose of capturing or detaining anyone.  Defendant lacks the information to otherwise respond to this paragraph.

386.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

387.     Defendant lacks the information to respond to this paragraph.

388.     Defendant denies that Kelly Meggs used any violence on January 6, 2021 or that Kelly Meggs remained on the Capitol grounds for hours.  Defendant lacks the information to otherwise respond to this paragraph.

389.     Defendant lacks the information to respond to this paragraph.

390.     Defendant denies the allegations in this paragraph.

391.     Defendant lacks the information to respond to this paragraph.

392.     Defendant lacks the information to respond to this paragraph.

**D. Defendants Attacked Law Enforcement Officers Throughout Their Attack on the Capitol.**

393.     Defendant denies that Kelly Meggs attacked anyone on January 6, 2021. Defendant lacks the information to otherwise respond to this paragraph.

394.     Defendant denies that Kelly Meggs engaged in any use of bear mace on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

395.     Defendant denies that Kelly Meggs had any violent confrontation with law enforcement officers on January 6, 2021.  Defendant lacks the information to otherwise respond to this paragraph.

396.     Defendant denies that Kelly Meggs engaged in the actions alleged in this paragraph.  Defendant lacks the information to otherwise respond to this paragraph.

397.     Defendant lacks the information to respond to this paragraph.

398.     Defendant lacks the information to respond to this paragraph.

399.     Defendant lacks the information to respond to this paragraph.

28

400.    Defendant lacks the information to respond to this paragraph.

401.    Defendant lacks the information to respond to this paragraph.

402.    Defendant lacks the information to respond to this paragraph.

**E. Defendants Coordinated Communications During the Attack.**

403.    Defendant denies the allegations in this paragraph.

404.    Defendant denies that Kelly Meggs breached the doors of the Capitol or being discussed an ongoing attack.  Defendant lacks the information to otherwise respond to this paragraph.

405.    Defendant Kelly Meggs submits that the quotes referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

406.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

407.    Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

408.    Defendant lacks the information to respond to this paragraph.

409.    Defendant denies that Kelly Meggs exchanged information about the location of members of Congress or that Kelly Meggs was involved in a mob hunting members of Congress. Defendant lacks the information to otherwise respond to this paragraph.

410.    Defendant lacks the information to respond to this paragraph.

411.    Defendant lacks the information to respond to this paragraph.

412.    Defendant lacks the information to respond to this paragraph.

413.     Defendant Kelly Meggs submits that the indictment speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

414.     Defendant lacks the information to respond to this paragraph.

415.     Defendant lacks the information to respond to this paragraph.

**F.   Defendants' Actions After the Attack Further Confirm That They Intended to Forcibly Impede the Election Certification and Prevent President Biden and Vice President Harris from Assuming Office.**

416.     Defendant denies that Kelly Meggs was involved in an attack.  Defendant lacks the information to otherwise respond to this paragraph.

417.     Defendant lacks the information to respond to this paragraph.

418.     Defendant denies the allegations in this paragraph.

419.     Defendant lacks the information to respond to this paragraph.

420.     Defendant lacks the information to respond to this paragraph.

421.     Defendant lacks the information to respond to this paragraph.

422.     Defendant lacks the information to respond to this paragraph.

423.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

424.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

425.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

426.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

427.     Defendant lacks the information to respond to this paragraph.

428.     Defendant lacks the information to respond to this paragraph.

429.     Defendant lacks the information to respond to this paragraph.

430.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

431.     Defendant lacks the information to respond to this paragraph.

432.     Defendant lacks the information to respond to this paragraph.

433.     Defendant lacks the information to respond to this paragraph.

434.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

435.     Defendant lacks the information to respond to this paragraph.

436.     Defendant lacks the information to respond to this paragraph.

437.     Defendant Kelly Meggs submits that the quote referenced in this paragraph speaks for itself and that no response is therefore required.  To the extent any response is required, Defendant Kelly Meggs denies the allegation(s) within this paragraph.

438.     Defendant lacks the information to respond to this paragraph.

439.     Defendant lacks the information to respond to this paragraph.

440.     Defendant lacks the information to respond to this paragraph.

VI.     **The District of Columbia Answered the Call to Provide Support during the January 6th Attack- and Was Injured as a Result.**

441.    Defendant lacks the information to respond to this paragraph.

442.    Defendant lacks the information to respond to this paragraph.

443.    Defendant lacks the information to respond to this paragraph.

444.    Defendant lacks the information to respond to this paragraph.

445.    Defendant lacks the information to respond to this paragraph.

446.    Defendant lacks the information to respond to this paragraph.

447.    Defendant lacks the information to respond to this paragraph.

448.    Defendant lacks the information to respond to this paragraph.

449.    Defendant lacks the information to respond to this paragraph.

   A.   **MPD Officers Suffered Physical and Mental Injuries as a Result of the Defendants' Attack**

450.    Defendant lacks the information to respond to this paragraph.

451.    Defendant denies that Kelly Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

452.    Defendant denies that Kelly Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

453.    Defendant denies that Kelly Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

454.     Defendant denies that Kelly Meggs engaged in any violent confrontations with any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

455.     Defendant denies that Kelly Meggs caused physical or emotional trauma to any members of law enforcement.  Defendant lacks the information to otherwise respond to this paragraph.

**B.  The District Has Incurred Significant Damages as a Result of Defendants' Unlawful Actions**

456.     Defendant denies that Kelly Meggs was involved in any calculated, pre-planned, or coordinated actions relating to an attack that caused the District of Columbia to incur financial costs.  Defendant lacks the information to otherwise respond to this paragraph.

457.     Defendant denies that Kelly Meggs' actions resulted in the deployment of MPD resources.  Defendant lacks the information to otherwise respond to this paragraph.

458.     Defendant denies that Kelly Meggs' actions injured any MPD officers.  Defendant lacks the information to otherwise respond to this paragraph.

459.     Defendant lacks the information to respond to this paragraph.

**COUNT I: 42 U.S.C. § 1985(1)**
**(ALL DEFENDANTS)[2]**

460.   N/A

461.   N/A

462.   N/A

463.   N/A

464.   N/A

---

[2] The Court dismissed Count I as it relates to Kelly Meggs.

465.   N/A

466.   N/A

467.   N/A

468.   N/A

### COUNT II: 42 U.S.C. § 1986
### (ALL DEFENDANTS)[3]

469.   N/A

470.   N/A

471.   N/A

472.   N/A

473.   N/A

474.   N/A

475.   N/A

### COUNT III: ASSAULT
### (CIVIL CONSPIRACY BY ALL DEFENDANTS)

476.   N/A

477.   N/A

478.   Defendant denies the allegations in this paragraph.

479.   Defendant denies the allegations in this paragraph.

480.   Defendant denies the allegations in this paragraph.

### COUNT IV: BATTERY
### (CIVIL CONSPIRACY BY ALL DEFENDANTS)

481.   N/A

482.   N/A

---

[3] The Court dismissed Count II as it relates to Kelly Meggs.

483.    Defendant denies the allegations in this paragraph.

484.    Defendant denies the allegations in this paragraph.

485.    Defendant denies the allegations in this paragraph.

### COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (CIVIL CONSPIRACY BY ALL DEFENDANTS

486.    N/A

487.    N/A

488.    Defendant denies the allegations in this paragraph.

489.    Defendant denies the allegations in this paragraph.

490.    Defendant denies the allegations in this paragraph.


Dated: October 2, 2023                    Respectfully submitted,

                                  _____/s/ Stanley E. Woodward, Jr._____
                                  Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
                                  BRAND WOODWARD LAW, LP
                                  400 Fifth Street, Northwest, Suite 350
                                  Washington, DC  20001
                                  202-996-7447 (telephone)
                                  202-996-0113 (facsimile)
                                  Stanley@BrandWoodwardLaw.com

                                  *Counsel for Defendant Kelly Meggs*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 2, 2023, the foregoing document was electronically filed through the CM/ECF System, and the notification of such electronic filing will be sent to all counsel of record in this case.

<u>     <i>/s/ Stanley E. Woodward, Jr.</i>     </u>
Stanley E. Woodward, Jr. (D.C. Bar No. 997320)
BRAND WOODWARD LAW, LP
400 Fifth Street, Northwest, Suite 350
Washington, DC 20001
202-996-7447 (telephone)
202-996-0113 (facsimile)
Stanley@BrandWoodwardLaw.com
