UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>  v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>      Defendants. | Civil Action No. 21-cv-03267-APM |

**JOINT STATUS REPORT**

In accordance with the Court's instruction at the August 2, 2023 joint status conference in *Smith* v. *Trump*, No. 21-cv-2265 and *District of Columbia* v. *Proud Boys International, LLC*, No. 21-cv-3267, Plaintiff District of Columbia (the "District") and Defendants Biggs, Tarrio, Caldwell, Schaffer, Rehl, Kuehne, Harrelson, Minuta, Pepe, Vallejo, Klein, Pezzola, Rhodes, Ulrich, C. Meggs, and K. Meggs submit this report regarding the status of this case.

**I.     Background**

The District filed the Complaint in this case on December 14, 2021, and the Amended Complaint on April 1, 2022. ECF Nos. 1, 94. The District brought multiple counts against Defendants[1] for violation of 42 U.S.C. § 1985(1), violation of 42 U.S.C. § 1986, and common-law civil conspiracy resulting in assault, battery, and intentional infliction of emotional distress.

---

[1]  The term "Defendants," as used herein, refers to all Defendants in this action, regardless of whether they participated in the Rule 26(f) conference or have appeared in the case.

1

Twenty of the 39 Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Greene, Hackett, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Scott, Watkins, Young, Oath Keepers, and Proud Boys International, LLC—never responded to the Amended Complaint by filing an answer or filing or joining motions to dismiss. Fourteen of the 39 Defendants—Biggs, Harrelson, Klein, Kuehne, C. Meggs, K. Meggs, Minuta, Pepe, Schaffer, Steele, Tarrio, Ulrich, Worrell, and Vallejo—filed or joined in motions to dismiss the Amended Complaint. Three of the 39 Defendants—Caldwell, Moerschel, and Rehl—filed answers to the Amended Complaint.[2]

On March 31, 2023, the Court denied the moving Defendants' motions to dismiss the common law conspiracy claims and granted the moving Defendants' motions to dismiss the claims under 42 U.S.C. § 1985(1) and 42 U.S.C. § 1986. *See* ECF No. 171. Following that decision, Defendants Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rhodes, Schaffer, Steele, Ulrich, and Vallejo each filed an answer to the Amended Complaint. *See* ECF Nos. 172, 175, 178, 187, 188, 189, 190, 194, 195, 196, 216. Several of the other Defendants who had moved to dismiss—Biggs, Tarrio, and Worrell—did not file answers following the Court's decision on their motions to dismiss. On October 2, 2023, Defendants C. Meggs and K. Meggs filed answers to the Amended Complaint. In addition, counsel for Defendants Tarrio and Biggs states that these Defendants intend to file answers to the Amended Complaint by November 1, 2023.

On April 6, 2023, following the Court's ruling on the Defendants' motions to dismiss, the Court issued an Order notifying the parties in this case that the Court had

---

[2] The remaining two Defendants—Pezzola and Rhodes—did not file or join in motions to dismiss the Amended Complaint but filed answers to the Amended Complaint following the Court's March 31, 2023 ruling on the motions to dismiss.

entered a Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213). The Court instructed the parties to "meet and confer with counsel in *Smith* to coordinate discovery between the cases." The Court further ordered the parties to provide a Joint Status Report by no later than April 14, 2023, which "updates the court on the meet and confer and advises whether any adjustments to the schedule in Smith will be required in this case." Minute Order, Apr. 6, 2023.

On April 17, 2023, the Court ordered that the parties' initial disclosures would be due on June 1, 2023, and that all other deadlines would be the same as those entered in *Smith* v. *Trump*, ECF No. 213 (the "*Smith* Scheduling Order").

On May 9, 2023, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f). Fourteen Defendants—Biggs, Caldwell, Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Steele, Ulrich, and Vallejo—participated in that conference.

On June 1, 2023, the District served initial disclosures that identified, among others, 65 Metropolitan Police Department officers who were injured in the January 6 Attack on the Capitol. Thirteen of the Defendants who attended the May 9 conference also served initial disclosures on that date. On June 15, 2023, Defendant Moerschel, who did not attend the May 9 conference, also served initial disclosures. On October 2, 2023, C. Meggs and K. Meggs served initial disclosures. None of the other Defendants have served initial disclosures.[3]

---

[3] On June 1, 2023, Defendant Klein filed a document labeled as a "Rule 26a1 Statement." ECF No. 208. The document does not consist of initial disclosures under Rule 26(a)(1) and instead appears to be an answer to the Amended Complaint. On June 5, a "Notice of Error" was entered advising that Klein's filing was associated with the "[i]ncorrect event" and should be refiled. Since then, the District has not received initial disclosures from Klein.

On June 16, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*. During that status conference, the Court asked the parties to submit updated status reports by August 1, 2023.

On August 2, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*. During that status conference, the Court asked the parties to submit updated status reports by October 2, 2023 and scheduled a joint status conference for October 5, 2023 at 4:45 p.m.

**II.     Status Update**

    A.     <u>The District's Discovery Requests</u>

On June 20, 2023, the District served Requests for Production on Defendants Ashlock, Biggs, Kuehne, Caldwell, Chrestman, DeCarlo, Donohoe, Greene, Jackman, C. Meggs, K. Meggs, Nordean, Colon, Crowl, Hackett, Harrelson, James, Moerschel, Steele, Ulrich, and the Oath Keepers. Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

On June 21, 2023, the District served Requests for Production on Defendants Bru, Klein, Minuta, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Scott, Tarrio, Vallejo, Watkins, Worrell, Young, and Proud Boys International, L.L.C.[4] Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

---

[4]  The District served its Requests on Defendant Proud Boys International, LLC via its chairman, Defendant Tarrio.

To date, eight of the 39 Defendants—Caldwell, Greene,[5] Kuehne, Moerschel, Rehl, Schaffer, Steele, and Ulrich—have responded to the District's requests. Two additional Defendants—Tarrio and Biggs—have filed a document titled "Notice Re: Tarrio-Biggs Discovery Compliance," attaching a copy of their "response in late July to discovery requests by plaintiffs in *Smith* v. *Trump*" and indicating that "responsive documents should be available soon and by the end of 2023 at the latest." ECF No. 227 at 1.

Defendants Greene, Moerschel, Steele, and Ulrich served responses and objections but produced no documents, each representing that they do not have custody of any responsive documents. Defendants Kuehne and Rehl served responses and objections in which they declined to respond to each of the District's requests on Fifth Amendment grounds, and they produced no documents. Defendant Schaffer served responses and objections and also made a production of documents. Defendant Caldwell made a production of documents. The District is preparing to meet and confer with various Defendants concerning their responses and objections, some of which suggest Defendants are not meeting their discovery obligations. Following the meet-and-confer process, the District anticipates seeking leave to file a motion to compel with respect to Defendants who have served deficient responses and objections to the District's discovery requests.

Twenty-nine Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Hackett, Harrelson, Jackman, James, Klein, C. Meggs, K. Meggs, Minuta, Nordean, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rhodes, Scott, Vallejo,

---

[5] Defendant Greene responded to the District's Requests for Production, but has not previously answered either the original or amended complaint, moved to dismiss, participated in conferences, or served initial disclosures.

Watkins, Worrell, Young, Oath Keepers, and Proud Boys International, LLC—have not responded to the District's Requests for Production.

From August 22 to August 30, 2023, the District attempted to contact these delinquent Defendants (through counsel, where they are represented) asking them to let the District know by September 8 whether they intended to produce documents or serve responses and objections to the Requests for Production. None of these delinquent Defendants has since produced documents or served responses and objections.[6] Accordingly, at the October 5 status conference, the District intends to request leave to file a motion to compel pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iv) against the Defendants that have not yet responded to the District's Requests For Production, including Defendants Ashlock, Klein, Pepe, Proud Boys, Bru, Chrestman, DeCarlo, Donohoe, Jackman, Nordean, Ochs, Scott, Worrell, Pezzola, Colon, Oath Keepers, Crowl, Hackett, Harrelson, James, Rhodes, Vallejo, Watkins, and Minuta.

On September 5, 2023, one of the delinquent Defendants—Young—sent an email to counsel for the District stating that "all documents and devices were confiscated

---

[6] Defendant Colon replied that he "can't afford an attorney to answer every legal filing" the District sends him, requested the District's "help in getting whatever document you need from me," and stated that "the DOJ and Attorney General in my criminal case have all the evidence that you could possibly want and/or need." In a separate email, Colon wrote, "I know for a fact that I am not going to be able to produce anything for you by September 1, 2023." On August 31, the District replied to Colon that it cannot give him legal advice and reiterated, "if we do not hear from you by September 8 as to whether you intend to respond to the District's Requests for Production in accordance with the applicable rules, the District intends to file a motion to compel." Since then, the District has not heard from Colon.

Counsel for Defendant Harrelson replied to the District: "You need to give us clarification or we need clarification from the court as to what . . . we are free to produce from the document submissions from the respective criminal prosecutions. This remains an open question unless I missed the guidance somewhere." The District replied to counsel: "Under Federal Rule of Civil Procedure 34, you must respond to each item or category from our Requests for Production, stating any grounds for objection with specificity. Please let us know by September 8, 2023, whether you intend to serve such responses and objections to the Requests for Production. As we stated, if we do not hear from you by that date, the District intends to file motions to compel the production of documents." Since then, the District has not heard from Harrelson.

6

by the government when I was arrested" and "I cannot comply." Two of the delinquent Defendants—C. Meggs and K. Meggs—have agreed to serve responses and objections to the District's requests by October 31, 2023.

Defendant Schaffer has previously contended that, while the District provided an initial disclosure statement, the District did not provide any evidence or documents to support its claim against Schaffer. In light of the lack of any such evidence, Schaffer has also previously requested that the District reach out to the prosecutor in the criminal proceedings as part of its due diligence.

B.   Defendants' Discovery Requests

Three Defendants—Schaffer, Rehl, and Caldwell—have served discovery requests on the District. Defendant Schaffer served Requests for Production and Interrogatories, to which the District served responses and objections on September 1, 2023. On September 5, 2023, Rehl served Requests for Production. Under Federal Rule of Civil Procedure 34(b)(2)(A), the District's default 30-day deadline to serve responses and objections is October 5, 2023. On September 8, 2023, Caldwell served Requests for Production and Interrogatories. Under Federal Rules of Civil Procedure 33(b)(2) and 34(b)(2)(A), the District's default 30-day deadline to serve responses and objections is October 9, 2023.

In an effort to manage administration of its discovery responses, the District requested that Defendants consent to a consolidated schedule that would require all Defendants to serve initial discovery requests by October 9, 2023 and would require the District to respond to requests for production by November 8, 2023 and to interrogatories

7

by December 1, 2023.  Defendants Caldwell and Rehl objected to the District's request. Defendants Moerschel, B. Parker, and S. Parker consented to the District's request.

        C.      <u>The District's Request for Entry of Default and Other Pending Matters</u>

The District will request entry of default against 13 Defendants[7] who have not responded to the original Complaint or the Amended Complaint, participated in meet and confer discussions, made initial disclosures, or responded to the District's Requests for Production.  The District does not anticipate immediately seeking entry of default against Defendant DeCarlo, who, on September 18, 2023, filed a motion to quash service of process.  *See* ECF No. 229.  DeCarlo contends that he was never "personally served."  The District opposes DeCarlo's motion for the reasons set forth in its opposition brief filed on October 2, 2023.  In short, DeCarlo has offered no evidence that service was improper, and his motion should be denied.  DeCarlo has otherwise not responded to the original Complaint or the Amended Complaint, participated in meet-and-confer discussions, made initial disclosures, or responded to the District's Requests for Production.  In the event that DeCarlo's motion is denied and DeCarlo does not promptly begin participating in this litigation, the District intends to request entry of default against him.

The District does not anticipate immediately seeking entry of default against Defendants B. Parker and S. Parker.  The Parkers have not responded to the original Complaint or the Amended Complaint, made initial disclosures, or responded to the District's Requests for Production.  However, counsel for the Parkers has recently been in contact with counsel for the District.  On September 27, 2023, the District asked whether the Parkers intend to respond to the Amended Complaint or the discovery requests that

---

[7] Ashlock, Bru, Chrestman, Crowl, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Oath Keepers, and Proud Boys International, LLC.

8

were served on them. The Parkers indicated that they will respond to the Amended Complaint and the discovery requests.

On September 27, 2023, counsel for Defendant Rehl forwarded a document production that the Police Department for Muskegon, Michigan made in response to a third-party subpoena.

**III.    Next Steps**

The District remains primarily focused on obtaining discovery from the Defendants. Pursuant to the *Smith* Scheduling Order, discovery motions require leave of the Court. Accordingly, at the October 5 status conference, the District intends to request leave to file a motion to compel pursuant to Federal Rule of Civil Procedure 37(a)(3)(B)(iv) against the Defendants that have not yet responded to the District's Requests For Production, including Defendants Ashlock, Klein, Pepe, Proud Boys, Bru, Chrestman, DeCarlo, Donohoe, Jackman, Nordean, Ochs, Scott, Worrell, Pezzola, Colon, Oath Keepers, Crowl, Hacket, Harrelson, James, Rhodes, Vallejo, Watkins, and Minuta.

The District is also focused on responding and objecting to Defendants' various discovery requests.

Dated: October 2, 2023

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:      /s/ *Brendan B. Downes*
         Brendan B. Downes (D.C. Bar 187888)
         400 6th St. NW
         Washington, DC 20001

9

Tel: 202-724-6533
Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Zack Goldberg
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
zack@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ *Matthew L. Larrabee*
Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By: /s/ *Vincent H. Cohen*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *Eileen B. Hershenov*
Eileen B. Hershenov
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5805
Email: ehershenov@adl.org

By: /s/ *James Pasch*
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com

       Tel:  215-994-2000
       Fax:  215-994-2222
       Email:  michael.doluisio@dechert.com

*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By:    /s/ *J. Daniel Hull*
       John Daniel Hull
       1420 N Street, NW
       Washington, DC 20005
       202-429-6520
       Fax: 412-261-2627
       Email: jdhull@hullmcguire.com

*Counsel for Defendant Thomas Caldwell:*

**ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC**

By:    /s/*Adam T. Sampson*
       Adam T. Sampson
       James R. Andersen
       Roderick R. Barnes
       300 East Lombard Street, Suite 900
       Baltimore, Maryland 21202
       Phone: (410) 727-2443 x1008
       Fax: (410) 727-4497
       Email: asampson@rsrm.com
            jandersen@rsrm.com
            rbarnes@rsrm.com

*Counsel for Defendant Jon Schaffer:*

**ATTORNEYS FOR FREEDOM LAW FIRM**

By:    /s/ *Jody Lynn Broaddus*
       Jody Lynn Broaddus
       3185 S. Price Road
       Chandler, AZ 85248
       480-755-7110
       Email: jody@attorneysforfreedom.com

*Counsel for Defendant Zachary Rehl:*

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By: /s/ *Patrick Trainor*
Patrick Trainor
19 Union Avenue, Suite 201
Rutherford, New Jersey 07070
(201) 777-3327
Fax: (201) 896-7815
Email: pt@ptesq.com

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By: /s/ *William T. DeVinney*
William Thomas DeVinney
1921 Gallows Road
Tysons, VA 22182
703-942-8076
Email: wdevinney@brigliahundley.com

*Counsel for Defendant Kenneth Harrelson:*

**FORMERFEDSGROUP.COM LLC**

By: /s/ *Bradford L. Geyer*
141 I Route 130 South
Suite 303
Cinnaminson, NJ 08077
856-607-5708
Email: bradford.geyer@formerfedsgroup.com

*Counsel for Defendants Roberto A. Minuta, William Joseph Pepe, Edward Vallejo, Jonathanpeter Klein, Dominic Pezzola and Elmer Stewart Rhodes, III:*

**JOHN PIERCE LAW P.C.**

By: /s/ *John M. Pierce*
21550 Oxnard Street
Suite 3rd Floor OMB #172
Woodland Hills, CA 91367
213-400-0725
Email: jpierce@johnpiercelaw.com

*Counsel for Defendant Brian Ulrich:*

**KICKLIGHTER LAW**

By: /s/ *Claude M. Kicklighter, Jr.*
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: Mickey@Kick-law.com

*Counsel for Defendants Connie Meggs and Kelly Meggs:*

**BRAND│WOODWARD**

By: /s/ *Stanley Woodward Jr.*
400 Fifth Street, NW
Suite 350
Washington, DC 20001
202-996-7447
Email: stanley@brandwoodwardlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on October 2, 2023, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

      /s/ *Jeannie S. Rhee*

      Jeannie S. Rhee