UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                Plaintiff,<br><br>    v.<br><br>PROUD BOYS INTERNATIONAL,<br>L.L.C., *et al.*,<br><br>                Defendants. | Civil Action No. 21-cv-03267-APM |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this 3rd of October, 2023, that I am the attorney of record for the plaintiffs in the above-entitled case and that the following defendants were served with process as specified below:

- RYAN ASHLOCK was served with process, through his counsel, on April 1, 2022, via the ECF system.

- MARC ANTHONY BRU was served with process on July 18, 2022. ECF No. 144. The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- WILLIAM CHRESTMAN was personally served with process in the District of Columbia on April 26, 2022. ECF No. 118.

- DONOVAN RAY CROWL was served with process on May 20, 2022. ECF No. 119. The authority for obtaining personal jurisdiction over the

defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- CHARLES DONOHOE was personally served with process on May 13, 2022.  ECF No. 121.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- JOSEPH HACKETT was served with process on April 15, 2022.  ECF No. 123.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- ARTHUR JACKMAN was served with process on May 9, 2022.  ECF No. 125.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- JOSHUA JAMES was personally served with process on May 23, 2022.  ECF No. 126.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- ETHAN NORDEAN was served with process on May 24, 2022.  ECF No. 128.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- NICHOLAS OCHS was served with process on July 25, 2022.  ECF No. 147.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- DANIEL LYONS SCOTT was personally served with process on April 13, 2022.  ECF No. 134.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- The OATH KEEPERS were served with process on May 23, 2022 via service on K. Parker, authorized to accept service on behalf of Silver State Legal, the registered agent of Oath Keepers.  ECF No. 129; Ex. A (registered agent).  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

- PROUD BOYS INTERNATIONAL, L.L.C. was served with process on May 23, 2022 via service on its officer Enrique Tarrio.  ECF No. 130.  The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is D.C. Code § 13-423(a)(3).

I further certify under penalty of perjury that: no appearance has been entered by Defendants Bru, Chrestman, Crowl, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Oath Keepers, or Proud Boys International, L.L.C. in this case; no pleading has been filed and none served upon the attorney for the plaintiff by these Defendants; although the standard time for answering the Amended Complaint was extended under

the Court's scheduling order of May 8, 2023, the time for filing has expired; and the defendants are neither infants nor incompetent persons.

I further certify under penalty of perjury that: though appearance has been entered by Defendant Ashlock in this case, no pleading has been filed and none served upon the attorney for the plaintiff by this Defendant; although the standard time for answering the Amended Complaint was extended under the Court's scheduling order of May 8, 2023, the time for filing has expired; and the defendants are neither infants nor incompetent persons.

The Clerk is requested to enter a Default against said defendants.

Dated: October 3, 2023     By:    /s/ Jeannie S. Rhee
                                                                    Jeannie S. Rhee (D.C. Bar 464127)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

*Attorney for Plaintiff District of Columbia*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 3, 2023, I caused the foregoing Affidavit in Support of Default to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

                                                    */s/ Jeannie S. Rhee*

                                                    Jeannie S. Rhee