# Exhibit A

| ENTITY INFORMATION |
|---|

## ENTITY INFORMATION

**Entity Name:**

OATH KEEPERS

**Entity Number:**

E0559982009-3

**Entity Type:**

Domestic Nonprofit Corporation (82)

**Entity Status:**

Default

**Formation Date:**

10/22/2009

**NV Business ID:**

NV20091497338

**Termination Date:**

Perpetual

**Annual Report Due Date:**

10/31/2022

**Solicits Charitable Contribution:**

No

## REGISTERED AGENT INFORMATION

**Name of Individual or Legal Entity:**

SILVER STATE LEGAL*

**Status:**

Resigned

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

**Jurisdiction:**

NEVADA

**Street Address:**

4625 WEST NEVSO DRIVE SUITE 2 & 3, Las Vegas, NV, 89103, USA

**Mailing Address:**

**Individual with Authority to Act:**

CHRISTOPHER GROBL, ESQ.

**Fictitious Website or Domain Name:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Secretary | ROCCI R TWICHELL | 4625 West Nevso Drive, Suites 2&3, Las Vegas, NV, 89103, USA | 10/31/2021 | Active |
| President | E. STEWART RHODES | 4625 West Nevso Drive, Suites 2&3, Las Vegas, NV, 89103, USA | 10/31/2020 | Active |
| Treasurer | STEPHEN ALEXANDER | 4625 West Nevso Drive, Suites 2&3, Las Vegas, NV, 89103, USA | 10/31/2020 | Active |
| Director | E. STEWART RHODES | 4625 West Nevso Drive, Suites 2&3, Las Vegas, NV, 89103, USA | 10/31/2020 | Active |

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| Director | ROCCI R TWITCHELL | 4625 West Nevso Drive, Suites 2&3, Las Vegas, NV, 89103, USA | 10/31/2020 | Active |

< Previous  ...  1  [2]  ...  Next >   Page 1 of 2, records 1 to 5 of 9   [  ] Go to Page

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| No records to view. | | | |

Number of No Par Value Shares:

**0**

Total Authorized Capital:

Filing History    Name History    Mergers/Conversions

Return to Search    Return to Results