## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

Plaintiff,

v.

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

Defendants.

Civil Action No. 21-CV-03267

## <u>DECLARATION OF HILLARY S. BLACK</u>

I, Hillary S. Black, pursuant to 28 U.S.C. § 1746, declare as follows:  Pursuant to Local Rule 83.2(c), I certify that I am eligible for admission to this Court:

1.      I am an associate at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019-6064; telephone 212-373-3000.

2.      I am a member in good standing of the bar of the State of New York and am admitted to practice before the United States Courts of Appeals for the Fifth and Eleventh Circuits and the United States District Courts for the Eastern District of New York and Southern District of New York.

3.      I have not been disciplined by any bar.

4.      I have not been admitted *pro hac vice* in this Court within the past two years.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, NY
        October 4, 2023

_Hillary Black_
Hillary S. Black