Default - Rule 55A                                                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA
        Plaintiff(s)

   v.

Civil Action: 1:21-cv-03267-APM

PROUD BOYS INTERNATIONAL, L.L.C. et al
        Defendant(s)

**RE:** RYAN ASHLOCK

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with the amended complaint on April 1, 2022, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of October, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:      /s/ Michele M. Grady
                  Deputy Clerk