Default - Rule 55A                                                                                                          (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA
            Plaintiff(s)

                                                                Civil Action: 1:21-cv-03267-APM

       v.

OATH KEEPERS
PROUD BOYS INTERNATIONAL, L.L.C. et al
            Defendant(s)

**RE:** OATH KEEPERS
PROUD BOYS INTERNATIONAL, L.L.C.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with the amended complaint on May 23, 2022, and an affidavit on behalf of the plaintiff having been filed, it is this 5th day of October, 2023 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By:  /s/ Michele M. Grady
           Deputy Clerk