IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                      Plaintiff,

      v.                                            No. 1:21-CV-03267-APM

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

                      Defendants.

## ORDER

      Before the Court is Plaintiff's Motion to Compel. The Court hereby grants the Motion. Defendants Ashlock, Proud Boys, Bru, Chrestman, DeCarlo, Donohoe, Jackman, Nordean, Ochs, Scott, Worrell, Colon, Oath Keepers, Crowl, Hackett, Harrelson, James, and Watkins are each ordered to produce all documents and communications responsive to the Plaintiff's Requests for Production within 30 days of the date of this Order.

      **SO ORDERED.**

                                                                 _____

                                                                 Hon. Amit P. Mehta
                                                                 United States District Court Judge

                                                                Dated: _____

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF

    Federal Detention Center
    ATTN: Proud Boys International, L.L.C.
    c/o Henry "Enrique" Tarrio, Chairman
    Inmate No. 98721-004
    33 NE 4th Street
    Miami, FL 33132

    Service of Process
    Secretary of State
    P.O. Box 12079
    Austin, Texas 78711-2079
    ATTN: Proud Boys International, L.L.C.

    Oath Keepers
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2
    Vancouver, WA 98685-5203

    Thomas Edward Caldwell
    PO Box 1120
    Berryville, VA 22611
    redstart11@gmail.com

    William Chrestman
    D.C. Central Detention Facility DCDC No. 376975
    1901 D St., SE
    Washington, D.C. 20003

    Louis Enrique Colon
    1539 Rosehill Road
    Overland Park, KS 66210

    Donovan Ray Crowl
    8201 Sea Star Drive
    Blacklick, OH 43004

Inmate Nicholas De Carlo
Register No. 27214-509
FMC Forth Worth
P.O. Box 15330
3150 Horton Road
Fort Worth, TX 76119

Charles Donohoe
NC Detention Center
125 Court Street
Hillsborough, NC 27278
Orange County

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572[1]

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

---

[1] Plaintiff understands this to be Defendant Nordean's present address per Defendant Nordean's Opposition to the Government's Motion to Continue the March 8, 2022 Status Conference filed in *USA v. Nordean et al.*, Case No. 21-cr-175, D.I. 300 (Mar. 6, 2022).

Dominic Pezzola
#25870-509
USP Lewisburg
2400 Robert F. Miller Drive
Lewisburg, PA 17837

Elmer Stewart Rhodes III
4600 Sapphire Ln.
Granbury, TX 76049-6611

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
D.C. Central Detention Facility
DCDC No. 376250
1901 D Street, SE
Washington, DC 20003

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08