UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA,** | * |
|     **Plaintiff** | * |
| **v.** | *    Case No.: 1:21-cv-03267-APM |
| **PROUD BOYS INTERNATIONAL LLC, et al.** | * |
| | * |
|     **Defendants** | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>**NOTICE OF WITHDRAWAL OF APPEARANCE**</u>

Please withdraw the appearance of Roderick R. Barnes, Esquire as counsel for Defendant Thomas Caldwell. James R. Andersen, Esquire and Adam T. Sampson remain counsel for Defendant Thomas Caldwell.

Respectfully submitted,

 /s/ James R. Andersen
James R. Andersen (Bar ID: MD0186)
Adam T. Sampson (Bar ID: MD0188)
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
jandersen@rsrm.com
asampson@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 12th day of January 2024, a copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's e-filing.

 /s/ James R. Andersen
James R. Andersen