# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>      Plaintiff,<br><br>vs.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et. al.,<br><br>      Defendants. | Case No. 1:21-cv-03267 (APM) |

## MOTION FOR ADMISSION PRO HAC VICE

Pierre B. Whyte hereby moves this Court, pursuant to Local Rule 44.1(c), to appear pro hac vice in this case as attorney for Defendant Jon Ryan Schaffer. Local counsel, Daniel M. Gray, a member of the Bar of this Court, sponsors the admission of Pierre B. Whyte.

The corresponding Declaration and Certificate of Good Standing in the United States District Court, District of Arizona are submitted with this Motion.

RESPECTFULLY SUBMITTED this 12th day of February, 2024.

                                                  ATTORNEYS FOR FREEDOM LAW FIRM

                                                  */s/ Pierre B. Whyte*
                                                  Pierre B. Whyte
                                                  *Attorney for Defendant Jon Ryan Shaffer*

Respectfully submitted,

    */s/ Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer and Sponsoring Attorney*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12th, 2024, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

Respectfully submitted,

DATED: February 12th, 2024.    */s/ Daniel M. Gray*
Daniel M. Gray – D.C. Bar TX 0018
Law Offices of Daniel M. Gray, LLC
7617 Virginia Avenue
Falls Church, VA 22043
(703) 204-0164
(703) 204-1449
Graydm2@verizon.net
*Counsel for Defendant Jon Ryan Schaffer and Sponsoring Attorney*