**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                          Plaintiff,<br><br>                    v.<br><br>PROUD    BOYS    INTERNATIONAL,<br>L.L.C., *et al.*,<br><br>                          Defendants. | Civil Action No. 21-cv-03267-APM |

**JOINT STATUS REPORT**

In accordance with the Court's February 21, 2024 request in *Smith* v. *Trump*, No. 21-cv-2265 and *District of Columbia* v. *Proud Boys International, LLC*, No. 21-cv-3267, Plaintiff District of Columbia (the "District") and Defendants Biggs, Tarrio, Caldwell, Schaffer, Ulrich, and Harrelson submit this report regarding the status of this case.

**I.      Background**

The District filed the Complaint in this case on December 14, 2021, and the Amended Complaint on April 1, 2022.  ECF Nos. 1, 94.  The District brought multiple counts against Defendants[1] for violation of 42 U.S.C. § 1985(1), violation of 42 U.S.C. § 1986, and

---

[1]    The term "Defendants," as used herein, refers to all Defendants in this action, regardless of whether they participated in the Rule 26(f) conference or have appeared in the case.

common-law civil conspiracy resulting in assault, battery, and intentional infliction of emotional distress.

Twenty of the 39 Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Greene, Hackett, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Scott, Watkins, Young, Oath Keepers, and Proud Boys International, LLC—never responded to the Amended Complaint by filing an answer or filing or joining motions to dismiss.  Fourteen of the 39 Defendants—Biggs, Harrelson, Klein, Kuehne, C. Meggs, K. Meggs, Minuta, Pepe, Schaffer, Steele, Tarrio, Ulrich, Worrell, and Vallejo—filed or joined in motions to dismiss the Amended Complaint.  Three of the 39 Defendants—Caldwell, Moerschel, and Rehl—filed answers to the Amended Complaint.[2]

On March 31, 2023, the Court denied the moving Defendants' motions to dismiss the common law conspiracy claims and granted the moving Defendants' motions to dismiss the claims under 42 U.S.C. § 1985(1) and 42 U.S.C. § 1986.  *See* ECF No. 171.  Following that decision, Defendants Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rhodes, Schaffer, Steele, Ulrich, and Vallejo each filed an answer to the Amended Complaint.  *See* ECF Nos. 172, 175, 178, 187, 188, 189, 190, 194, 195, 196, 216.  Several of the other Defendants who had moved to dismiss—Biggs, Tarrio, and Worrell—did not file answers following the Court's decision on their motions to dismiss.  On October 2, 2023, Defendants C. Meggs and K. Meggs filed answers to the Amended Complaint.  On November 6, 2023, Defendant Tarrio filed an answer to the Amended Complaint.  On November 9, 2023, Defendant Biggs filed an answer to the Amended Complaint.

---

[2]   The remaining two Defendants—Pezzola and Rhodes—did not file or join in motions to dismiss the Amended Complaint but filed answers to the Amended Complaint following the Court's March 31, 2023 ruling on the motions to dismiss.  On October 17, 2023, Caldwell moved for leave to file an amended answer to the Amended Complaint and attached the amended answer.  ECF Nos. 256, 256-1.  On October 18, the Court granted the motion.  Minute Order, Oct. 18, 2023.

On April 6, 2023, following the Court's ruling on the Defendants' motions to dismiss, the Court issued an Order notifying the parties in this case that the Court had entered a Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213).  The Court instructed the parties to "meet and confer with counsel in *Smith* to coordinate discovery between the cases."  The Court further ordered the parties to provide a Joint Status Report by no later than April 14, 2023, which "updates the court on the meet and confer and advises whether any adjustments to the schedule in Smith will be required in this case."  Minute Order, Apr. 6, 2023.

On April 17, 2023, the Court ordered that the parties' initial disclosures would be due on June 1, 2023, and that all other deadlines would be the same as those entered in *Smith* v. *Trump*, ECF No. 213 (the "*Smith* Scheduling Order").

On May 9, 2023, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f).  Fifteen Defendants—Biggs, Caldwell, Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Steele, Tarrio, Ulrich, and Vallejo—participated in that conference.

 On June 1, 2023, the District served initial disclosures that identified, among others, 65 Metropolitan Police Department officers who were injured in the January 6 Attack on the Capitol.  Thirteen of the Defendants who attended the May 9 conference (all but Biggs and Tarrio) also served initial disclosures on June 1, 2023.  On June 15, 2023, Defendant Moerschel, who did not attend the May 9 conference, also served initial disclosures.  On October 2, 2023, C. Meggs and K. Meggs served initial disclosures.  On November 29, 2023, Harrelson served a second set of "initial disclosures."  None of the other Defendants have served initial disclosures.[3]

_____

[3]   On June 1, 2023, Defendant Klein filed a document labeled as a "Rule 26a1 Statement."  ECF No. 208.  The document does not consist of initial disclosures under Rule 26(a)(1) and instead appears to be an answer to the Amended Complaint.  On June 5, a "Notice of Error" was entered advising that Klein's filing was associated

On June 16, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  During that status conference, the Court asked the parties to submit updated status reports by August 1, 2023.

On August 2, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  During that status conference, the Court asked the parties to submit updated status reports by October 2, 2023 and scheduled a joint status conference for October 5, 2023 at 4:45 p.m.

On October 5, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  During that status conference, the Court asked the parties to submit updated status reports by November 6, 2023 and scheduled a joint status conference for November 9, 2023 at 5:00 p.m.

On November 9, 2023, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  In a minute entry following that status conference, the Court instructed the parties to submit joint status reports by January 8, 2024 and scheduled a joint status conference for January 11, 2024 at 5:00 p.m.

On January 11, 2024, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  In a minute entry following that status conference, the Court scheduled a joint status conference for February 21, 2024 at 5:00 p.m.

On January 16, the Court entered an Amended Scheduling Order applicable in this litigation and *Smith* v. *Trump*.  *See* ECF No. 274.  On February 9, the Court ordered the parties to submit a joint status report by February 16.  *See* Min. Order (Feb. 9, 2024).

---

with the "[i]ncorrect event" and should be refiled.  Since then, the District has not received initial disclosures from Klein.

On February 21, the Court held a joint status conference for this litigation and the litigation in *Smith* v. *Trump*.  During that status conference, the Court asked the parties to submit joint status reports by March 29, 2024 and scheduled a joint status conference for April 3, 2024 at 5:00 pm.

## II.    Status Update

### A.    The District's Discovery Requests

On June 20, 2023, the District served Requests for Production on Defendants Ashlock, Biggs, Kuehne, Caldwell, Chrestman, DeCarlo, Donohoe, Greene, Jackman, C. Meggs, K. Meggs, Nordean, Colon, Crowl, Hackett, Harrelson, James, Moerschel, Steele, Ulrich, and the Oath Keepers.  Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

On June 21, 2023, the District served Requests for Production on Defendants Bru, Klein, Minuta, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Scott, Tarrio, Vallejo, Watkins, Worrell, Young, and Proud Boys International, L.L.C.[4]   Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

To date, eleven of the 39 Defendants—Caldwell, Greene,[5] Harrelson, Kuehne, Moerschel, Rehl, Schaffer, Steele, Ulrich, C. Meggs, and K. Meggs—have responded to the District's requests.  Two additional Defendants—Tarrio and Biggs—have filed a document titled "Notice Re: Tarrio-Biggs Discovery Compliance," attaching a copy of their "response in late July

---

[4]    The District served its Requests on Defendant Proud Boys International, LLC via its chairman, Defendant Tarrio.

[5]    Defendant Greene responded to the District's Requests for Production, but has not previously answered either the original or amended complaint, moved to dismiss, participated in conferences, or served initial disclosures.

to discovery requests by plaintiffs in *Smith* v. *Trump*" and indicating that "responsive documents should be available soon and by the end of 2023 at the latest." ECF No. 227 at 1.

Defendants Greene, Harrelson, Moerschel, Steele, Ulrich, C. Meggs, and K. Meggs served responses and objections but produced no documents, each representing that they do not have custody of most responsive documents.[6] Defendants Kuehne and Rehl served responses and objections in which they declined to respond to each of the District's requests on Fifth Amendment grounds, and they produced no documents. Defendant Schaffer served responses and objections and also made a production of documents. Defendant Caldwell made a production of documents. The District met and conferred with various Defendants concerning their responses and objections, some of which suggest Defendants are not meeting their discovery obligations. Following the meet-and-confer process, the District anticipates seeking leave to file a motion to compel with respect to Defendants who have served deficient responses and objections to the District's discovery requests.

Twenty-six Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Hackett, Jackman, James, Klein, Minuta, Nordean, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rhodes, Scott, Vallejo, Watkins, Worrell, Young, Oath Keepers, and Proud Boys International, LLC (collectively, the "delinquent Defendants")—did not respond to the District's Requests for Production.[7]

From August 22 to August 30, 2023, the District attempted to contact these delinquent Defendants (through counsel, where they are represented) asking them to let the District

---

[6]  Harrelson's responses and objections indicate he may produce documents responsive to some of the District's requests. To date, he has not produced any such documents.

[7]  Since November 6, 2023, when a previous joint status report was filed in this matter, Defendants C. Meggs, K. Meggs, and Harrelson have served responses and objections to the District's Requests for Production. Accordingly, the District does not include these Defendants among the "delinquent Defendants" for purposes of this status report.

know by September 8 whether they intended to produce documents or serve responses and objections to the Requests for Production.   On September 5, 2023, one of the delinquent Defendants—Young—sent an email to counsel for the District stating that "all documents and devices were confiscated by the government when I was arrested" and "I cannot comply."  None of the delinquent Defendants has since produced documents or served responses and objections.[8]

Defendant Schaffer has previously contended that, while the District provided an initial disclosure statement, the District did not provide any evidence or documents to support its claim against Schaffer.  In light of the lack of any such evidence, Schaffer has also previously requested that the District reach out to the prosecutor in the criminal proceedings as part of its due diligence.

B.    Defendants' Discovery Requests

Four Defendants—Schaffer, Rehl, Caldwell, and Steele—have served discovery requests on the District.  Defendant Schaffer served Requests for Production and Interrogatories, to which the District served responses and objections on September 1, 2023.  On September 5, 2023, Rehl served Requests for Production, to which the District served responses and objections on October 5, 2023.  The District and Defendant Rehl have met and conferred three times to discuss the District's responses and objections to Rehl's Requests for Production.   On February 6, notwithstanding the provision in the Amended Scheduling Order that discovery motions require leave of court, *see* ECF No. 274 at 2, Rehl filed a motion to compel the District to produce documents in response to his Requests for Production.  The District set forth its grounds for

---

[8]    Defendant Colon replied that he "can't afford an attorney to answer every legal filing" the District sends him, requested the District's "help in getting whatever document you need from me," and stated that "the DOJ and Attorney General in my criminal case have all the evidence that you could possibly want and/or need."  In a separate email, Colon wrote, "I know for a fact that I am not going to be able to produce anything for you by September 1, 2023."  On August 31, the District replied to Colon that it cannot give him legal advice and reiterated, "if we do not hear from you by September 8 as to whether you intend to respond to the District's Requests for Production in accordance with the applicable rules, the District intends to file a motion to compel."

opposing the motion in its opposition brief, which was filed on February 20.  The District reserves all rights with respect to Rehl's Requests for Production.

On September 8, 2023, Caldwell served Requests for Production and Interrogatories, to which the District served responses and objections on October 9, 2023.  Counsel for the parties have had one meet and confer with the expectation of having another to resolve any disputes.

On September 27, 2023, counsel for Defendant Rehl forwarded a document production that the Police Department for Muskegon, Michigan made in response to a third-party subpoena.

On January 8, 2024, Defendant Steele served Requests for Production and Interrogatories, to which the District served responses and objections on February 7.

C.     The Entries of Default

On October 2, 2023, the District requested entry of default against 13 Defendants[9] who have not responded to the original Complaint or the Amended Complaint, participated in meet and confer discussions, made initial disclosures, or responded to the District's Requests for Production.  On October 5, the Clerk of Court entered default against these 13 Defendants.  *See* ECF Nos. 241-252.

The District intends to request entry of default against Defendant DeCarlo, who has never responded to the Complaint or Amended Complaint, participated in any meet-and-confer discussions, made initial disclosures, or responded to the District's Requests for Production.  On September 18, 2023, DeCarlo moved to quash service of process summarily contending that he was never "personally served."  ECF No. 229.  On November 17, 2023, the Court denied

---

[9]     Ashlock, Bru, Chrestman, Crowl, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Oath Keepers, and Proud Boys International, LLC.

Defendant DeCarlo's motion to quash service, and ordered DeCarlo to answer the District's Amended Complaint by December 7, 2023.  ECF No. 266.  To date, DeCarlo has not answered the Amended Complaint.

The District has not sought entry of default against Defendants B. Parker and S. Parker.  The Parkers have not responded to the original Complaint or the Amended Complaint, made initial disclosures, or responded to the District's Requests for Production.  However, on September 27, 2023, the District asked whether the Parkers intend to respond to the Amended Complaint or the discovery requests that were served on them.  The Parkers indicated that they will respond to the Amended Complaint and the discovery requests, but the District has not yet received their responses.

D.    The Protective Order

At the October 5 status conference, the Court granted the District permission to file a Proposed Protective Order to facilitate the production, exchange, and discovery of documents and things.  The District filed the Proposed Protective Order on October 23, 2023.  ECF No. 257. Defendants Connie Meggs, Kelly Meggs, Biggs, Tarrio, Schaffer, Ulrich, and Rehl stipulated to the Proposed Protective Order.  On October 25, the Court entered the Protective Order.  *See* ECF No. 258.

Pursuant to Federal Rule of Civil Procedure 26(c)(1) and LCvR 7(m), the District intends to file a motion to modify the Protective Order, jointly with consenting Defendants, which will propose that the Court amend the Protective Order to facilitate disclosure of "Designated Material" between counsel in actions designated by the Court as related to this Action.

E.    The District's Application for Access to Criminal Trial Exhibits

On November 1, 2023, the District submitted Applications for Access to Trial

Exhibits in the criminal cases *United States* v. *Crowl, et al.*, No. 21-cr-28; *United States* v. *Worrell*, No. 21-cr-292; and *United States* v. *Bru*, No. 21-cr-352.  All three applications have been granted, and the District has obtained the exhibits from each of the three cases and produced them to Defendants.  *See United States* v. *Bru*, No. 23-mc-00122; *United States* v. *Crowl*, No. 21-cr-00028; *United States* v. *Worrell*, No. 23-mc-00120.

On March 19, 2024, the District submitted Applications for Access to Trial exhibits in the criminal cases *United States* v. *Rhodes, III, et al.*, No. 22-cr-15 and *United States* v. *United States* v. *Nordean, et al.*, No. 12-cr-175.  Miscellaneous dockets were opened at Nos. 24-mc-39-APM and 24-mc-40-TJK.  If these Applications are granted, the District intends to promptly obtain the exhibits from each case and produce them to Defendants.

F.      The District's Motion to Compel and Deficiency Letters

On October 31, 2023, after receiving leave from the Court, the District filed its Motion to Compel against Defendants Ashlock, Proud Boys, Bru, Christman, DeCarlo, Donohoe, Jackman, Nordean, Ochs, Scott, Worrell, Colon, Oath Keepers, Crowl, Hackett, Harrelson, James, and Watkins.  ECF No. 260.  On November 3, 2023, the Court granted the District's Motion to Compel.  ECF No. 261.  The Court ordered each of these eighteen Defendants to produce all documents and communications responsive to the District's Requests for Production by December 4, 2023.

On December 5, 2023, Defendant Harrelson served Responses and Objections to the District's Requests for Production and a document listing "General Objections to Discovery Propounded by the Plaintiff[]."  All other Defendants subject to the Court's November 3 order did not produce any documents.

Accordingly, on December 20, 2023, the District sent letters and/or emails to each of the Defendants subject to the order granting the motion to compel except Harrelson, reiterating

that (i) the deadline to respond to the District's Requests for Production was July 24, 2023; (ii) between August 22 and August 30, the District attempted to contact these Defendants to remind them of their discovery obligations; (iii) on October 31, the District filed a motion to compel; (iv) on November 3, the Court granted the motion to compel and ordered the production of responsive documents and communications by December 4; and (v) the District still had not received any productions or further communications from these Defendants.  The District's December 20 communication requested Defendants to immediately comply with their discovery obligations and requested that, by December 29, 2023, Defendants confirm their intent to comply with their discovery obligations and to participate in this litigation going forward.  On December 21, 2023, the District received an email from criminal counsel for Defendant Ashlock requesting a call with the District's counsel.   No other Defendants responded to the District's December 20 communication.

On March 28, 2024, the District sent letters and/or emails to each of the Defendants subject to the order granting the motion to compel except Harrelson, again requesting that these Defendants confirm that they will comply with their discovery obligations by April 11, 2024.  Also on March 28, 2024, the District sent an email to counsel for Defendants Bennie and Sandra Parker requesting that counsel confirm that Mr. and Ms. Parker will respond to the Amended Complaint, respond to the District's discovery requests, and make initial disclosures by April 11, 2024.

On March 28, 2024, the District received a response from Defendant Colon confirming that he would respond to the District's Requests for Production.  That same day, the District also received an email from criminal counsel for Defendant Ashlock requesting another call with District's counsel.  No other Defendants have responded to the District's March 28 emails.

On March 29, 2024, the District received a further response from Defendant Colon.  In his message, Mr. Colon included four pictures of an email thread in response to the District's Requests for Production.

       G.       The District's Interrogatories

On December 8, 2023, the District served its first set of Interrogatories on all thirty-nine Defendants in this action.  To date, only  five Defendants—Steele, Caldwell, Schaffer, Moerschel, and Ulrich—have responded.  The District had granted Ulrich an extension of time to respond until February 19, 2024, and he responded on that date.  All other Defendants were required to serve responses and any objections by January 10, 2024 and failed to do so.

       H.       The District's Document Productions

On February 16, 2024, the District initiated a fourth production of documents, including radio transmissions, video footage, and situational briefs from January 6, 2021; MPD safety and security plans related to January 6; MPD email communications; documents related to MPD officers' medical expenses; and social media messages related to January 6.  The District believes that the technical upload of these documents is complete.

On March 22, 2024, the District initiated a fifth production of documents which consisted of additional responsive MPD email communications and their respective attachments. This production contained over 1,000 total documents, totaling over 6,000 pages of material. The District believes that the technical upload of these documents is complete, as well.

       I.       The Notices of Depositions

On March 20, 2024, the District served Notices of Depositions of Defendants Jon Schaffer, Louis Colon, Brian Ulrich, and Matthew Greene on all counsel of record via email.  The District also mailed hardcopies of each notice to all counsel of record and to each individual defendant in this case.  These four Defendants are not named in *Smith* v. *Trump*.

The District intends to notice depositions of other Defendants in the future, and in addition, consistent with Federal Rule of Civil Procedure 30(a)(2)(B), the District intends to seek leave to notice depositions for certain Defendants who are confined in prison.

## III.    Next Steps

The District remains focused on discovery.  The District is continuing to fulfill its discovery obligations by producing responsive, non-privileged documents within its possession custody and control, consistent with its responses and objections to Defendants' discovery requests.  The District intends to continue collecting, reviewing, and producing responsive, non-privileged documents on a rolling basis.  The District is also continuing to obtain discovery from the Defendants and third parties, including by noticing and preparing to take depositions.

The District continues to coordinate discovery, including depositions, with the Plaintiffs in *Smith* v. *Trump*, No. 21-cv-2265 and, as noted above, intends to request an amendment to the Protective Order entered in this case to streamline document-sharing with the *Smith* Plaintiffs.

Consistent with the Court's guidance at the January 11, 2024 status conference, the District has contacted Magistrate Judge Upadhyaya's chambers to discuss mediation as to any Defendants who are willing to participate.  The District has held occasional discussions with counsel for certain Defendants who have expressed such a willingness.

Finally, the District is planning to amend the Amended Complaint, ECF No. 94. *See* ECF No. 274 (the "Amended Scheduling Order").  The Court's April 6, 2023 Scheduling Order, No. 21-cv-2265, ECF No. 213 (the "Old Scheduling Order"), set the deadline for joinder of parties and amendment of pleadings for April 29, 2024.  *Id.* at 1.  The Amended Scheduling Order vacated all deadlines set forth in the Old Scheduling Order, extending said deadlines by approximately six months, but did not set or mention a new deadline for joinder or amendment.

The District intends to seek an extension of the deadline for joinder or amendment to November 1, 2024, which is commensurate with the extension on the rest of the schedule.

Dated: March 29, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:     */s/ Brendan B. Downes*
        Brendan B. Downes (D.C. Bar 187888)
        400 6th St. NW
        Washington, DC 20001
        Tel: 202-724-6533
        Email: Brendan.downes@dc.gov


**STATES UNITED DEMOCRACY CENTER**

By:     */s/ Norman Eisen*
        Norman Eisen (D.C. Bar 435051)
        Christine P. Sun
        Katherine Reisner
        Gillian Feiner
        Zack Goldberg
        1101 17th St NW, Suite 250
        Washington, DC 20036
        Tel: (202) 999-9305
        Email: norm@statesuniteddemocracy.org
               christine@statesuniteddemocracy.org
               katie@statesuniteddemocracy.org
               gillian@statesuniteddemocracy.org
               zack@statesuniteddemocracy.org

**DECHERT LLP**

By:     */s/ Vincent H. Cohen, Jr.*
        Vincent H. Cohen, Jr. (D.C. Bar 471489)
        D. Brett Kohlhofer (D.C. Bar 1022963)
        1900 K Street, NW
        Washington, D.C. 20006-1110
        Tel: 202-261-3300
        Fax: 202-261-3333
        Email: vincent.cohen@dechert.com
               d.brett.kohlhofer@dechert.com

By:     */s/ Michael S. Doluisio*

**THE ANTI-DEFAMATION LEAGUE**

By:   */s/ James Pasch*
      James Pasch
      605 Third Avenue
      New York, NY 10158-3650
      Tel: 212-885-5806
      Email: jpasch@adl.org


**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   */s/ Jeannie S. Rhee*
      Jeannie S. Rhee (D.C. Bar 464127)
      2001 K Street, NW
      Washington, D.C. 20006-1047
      Tel:  202-223-7300
      Fax:  202-223-7420
      Email:  jrhee@paulweiss.com

By:   */s/ Daniel J. Kramer*
      Daniel J. Kramer
      Andrew J. Ehrlich

Michael S. Doluisio                         Erin J. Morgan
2929 Arch Street                            1285 Avenue of the Americas
Philadelphia, PA 19104-2808                 New York, NY 10019-6064
Tel:  215-994-2000                          Tel: 212-373-3000
Fax:  215-994-2222                          Fax: 212-757-3990
Email: michael.doluisio@dechert.com         Email: dkramer@paulweiss.com
                                                     aehrlich@paulweiss.com
                                                     ejmorgan@paulweiss.com


*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By:     /s/ *J. Daniel Hull*
        John Daniel Hull
        1420 N Street, NW
        Washington, DC 20005
        202-429-6520
        Fax: 412-261-2627
        Email: jdhull@hullmcguire.com


*Counsel for Defendant Thomas Caldwell:*

**ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC**

By:     /s/ *Adam T. Sampson*
        Adam T. Sampson
        James R. Andersen
        300 East Lombard Street, Suite 900
        Baltimore, Maryland 21202
        Phone: (410) 727-2443 x1008
        Fax: (410) 727-4497
        Email: asampson@rsrm.com
                jandersen@rsrm.com


*Counsel for Jon Schaffer*

**ATTORNEYS FOR FREEDOM LAW FIRM**

By:     /s/ *Pierre B. Whyte*
        Pierre B. Whyte
        3185 S. Price Road
        Chandler, AZ 85248
        Phone: (480)-455-5229
        Email: pierre@attorneysforfreedom.com

***Counsel for Defendant Brian Ulrich:***

**KICKLIGHTER LAW**

By:    <u>/s/ *Claude M. Kicklighter, Jr.*</u>
       412 North Laurel Street
       Springfield, Georgia 31329
       Tel: (912) 754-6003
       Fax: (912) 754-6336
       Email: Mickey@Kick-law.com

***Counsel for Defendant Kenneth Harrelson:***

**FORMERFEDSGROUP.COM LLC**

By:    <u>/s/ *Bradford L. Geyer*</u>
       141 I Route 130 South
       Suite 303
       Cinnaminson, NJ 08077
       856-607-5708
       Email: bradford.geyer@formerfedsgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 29, 2024, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.

*/s/ Jeannie S. Rhee*

Jeannie S. Rhee
