## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                              Plaintiff,

        v.                                        Civil Action No. 1:21-cv-03267-APM

PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,

                              Defendants.

## MOTION FOR AN ORDER REFERRING CASE TO
## MAGISTRATE JUDGE FOR MEDIATION

Plaintiff the District of Columbia (the "District") hereby respectfully moves the Court for an Order referring this case to Magistrate Judge Upadhyaya or to another magistrate judge for mediation.

On April 11, 2023, the Court entered on the docket in a related case, *Smith* v. *Trump*, No. 21-cv-2265-APM, an order referring the parties to Magistrate Judge Upadhyaya for mediation. No. 21-cv-2265-APM, Minute Order, April 11, 2023.  No such order was entered in this case.  At joint status conferences held on October 5, 2023 and November 9, 2023, the Court stated that Magistrate Judge Upadhyaya was available to any interested parties to help facilitate settlement. *Smith* v. *Trump*, No. 21-cv-2265, *District of Columbia* v. *Proud Boys Int'l L.L.C. et al.*, No. 21-cv-03267, Joint Status Conference, Oct. 5, 2023, Tr. at 28:22–29:6; *Smith* v. *Trump*, No. 21-cv-2265, *District of Columbia* v. *Proud Boys Int'l L.L.C. et al.*, No. 21-cv-03267, Joint Status Conference, Nov. 9, 2023, Tr. at 12:18–25.  At the January 11, 2024 status conference, the District notified the Court that the District and several Defendants wanted to engage in mediation and expressed to the Court that the District could put in a formal request for referral or else proceed

however the Court preferred.  The Court said it could not recall whether it had entered a referral order in this case, but noted Judge Upadhyaya had agreed to mediate for any interested parties and said the District could reach out to her directly.  Ex. A, *Smith* v. *Trump*, No. 21-cv-2265, *District of Columbia* v. *Proud Boys Int'l L.L.C. et al.*, 21-cv-03267, Joint Status Conference, Jan. 11, 2024, Tr. at 20:18–22:4.

On March 29, 2024, the District's counsel emailed Judge Upadhyaya's chambers to alert her that the District and several Defendants were interested in engaging in mediation and to inquire as to next steps.  On April 4, 2024, Judge Upadhyaya's chambers replied that our case had not been referred to Judge Upadhyaya for mediation, and we should direct any mediation requests to Your Honor.  Ex. B.

Accordingly, the District now requests that the Court refer this case to Magistrate Judge Upadhyaya or to another mediator so that any of the parties in this case who are interested in mediation may avail themselves of that option.

WHEREFORE, Plaintiff District of Columbia, by and through its undersigned counsel, respectfully moves that this Court enter an Order referring this case to Magistrate Judge Upadhyaya or to another magistrate judge for mediation.


Dated:   Washington, D.C.
         April 17, 2024

Respectfully Submitted,

PAUL, WEISS, RIFKIND, WHARTON &
  GARRISON LLP

By:  */s/ Jeannie S. Rhee*
     Jeannie S. Rhee (Bar No. 464127)

2001 K Street NW
Washington, D.C. 20006-1047
(202) 223-7466
jrhee@paulweiss.com

Attorney for Plaintiff
District of Columbia

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 17, 2024, I caused the foregoing letter to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.


<u>/s/ *Jeannie S. Rhee*            </u>

Jeannie S. Rhee