# Exhibit B

| | |
|---|---|
| **From:** | Upadhyaya Chambers <Upadhyaya_Chambers@dcd.uscourts.gov> |
| **Sent:** | Thursday, April 4, 2024 6:22 PM |
| **To:** | Morgan, Erin J; Upadhyaya Chambers |
| **Cc:** | Kramer, Daniel J; Rhee, Jeannie S; Ehrlich, Andrew J; jpasch@adl.org; gillian@statesuniteddemocracy.org; D.Brett.Kohlhofer@dechert.com |
| **Subject:** | RE: District of Columbia v. Proud Boys International, LLC, No. 21-cv-3267 (DDC) - mediation request |

Ms. Morgan,

Thank you for your email. This case has not been referred to Judge Upadhyaya for mediation. Any mediation requests should be directed to the District Judge.

Thank you,

**Travis Stoller**
Law Clerk to the Honorable Moxila A. Upadhyaya
U.S. District Court for the District of Columbia
Chambers: 202-354-3230
Direct: 202-354-3231

---

**From:** Morgan, Erin J <ejmorgan@paulweiss.com>
**Sent:** Friday, March 29, 2024 4:57 PM
**To:** Upadhyaya Chambers <Upadhyaya_Chambers@dcd.uscourts.gov>
**Cc:** Kramer, Daniel J <dkramer@paulweiss.com>; Rhee, Jeannie S <jrhee@paulweiss.com>; Ehrlich, Andrew J <aehrlich@paulweiss.com>; jpasch@adl.org; gillian@statesuniteddemocracy.org; D.Brett.Kohlhofer@dechert.com
**Subject:** District of Columbia v. Proud Boys International, LLC, No. 21-cv-3267 (DDC) - mediation request

**CAUTION - EXTERNAL:**


Dear Judge Upadhyaya:

We represent the Plaintiff District of Columbia in the above-referenced litigation, which arises out of the events of January 6, 2021. We understand from Judge Mehta, who is presiding over this matter, that you are available to serve as a mediator in this case. The District is interested in engaging in mediation, and based on our inquiries, we understand that several of the Defendants are also interested. Please let us know the next steps for initiating the mediation process.

Respectfully,

Erin Morgan


**Erin J. Morgan** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3387 (Direct Phone) | +1 212 492 0387 (Direct Fax)
ejmorgan@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.