UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>        Plaintiff,<br><br>  v.<br><br>PROUD BOYS, INTERNATIONAL, L.L.C., *et al.*,<br><br>        Defendants. | Civil Action No. 1:21-cv-03267-APM |

## ORDER

Upon consideration of the District of Columbia's Motion for an Order Referring Case to Magistrate Judge for Mediation (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**. This case is hereby referred for mediation to Magistrate Judge Moxila A. Upadhyaya.  Parties interested in mediation shall contact Magistrate Judge Upadhyaya's chambers directly.

    **SO ORDERED** this _____ day of _____, 2024.

                        _____
                        United States District Judge