IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

v.

PROUD BOYS INTERNATIONAL, L.L.C., et al.,

                *Defendants*.

No. 1:21-CV-03267-APM

### NOTICE OF OUTSTANDING INTERROGATORY RESPONSES

Pursuant to the Court's request at the April 18, 2024 status conference, Plaintiff District of Columbia (the "District") files this Notice of Outstanding Interrogatory Responses. The District served each of the below Defendants with Interrogatories on December 8, 2023. Therefore, each Defendant was required to respond by January 10, 2024. Nonetheless, none of the following Defendants have responded to those Interrogatories to date, making their Responses over three months past the relevant deadline.

| **Defendant** | **Served** | **Responses Due** |
|---|---|---|
| Ryan Ashlock | December 8, 2023 | January 10, 2024 |
| Marc Bru | December 8, 2023 | January 10, 2024 |
| Joseph Biggs[1] | December 8, 2023 | January 10, 2024 |
| William Chrestman | December 8, 2023 | January 10, 2024 |
| Louis Colon | December 8, 2023 | January 10, 2024 |
| Donovan Crowl | December 8, 2023 | January 10, 2024 |

---

[1] On April 29, 2024, in accordance with the Court's instruction at the April 18, 2024 status conference, the District again transmitted its Interrogatories to counsel for Defendants Biggs and Tarrio and counsel for Defendants Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo.

| | | |
|---|---|---|
| Nicholas DeCarlo | December 8, 2023 | January 10, 2024 |
| Charles Donohoe | December 8, 2023 | January 10, 2024 |
| Matthew Greene | December 8, 2023 | January 10, 2024 |
| Joseph Hackett | December 8, 2023 | January 10, 2024 |
| Kenneth Harrelson | December 8, 2023 | January 10, 2024 |
| Arthur Jackman | December 8, 2023 | January 10, 2024 |
| Joshua James | December 8, 2023 | January 10, 2024 |
| Jonathanpeter Klein[1] | December 8, 2023 | January 10, 2024 |
| Christopher Kuehne | December 8, 2023 | January 10, 2024 |
| Connie Meggs | December 8, 2023 | January 10, 2024 |
| Kelly Meggs | December 8, 2023 | January 10, 2024 |
| Roberto Minuta[1] | December 8, 2023 | January 10, 2024 |
| Ethan Nordean | December 8, 2023 | January 10, 2024 |
| Nicholas Ochs | December 8, 2023 | January 10, 2024 |
| Bennie Parker[2] | December 8, 2023 | January 10, 2024 |
| Sandra Parker[2] | December 8, 2023 | January 10, 2024 |
| William Pepe[1] | December 8, 2023 | January 10, 2024 |
| Dominic Pezzola[1] | December 8, 2023 | January 10, 2024 |
| Zachary Rehl | December 8, 2023 | January 10, 2024 |
| Elmer Rhodes III[1] | December 8, 2023 | January 10, 2024 |

---

[2] Counsel for Defendants Bennie and Sandra Parker (the "Parkers") had stated that the Parkers would file an Answer and respond to the District's discovery requests by April 30, 2024. Since the Court intends to issue an order allowing for two additional weeks to respond to the District's Interrogatories, the District understands that this extension will apply to the Parkers, as well.

| Daniel Scott | December 8, 2023 | January 10, 2024 |
| --- | --- | --- |
| Henry "Enrique" Tarrio[1] | December 8, 2023 | January 10, 2024 |
| Edward Vellejo[1] | December 8, 2023 | January 10, 2024 |
| Jessica Watkins | December 8, 2023 | January 10, 2024 |
| Christopher Worrell | December 8, 2023 | January 10, 2024 |
| Graydon Young | December 8, 2023 | January 10, 2024 |
| Oath Keepers | December 8, 2023 | January 10, 2024 |
| Proud Boys International, LLC | December 8, 2023 | January 10, 2024 |

Dated: April 30, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:  /s/ *Brendan B. Downes*
      Brendan B. Downes (D.C. Bar 187888)
      400 6th St. NW
      Washington, DC 20001
      Tel: 202-724-6533
      Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:  /s/ *Norman Eisen*
      Norman Eisen (D.C. Bar 435051)
      Christine P. Sun
      Katherine Reisner
      Gillian Feiner
      Zack Goldberg
      1101 17th St NW, Suite 250
      Washington, DC 20036
      Tel: (202) 999-9305
      Email: norm@statesuniteddemocracy.org
             christine@statesuniteddemocracy.org
             katie@statesuniteddemocracy.org
             gillian@statesuniteddemocracy.org
             zack@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By:  /s/ *James Pasch*
      James Pasch
      605 Third Avenue
      New York, NY 10158-3650
      Tel: 212-885-5806
      Email: jpasch@adl.org

**DECHERT LLP**

By:  /s/ *Vincent H. Cohen, Jr.*
      Vincent H. Cohen, Jr. (D.C. Bar 471489)
      D. Brett Kohlhofer (D.C. Bar 1022963)
      1900 K Street, NW
      Washington, D.C. 20006-1110
      Tel: 202-261-3300
      Fax: 202-261-3333
      Email: vincent.cohen@dechert.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:  /s/ *Jeannie S. Rhee*
      Jeannie S. Rhee (D.C. Bar 464127)
      2001 K Street, NW
      Washington, D.C. 20006-1047
      Tel: 202-223-7300
      Fax: 202-223-7420
      Email: jrhee@paulweiss.com

<table>
<tr><td>

d.brett.kohlhofer@dechert.com

By:   */s/ Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

</td><td>

By:   */s/ Daniel J. Kramer*
Daniel J. Kramer
Andrew J. Ehrlich
Erin J. Morgan
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       aehrlich@paulweiss.com
       ejmorgan@paulweiss.com

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that, on April 30, 2024, I caused the foregoing Notice of Outstanding Interrogatory Responses to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.


                                            /s/ *Jeannie S. Rhee*
                                            Jeannie S. Rhee