UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>Defendants. | Civil Action No. 21-cv-03267-APM |

**JOINT STATUS REPORT**

In accordance with the Court's April 18, 2024 request in *Smith* v. *Trump*, No. 21-cv-2265 and *District of Columbia* v. *Proud Boys International, LLC*, No. 21-cv-3267, Plaintiff District of Columbia (the "District") and Defendants Klein, Minuta, Pepe, Pezzola, Rhodes, Vallejo, C. Meggs, K. Meggs, Caldwell, Harrelson, Biggs, Tarrio, B. Parker, S. Parker, Schaffer, Kuehne, and Ulrich submit this report regarding the status of this case.

**I.     Background**

The District filed the Complaint in this case on December 14, 2021, and the Amended Complaint on April 1, 2022. ECF Nos. 1, 94. The District brought multiple counts against

1

Defendants[1] for violation of 42 U.S.C. § 1985(1), violation of 42 U.S.C. § 1986, and common-law civil conspiracy resulting in assault, battery, and intentional infliction of emotional distress.

Twenty of the thirty-nine Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Greene, Hackett, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Scott, Watkins, Young, Oath Keepers, and Proud Boys International, LLC—never responded to the Amended Complaint by filing an answer or filing or joining motions to dismiss. Fourteen of the thirty-nine Defendants—Biggs, Harrelson, Klein, Kuehne, C. Meggs, K. Meggs, Minuta, Pepe, Schaffer, Steele, Tarrio, Ulrich, Worrell, and Vallejo—filed or joined in motions to dismiss the Amended Complaint. Three of the thirty-nine Defendants—Caldwell, Moerschel, and Rehl—filed answers to the Amended Complaint.[2]

On March 31, 2023, the Court denied the moving Defendants' motions to dismiss the common law conspiracy claims and granted the moving Defendants' motions to dismiss the claims under 42 U.S.C. § 1985(1) and 42 U.S.C. § 1986. *See* ECF No. 171. Following that decision, Defendants Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rhodes, Schaffer, Steele, Ulrich, and Vallejo each filed an answer to the Amended Complaint. *See* ECF Nos. 172, 175, 178, 187, 188, 189, 190, 194, 195, 196, 216. Several of the other Defendants who had moved to dismiss— Biggs, Tarrio, and Worrell—did not file answers following the Court's decision on their motions to dismiss. On October 2, 2023, Defendants C. Meggs and K. Meggs filed answers to the Amended Complaint. On November 6, 2023, Defendant Tarrio filed an answer to the Amended Complaint. On November 9, 2023, Defendant Biggs filed an answer to the Amended Complaint.

---

[1] The term "Defendants," as used herein, refers to all Defendants in this action, regardless of whether they participated in the Rule 26(f) conference or have appeared in the case.

[2] The remaining two Defendants—Pezzola and Rhodes—did not file or join in motions to dismiss the Amended Complaint but filed answers to the Amended Complaint following the Court's March 31, 2023 ruling on the motions to dismiss. On October 17, 2023, Caldwell moved for leave to file an amended answer to the Amended Complaint and attached the amended answer. ECF Nos. 256, 256-1. On October 18, the Court granted the motion. Min. Order, Oct. 18, 2023.

On April 6, 2023, following the Court's ruling on the Defendants' motions to dismiss, the Court issued an Order notifying the parties in this case that the Court had entered a Scheduling Order in a related case, *Smith* v. *Trump* (No. 21-cv-2265, ECF No. 213). The Court instructed the parties to "meet and confer with counsel in *Smith* to coordinate discovery between the cases." The Court further ordered the parties to provide a Joint Status Report by no later than April 14, 2023, which "updates the court on the meet and confer and advises whether any adjustments to the schedule in Smith will be required in this case." Min. Order, Apr. 6, 2023.

On April 17, 2023, the Court ordered that the parties' initial disclosures would be due on June 1, 2023, and that all other deadlines would be the same as those entered in *Smith* v. *Trump*, ECF No. 213 (the "*Smith* Scheduling Order").

On May 9, 2023, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f). Fifteen Defendants—Biggs, Caldwell, Harrelson, Klein, Kuehne, Minuta, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Steele, Tarrio, Ulrich, and Vallejo—participated in that conference.

On June 1, 2023, the District served initial disclosures that identified, among others, sixty-five Metropolitan Police Department officers who were injured in the January 6 Attack on the Capitol. Thirteen of the Defendants who attended the May 9 conference (all but Biggs and Tarrio) also served initial disclosures on June 1, 2023. On June 15, 2023, Defendant Moerschel, who did not attend the May 9 conference, also served initial disclosures. On October 2, 2023, C. Meggs and K. Meggs served initial disclosures. On November 29, 2023, Harrelson served a second set of "initial disclosures." None of the other Defendants have served initial disclosures.[3]

The Court held joint status conferences for this litigation and the litigation in *Smith* v.

---

[3] On June 1, 2023, Defendant Klein filed a document labeled as a "Rule 26a1 Statement." ECF No. 208. The document does not consist of initial disclosures under Rule 26(a)(1) and instead appears to be an answer to the Amended Complaint. On June 5, a "Notice of Error" was entered advising that Klein's filing was associated with the "[i]ncorrect event" and should be refiled. Since then, the District has not received initial disclosures from Defendant Klein.

3

*Trump* on June 16, 2023, August 2, 2023, October 5, 2023, November 9, 2023, and January 11, 2024. On January 16, the Court entered an Amended Scheduling Order applicable in this litigation and *Smith* v. *Trump*. *See* ECF No. 274. The Court held further joint status conferences for this litigation and the litigation in *Smith* v. *Trump* on February 21, 2024 and April 18, 2024. During the April 18, 2024 joint status conference, as discussed below, the Court ruled on a motion to compel filed by Defendant Rehl, set a procedure through which the District could obtain interrogatory responses from Defendants whose responses were delinquent, and clarified that the amended scheduling order extended the deadline for joinder and amendment by six months. The Court scheduled the next joint status conference for June 6, 2024 at 5:15 pm and asked the parties to submit joint status reports by June 3, 2024.

## II.  Status Update

### A.  The District's Discovery Requests

#### 1.  Requests For Production

On June 20, 2023, the District served Requests for Production on Defendants Ashlock, Biggs, Kuehne, Caldwell, Chrestman, DeCarlo, Donohoe, Greene, Jackman, C. Meggs, K. Meggs, Nordean, Colon, Crowl, Hackett, Harrelson, James, Moerschel, Steele, Ulrich, and the Oath Keepers. Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.[4]

On June 21, 2023, the District served Requests for Production on Defendants Bru, Klein, Minuta, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rehl, Rhodes, Schaffer, Scott, Tarrio, Vallejo,

---

[4] On June 3, 2024, counsel for Defendant Harrelson stated that "Mr. Harrelson was only recently released from prison where it was impossible to communicate with him. We respectfully request that you re-send these discovery requests and now that Ken is out we will make another attempt to see if there is any information we can add." The District then re-transmitted its Requests for Production.

4

Watkins, Worrell, Young, and Proud Boys International, L.L.C.[5] Under FRCP 34(b)(2)(A), these Defendants were obligated to respond to the District's Requests for Production by July 24, 2023.

To date, eleven of the thirty-nine Defendants—Caldwell, Greene,[6] Harrelson, Kuehne, Moerschel, Rehl, Schaffer, Steele, Ulrich, C. Meggs, and K. Meggs—have responded to the District's requests. Two additional Defendants—Tarrio and Biggs—have filed a document titled "Notice Re: Tarrio-Biggs Discovery Compliance," attaching a copy of their "response in late July to discovery requests by plaintiffs in *Smith* v. *Trump*" and indicating that "responsive documents should be available soon and by the end of 2023 at the latest." ECF No. 227 at 1.

Defendants Greene, Harrelson, Moerschel, Steele, Ulrich, C. Meggs, and K. Meggs served responses and objections but produced no documents, each representing that they do not have custody of most responsive documents.[7] Defendants Kuehne and Rehl served responses and objections in which they declined to respond to each of the District's requests on Fifth Amendment grounds, and they produced no documents. Defendant Schaffer served responses and objections and also made a production of documents. Defendant Caldwell made a production of documents. The District met and conferred with various Defendants concerning their responses and objections, some of which suggest Defendants are not meeting their discovery obligations. Following the meet-and-confer process, the District anticipates seeking leave to file a motion to compel with respect to Defendants who have served deficient responses and objections to the District's discovery requests.

---

[5] The District served its Requests on Defendant Proud Boys International, LLC via its chairman, Defendant Tarrio.
[6] Defendant Greene responded to the District's Requests for Production, but has not previously answered either the original or amended complaint, moved to dismiss, participated in conferences, or served initial disclosures.
[7] Harrelson's responses and objections indicate he may produce documents responsive to some of the District's requests. To date, he has not produced any such documents.

Twenty-six Defendants—Ashlock, Bru, Chrestman, Colon, Crowl, DeCarlo, Donohoe, Hackett, Jackman, James, Klein, Minuta, Nordean, Ochs, B. Parker, S. Parker, Pepe, Pezzola, Rhodes, Scott, Vallejo, Watkins, Worrell, Young, Oath Keepers, and Proud Boys International, LLC (collectively, the "delinquent Defendants")—did not respond to the District's Requests for Production.[8]

From August 22 to August 30, 2023, the District attempted to contact these delinquent Defendants (through counsel, where they are represented) asking them to let the District know by September 8 whether they intended to produce documents or serve responses and objections to the Requests for Production. On September 5, 2023, one of the delinquent Defendants—Young—sent an email to counsel for the District stating that "all documents and devices were confiscated by the government when [he] was arrested" and so "[he] cannot comply." None of the delinquent Defendants has since produced documents or served responses and objections.[9] Defendant Schaffer has previously contended that, while the District provided an initial disclosure statement, the District did not provide any evidence or documents to support its claim against Schaffer. In light of the lack of any such evidence, Schaffer has also previously requested that the District reach out to the prosecutor in the criminal proceedings as part of its due diligence.

---

[8] Since November 6, 2023, when a previous joint status report was filed in this matter, Defendants C. Meggs, K. Meggs, and Harrelson have served responses and objections to the District's Requests for Production. Accordingly, the District does not include these Defendants among the "delinquent Defendants" for purposes of this status report.

[9] Defendant Colon replied that he "can't afford an attorney to answer every legal filing" the District sends him, requested the District's "help in getting whatever document you need from me," and stated that "the DOJ and Attorney General in my criminal case have all the evidence that you could possibly want and/or need." In a separate email, Colon wrote, "I know for a fact that I am not going to be able to produce anything for you by September 1, 2023." On August 31, the District replied to Colon that it cannot give him legal advice and reiterated, "if we do not hear from you by September 8 as to whether you intend to respond to the District's Requests for Production in accordance with the applicable rules, the District intends to file a motion to compel."

6

On October 31, 2023, after receiving leave from the Court, the District filed a Motion to Compel against Defendants Ashlock, Proud Boys, Bru, Chrestman, DeCarlo, Donohoe, Jackman, Nordean, Ochs, Scott, Worrell, Colon, Oath Keepers, Crowl, Hackett, Harrelson, James, and Watkins. ECF No. 260. On November 3, 2023, the Court granted the District's Motion to Compel. ECF No. 261. The Court ordered each of these eighteen Defendants to produce all documents and communications responsive to the District's Requests for Production by December 4, 2023.

On December 5, 2023, Defendant Harrelson served Responses and Objections to the District's Requests for Production and a document listing "General Objections to Discovery Propounded by the Plaintiff[]." All other Defendants subject to the Court's November 3 order did not produce any documents.

Accordingly, on December 20, 2023, the District sent letters and/or emails to each of the Defendants subject to the order granting the motion to compel except Harrelson, reiterating the Defendants' obligations to respond to the District's requests, and requesting both that Defendants immediately comply with their discovery obligations and that, by December 29, 2023, Defendants confirm their intent to comply with their discovery obligations and to participate in this litigation going forward. On December 21, 2023, the District received an email from criminal counsel for Defendant Ashlock requesting a call with the District's counsel. No other Defendants responded to the District's December 20 communication.

On March 28, 2024, the District again sent letters and/or emails to each of the Defendants subject to the order granting the motion to compel except Harrelson, requesting that these Defendants confirm that they will comply with their discovery obligations by April 11, 2024. Also on March 28, 2024, the District sent an email to counsel for Defendants Bennie and Sandra Parker

requesting that counsel confirm that Mr. and Ms. Parker will respond to the Amended Complaint, respond to the District's discovery requests, and make initial disclosures by April 11, 2024.

On March 28, 2024, the District received a response from Defendant Colon confirming that he would respond to the District's Requests for Production. That same day, the District also received an email from criminal counsel for Defendant Ashlock requesting another call with District's counsel. No other Defendants have responded to the District's March 28 emails.

On March 29, 2024, the District received a further response from Defendant Colon. In his message, Mr. Colon included four pictures of an email thread in response to the District's Requests for Production.

### 2. The District's Interrogatories

On December 8, 2023, the District served its first set of Interrogatories on all thirty-nine Defendants in this action. As of the April 18 status conference, only five Defendants—Steele, Caldwell, Schaffer, Moerschel, and Ulrich—had responded. The District had granted Ulrich an extension of time to respond until February 19, 2024, and he responded on that date. All other Defendants were required to serve responses and any objections by January 10, 2024 and failed to do so.

On April 30, 2024, pursuant to the Court's instruction at the April 18 joint status conference, the District filed a Notice of Outstanding Interrogatory Responses, identifying each defendant that had yet to respond to the District's Interrogatories. *See* ECF No. 294. On May 7, 2024, the Court ordered the listed Defendants to "submit their interrogatory responses to [the District] by no later than May 21, 2024." Min. Order, May 7, 2024.[10]

---

[10] On April 29, 2024, also in accordance with the Court's instruction at the April 18 status conference, the District re-transmitted its Interrogatories to counsel for Defendants Biggs, Tarrio, Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo, requesting that responses be served within two weeks of that re-transmission, or by May 13, 2024.

8

On May 6, 2024, Defendant Colon served responses to the District's Interrogatories. On May 21, 2021, Defendants Kuehne, Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo served responses to the District's Interrogatories.

On May 3, 2024, counsel for Defendants Biggs and Tarrio emailed counsel for the District and requested a seven-day extension for the submission of their responses. Counsel for the District replied that it would not object to such an extension. On May 20, counsel for Defendants Biggs and Tarrio stated that they would likely be unable to serve responses to the District's Interrogatories by that day or by May 21, the day set forth in the Court's minute order. The District has not received responses from Defendants Biggs and Tarrio. On June 3, 2024, Defendants Connie and Kelly Meggs served responses to the District's Interrogatories.[11]

Additionally, none of the other Defendants listed in the District's Notice of Outstanding Interrogatory Responses – Ashlock, Bru, Chrestman, Crowl, DeCarlo, Donohoe, Greene, Hackett, Harrelson, Jackman, James, Nordean, Ochs, B. Parker, S. Parker, Rehl, Scott, Watkins, Worrell, Young, Oath Keepers, and Proud Boys – have served responses. Accordingly, having received leave at the April 18 status conference,[12] the District intends to file a motion to compel the production of interrogatory responses against the delinquent Defendants prior to the June 6, 2024 status conference.

Counsel for the Defendants Bennie and Sandra Parker requested additional copies of the served discovery requests. The District has provided these copies, and the parties agreed that the Parkers would respond to the District's discovery requests by June 13, 2024.

B. **Defendants' Discovery Requests**

---

[11] Counsel for the District received unverified versions of Defendants Connie and Kelly Meggs' interrogatory responses, but counsel for these defendants stated that he is working to obtain signed versions.
[12] Tr. of Apr. 18, 2024 Joint Status Conference, 21:3-6, 21:13-16.

9

Four Defendants—Schaffer, Rehl, Caldwell, and Steele—have served discovery requests on the District. Defendant Schaffer served Requests for Production and Interrogatories, to which the District served responses and objections on September 1, 2023. On September 5, 2023, Rehl served Requests for Production, to which the District served responses and objections on October 5, 2023. The District and Defendant Rehl have met and conferred three times to discuss the District's responses and objections to Rehl's Requests for Production.

On February 6, notwithstanding the provision in the Amended Scheduling Order that discovery motions require leave of court, *see* ECF No. 274 at 2, Rehl filed a motion to compel the District to produce documents in response to his Requests for Production. The District set forth its grounds for opposing the motion in its opposition brief, which was filed on February 20. At the April 18 status conference, the Court denied the motion as moot, *See* Min. Order April 18, 2024, and ordered the District to run additional searches.

The District complied with the Court's order by running searches across Metropolitan Police Department emails during the time period identified in the District's responses and objections to Rehl's Requests for Production for the terms "PB," "Ministry of Self Defense," and "MOSD." The District has run those searches and is reviewing the results. The District will produce any responsive, non-privileged, and non-duplicative additional documents identified through the Court's ordered searches.

On September 8, 2023, Caldwell served Requests for Production and Interrogatories, to which the District served responses and objections on October 9, 2023. Counsel for the parties have had one meet and confer with the expectation of having another to resolve any disputes.

On September 27, 2023, counsel for Defendant Rehl forwarded a document production that the Police Department for Muskegon, Michigan made in response to a third-party subpoena.

On January 8, 2024, Defendant Steele served Requests for Production and Interrogatories, to which the District served responses and objections on February 7.

Counsel for Defendant Harrelson requested that the following be included in the status report:

> Kenneth Harrelson and his counsel believes (and many other Defendants contend) that there needs to be a process for accessing all of the discovery produced from the FBI and DOJ in criminal prosecutions and to allow the Plaintiffs freedom to access and use it. Because of the process of many Defendants being arrested and the FBI seizing any and all documents or electronic devices for the purpose of criminal investigations, (1) Harrelson like many Defendants does not have access to his paper and electronic records from before his arrest, (2) the Government however does have information vastly in excess of what any single Defendant alone had themselves. While Harrelson and others can try to scour through the Government's 9 terabytes or more of disclosures, this is a massive job and even though there is some familiarity with the data this cannot be completed quickly.

### C. The District's Document Productions

To date, the District has made five document productions, including radio transmissions, video footage, and situational briefs from January 6, 2021; MPD safety and security plans related to January 6; MPD email communications; documents related to MPD officers' medical expenses; and social media messages related to January 6. The District is continuing to review documents and anticipates continuing to make rolling productions to the Defendants.

### D. Entries of Default

On October 2, 2023, the District requested entry of default against thirteen Defendants[13] who have not responded to the original Complaint or the Amended Complaint, participated in meet and confer discussions, made initial disclosures, or responded to the District's Requests for Production. On October 5, the Clerk of Court entered default against these thirteen Defendants. *See* ECF Nos. 241-252.

---

[13] Ashlock, Bru, Chrestman, Crowl, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Oath Keepers, and Proud Boys International, LLC.

The District intends to request entry of default against Defendant DeCarlo prior to the June 6, 2024 status conference, who has never responded to the Complaint or Amended Complaint, participated in any meet-and-confer discussions, made initial disclosures, or responded to the District's Requests for Production. On September 18, 2023, DeCarlo moved to quash service of process summarily contending that he was never "personally served." ECF No. 229. On November 17, 2023, the Court denied Defendant DeCarlo's motion to quash service, and ordered DeCarlo to answer the District's Amended Complaint by December 7, 2023. ECF No. 266. The Court also ordered DeCarlo to produce all documents responsive to the District's requests for production by December 4, 2023. ECF No. 260. To date, DeCarlo has neither answered the Amended Complaint nor responded to any of the District's discovery requests.

The District has not sought entry of default against Defendants B. Parker and S. Parker. On September 27, 2023, the District asked whether the Parkers intend to respond to the Amended Complaint or the discovery requests that were served on them. The Parkers indicated that they would respond to the Amended Complaint and the discovery requests. On May 21, 2024, the Parkers responded to the Amended Complaint. However, the Parkers have not made initial disclosures, or responded to any of the District's discovery requests.

### E. Notices of Depositions

On March 20, 2024, the District served Notices of Depositions of Defendants Jon Schaffer, Louis Colon, Brian Ulrich, and Matthew Greene on all counsel of record via email. The District also mailed hardcopies of each notice to all counsel of record and to each individual defendant in this case. These four Defendants are not named in *Smith* v. *Trump*.

The District intends to notice depositions of other Defendants in the future, and in addition, consistent with Federal Rule of Civil Procedure 30(a)(2)(B), the District intends to seek leave to notice depositions for certain Defendants who are confined in prison.

### F. <u>Mediation</u>

On April 17, 2024, the District filed a Motion for an Order Referring Case to Magistrate Judge for Mediation, ECF No. 291, which the granted the next day. *See* ECF No. 292. On May 15, 2024, counsel for the District emailed the Chambers of Magistrate Judge Upadhyaya, identifying the Defendants who had consented to mediation[14] and copying counsel of said Defendants. On May 24, 2024, the Court ordered all Parties consenting to mediation to appear for a status conference on Thursday, June 13, 2024 at 10:00 am in Courtroom 5. Min. Order, May 24, 2024.

### III. Next Steps

The District remains focused on discovery. The District is continuing to fulfill its discovery obligations by reviewing and producing responsive, non-privileged documents within its possession custody and control, consistent with its responses and objections to Defendants' discovery requests and with the Court's instruction at the April 18 status conference. The District intends to continue collecting, reviewing, and producing responsive, non-privileged documents on a rolling basis.

The District is also continuing to obtain discovery from the Defendants and third parties, including by noticing and preparing to take depositions. As noted, the District intends to move to compel responses to its Interrogatories against delinquent Defendants prior to the June 6 status conference.

The District continues to coordinate discovery, including depositions, with the Plaintiffs in *Smith* v. *Trump*, No. 21-cv-2265.

---

[14] Defendants Ashlock, Biggs, Caldwell, Colon, Harrelson, Klein, C. Meggs, K. Meggs, Minuta, B. Parker, S. Parker, Pepe, Pezzola, Rhodes, Schaffer, Steele, Tarrio, Ulrich, and Vallejo consented to mediation.

The District also continues to prepare for upcoming mediation with consenting Defendants. The District looks forward to a productive mediation process under the guidance of Magistrate Judge Upadhyaya and will appear before Magistrate Judge Upadyaya on June 13, 2024 for a status conference.

Finally, the District is considering amending the Amended Complaint, ECF No. 94. The Amended Scheduling Order, ECF No. 274, vacated all deadlines set forth in the Court's April 6, 2023 Scheduling Order, extending said deadlines by approximately six months. Pursuant to the discussion at the April 18 status conference, the District understands that the deadline for joinder of parties and amendment of pleadings to be November 1, 2024, which is commensurate with the extension on the rest of the schedule.

Dated: June 3, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: */s/ Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: */s/ Norman Eisen*
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Zack Goldberg
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
zack@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By: */s/ James Pasch*
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

**DECHERT LLP**

By: */s/ Vincent H. Cohen, Jr.*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: */s/ Michael S. Doluisio*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: */s/ Daniel J. Kramer*
Daniel J. Kramer

15

| | |
|---|---|
| Michael S. Doluisio<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>Tel: 215-994-2000<br>Fax: 215-994-2222<br>Email: michael.doluisio@dechert.com | Andrew J. Ehrlich<br>Erin J. Morgan<br>Cassandra N. Love<br>1285 Avenue of the Americas<br>New York, NY 10019-6064<br>Tel: 212-373-3000<br>Fax: 212-757-3990<br>Email: dkramer@paulweiss.com<br>         aehrlich@paulweiss.com<br>         ejmorgan@paulweiss.com<br>         clove@paulweiss.com |

*Counsel for Defendants Roberto A. Minuta, William Joseph Pepe, Edward Vallejo, Jonathanpeter Klein, Dominic Pezzola and Elmer Stewart Rhodes, III:*

**JOHN PIERCE LAW P.C.**

By:   /s/ *John M. Pierce*
      21550 Oxnard Street
      Suite 3rd Floor OMB #172
      Woodland Hills, CA 91367
      213-400-0725
      Email: jpierce@johnpiercelaw.com

*Counsel for Defendant Brian Ulrich:*

**KICKLIGHTER LAW**

By:   /s/ *Claude M. Kicklighter, Jr.*
      412 North Laurel Street
      Springfield, Georgia 31329
      Tel: (912) 754-6003
      Fax: (912) 754-6336
      Email: Mickey@Kick-law.com

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By:   /s/ *William T. DeVinney*
      1921 Gallows Road, Suite 750
      Tysons Corner, Virginia 22182
      Tel: (912) 942-8076
      Fax: (703) 883-0899
      Email: wdevinney@brigliahundley.com

16

*Counsel for Defendant John Schaffer:*
**ATTORNEYS FOR FREEDOM LAW FIRM**

By: /s/ *Pierre B. Whyte*
Pierre B. Whyte
3185 S. Price Road
Chandler, AZ 85248
Phone: (480)-455-5229
Email: pierre@attorneysforfreedom.com

*Counsel for Defendants Connie Meggs and Kelly Meggs:*

**BRAND│WOODWARD**

By: /s/ *Stanley Woodward Jr.*
400 Fifth Street, NW
Suite 350
Washington, DC 20001
202-996-7447
Email: stanley@brandwoodwardlaw.com

*Counsel for Defendants Bennie Parker and Sandra Parker:*

**BRENNWALD & ROBERTSON, LLP**

By: /s/ *Stephen Brennwald.*
922 Pennsylvania Avenue, S.E.
Washington, DC 20003
Tel: (301) 928-7727
Fax: (202) 544-7626
Email: sbrennwald@bcrlawfirm.com

*Counsel for Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:*

**HULL MCGUIRE PC**

By: /s/ *J. Daniel Hull*
John Daniel Hull
1420 N Street, NW
Washington, DC 20005
202-429-6520
Fax: 412-261-2627
Email: jdhull@hullmcguire.com

*Counsel for Defendant Thomas Caldwell:*

17

**ROLLINS, SMALKIN, RICHARDS & MACKIE, LLC**

By:   /s/ *Adam T. Sampson*
      Adam T. Sampson
      James R. Andersen
      300 East Lombard Street, Suite 900
      Baltimore, Maryland 21202
      Phone: (410) 727-2443 x1008
      Fax: (410) 727-4497
      Email: asampson@rsrm.com
             jandersen@rsrm.com

*Counsel for Defendant Kenneth Harrelson:*

**FORMERFEDSGROUP.COM LLC**

By:   /s/ *Bradford L. Geyer*
      141 I Route 130 South
      Suite 303
      Cinnaminson, NJ 08077
      856-607-5708
      Email: bradford.geyer@formerfedsgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 3, 2024, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

*/s/ Jeannie S. Rhee*

Jeannie S. Rhee
