UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br>                                       Plaintiff,<br>                         v.<br>PROUD  BOYS  INTERNATIONAL, L.L.C., *et al.*,<br>                                       Defendants. | Civil Action No. 21-cv-03267-APM |

### DEFENDANT KENNETH HARRELSON'S RESPONSE TO MAGISTRATE'S SCHEDULING OF MEDIATION RELATED STATUS HEARING

Defendant KENNETH HARRELSON (hereafter "Defendant" or "Harrelson" below) hereby responds to the Minute Order of Magistrate Judge Moxila A. Upadhyaya entered on May 24, 2024, that "that all Parties that have consented to mediation, as identified in counsel's May 15, 2024 email to Chambers, must appear for a status conference on Thursday, June 13, 2024 at 10:00am in Courtroom 5.

Harrelson, by undersigned counsel, did consent to mediation. Harrelson and his counsel continue to want to and intend to participate in mediation.

Unfortunately, however, on June 13, 2024, my pre-existing schedule for business has me overseas at that time and probably (assuming airplane schedules occur as expected) actually in the air at that time. I would be pleased if not a time burden to provide details to give confidence of airplane tickets purchased months ago.

Counsel is unsure if the status hearing is intended to explain and plan for mediation or if it will actually involve the start of mediation. I understand that many jurisdictions require the actual parties to participate to facilitate the hoped-for success of mediation.

However, in terms of scheduling I will have a problem with personally attending. The best

1

that I believe I can do is (1) ask to allow Harrelson to participate by videoconference as the actual party, and/or (2) Stanley Woodward Esq., who represents Kelly Meggs, has generously offered to attend or have a designate attend who will keep me be fully aware of what happened.  I am not suggesting that Mr. Harrelson as a party/non-attorney participate but his ability to view the proceedings virtually might make sure I am up to speed when I return on what is being planned and what needs to be done.  In addition, I will discuss ahead of the hearing Harrelson's positions with Mr. Woodward he would be authorized to propose and consider in any mediation.

Dated:  June 5, 2024             RESPECTFULLY SUBMITTED
                                 KENNETH HARRELSON, *By Counsel*
                                 /s/ Brad Geyer

                                 Bradford L. Geyer, PHV
                                 PA 62998
                                 NJ 022751991
                                 Suite 141 Route 130 S., Suite 303
                                 Cinnaminson, NJ 08077
                                 Brad@FormerFedsGroup.Com
                                 (856) 607-5708
                                 *Attorney for KENNETH HARRELSON*

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2024, a true and accurate copy of the forgoing was electronically filed and served through the ECF system of the U.S. District Court for the District of Columbia.

/s/ Brad Geyer
Bradford L. Geyer, PHV
PA 62998
NJ 022751991
Suite 141 Route 130 S., Suite 303
Cinnaminson, NJ 08077
Brad@FormerFedsGroup.Com
(856) 607-5708