UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

                Plaintiff,

      v.

PROUD BOYS INTERNATIONAL,
L.L.C., *et al.*,

                Defendants.

Civil Action No. 21-cv-03267-APM

**MILITARY AFFIDAVIT**
(Certificate in Compliance With Soldiers and Sailors
Civil Relief Act of 1940, AS Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

      I hereby certify under penalty of perjury, this 2nd of July, 2024, that I am the authorized agent for the Plaintiff in the above-entitled case and make this certificate on Plaintiff's behalf regarding Defendants NICHOLAS DECARLO, CHRISTOPHER WORRELL, and GRAYDON YOUNG.

      I make this certificate pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the Plaintiff, I have caused careful investigation to be made to ascertain whether or not the above-named defendant are in the military service of the United States or its Allies and that as a result of said investigation, I have discovered and do hereby allege that said Defendants are not in the military service of the United States or its Allies, that is to say said Defendants are not members of the Army of the United States, the United States Navy, the Marine Corps, nor the Coast Guard and are not

officers of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said Defendants are not on active duty with any branches aforesaid, nor are said Defendants under training or education under the supervision of the United States preliminary to induction into the military services; and the Defendants are not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor have said Defendants been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor are the Defendants members of the Enlisted Reserve Corps ordered to report for military service, but are incarcerated or detained as a civilians.

Dated: July 2, 2024

By: ___/s/ Jeannie S. Rhee___
Jeannie S. Rhee (D.C. Bar 464127)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

*Attorney for Plaintiff District of Columbia*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 2, 2024, I caused the foregoing Military Affidavit to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.  Remaining defendants have been served via first class mail.

                                        */s/ Jeannie S. Rhee*

                                        Jeannie S. Rhee