Default - Rule 55A                                                                                           (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA

_____
                    Plaintiff(s)

                                                                    Civil Action: <u>1:21-cv-03267-APM</u>

        v.


<u>PROUD BOYS INTERNATIONAL, L.L.C. et al</u>
                    Defendant(s)


**RE:** NICHOLAS DECARLO

## DEFAULT

        It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though

duly served  with summons and copy of the complaint        on        4/14/2022        , and an affidavit

on behalf of the plaintiff having been filed, it is this <u>3rd</u> day of <u>     July     </u>, <u>2024</u> declared

that defendant(s) is/are in default.



                                                ANGELA D. CAESAR, Clerk


                            By:     _____
                                                <u>/s/ Michele M. Grady</u>
                                                      Deputy Clerk