# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

    Plaintiff,

vs.

PROUD BOYS INTERNATIONAL, L.L.C., et. al.,

    Defendants.

Case No. 1:21-cv-03267 APM

## NOTICE OF DEFENDANT JON RYAN SCHAFFER'S RESPONSE TO PLAINTIFFS' MEDIATION PROPOSAL

Defendant Jon Ryan Schaffer ("Schaffer"), by and through undersigned counsel, hereby provides Notice of Defendant Schaffers Response to Plaintiffs Mediation Proposal. Defendant Schaffer agrees with the proposed Mediation structure dated June 21, 2024.

RESPECTFULLY SUBMITTED this 8th day of July, 2024.

                                          ATTORNEYS FOR FREEDOM LAW FIRM

                                          By: */s/ Pierre Whyte*
                                              Pierre Whyte
                                              *Attorney for Defendant Jon Ryan Shaffer*

`Case 1:21-cv-03267-APM   Document 315   Filed 07/08/24   Page 2 of 2`

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 8, 2024, a copy of the foregoing was sent via ECF to the United States Attorney's Office for the District of Columbia.

Respectfully submitted,

DATED: July 8, 2024.

*/s/ Pierre Whyte*
Pierre Whyte – AZ Bar 038305
ATTORNEYS FOR FREEDOM
3185 S. Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax (480) 857-0150
Pierre@AttorneysForFreedom.com
*Counsel for Defendant Jon Ryan Schaffer*
`2`