# EXHIBIT A

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

----

FROM: 26050509
TO: Baker, Jennifer; Buteau, Jennifer; Goodwyn, Marie; Hawley, Melissa; Hughes, Cynthia; Neuen, Don; Sampson, Serena; Siniff, Montana
SUBJECT: Response to Plaintiff's Interrogatories Pt. 1
DATE: 06/15/2024 07:26:06 PM

DISTRICT OF COLUMBIA,

Plaintiff,

v.

Case No. 1:21-cv-03267 (APM)

PROUD BOYS INTERNATIONAL, L.L.C., et al.,

Defendants.

RESPONSE TO PLAINTIFF DISTRICT OF COLUMBIA'S MOTION TO COMPEL RESPONSES TO PLAINTIFF'S INTERROGATORIES

Pursuant to Rules 26, 33, and 37 of the Federal Rules of Civil Procedure, I am responding this one and only time to the Compelling motion to submit my interrogatories to the Plaintiff's requests. I have no Counsel, and due to my indigent and incarcerated state, I will be unable to obtain Counsel in my defense; neither will I be able to defend myself pro se. Given the restrictive nature of my incarceration, I am providing this reply on the TruLincs System provided by the Federal Bureau of Prisons (FBoP). Furthermore, the FBoP does not provide a Law Library for defense in Civil Litigation or for tort claims. As such, my capability to provide for my own defense has been even further handicapped by this incapacity. As such, I request that the Court, as well as the Counsel for the Plaintiff's consider this reply with some degree of leniency. The TruLincs system charges us 1 TruUnit per minute, and 3 TruUnits per page to be printed. As such, simply drafting this response and then sending it certified mail will be a costly venture. I beg your understanding as you consider my reply; not merely just for formatting issues, but also for legal compliance with the Federal Rules of Civil Procedure.

STATEMENT OF FACTS

I was incarcerated on 18 January, 2021 and have been incarcerated ever since; resulting from my limited participation in the January 6th, 2021 riot that occurred at the US Capitol Building. This Statement of Facts is to explain briefly my participation in those events that occurred that day. The events named in this Civil Complaint against the Defendants occurred nearly entirely on the Lower West Terrace and in the Tunnel. At no time did I ever attend these locations; I was unaware of any/all activities that occurred there, and I did not at any time communicate with individuals during those events; most of which occurred long before my arrival. This Statement of Facts is to articulate clearly my personal involvement with the events of January 6th, 2021.

I am a US Army Infantry veteran and a paratrooper, having served in Afghanistan as a US Army Ranger (1st Bn/75th Rangers). After my military service, I eventually became a Firefighter, Rescue Technician, and an Emergency Medical Technician (EMT-b) with Stoney Point Fire Department. It is these qualifications that led me to I attend the Save America Rally on January 6th with the Oath Keepers. I had coordinated with the Oath Keepers previously, providing contracted Security for small businesses in Louisville, KY during the Breyonna Taylor and George Floyd Riots, as well as for the Million MAGA March Rally at Freedom Plaza on November 14th, 2020. I attended the Save America Rally on January 6th, 2021 in a similar capacity, as the Oath Keepers were contracted to provide a sanctioned Private Security Detail (PSD) by Rally Organizers; to protect VIP's and Dignitaries including Roger Stone, Ali Alexander, podcaster personalities, as well as to provide security for US Congressmen. The events were planned by the Save America Rally Event Staff; a contract was drafted and signed between Event Staff and Leadership of the Oath Keepers, and a permit was issued to protect the stage at Area 8 of US Capitol Building. This Permit for 1st Amendment Activities was issued by US Capitol Police. It was these facts that led me to join the PSD; to serve as a Medic for Roger Stone, and then later to escort US Congressmen on the Security Detail; to escort the Congressional Detail from the Rally at the White House Ellipse to the Speeches to be delivered at Area 8 on Capitol Grounds.

At the Rally in the White House Ellipse, we watched the Speech given by President Trump, and then coordinated with Event Staff to escort our VIP's to the US Capitol. It was then that the issues began to mount. After the Oath Keepers met with Event Staff, we attempted to coordinate the PSD to escort the US Congressmen from the White House Ellipse to the Speeches at Area 8 on Capitol Grounds. But, with the US Secret Service being restrictive on our equipment, we immediately ran into

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W
----

issues and the Congressmen left without us. The remaining VIP's were escorted by 2 PSD groups of Oath Keepers to the events scheduled at Area 8 on Capitol Grounds; I was in the 2nd PSD group. Both of the PSD's were captured on video, as members of the Oath Keepers escorted our VIP's through the streets. It is this PSD of which I spoke on a Zello recording, when I stated "...We're stickin' together, and stickin' to the plan...". The plan I mentioned in this statement was merely to escort our VIP's to the Stage at Area 8 outside the US Capitol Building. This fact was proven beyond reasonable doubt during the course of my Criminal Trial. At the Ellipse, the tone of the protest shifted, when individuals in the crowd began to look at their phones in anger. Again, I discussed this moment when I stated on the Zello recording that, "...it spread through the crowd like wildfire. It's over. Pence betrayed us..." At this time, we believed that the 2020 Election had been completely Certified, and that the crowd, outraged by this, sped off to the Capitol Building in protest. Once the streets cleared out, we gathered our remaining VIP's, and eventually followed behind the crowd. The Oath Keeper PSD arrived at the fringe of the US Capitol Grounds at roughly 2:26pm.

Once the VIP's had departed, the Oath Keeper PSD followed the fence line, complying with the Restricted Area signs, as we followed the crowd to the steps on the East Side of the US Capitol. As shown on Event Brochures, the protest was scheduled to occur on the steps of the Capitol. As we made our way to that location, we had no idea that anything was awry. As visible on video, the US Capitol Police could be seen standing around in riot gear as the peaceful crowd kept their distance from the Officers conducting their duties on the perimeter. This can be corroborated by timestamped CCTV Surveillance Camera footage. The Oath Keepers walked up the Capitol Steps and joined the crowd as we sang the National Anthem. The Oath Keepers walked up the steps and saw the crowd walking through an open door. As shown on CCTV Surveillance Camera footage, the Oath Keepers entered the US Capitol through the open door at 2:41pm; during that time I did not witness nor participate in any assaults on Police Officers, and I perceived my actions as merely an exercise of my 1st Amendment. This can be seen on camera, as I chanted slogans and waved my arm in sequence with members of the crowd. As stated in my Criminal Trial, I felt "...I got swept up in the moment and lost all objectivity. I felt disenfranchised by the fraud of the 2020 Election and I merely wanted my voice to be heard."

During my protest activities, I wandered about the Rotunda taking selfies, and I stopped vandalism by a rioter that was smashing glass in a hallway. Eventually I joined a crowd as we chanted slogans. It was at this time that I was injured in a hallway as the crowd surged; pinning me between protesters and injuring my broken arm and ribs. In extreme pain, I reacted briefly by screaming in outrage. This fact was stipulated during my Criminal Trial, during my testimony when I accepted responsibility for my actions before the Hon. Judge Amit P. Mehta. I told my Jury that accept responsibility for Impeding Officers Responding to a Civil Disorder; a charge I still accept culpability for having committed. However, during this incident, I did not attack Officers, nor was it ever alleged that I had done so. When Officers deployed pepperspray to disperse the crowd, I ran as soon as I was able to get free. I did this, despite members of the crowd encouraging me to return by stating "We need a second wave". I opted rather to obey the verbal and lawful commands of two Capitol Police Officers, and treated them with courtesy and respect as I obeyed their orders to return to the Capitol Rotunda area. It was there that I encountered an injured protester, dragging him from the building; politely requesting directions from a Capitol Police Officer. I left the US Capitol Building voluntarily at 3:05pm. Outside, I established a triage and a Casualty Collection Point with the other members of the Oath Keepers, beside a Riot Line of Capitol Police. In this area, I treated the Officers with courtesy and respect; even thanking them for their service. During this time, I dragged and injured man to an Ambulance nearby. After only an hour on Capitol Grounds, I left the area voluntarily. During our return to our vehicle, we were stopped by US Metropolitan Police. I complied with their commands courteously, providing my personal information. After our release, I told the Officers "God Bless you, and thank you for everything you do!" This was my only contact with Metropolitan Police Officers on January 6th, 2021, as captured on Body Worn Camera.

I was incarcerated on January 18th, 2021 following an FBI Raid on my home by a Joint Terrorism Task Force. I was not home, but surrendered myself to Authorities at the Urbana Police Department in Ohio. I have been incarcerated ever since. It was in the DC Jail where I was served with this Civil Complaint. My capacity for response has been limited. During my incarceration, I have spent nearly a year in Solitary Confinement, had limited or no access to a Law Library, and had sporadic motions mailed to my person by Counsel from the Plaintiff's. Furthermore, My current address is still listed at the DC Department of Corrections (DCDOC-CTF) #260509, 1901 D. St., Washington, DC 20003; I currently stay in the FCI Tallahassee prison under the FBoP in Florida, Address Unknown, P.O. Box 5000, Tallahassee, FL 32314. During my transit to this facility, I have changed locations numerous times, and I believe that many of the motions mailed to me were sent to the DCDOC rather than my current facility. Regardless, I intend to reply to the Interrogatory Request I have currently in my possession, to the best of my ability.

REPLY TO INTERROGATORIES

REQUEST NO. 1:
With the exception of my incarceration in the DCDOC-CTF, I had never encountered anyone who identified as a Proud Boy. I make this statement to the best of my knowledge; no Proud Boy has ever come in contact with my person, prior to my

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

---

incarceration; including the events of January 6th or prior to. During my stay in DCDOC-CTF, I was housed in the January 6th Unit (C2B) with William Chrestman, Dominick Pezzolla and Christopher Worrell. To my knowledge, these three individuals were the only Proud Boys I have met in my entire life, and I had only met them as a result of my incarceration. During my stay in the DCDOC-CTF, my contact with these individuals was still very limited, as I spent half my time in DCDOC-CTF in Solitary Confinement conditions (23 hours in my cell, 1 hour on Recreation - eventually extended to a 22/2, or eventually a 19/5.) As a Transgender Woman, after roughly a year and several months I was eventually transferred to a Women's Unit (E2B) where I had no contact with any of the men from in C2B any further.

REQUEST NO. 2:
    As stated in REQUEST NO. 1, I have had no affiliations with the Proud Boys, prior to incarceration or since my transfer to the Women's Unit (E2B) in the DCDOC-CTF.

REQUEST NO. 3:
    As stated in REQUEST NO. 1, I have had no affiliations with the Proud Boys, prior to incarceration or since my transfer to the Women's Unit (E2B) in the DCDOC-CTF.

REQUEST NO. 4:
    As stated in REQUEST NO. 1, I have had no affiliations with the Proud Boys, prior to incarceration or since my transfer to the Women's Unit (E2B) in the DCDOC-CTF.

REQUEST NO. 5:
    As stated in REQUEST NO. 1, I have had no affiliations with the Proud Boys, prior to incarceration or since my transfer to the Women's Unit (E2B) in the DCDOC-CTF. Furthermore, I have no knowledge of the funding, organization, LLC Companies, or any other function of the Proud Boys, their subsidiaries if any, or any partnerships, unincorporated associations, nonprofits or any other affiliation.

(continued on Part 2.)

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

----------------------------------------------------------------------------------------------------

FROM: 26050509
TO: Baker, Jennifer; Buteau, Jennifer; Goodwyn, Marie; Hawley, Melissa; Hughes, Cynthia; Neuen, Don; Sampson, Serena; Siniff, Montana
SUBJECT: Response to Plaintiff's Interrogatories Pt. 2
DATE: 06/15/2024 10:47:55 PM


(Continued from Part 1.)

REQUEST NO. 6:
    As stated in REQUEST NO. 1, I have had no affiliation with the Proud Boys, prior to my incarceration or since my transfer to the Women's Unit (E2B) in the DCDOC-CTF. Furthermore, I am unaware of any Organizational structures within the Proud Boys or any hierarchy within that organization.

REQUEST NO. 7:
    As stated in REQUEST NO. 6, I am unaware of any Organizational structure or hierarchy within the Proud Boys.

REQUEST NO. 8:
    I am unaware of any financial information, net worth, income, assets or any financial or property affairs, cash flows, or tax returns concerning the Proud Boys or the Oath Keepers.

REQUEST NO. 9:
    I have never communicated with any person with signing authority or account owner of any bank accounts affiliated with members of the Proud Boys.

REQUEST NO. 10:
    To the best of my knowledge, I am unaware of any communication with anyone within the Proud Boys. If there was any person online that was a member of the Proud Boys that I communicated with unintentionally, that was never disclosed to me at any point, and I never deliberately communicated with any person on behalf of the Proud Boys. As far as I am aware, I have never communicated with anyone online that was a Proud Boy, or who was affiliated with that group.

REQUEST NO. 11:
    I have no affiliation with the Proud Boys, online or elsewhere.
    I was incarcerated 3.5 years ago, and as such I cannot recall with any accuracy my screennames, User ID's or assumed names that I used online. That being stated, all of this information is however available as part of my Criminal Trial - as each was used for/against me during the course of Evidentiary Exhibits. Furthermore, I provided the FBI and the Department of Justice all my account information - including passwords - during the course of my debriefings and proffer sessions. I do regret that I cannot recall this information perfectly, however I refer you to the Department of Justice (AUSA) and the FBI for the majority of this information. My Criminal Defense Counsel, Jonathan Crisp Esq., can also provide this information should he be compelled to do so by the Court.

REQUEST NO. 12:
    I have never attended any training or meetings with any Proud Boys, and am unaware of any training or meetings that have occurred. I have also never attended any training with the Oath Keepers. The only meeting I have ever attended with the Oath Keepers occurred on (I believe) November 9th, when I attended a Go2Meeting Conference Call. The purpose of this Conference Call was to prepare for our upcoming Private Security Detail; to protect the Stage and VIP's like General Michael Flynn, Alex Jones and others while they delivered speeches at the Rally that occurred on November 14th, 2020 at Freedom Plaza. To my knowledge, the Proud Boys had no attendees at the November 14th Rally (Million MAGA March), and if they did attend, the Proud Boys were not in communication with the Oath Keepers to my knowledge, nor did any Proud Boys attend the November 9th, 2020 Go2Meeting Conference Call to my knowledge. The transcript for the Go2Meeting Conference Call can be obtained from Evidentiary Exhibits released during the course of my Criminal Trial; the focus of the Oath Keeper's Conference Call was to provide protection for VIP's, protesters and attendees from attacks by Antifa, Black Lives Matter, and other violent Far-Left Extremist Groups that tended to attack innocent protesters at Trump Rallies. It was these attacks that led us to defend VIP's and protesters from potential violence. During our attendance at the November 14th Million MAGA March, the events were entirely peaceful until after the Oath Keepers left the area. After our departure, members of Antifa attacked the elderly and families with children; burning their American Flags, beating them, and spraying noxious chemicals.

REQUEST NO. 13:
    As previously stated in REQUEST NO. 12, the Conference Call on November 9th was in preparation for the Rally at

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

---

Freedom Plaza on November 14th, 2020. That event was attended by myself, my fiance Montana Siniff, and my codefendant Donovan Crowl. We partnered with the Oath Keepers to provide Security and Medical Services to those in need. My involvement on November 14th was the same purpose as I served on January 5-6, 2021 - I attended to provide Medical Services to any injured persons; Law Enforcement, Bystanders, and Protesters. On January 5th, 2021 - Donovan Crowl, Bennie and Sandra Parker, and myself provided Security for the Stage perimeter at the Freedom Plaza Rally; we protected the Backstage VIP Area as General Michael Flynn, Alex Jones and other VIP's gave speeches to the crowd. The November 14th and January 5th events were the only events in Washington DC, Maryland, Virginia or anywhere adjacent to Washington DC prior to January 6th. For the events of January 6th itself, I refer you to my initial STATEMENT OF FACTS, in Part 1.

REQUEST NO. 14:

I did not attend the event on December 12th, 2020 with the Oath Keepers, and I had not intended to do so. Several days prior to that event, my arm and ribs were broken when a foundation wall collapsed on me. As such, I was bedridden, in severe pain, and completely uninterested and incapable of attending any events. My attendance at events on January 5th/6th was even semi-coerced. I had initially declined to attend the January 5th/6th Events as a result of my injuries, but was eventually talked into attending by codefendants. I was excited about the prospect of being a Medic for Roger Stone and Congressmen, and this is what ultimately encouraged me to capitulate and attend the events on January 5th and 6th. My involvement in Washington D.C. (or adjacent states/counties/municipalities) between November 14th and January 6th have been detailed between the STATEMENT OF FACTS and REQUEST NO. 12-13. However, out of an abundance of caution, I will reply to each of your lettered requests with further clarity.

a.) I attended each event (November 14th, January 5th, and January 6th) as a member of a contracted Private Security Detail with the Oath Keepers; to protect attendees and VIP's from attacks by violent Left-Wing Extremist groups like Antifa and Black Lives Matter, who often attacked innocent Conservative Protesters as they left the Trump Rallies. These attacks by violent Left-Wing Agitators have been thoroughly documented; stabbings, beatings of the elderly, using pepperspray and bear mace on families with children, stealing the protesters' Trump Flags/Hats or American Flags and burning them in the streets. These Left-Wing groups also threw Fireworks and Molotov Cocktails at Police Officers, as well as Bricks, Bottles, and other dangerous objects. These attacks on Law Enforcement and Conservative Rally Attendees is what motivated me to attend the Security Details, as well as the reason why we have Personal Protective Equipment (PPE) like helmets, body armor and protective gloves. Given my history as an EMT-b, I was there to provide Medical attention to anyone in need, including to members of Law Enforcement. All of this was clearly stated repeatedly and often in text messages and on Social Media.

b.) My fiance Montana Siniff drove Donovan Crowl and myself to the Caldwell Farm in preparation for the November 14th Million MAGA March. A convoy of vehicles drove the Oath Keepers, ourselves included, from the Caldwell Farm to the DC Area for the Million MAGA March. For the January 5th and 6th Events, Donovan Crowl drove himself and me to Bennie and Sandra Parker's home. From there, Bennie and Sandra Parker drove their vehicle to the Washington, DC area for both the events of January 5th and January 6th. On January 6th, the Parkers parked their vehicle at a garage at the intersection of G St. and 21st St., and we proceeded on foot to the Rally at the White House Ellipse. After the Rally at the White House Ellipse, the Oath Keepers escorted our VIP's on foot from Constitution Ave, took a left on 15th St. and then a right down Pennsylvania Ave toward the US Capitol Building.

c.) I attended the November 14th Million MAGA March with my fiance Montana Siniff, Donovan Crowl, Stewart Rhodes, Doug Smith and various other unknown members of the Oath Keepers. I attended the January 5th and January 6th Events with Donovan Crowl, Bennie and Sandra Parker, Kelly and Connie Meggs, Kenneth Harrelson, Joseph Hackett and various other named codefendants that are listed within the Oath Keeper Criminal Indictments. However, that being stated, many of those on the Criminal Indictments were never at the Capitol Building with me, I have never met them (even to this day), and I have no knowledge of their actions, statements, or culpability. Our group consisted of merely 8-10 individuals; less than half of those who were Indicted. For instance, I was unaware that Stewart Rhodes was at the January 6th Event. Many others, like Robert Minuta and those with him, were part of a completely separate PSD and I had never spoken with, or met those individuals. On January 6th, Thomas Caldwell merely assisted Bennie and Sandra Parker in finding a parking spot and to help us get into Security for the Rally at the White House Ellipse and we never saw him again until the following day.

d.) As articulated during my STATEMENT OF FACTS, my interactions with Law Enforcement on January 6th were minimal at best, and entirely courteous. With the exception of when I was crushed by the crowd in the Senate hallway, my actions were entirely beneficial or benign. I was merely were exercising my 1st Amendment, stopping vandalism, and rendering aid to the injured. A previously articulated in the STATEMENT OF FACTS, my actions were laid out chronologically and thoroughly. Should clarity be required, I have added the emails for each Plaintiff's Counsel to my TruLincs Contact List, and will gladly answer your questions on that system, to the best of my ability. I encourage Plaintiffs' Counsel to reach out to me on that system should clarity be required. I request that the Court compel any such communication between myself and Plaintiff's Counsel be released as part of Discovery to the Counsel for the Defense.

Case 1:21-cv-03267-APM   Document 320-1   Filed 07/11/24   Page 7 of 12

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W
--------------------------------------------------------------------------------

e.) I did document my activities on January 6th; video, audio (Zello), Social Media posts on Parler, text messages, etc. All video/audio/messages and photographs of the events from January 6th were published as Evidentiary Exhibits during the course of our Criminal Trial. I refer Plaintiff's Counsel to the FBI, the Department of Justice, and to Exhibits from the Criminal Trial. As I am currently incarcerated, I have no capacity to provide any of this Discovery, nor do I have any such materials in my possession. Should the Court compel my Criminal Defense Counsel to provide Discovery, my attorney Jonathan Crisp Esq. can accommodate that request.

REQUEST NO. 15

I had very limited communication regarding the 2020 Election, and the validity of the results. Those Communications can be found as part of Published Evidentiary Exhibits during the course of our Trial, or be provided by the FBI or Department of Justice. The handful of texts indicate that, up to and including January 6th itself, it was my belief that President Trump was pursuing legal options (lawsuits, etc) to contest the results and compel the States to conduct audits on their ballots. To this day, I still doubt the veracity of the claims that the 2020 Election was "the most secure election in history"; given the untested and untried use of mail-in ballots during the COVID-19 crisis, unsecure drop boxes, Unconstitutional changes to Electoral Systems without the Legislative Branch, multiple ballots sent to individual voters, and numerous instances of voter fraud, ballot harvesting and other unscrupulous methods of election tampering.

However, I never at any point communicated any intent to protest, contest, subvert or otherwise attempt to reverse the results of the 2020 Election. It was my belief that January 6th was the final lawful remedy to investigate systemic voter fraud in 2020, and that the purpose of the Save America Rally on January 6th was to support members of Congress; to give them courage to reject the Certification of the 2020 Election and to return the ballots to the States with systemic voter fraud, and to have 10-Day audits conducted. That plan was thoroughly articulated in President Trump's speech to us at the White House Ellipse on January 6th, 2021, and I remained hopeful that would occur. If not, it was my belief that "...Biden might get 'the steal'..." and that potential unlawful actions could occur during a Biden Presidency; including illegal actions that might subvert US Sovereignty by China or the UN; similar to what occurred with the Chinese Spy Balloon situation.

(continued on Part 3.)

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

---

FROM: 26050509
TO: Baker, Jennifer; Buteau, Jennifer; Goodwyn, Marie; Hawley, Melissa; Hughes, Cynthia; Neuen, Don; Sampson, Serena; Siniff, Montana
SUBJECT: Response to Plaintiff's Interrogatories Pt. 3
DATE: 06/16/2024 10:55:53 AM

(Continued from Part 2.)

REQUEST NO. 16:
    As stated in previous Requests, I have never communicated with any member of the Proud Boys. My communications with members of the Oath Keepers was very limited, using an app called Signal, and strictly for the purpose of coordinating the Private Security Details. The communication between the Oath Keepers and myself was strictly professional in nature, and did not include any mention of politically charged rhetoric, discussions on the validity of the 2020 Election, memes, or any other off-topic discussions. The messages were strictly concerning the Private Security Details that we were contracted to provide. As aforementioned, the communications between the Oath Keepers and I can be obtained from Published Evidentiary Exhibits, from the FBI and the Department of Justice, or by my Criminal Defense Attorney if he were compelled to do so by the Court.

REQUEST NO. 17:
    I have had three legal actions filed against me; the Criminal Indictment in United States v. Stewart Rhodes III et al. (No.22-cr-15), the Civil Litigation Case of Smith v. Trump et al. (No. 21-cv-2265, ECF No. 213), and this Civil complaint (1:21-cv-03267-APM); each of which I was a named Defendant.
    The Criminal Case No. 22-cr-15 against me I was charged with Seditious Conspiracy and found NOT GUILTY, Destruction of Government Property and found NOT GUILTY, Obstruction of an Official Proceeding and found GUILTY, Conspiracy and found GUILTY, Conspiracy to Obstruct an Official Proceeding and found GUILTY, and Impeding Officers Responding to a Civil Disorder and found GUILTY.
    In the first 3 of the 4 Guilty verdicts - as stated by the AUSA with the Department of Justice - the claim was that I allegedly "...agreed to walk through the door, and as such was part of the crowd that must be cleared, in order to continue to Certify the 2020 Election..." This was the gist of the claim against me; that I walked through an open door with the Oath Keepers, and that in so doing that I inadvertently interrupted an Official Proceeding which I believed had already ended prior to leaving the White House Ellipse. Because I did so with a group, this constituted a Conspiracy. As stated by AUSA Jeffery Nestler during the Closing Arguments, there was no plan to do so. The fact that we believed the Certification had ended prior to leaving the White House Ellipse was corroborated repeatedly by audio recordings, video, and Social Media posts. In the final of the 4 Guilty verdicts, I told my Jury that I accept responsibility for Impeding Officers Responding to a Civil Disorder, for being in their way while we protested in the Senate Hallway, and the subsequent actions by Officers in order to get protesters to disperse.
    It was never my intent to Obstruct an Official Proceeding, on January 6th or at any other time. Furthermore, it is not within my legal capacity to keep President Trump in power, or to "overturn the results of the Presidential Election", to "subvert" or "otherwise delay", "to hinder" or "impede the results". I have no authority to Certify an Election, and it is logistically impossible to "Obstruct the Peaceful Transfer of Power" on January 6th itself. The "Peaceful Transfer of Power" does not occur on January 6th, it occurs at the Presidential Inauguration, which was not to be conducted for another 2 weeks, on January 20th. By spending a mere 24 minutes within the US Capitol Building, I was not engaged in any meaningful delay of the Peaceful Transfer of Power nor was it my intent to do so.
    As corroborated by CCTV Surveillance Camera footage, I left the US Capitol voluntarily, while I rendered aid to injured protesters. I also stopped acts of vandalism twice; once by making a protester get off a Police vehicle, and again when I stopped a rioter that was smashing glass inside the US Capitol. Furthermore, it is the actions of my Oath Keeper codefendants that sheds light on our intent to provide aid to those in need, including to members of Law Enforcement. Kelly Meggs, Connie Meggs, Kenneth Harrelson and other members of the Oath Keepers came across Capitol Police Officer Harry Dunn as he was being harassed by the crowd. Kelly and Connie Meggs, Kenneth Harrelson and others heroically placed themselves bodily between Officer Dunn and the crowd and created a barrier to protect him, at risk of drawing the ire of the crowd upon themselves. Kelly and Connie Meggs then later assisted US Capitol Police as they pushed protesters out of the doors of the US Capitol at the behest of Capitol Police Officers, and with their gratitude. After leaving the US Capitol Grounds and while returning to our vehicle, Donovan Crowl, Bennie and Sandra Parker and myself came across a Trump Supporter that was being beaten by Black Lives Matter activists at BLM Plaza. We four Defendants rescued this innocent man, and allowed him to escape. These facts and others by Oath Keeper Defendants show that it was our intent, desire, and stated purpose to provide security, render medical attention, and protect Government property from damage, on January 6th and all previous rallies and protests. The fact we left Capitol Grounds voluntarily after a curfew was announced by Mayor Muriel Bowser also indicates our desire to obey lawful orders.
    It was never our intent to Obstruct an Official Proceeding on January 6th. The January 6th Congressional Electoral Certification was our final legal option to Raise Objections to the results of the 2020 Election, to have the results returned to the

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

---

States of Georgia, Pennsylvania, Michigan, Arizona, and Minnesota in order to have 10-day ballot audits conducted. This was initiated in the US House of Representatives and brought before the US Senate; cosponsored by Reps. Marjorie Taylor Green, Paul Gosar, Matt Gaetz and others, as well as Senator Ted Cruz and others. It was my belief that this would be our final legal remedy to "clear up" any questions to the 2020 Election; thereby ensuring the validity of the Electoral results. Interrupting the January 6th Electoral Certification by members of the crowd would be entirely counterproductive to our purpose - to support Congress as they raised Objections to the 2020 Election. Had I known that the Certification had yet to be finalized, I would not have participated in the events at the US Capitol at all. We desperately needed the January 6th Certification in order to pursue our final legal remedy. It was my belief that the 2020 Election had been Certified by Congress, that Pence had betrayed us by refusing to have ballot audits conducted, and that the Certification was over. This fact is what led me to feel disenfranchised, to lose objectivity, and to get swept up in the 1st Amendment protest activities at the US Capitol. Having never witnessed violence of any kind, I had no indication that there was anything amiss and I allowed myself to be led along by the crowd, to enter the US Capitol and expose myself to numerous legal actions including this Civil Claim against me.

Any requests for Discovery can be obtained from the Published Evidentiary Exhibits during our trial, from the Federal Department of Justice, from the FBI, and if compelled to do so by the Court, from my Criminal Defense Attorney Jonathan Crisp Esq. I do however urge caution when using Published Evidentiary Exhibits that were presented by the AUSA's with the Federal Department of Justice during the Criminal Trial No. 22-cr-15. Many of the Government Exhibits are false, fabricated, incomplete or inaccurate representations of events and documentation. This was proven during the course of our trial; that the DOJ and AUSA's falsified testimony, fabricated evidence, and potentially withheld Brady materials in order to obtain a Guilty verdict. As such, I refer Counsel for the Plaintiffs to the Court Transcripts for full details. I do not make this allegation lightly, and this statement can be corroborated by comparing the Government's presented Trial Exhibits against the raw data, including by that obtained from the CellBright analysis, as well as against the sworn testimony by FBI personnel.

MOTION TO SEVER DEFENDANT JESSICA WATKINS FROM CIVIL ACTION 1:21-cv-03267 (APM)

I request that these statements be weighed for their merits; that each can be corroborated by any/all Discovery that you may obtain, and that the claims against me are false. I request that I be removed from this Legal Action against me, as I did not inflict any harm or PTSD or any other impact on the aforementioned named Plaintiffs. My interactions with US Metropolitan Police Officers on January 6th was strictly professional and courteous. I did not coordinate with any Proud Boys, nor did I know any members of the Proud Boys prior to my incarceration. The Hon. Judge Amit P. Mehta presided over our Criminal Trial, and has seen the statements made in this RESPONSE TO PLAINTIFF'S INTERROGATORIES to be true and accurate statements. I respectfully request that the Court to grant the request to Sever Defendant Jessica Watkins from this Civil Action.

Additionally, as I have no assets of any worth and I am indigent, that there is no financial benefit to be gained by continuing this action against me. This Civil Action serves only to malign and defame my character, but can serve no other purpose. I respectfully request Counsel for the Plaintiffs to remove me from their Claim. Should the Counsel for the Plaintiffs need any further statements, I am happy to provide those statements on the TruLincs system. Each Counsel has been added to my Contact List and I am available there if needed further.

RESPECTFULLY,
DEFENDANT JESSICA WATKINS
FBoP REG. NO. 26050-509

*[signature]*   16 Jun 2024

A copy of this RESPONSE TO PLAINTIFF'S INTERROGATORIES has been sent by Certified Mail by my fiance Montana Siniff to the DISTRICT COURT and to Hon. Judge Amit P. Mehta via Certified Mail, and to the Counsel for the Plaintiffs by myself to the following contacts:

BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
to: /s/ Brendan B. Downes
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001
Tel: 202-724-6533
Email: Brendan.downes@dc.gov

STATES UNITED DEMOCRACY CENTER
to: /s/ Norman Eisen
Norman Eisen (D.C. Bar 435051)
1101 17th St NW, Suite 250

TRULINCS 26050509 - WATKINS, JESSICA - Unit: TAL-F-W

----

Washington, DC 20036
Tel: 202-999-9305
Email: norm@statesuniteddemocracy.org

THE ANTI-DEFAMATION LEAGUE
to: /s/ James Pasch
605 Third Avenue
New York, NY 10158
Tel: 212-885-5806
Email: jpasch@adl.org

DECHERT LLP
to: /s/ Vincent H. Cohen
Vincent H. Cohen, Jr. (D.C. Bar 471489)
1900 K. St, NW
Washington, DC 20006
Tel: 202-261-3300
Fax: 202-261-3333
email: vincent.cohen@dechert.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
to: /s/ Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, DC 20006
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

Tallahassee
Box 5000
.hassee, FL  32314



Dechert LLP
Vincent H. Cohen Jr.
1900 K. St. NW
Washington, DC 20006

20006$1109 C068

Legal Mail



Legal Mail