# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

        Plaintiff,

    v.

PROUD BOYS INTERNATIONAL L.L.C. *et al.*,

        Defendant.

Case No. 21-cv-03267

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff District of Columbia, by its attorneys, the Office of the Attorney General for the District of Columbia, States United Democracy Center, Dechert LLP, Anti-Defamation League, and Paul, Weiss, Rifkind, Wharton & Garrison LLP, requests that Defendant Jessica Watkins answer fully, in writing and under oath, and in accordance with the definitions and instructions set forth below, the following interrogatories (the "Interrogatories") within thirty days of service of these requests, and serve such answers on the undersigned attorneys at the offices of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, NW, Washington, D.C. 20006-1047.

In responding to these Interrogatories, the following Definitions and Instructions shall apply:

**DEFINITIONS**

Notwithstanding the specific definitions below, each word, term, or phrase used in these Interrogatories should be given its most expansive and inclusive meaning. As used in these Interrogatories, the following terms are to be interpreted in accordance with these definitions:

1. "District of Columbia" or "Plaintiff" means Plaintiff District of Columbia, including any Related Person acting or purporting to act on its behalf.

2. "Jessica Watkins," "You" or "Your" means Defendant Jessica Watkins, the party to whom these requests are directed, as well as any Related Person acting or purporting to act on Your behalf.

3. The "Proud Boys" means the fraternal order known as the Proud Boys, including any Related Person acting or purporting to act on its behalf.

4. The "Oath Keepers" means the organization known as the Oath Keepers, including any Related Person acting or purporting to act on its behalf.

5. "Defendants" means, collectively, You, the Proud Boys, Oath Keepers, and all other individual defendants, including all named defendants and John and Jane Does 1-50, identified in the Amended Complaint, as well as any Related Person acting or purporting to act on their behalf.

6. "Oath Keeper Bylaws" means the Constitution and Bylaws of the Oath Keepers, dated October 22, 2009.

7. "Oath Keeper Successor Bylaws" means the governing documents of any successor Persons or Related Persons of the Oath Keepers, and the governing documents of any Person or Related Person under which the Oath Keepers are organized.

8. "2020 Presidential Election" means the 59th presidential election, held on November 3, 2020, the 2021 United States Electoral College vote count and certification, and any other aspects of the electoral process under the U.S. Constitution and Electoral Count Act of 1887.

9. "Amended Complaint" means the Amended Complaint filed in the above-captioned action, dated April 1, 2022, now pending in the United States District Court for the District of Columbia, docketed as Case No. 21-cv-03267.

10. The terms "all," "any," and "each" shall be construed as encompassing any and all, as necessary to bring within the scope of the Interrogatories all Documents and Communications that might otherwise be construed to be outside of their scope.

11. "Communication(s)" shall mean any manner or means of disclosure, transfer, exchange, or conveyance of information, including, but not limited to, any conversation, discussion, letter, memorandum, facsimile transmission, note, meeting, electronic mail, or other transfer of information, whether oral or written, or by any other means, and includes any Document that abstracts, digests, transcribes, or records any Communication, and shall include the exchange of words, thoughts, or ideas to another person or persons, whether person to person, in a group, by telephone, by letter, by facsimile, by text message, or by any other electronic process, including, but not limited to, email, social media, and/or other online forums and platforms. All such written Communications shall include, without limitation, printed, typed, handwritten, or other readable Documents. **For the avoidance of doubt, all Communications shall include, but are not limited to, information exchanged through Signal, WhatsApp, iMessage, text messages, and web-based email systems, such as Gmail.**

12. "Document(s)" is intended to have the broadest permissible meaning under applicable law and consistent with the terms of the applicable Rules and shall include any and all written, recorded, or graphic matter or material of any kind, type, nature, or description (whether in tangible, hard copy, printed, or electronic form) that is or has been in Your possession, custody, or control, including all hard copy Documents, Communications, correspondence, memoranda,

3

tapes, stenographic, or handwritten notes, forms of any kind, charts, blueprints, drawings, sketches, graphs, plans, articles, specifications, diaries, letters, telegrams, photographs, minutes, contracts, agreements, electronic mail, Bloomberg messages, Telegram messages, instant messages, text messages, electronic or other online messages or posts, calendars, appointment books, computer files, computer printouts, data compilations of any kind, teletypes, telexes, facsimiles, invoices, order forms, checks, drafts, statements, credit memos, reports, position reports, summaries, surveys, indices, books, ledgers, notebooks, schedules, transparencies, recordings, catalogs, advertisements, promotional materials, films, video tapes, audio tapes, CDs, computer disks or diskettes, things, brochures, pamphlets, or any written or recorded materials of any other kind, however stored, recorded, produced, or reproduced (whether in tangible, hard copy, printed, or electronic form), and also including drafts or copies of any of the foregoing that contain any notes, comments, or markings of any kind not found on the original Documents or that are otherwise not identical to the original Documents.

13.  "Identify," when used with reference to a natural person, shall mean to state, to the extent known, the person's:

   a.  full name and any nickname(s) or alias(es);

   b.  present and/or last known business address, personal address, telephone number, and email address;

   c.  any screen name, social media handle, username or user ID, or other assumed name or online account name used for any social media platform, mobile app, or for any other online Communication(s), including, but not limited to, Facebook, Instagram, Myspace, X (formerly known as Twitter), Truth Social, TikTok, Parler, DLive, Telegram, Gab, Signal, Reddit, WordPress, 4chan, 8chan, and any other

      registered website.

      d.    present and/or last known employer's name; and

      e.    present and/or last known business position(s).

14.    "Identify," when used with reference to any entity other than a natural person, shall mean to state, to the extent known:

      a.    its full legal name; and

      b.    the address of its principal place of business.

15.    "Identify," when used with reference to a document, shall mean to state, to the extent known:

      a.    the type of document (for example, a letter or photograph);

      b.    the document's author or originator;

      c.    the document's addressee, recipient, and any other person to whom it was directed;

      d.    the date the document was created;

      e.    the document's language, text, or substance; and

      f.    if the document is no longer in existence or in Your possession, custody, or control, the disposition that was made of it, the identity of the person having possession, custody, or control of the document, and the document's present location or the location of any copies known to You. Alternatively, if the document is being produced, provide the Bates number.

16.    "Identify," when used with reference to a Communication, oral statement, meeting, conference, or conversation, shall mean to state, to the extent known:

      a.    the date of the Communication, oral statement, meeting, conference, or

conversation;

b.   a summary of its contents; and

c.   the identity of the participants in the Communication, oral statement, meeting, conference, or conversation.

17.   "Identify," when used with reference to a thing or event, shall mean to state, to the extent known:

a.   a description of the thing or event with reasonable particularity; and

b.   the name of each person believed to have knowledge with respect to the thing or event.

18.   "Including" and "including, but not limited to" mean including without limitation.

19.   "Relating to" shall be interpreted in the broadest sense, and shall mean and include, without limitation, containing, constituting, considering, comprising, concerning, discussing, disclosing, regarding, describing, reflecting, referencing, showing, studying, commenting, or reporting on, mentioning, analyzing, or referring, alluding, or pertaining to, in whole or in part, directly or indirectly.

20.   "Control" means when a person has any ownership, possession, or custody of a Document, or the right or ability to secure the Document or a copy thereof from any person or public or private entity with physical possession of the Document.

21.   "Describe" means to provide at least the following information: (i) a detailed discussion of the nature of the event or other matter, including all facts related thereto; (ii) the time and place thereof; (iii) the identity of each individual involved in the event or other matter; and (iv) the identity of each document which refers thereto or which was used, referred to, or prepared in the course or as a result thereof.

22. "Person" or "Persons" means natural persons, proprietorships, corporations, partnerships, trusts, joint ventures, groups, associations, organizations, and all other entities.

23. "Related Persons" means any affiliates, predecessors- and successors-in-interest, parents, subsidiaries, agents, assigns, directors, officers, employees, representatives, advisors, attorneys, consultants, and any other Persons purporting to act for or on a Person's behalf.

24. All references herein to any person or entity shall include any Related Persons.

## INSTRUCTIONS

1. In answering these Interrogatories, furnish all information available to You or subject to Your reasonable inquiry, including information in the possession of Your attorneys, accountants, advisors, or other Persons directly or indirectly employed by, or connected with, You and Your attorneys, and anyone else otherwise subject to Your control.

2. For purposes of interpreting or construing the scope of these Interrogatories, You are instructed to give words their most expansive and inclusive meanings. Therefore, without limitation of the foregoing:

    a. construe the term "including" to mean "including, but not limited to";

    b. construe the singular form of the word to include the plural, and the plural form to include the singular;

    c. construe the term "any" to include the word "all," and vice versa;

    d. construe the term "and" to include the word "or," and vice versa;

    e. construe the term "each" to include "every," and vice versa; and

    f. construe any masculine, feminine, or neuter term to include all other genders.

3. If any Interrogatory is answered by reference to a Document, You must produce the Document containing the requested information and identify such Document by the Bates number. In lieu of identifying any Document, You may make the Document available for inspection and copying by so stating in Your answer.

4. In the event You interpose an objection to any definition, instruction, or Interrogatory, You should: (i) clearly indicate to which part or portion of the definition, instruction, or Interrogatory the objection is directed; (ii) clearly indicate whether any information has been withheld based upon the objection; and (iii) provide all information to which the objection is not made as if such part or portion were propounded separately.

5. If any response, in whole or in part, to the Interrogatories herein is not answered under claim of attorney-client privilege, work-product immunity, or other privilege or immunity, You are requested at the time of answering to: (a) state with specificity the claim of privilege or other reason used to withhold the information, and (b) produce privilege and redaction logs that identify all information by date and subject matter, without disclosing its content, but sufficient to allow it to be described to the Court for ruling on the privilege or other reason asserted. You are further requested to provide all information that is not subject to a claim of privilege or other reason for non- production by excising or otherwise protecting the portions for which a privilege is asserted, if such a technique does not result in disclosing the contents of the portions for which some privilege is asserted.

6. You are required to answer each Interrogatory set forth below, regardless of whether the information is possessed by You or a Related Person. Where Interrogatories cannot be answered in full after exercising due diligence to secure the information, they shall be answered as completely as possible, and incomplete responses shall be accompanied by a specification of

the reasons for such incompleteness of the responses and of whatever knowledge, information, or belief is possessed with respect to each unanswered or incompletely answered Interrogatory. If the answer to all or any part of an Interrogatory is that You lack knowledge of the requested information, set forth such remaining information as is known to You and describe all efforts made by You or by Your attorneys, agents, representatives, or experts, or by any professional employed or retained by You, to obtain the information necessary to answer the Interrogatory. If any estimate or approximation can reasonably be made in place of unknown information, also set forth Your best estimate or approximation, clearly designated as such, in place of unknown information, and describe the basis upon which the estimate or approximation is made.

7. If any information furnished in answer to all or any part of an Interrogatory is not within the personal knowledge of the individual who verifies the answer, identify the Person to whom all or any part of the information is a matter of personal knowledge and upon whose information the answer is based.

8. In the event that any Document referred to in any Interrogatory response has been destroyed or discarded, that Document is to be identified by stating: (a) any addresser and addressee; (b) any indicated or blind copy recipients; (c) the Document's date, subject matter, number of pages, and attachments or appendices; (d) all Persons to whom the Document was distributed, shown, or explained; (e) its date of destruction or discard and reason for destruction or discard; and (f) the Persons authorizing and carrying out such destruction or discard.

9. An objection or claim of privilege directed to any part of an Interrogatory does not constitute an excuse for failure to respond to parts of an Interrogatory for which no objection or claim or privilege is made.

10. If, in responding to these Interrogatories, You claim any ambiguity in an Interrogatory, Definition, or Instruction, such claims shall not be utilized as a basis for refusing to respond, but You shall first seek to clarify the ambiguity with counsel for the District of Columbia and otherwise set forth as part of Your response the specific language deemed to be ambiguous and the interpretation used in responding to the Interrogatory.

11. Each Interrogatory shall be construed independently and not with reference to any other Interrogatory for the purpose of limitation.

12. These Interrogatories are continuing in nature. If after responding to these Interrogatories, You obtain any additional Documents, Communications, knowledge, or information responsive to these Interrogatories, You must promptly supplement Your response in accordance with Federal Rule of Civil Procedure 26(e).

13. Unless otherwise indicated, each Interrogatory requests information for the period between October 22, 2009 to the present (the "Relevant Time Period").

## INTERROGATORIES

**REQUEST NO. 1:**

Identify all Persons and Related Persons through which the Oath Keepers operate, hold assets and/or are organized, including, but not limited to, corporations, limited liability companies, unincorporated associations, nonprofit organizations, and/or partnerships.

**REQUEST NO. 2:**

Identify all entities affiliated with the Oath Keepers, including, but not limited to, corporations, limited liability companies, unincorporated associations, nonprofit organizations, and/or partnerships that the Oath Keepers control, that control the Oath Keepers, that are under

common control, that share common officers or directors, or that in any other way are affiliated with the Oath Keepers.

**REQUEST NO. 3:**

Identify any and all current and former members and probationers of the Oath Keepers.

**REQUEST NO. 4:**

Identify all successor Persons and Related Persons of the Oath Keepers, including, but not limited to, corporations, limited liability companies, unincorporated associations, nonprofit organizations, and/or partnerships.

**REQUEST NO. 5:**

Identify any and all Persons and Related Persons who have given any funds relating to activities concerning the Oath Keepers, to the Oath Keepers organization, or to persons or entities identified in Your Responses to Request Nos. 1, 2, and 4, including, but not limited to, individuals who have paid membership dues or donated funds, either directly or indirectly, including, but not limited to, funds donated through crowdfunding websites.

**REQUEST NO. 6:**

Identify all current and former leaders of the Oath Keepers, including, but not limited to, all current and former officers, directors, trustees, managers, and/or members of any entities identified in Your Responses to Request Nos. 1, 2, and 4.

**REQUEST NO. 7:**

Describe the organizational structure of the Oath Keepers, including, but not limited to, any and all local or regional chapters, and any other groups, formal or informal, that operate within or are related to the Oath Keepers.

**REQUEST NO. 8:**

Identify and describe the financial statements, net worth statements, monthly income and expenses from all sources, lists of assets and liabilities pertaining to real property or financial affairs, statements of cash flows, and state and federal tax returns for all entities identified in Your Responses to Requests Nos. 1, 2, and 4.

**REQUEST NO. 9:**

Identify all Persons or Related Persons with signing authority or acting as account owners of any bank accounts associated with any entities identified in Your Responses to Requests Nos. 1, 2, and 4.

**REQUEST NO. 10:**

Identify all methods of communication used by You and the Oath Keepers, including, but not limited to, websites, mobile apps, social media platforms, email services, and phone carriers.

**REQUEST NO. 11:**

Identify for Yourself and the Oath Keepers, including but not limited to the persons or entities identified in Your Responses to Requests Nos. 1, 2, and 4, any and all current and formerly used screen names, social media handles, usernames or user IDs, or other assumed names, including, but not limited to, those on Facebook, Instagram, Myspace, X (formerly known as Twitter), Truth Social, TikTok, Parler, DLive, Telegram, Gab, Signal, Reddit, WordPress, 4chan, 8chan, and any other registered website.

**REQUEST NO. 12:**

Identify and describe any meetings or trainings attended by You or members or affiliates of the Proud Boys and/or Oath Keepers in Washington D.C. (or counties or municipalities in Maryland or Virginia adjacent to Washington D.C.), relating to events held on November 14,

2020, December 12, 2020, and/or January 6, 2021, including, but not limited to, local or regional chapter meetings or trainings, and/or meetings or trainings of any other groups that operate within or are related to the Oath Keepers, and including identification of all persons involved in the planning of such meetings or trainings and all attendees to such meetings or trainings.

**REQUEST NO. 13:**

For the time period November 1, 2020 through January 6, 2021, identify and describe any plans and/or preparations for any events to be attended by You in Washington D.C. (or counties or municipalities in Maryland or Virginia adjacent to Washington D.C.), including, but not limited to, events that did not ultimately take place.

**REQUEST NO. 14:**

Describe Your involvement in events held in Washington D.C. (or counties or municipalities in Maryland or Virginia adjacent to Washington D.C.), on November 14, 2020, December 12, 2020, and/or January 6, 2021, including, but not limited to, (a) when and why You decided to attend the event, (b) how You got there, (c) who You were with, (d) what You did during the 24 hours of the applicable day, and (e) whether You documented those events in any way, including, but not limited, to in writing, audio recording, video recording, or photographs.

**REQUEST NO. 15:**

Identify and describe any Communications, with the exception of any Documents that You have produced in the above-captioned action, You were privy to or involved in relating to the 2020 Presidential Election, beginning on November 1, 2020 and extending through the present, including, but not limited to, Communications reacting to the 2020 Presidential Election results, the legitimacy of those results, plans to protest those results, and/or plans to contest, subvert, or otherwise attempt to reverse those results.

**REQUEST NO. 16:**

Identify and describe all Communications, with the exception of any Documents that You have produced in the above-captioned action, since November 1, 2020 among and/or between You and members of the Proud Boys and/or Oath Keepers, Related Persons, and/or other Defendants in this litigation.

**REQUEST NO. 17:**

Identify and describe any legal action filed against You, the Proud Boys, the Oath Keepers, their members, and/or any Related Persons involving property torts, conspiracy, or use of force.

Dated: December 8, 2023

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:   /s/ *Brendan B. Downes*
      Brendan B. Downes (D.C. Bar 187888)
      400 6th St. NW
      Washington, DC 20001
      Tel: 202-724-6533
      Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:   /s/ *Norman Eisen*
      Norman Eisen (D.C. Bar 435051)
      Christine P. Sun
      Katherine Reisner
      Gillian Feiner
      Zack Goldberg
      1101 17th St NW, Suite 250
      Washington, DC 20036
      Tel: (202) 999-9305
      Email: norm@statesuniteddemocracy.org
             christine@statesuniteddemocracy.org
             katie@statesuniteddemocracy.org
             gillian@statesuniteddemocracy.org
             zack@statesuniteddemocracy.org

By:   /s/ *Christine Sun*
      Christine P. Sun
      Katherine Reisner
      3749 Buchanan St., No. 475165
      San Francisco, CA 94147-3103
      Tel: 615-574-9108
      Email: christine@statesuniteddemocracy.org
             katie@statesuniteddemocracy.org

**THE ANTI-DEFAMATION LEAGUE**

By:  /s/ *James Pasch*
     James Pasch
     605 Third Avenue
     New York, NY 10158-3650
     Tel: 212-885-5806
     Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   /s/ *Jeannie Rhee*
      Jeannie S. Rhee (D.C. Bar 464127)
      2001 K Street, NW
      Washington, D.C. 20006-1047
      Tel:  202-223-7300
      Fax:  202-223-7420
      Email: jrhee@paulweiss.com

By:   /s/ *Daniel Kramer*
      Daniel J. Kramer
      Andrew J. Ehrlich
      Erin J. Morgan
      Hillary S. Black
      1285 Avenue of the Americas

15

**DECHERT LLP**

By:   /s/ *Matthew Larrabee*
Matthew L. Larrabee
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: 212-698-3500
Fax: 212-698-3599
Email: matthew.larrabee@dechert.com

By:   /s/ *Vincent Cohen*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
        d.brett.kohlhofer@dechert.com

By:   /s/ *Michael Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel:  215-994-2000
Fax:  215-994-2222
Email: michael.doluisio@dechert.com

New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
      aehrlich@paulweiss.com
      ejmorgan@paulweiss.com
      hblack@paulweiss.com