# Exhibit 24

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-cr-28 (APM) |
| v. | : | |
| (1) SANDRA PARKER, | : | |
| (2) BENNIE PARKER, | : | |
| (3) LAURA STEELE, | : | |
| (4) CONNIE MEGGS, | : | |
| (5) WILLIAM ISAACS, and | : | |
| (6) MICHAEL GREENE, | : | |
| Defendants. | : | |

## VERDICT FORM

**Count One: Conspiracy to Obstruct an Official Proceeding**

A. Verdict as to each defendant:

(1) *Sandra Parker*

Guilty **X** Not Guilty _____

(2) *Bennie Parker*

Guilty **X** Not Guilty _____

(3) *Laura Steele*

Guilty **X** Not Guilty _____

(4) *Connie Meggs*

Guilty **X** Not Guilty _____

(5) *William Isaacs*

Guilty **X** Not Guilty _____

(6) *Michael Greene*

Guilty _____ Not Guilty **X**

1

## Count Two: Obstruction of an Official Proceeding

    **(1) *Sandra Parker***

    Guilty __X__ Not Guilty _____

    **(2) *Bennie Parker***

    Guilty _____ Not Guilty __X__

    **(3) *Laura Steele***

    Guilty __X__ Not Guilty _____

    **(4) *Connie Meggs***

    Guilty __X__ Not Guilty _____

    **(5) *William Isaacs***

    Guilty __X__ Not Guilty _____

    **(6) *Michael Greene***

    Guilty _____ Not Guilty _____

2

## Count Three: Conspiracy to Prevent Members of Congress from Discharging Their Duties

A. Verdict as to each defendant:

(1) *Sandra Parker*

Guilty **X** Not Guilty \_\_\_\_\_

i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

**X** To prevent a Member of Congress from discharging a duty as a Member of Congress

**X** To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

(2) *Bennie Parker*

Guilty \_\_\_\_\_ Not Guilty **X**

i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

\_\_\_\_\_ To prevent a Member of Congress from discharging a duty as a Member of Congress

\_\_\_\_\_ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

3

### (3) *Laura Steele*

Guilty **X** Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        **X** To prevent a Member of Congress from discharging a duty as a Member of Congress

        **X** To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

### (4) *Connie Meggs*

Guilty **X** Not Guilty _____

    i. **If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:**

        **X** To prevent a Member of Congress from discharging a duty as a Member of Congress

        **X** To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

4

**(5)** *William Isaacs*

Guilty **X** Not Guilty _____

    i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

        **X** To prevent a Member of Congress from discharging a duty as a Member of Congress

        **X** To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

**(6)** *Michael Greene*

Guilty _____ Not Guilty **X**

    i. If guilty of the conspiracy charged in Count Three, which object(s) do you unanimously find the defendant conspired to achieve:

        _____ To prevent a Member of Congress from discharging a duty as a Member of Congress

        _____ To induce a Member of Congress to leave the place where the Member of Congress's duties are required to be performed

---

**Count Four: Destruction of Government Property**

    **(1)** *Sandra Parker*

    Guilty **X** Not Guilty _____

    **(3)** *Laura Steele*

    Guilty **X** Not Guilty _____

    **(4)** *Connie Meggs*

    Guilty **X** Not Guilty _____

    **(5)** *William Isaacs*

    Guilty **X** Not Guilty _____

## Count Five: Entering or Remaining Restricted Building or Grounds

**(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

**(2) *Bennie Parker***

Guilty __X__ Not Guilty _____

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

**(4) *Connie Meggs***

Guilty __X__ Not Guilty _____

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

**(6) *Michael Greene***

Guilty __X__ Not Guilty _____

## Count Six: Obstructing Officers During a Civil Disorder

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

6

**Count Seven: Obstructing Officers During a Civil Disorder**

**(1) *Sandra Parker***

Guilty __X__ Not Guilty _____

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

**(5) *William Isaacs***

Guilty __X__ Not Guilty _____

**Count Eight: Tampering with Documents or Proceedings**

**(3) *Laura Steele***

Guilty __X__ Not Guilty _____

7

## Count Nine: Tampering with Documents or Proceedings

### (6) *Michael Greene*

Guilty _____ Not Guilty __X__

Date: March 20, 2023