UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DISTRICT OF COLUMBIA,** | * | |
| **Plaintiff** | * | |
| **v.** | * | **Case No.: 1:21-cv-03267-APM** |
| **PROUD BOYS INTERNATIONAL LLC, et al.** | * | |
| | * | |
| **Defendants** | | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

### NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Adam T. Sampson, Esquire as counsel for Defendant Thomas Caldwell. James R. Andersen, Esquire will remain counsel for Defendant Thomas Caldwell.

Respectfully submitted,

 /s/Adam T. Sampson
James R. Andersen (Bar ID: MD0186)
Adam T. Samspon (Bar ID: MD0188)
Rollins, Smalkin, Richards & Mackie, L.L.C.
300 E. Lombard Street, Suite 900
Baltimore, MD 21202
Ph: (410) 727-2443
Fx: (410) 727-8390
jandersen@rsrm.com
asampson@rsrm.com
*Attorneys for Defendant Thomas Caldwell*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2024, a copy of the foregoing Notice of Withdrawal of Appearance was served via the Court's e-filing.

 /s/Adam T. Sampson
*Adam T. Sampson*