UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>　　　　　Defendants. | Case No. 1:21-cv-03267 (APM) |

**PLAINTIFF DISTRICT OF COLUMBIA'S
MOTION TO MODIFY AMENDED SCHEDULING ORDER**

Plaintiff District of Columbia (the "District") writes in response to the Court's July 26, 2024 Minute Order directing the District to respond to the request made by the plaintiffs in *Smith, et al.* v. *Trump, et al.*, No. 21-cv-2265 (APM) (the "*Smith* Plaintiffs") to extend the deadline for the close of fact discovery from September 27, 2024 to March 31, 2025. *See Smith*, No. 21-cv-2265, *District of Columbia*, No. 21-cv-3267, Transcript of Joint Status Conference, July 24, 2024, Tr. at 6:18–7:23; *see also Smith*, No. 21-cv-2265, ECF No. 305 (Joint Status Report, filed July 19, 2024). The Court has previously set the discovery deadlines in the above-captioned action to be "the same as those entered in" *Smith*, No. 21-cv-2265 (APM). Min. Order, April 17, 2023.

While the District agrees that an extension of the fact discovery deadline in this action is appropriate in light of the remaining merits discovery, including depositions, it believes that a six-month extension is excessive for the fact discovery that overlaps between the two cases, given that the parties are working diligently to complete fact discovery. Accordingly, the District proposes that the Court enter a four-month extension, to January 27, 2025. The parties can focus on

completion of fact discovery that overlaps between the cases and, to the extent necessary, the *Smith* Plaintiffs can raise at that point if they require additional time to deal with discovery delayed by the resolution of immunity questions as they pertain to former President Trump, who is not a defendant in the District's case. *See Smith*, No. 21-cv-2265, ECF No. 305 at 4 (stating that one of the reasons for the requested extension is that merits discovery with former President Trump may not begin until after the close of immunity discovery on September 11, 2024 and after a decision by this Court on the immunity question).

Accordingly, the District respectfully requests that this Court modify the Amended Scheduling Order filed on January 16, 2024 (ECF No. 274) by extending the close of fact discovery to January 27, 2025.

Dated: July 31, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:   */s/ Brendan B. Downes*
       Brendan B. Downes (D.C. Bar 187888)
       400 6th St. NW
       Washington, DC 20001
       Tel: 202-724-6533
       Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:   */s/ Norman Eisen*
       Norman Eisen (D.C. Bar 435051)
       Christine P. Sun
       Katherine Reisner
       Gillian Feiner
       Zack Goldberg

**THE ANTI-DEFAMATION LEAGUE**

By:  */s/ James Pasch*
      James Pasch
      605 Third Avenue
      New York, NY 10158-3650
      Tel: 212-885-5806
      Email: jpasch@adl.org

Meagan Harding
Alexander F. Atkins (D.C. Bar 90003787)
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
    christine@statesuniteddemocracy.org
    katie@statesuniteddemocracy.org
    gillian@statesuniteddemocracy.org
    zack@statesuniteddemocracy.org
    meagan@statesuniteddemocracy.org
    alex@statesuniteddemocracy.org

**DECHERT LLP**

By:    */s/ Vincent H. Cohen*
    Vincent H. Cohen, Jr. (D.C. Bar 471489)
    D. Brett Kohlhofer (D.C. Bar 1022963)
    1900 K Street, NW
    Washington, D.C. 20006-1110
    Tel: 202-261-3300
    Fax: 202-261-3333
    Email: vincent.cohen@dechert.com
        d.brett.kohlhofer@dechert.com

By:    */s/ Michael S. Doluisio*
    Michael S. Doluisio
    2929 Arch Street
    Philadelphia, PA 19104-2808
    Tel: 215-994-2000
    Fax: 215-994-2222
    Email: michael.doluisio@dechert.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

By:    */s/ Jeannie S. Rhee*
    Jeannie S. Rhee (D.C. Bar 464127)
    2001 K Street, NW
    Washington, D.C. 20006-1047
    Tel: 202-223-7300
    Fax: 202-223-7420
    Email: jrhee@paulweiss.com

By:    */s/ Daniel J. Kramer*
    Daniel J. Kramer
    Andrew J. Ehrlich
    Erin J. Morgan
    Cassandra N. Love
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel: 212-373-3000
    Fax: 212-757-3990
    Email: dkramer@paulweiss.com
        aehrlich@paulweiss.com
        ejmorgan@paulweiss.com
        clove@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, I caused the foregoing to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

Dated: July 31, 2024

*/s/ Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

*Attorney for Plaintiff District of Columbia*