UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CONRAD SMITH, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **Case No. 21-cv-02265 (APM)** |
| **DONALD J. TRUMP, et al.,** ) | |
| ) | |
| Defendants. ) | |
| | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Case No. 21-cv-03267 (APM)** |
| **PROUD BOYS** ) | |
| **INTERNATIONAL L.L.C., et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

The court reminds Defendants that they have an obligation to respond to any discovery requests made by Plaintiffs in these consolidated matters. *Cf. Louen v. Twedt*, 236 F.R.D. 502, 505 (E.D. Cal. 2006) ("Even if there are no documents responsive to a request for production, the requesting party is entitled to a response pursuant to [Federal Rule Civil Procedure 34(b)].") As the court observed during the status conference held on September 4, 2024, failure to confer with Plaintiffs regarding their discovery requests may result in sanctions for Defendants and defense counsel. *See* Tr., ECF No. 336 at 21–22; Fed. R. Civ. P. 37(b)(2)(A)*; Coltrane v. Wilkins*, 340

F.R.D. 476, 480 (D.D.C. 2022) ("District courts have broad discretion to issue discovery sanctions under Rule 37.").

Dated: September 20, 2024

                                               Amit P. Mehta
                                               United States District Court Judge