**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CONRAD SMITH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>Defendants. | Case No. 21-cv-2265 (APM) |
| DISTRICT OF COLUMBIA,<br><br>Plaintiff,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et al.,<br><br>Defendants. | Case No. 21-cv-03267 (APM) |

**CONSENT MOTION FOR MODIFICATION OF AMENDED SCHEDULING ORDER**

Plaintiff District of Columbia in *District of Columbia* v. *Proud Boys International, L.L.C., et al.*, Case No. 21-cv-03267 (the "District"), Plaintiffs in *Smith, et al.* v. *Trump, et al.*, Case No. 21-cv-02265 (the "Smith Plaintiffs"), and Defendants Joseph Randall Biggs, Louis Enrique Colon, Henry "Enrique" Tarrio, Christopher Kuehne, Zachary Rehl, Donald J. Trump for President, Inc., and Make America Great Again PAC, by and through their undersigned counsel, jointly move for modification of the Amended Scheduling Order in light of the extension for the completion of fact discovery until January 27, 2025.

The current scheduling order was established on January 16, 2024. ECF No. 274.[1] At a joint status conference held on July 24, 2024, the Smith Plaintiffs requested that the Court extend the close of fact discovery to March 31, 2025. The Court then directed the District to indicate its position on a proposed extension of the fact discovery period by July 31, 2024. Accordingly, on July 31, 2024, the District respectfully moved to Modify the Amended Scheduling Order (the "Motion") to extend the close of fact discovery to January 27, 2025. ECF No. 328. On August 7, 2024, the Court granted the District's Motion, setting the close of fact discovery as January 27, 2025. Min. Order, Aug. 7, 2024.

The undersigned Parties now move for a further amendment to the scheduling order to adjust and conform other parts of the remaining schedule in light of the now longer fact discovery period that will not close until January 27, 2025.

The undersigned moving Parties have conferred with the remaining parties regarding the relief requested and none has objected.

Dated: October 18, 2024

***Counsel for Plaintiff District of Columbia:***

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: *\/s/ Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)
400 6th St. NW
Washington, DC 20001

[1] Citations are to the docket in *District of Columbia* v. *Proud Boys Int'l, LLC et al.*, 21-cv-03267 (APM). The Court previously ordered that the discovery deadlines in the *District of Columbia* action would be "the same as those entered in" *Smith, et al.* v. *Trump, et al.*, 21-cv-02265 (APM). Min. Order, Apr. 17, 2023. Consistent with that approach, the moving parties propose that this amendment extend to both actions.

Tel: 202-724-6533
Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: */s/ Norman Eisen*
Norman Eisen (D.C. Bar 435051)
Christine P. Sun
Katherine Reisner
Gillian Feiner
Zack Goldberg
Meagan Harding
Alexander F. Atkins (D.C. Bar 90003787)
1101 17th St NW, Suite 250
Washington, DC 20036
Tel: (202) 999-9305
Email: norm@statesuniteddemocracy.org
christine@statesuniteddemocracy.org
katie@statesuniteddemocracy.org
gillian@statesuniteddemocracy.org
zack@statesuniteddemocracy.org
meagan@statesuniteddemocracy.org
alex@statesuniteddemocracy.org

**DECHERT LLP**

By: */s/ Vincent H. Cohen*
Vincent H. Cohen, Jr. (D.C. Bar 471489)
D. Brett Kohlhofer (D.C. Bar 1022963)
1900 K Street, NW
Washington, D.C. 20006-1110
Tel: 202-261-3300
Fax: 202-261-3333
Email: vincent.cohen@dechert.com
d.brett.kohlhofer@dechert.com

By: */s/ Michael S. Doluisio*
Michael S. Doluisio
2929 Arch Street
Philadelphia, PA 19104-2808
Tel: 215-994-2000
Fax: 215-994-2222
Email: michael.doluisio@dechert.com

**THE ANTI-DEFAMATION LEAGUE**

By: */s/ James Pasch*
James Pasch
605 Third Avenue
New York, NY 10158-3650
Tel: 212-885-5806
Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: */s/ Jeannie S. Rhee*
Jeannie S. Rhee (D.C. Bar 464127)
2001 K Street, NW
Washington, D.C. 20006-1047
Tel: 202-223-7300
Fax: 202-223-7420
Email: jrhee@paulweiss.com

By: */s/ Andrew J. Ehrlich*
Daniel J. Kramer, pro hac vice
Andrew J. Ehrlich, pro hac vice
Erin J. Morgan, pro hac vice
Cassandra N. Love, pro hac vice
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
aehrlich@paulweiss.com
ejmorgan@paulweiss.com
clove@paulweiss.com

***Counsel for Plaintiffs Conrad Smith, et al.*:**

**LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW**

By: */s/ Edward G. Caspar*
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
Alexander S. Davis, D.C. Bar No. 90012274
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

**SELENDY GAY PLLC**

By: */s/ Faith E. Gay*
Faith E. Gay, pro hac vice
Joshua S. Margolin, pro hac vice
Claire O'Brien, pro hac vice
Elizabeth H. Snow, pro hac vice
Babak Ghafarzade, pro hac vice
Esther D. Ness, pro hac vice
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

**KENNY NACHWALTER, P.A.**

By: */s/ William J. Blechman*

William J. Blechman, pro hac vice
Elizabeth B. Honkonen, pro hac vice
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

***Counsel for District Defendant Louis Enrique Colon and District and Smith Defendants Joseph Randall Biggs and Henry "Enrique" Tarrio:***

**HULL MCGUIRE PC**

By: /s/ J. Daniel Hull
John Daniel Hull
1420 N Street, NW
Washington, DC 20005
202-429-6520
Fax: 412-261-2627
Email: jdhull@hullmcguire.com

***Counsel for District Defendant Christopher Kuehne:***

**BRIGLIA HUNDLEY, P.C.**

By: /s/ William T. DeVinney
William T. DeVinney
1921 Gallows Road, Suite 750
Tysons Corner, Virginia 22182
Tel: (912) 942-8076
Fax: (703) 883-0899
Email: wdevinney@brigliahundley.com

***Counsel for District and Smith Defendant Zachary Rehl:***

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By: /s/ Patrick Trainor
Patrick Trainor
19 Union Avenue
Suite 201
Rutherford, NJ 07070
201-777-3327
Email: pt@ptesq.com

***Counsel for Smith Defendants Donald J. Trump For President, Inc. and Make America Great Again PAC:***

**BINALL LAW GROUP**

By: */s/ Jesse R. Binnall*
Jesse R. Binnall
Jason Caldwell Greaves
717 King Street Suite 200
Alexandria, VA 22314
Tel: 703-888-1943
jesse@binnall.com
jason@binnall.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2024, I caused the foregoing to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

Dated: October 18, 2024

*/s/ Andrew J. Ehrlich*

Andrew J. Ehrlich, pro hac vice
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: aehrlich@paulweiss.com

*Attorney for Plaintiff District of Columbia*