UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONRAD SMITH, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>*Defendants.* | Case No. 21-cv-2265 (APM) |
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff,*<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>*Defendants.* | Case No. 21-cv-3267 (APM) |

**JOINT MOTION FOR ORDER REGARDING COORDINATION OF DISCOVERY**

Plaintiffs in the above-captioned cases (collectively, the "Plaintiffs") hereby move the Court for an Order Regarding Coordination of Discovery (the "Coordination Order") in order to establish efficient, reasonable, and cooperative discovery among the Parties in these two related cases, particularly as it relates to coordinated depositions.

Plaintiff District of Columbia (the "District") initially circulated to the Defendants in *District of Columbia v. Proud Boys, et al.*, a draft of the Coordination Order on July 15, 2024. Counsel for several of the *District* Defendants responded with objections and suggestions. Counsel for the District and the *Smith* Plaintiffs thereafter conferred and re-circulated to Defendants a revised draft of the Coordination Order on August 29, 2024 in response to Defendants' objections. The *Smith* Plaintiffs circulated the draft Coordination Order to the *Smith* Defendants on October 10, 2024. At the September 4, 2024 status conference, the Court requested that the parties submit the proposed Coordination Order to the Court, along with a cover letter outlining any remaining disputes. On October 23, 2024, the District and *Smith* Plaintiffs submitted the proposed Coordination Order to the Court along with a cover letter outlining the remaining disputes. *See* Dkt. 345.

At the October 29, 2024 status conference, the Court indicated that it would execute the Coordination Order with minor amendments. Namely, the Court requested that the Coordination Order explicitly state that the parties may, with good cause, request additional time to examine a witness, as long as leave is requested at least three (3) business days prior to the date of the deposition. Following the status conference, Plaintiffs made those revisions to the draft Coordination Order (in Section II.A.3) and re-circulated it to the Defendants in both cases. None responded with any further objection to the Coordination Order.

Plaintiffs therefore respectfully request that the Court enter the Coordination Order to govern coordinated depositions in these related matters.

Dated: November 4, 2024

*Counsel for Plaintiff District of Columbia:*

**BRIAN SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By: /s/ *Brendan B. Downes*
    Brendan B. Downes (D.C. Bar 187888)
    400 6th St. NW
    Washington, DC 20001
    Tel: 202-724-6533
    brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By: /s/ *Norman Eisen*
    Norman Eisen (D.C. Bar 435051)
    Christine P. Sun
    Katherine Reisner
    Gillian Feiner
    Alexander F. Atkins (D.C. Bar 90003787)
    Zack Goldberg
    Meagan Harding
    1101 17th St NW, Suite 250
    Washington, DC 20036
    Tel: (202) 999-9305
    norm@statesuniteddemocracy.org
    christine@statesuniteddemocracy.org
    katie@statesuniteddemocracy.org
    gillian@statesuniteddemocracy.org
    alex@statesuniteddemocracy.org
    zack@statesuniteddemocracy.org
    meagan@statesuniteddemocracy.org

**DECHERT LLP**

By: /s/ *Vincent H. Cohen, Jr.*
    Vincent H. Cohen, Jr. (D.C. Bar 471489)
    D. Brett Kohlhofer (D.C. Bar 1022963)
    1900 K Street, NW
    Washington, D.C. 20006-1110
    Tel: 202-261-3300
    Fax: 202-261-3333
    vincent.cohen@dechert.com
    d.brett.kohlhofer@dechert.com

By: /s/ *Michael S. Doluisio*
    Michael S. Doluisio
    2929 Arch Street
    Philadelphia, PA 19104-2808
    Tel: 215-994-2000
    Fax: 215-994-2222
    michael.doluisio@dechert.com

**THE ANTI-DEFAMATION LEAGUE**

By: /s/ *James Pasch*
    James Pasch
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5806
    jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By: /s/ *Jeannie S. Rhee*
    Jeannie S. Rhee (D.C. Bar 464127)
    2001 K Street, NW
    Washington, D.C. 20006-1047
    Tel: 202-223-7300
    Fax: 202-223-7420
    jrhee@paulweiss.com

By: /s/ *Daniel J. Kramer*
    Daniel J. Kramer
    Andrew J. Ehrlich
    Erin J. Morgan
    Cassandra N. Love
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Tel: 212-373-3000
    Fax: 212-757-3990
    dkramer@paulweiss.com
    aehrlich@paulweiss.com
    ejmorgan@paulweiss.com
    clove@paulweiss.com

*Counsel for Plaintiffs Conrad Smith, et al.*:

By: /s/ *Marc P. Epstein*
Edward G. Caspar, D.C. Bar No. 1644168
David Brody, D.C. Bar No. 1021476
Marc P. Epstein, D.C. Bar No. 90003967
Alexander S. Davis, D.C. Bar No. 90012274
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Telephone: 202-662-8390
ecaspar@lawyerscommittee.org
dbrody@lawyerscommittee.org
mepstein@lawyerscommittee.org
adavis@lawyerscommittee.org

Faith E. Gay, *pro hac vice*
Joshua S. Margolin, *pro hac vice*
Claire O'Brien, *pro hac vice*
Elizabeth H. Snow, *pro hac vice*
Babak Ghafarzade, *pro hac vice*
Esther D. Ness, *pro hac vice*
SELENDY GAY PLLC
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-390-9000
fgay@selendygay.com
jmargolin@selendygay.com
cobrien@selendygay.com
esnow@selendygay.com
bghafarzade@selendygay.com
eness@selendygay.com

William J. Blechman, *pro hac vice*
Elizabeth B. Honkonen, *pro hac vice*
KENNY NACHWALTER, P.A.
Four Seasons Tower – Suite 1100
1441 Brickell Avenue
Miami, FL 33131
Telephone: 305-373-1000
wblechman@knpa.com
ehonkonen@knpa.com

## CERTIFICATE OF SERVICE

I certify that on November 4, 2024, I served a copy of the foregoing filing on all parties of record by filing it with the Clerk of the Court through the CM/ECF system, which will provide electronic notice to all attorneys of record. Plaintiffs are serving the remaining Defendants via first class mail or other permitted means.

Dated: November 4, 2024                              By: _/s/   Daniel J. Kramer_____