## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>       Plaintiff,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,<br><br>       Defendants. | Case No. 1:21-cv-03267 (APM) |

### ORDER

Upon consideration of Plaintiff District of Columbia's Motion to Take More than Ten Depositions, it is hereby **ORDERED** that the Motion is **GRANTED**, and it is further **ORDERED** that Plaintiff District of Columbia may take depositions of 23 Defendants; and it is also **ORDERED** that Plaintiff District of Columbia is pre-authorized to take an additional number of expert depositions corresponding to the cumulative total number of expert witnesses that Defendants in this action collectively identify as experts whose opinions may be presented at trial or in support of any relief requested in this action.

       **SO ORDERED.**

2024.11.18
08:40:27
-05'00'

Hon. Amit P. Mehta
United States District Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

    All counsel of record, via ECF

    Service of Process
    Secretary of State
    P.O. Box 12079
    Austin, Texas 78711-2079
    ATTN: Proud Boys International, L.L.C.
    PO Box 12079, Austin TX 78711

    Oath Keepers
    4625 West Nevso Dr., Suite 2 & 3
    Las Vegas, NV 89103

    Marc Anthony Bru
    10013 NE Hazel Dell Ave. #2
    Vancouver, WA 98685-5203

    William Chrestman
    D.C. Central Detention Facility DCDC No. 376975
    1901 D St., SE
    Washington, D.C. 20003

    Donovan Ray Crowl
    8201 Sea Star Drive
    Blacklick, OH 43004

    Nicholas DeCarlo
    27214-509
    Fort Worth Federal Correctional Institution
    Inmate Mail/Parcels
    P.O. BOX 15330
    Fort Worth, TX 76119

    Charles Donohoe
    NC Detention Center
    Orange County Jail
    125 Court Street
    Hillsborough, NC 27278

    Matthew Greene
    264 Burns Ave.
    Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
FCI Tallahassee
Federal Correctional Institution
Register Number: 26050-509
P.O. Box 5000
Tallahassee, FL 32314

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08