## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA, et al.,** | |
| **Plaintiff,** | **CIVIL ACTION NO.: 1:21-cv-03267** |
| **v.** | |
| **PROUD BOYS INTERNATIONAL, L.L.C., et al.,** | |
| **Defendants.** | |

### CERTIFICATE PURSUANT TO LCvR 5.3

I hereby certify that I have this day served all interested parties with a copy of Defendant

Brian Ulrich's Supplemental Responses to Plaintiff's Requests for Production of Documents:

Via statutory electronic service to the following:

Counsel for Plaintiff:

Brendan B. Downes
Brendan.Downes@dc.gov

Vincent Cohen
Vincent.cohen@dechert.com

Norman Eisen
Norm@statesuniteddemocracy.org

D. Brett Kohlhofer
d.brett.kohlhofer@dechert.com

Christine Sun
christine@statesuniteddemocracy.org

Michael Doluisio
Michael.doluisio@dechert.com

James Pasch
jpasch@adl.org

Jeannie Rhee
jrhee@paulweiss.com

Daniel Kramer
dkramer@paulweiss.com

Andrew Ehrlich
aehrlich@paulweiss.com

Erin J. Morgan
ejmorgan@paulweiss.com

Zack Goldberg
zack@statesdemocracy.org

Gillian Feiner
gillian@statesdemocracy.org

Alexander Atkins
alex@statesuniteddemocracy.org

Katherine Reisner
katie@statesuniteddemocaracy.org

Cassandra Love
clove@paulweiss.com

Defendants or Defense Counsel:

William T. DeVinney
wdevinney@brigliahundley.com

Michael Lawlor
mlawlor@verizon.net

James Andersen
jandersen@rsrm.com

John Daniel Hull, IV
jdhull@hullmcguire.com

Stephen Brennwald
sfbrennwald@cs.com

Bradford Geyer
Bradford.geyer@formerfedsgroup.com

George Doumar
gdoumar@doumarmartin.com

John M. Pierce
jpierce@johnpiercelaw.com

Roger Roots
rroots@johnpiercelaw.com

Patrick Trainor
pt@ptesq.com

Mark Paul Nobile, I
mark@brandwoodwardlaw.com

Daniel Michael Gray
Danielm.gray56@gmail.com

Pierre B. Whyte
pierre@attorneysforfreedom.com

Stanley Woodward, Jr.
stanley@brandwoodwardlaw.com


Via United States mail with adequate postage attached thereon to insure delivery to the

following:

Service of Process
Secretary of State
Attn: Proud Boys International, LLC
Post Office Box 12079
Austin, TX 78711-2079

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Mark Anthony Bru
10013 NE Hazel Dell Ave., #2
Vancouver, WA 98685-5203

William Chrestman
D.C. Central Detention Facility
DCDC No. 376975
1901 D Street, SE
Washington, D.C. 20003

Donovan Ray Crowl
8201 Sea Star Drive
Blacklick, OH 43004

Nicholas DeCarlo
27214-5059
Fort Worth Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 15330
Fort Worth, TX 76119

Charles Donohoe
NC Detention Center
Orange County Jail
125 Court Street
Hillsborough, NC 27278

Matthew Greene
264 Burns Avenue
Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Circle
Sarasota, FL 34243-2915

Arthur Jackson
4030 N. Econlockhatchee Trail
Orlando, FL 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol Street
Punta Gorda, FL 33983-5324

Ethan Nordean
#28596-509
Northern Neck Regional Jail
3908 Richmond Road
Warsaw, VA 22572

Nicholas Robert Ochs
3245 Virginia Street, Apt. 56
Miami, FL 33133-5250

Daniel Lyons Scott
122 West Perry Lane
Englewood, FL 34223-2943

Jessica Marie Watkins
FCI Tallahassee
Federal Correctional Institution
Register Number: 26050-509
Post Office Box 5000
Tallahassee, FL 32314

Christopher Worrell
282 Stanhope Circle
Naples, FL 34104-08

Respectfully submitted this 5th day of December, 2024.

**KICKLIGHTER LAW, P.C.**

*s/ Claude M. Kicklighter, Jr.*
Claude M. Kicklighter, Jr.
USDC Dist. Of Columbia
Bar ID GA0035
Attorney for Brian Ulrich
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: Mickey@kick-law.com