AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>*Plaintiff*<br>v.<br>PROUD BOYS INTERNATIONAL, L.L.C., et al.,<br>*Defendant* | ) ) ) ) ) Case No. 21-cv-03267-APM |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

District of Columbia                                              .

Date: 12/18/2024

/s/ Mark A. Weiner
*Attorney's signature*

Mark A. Weiner New York Bar No. 5064274
*Printed name and bar number*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Address*

mweiner@paulweiss.com
*E-mail address*

(646) 478-1590
*Telephone number*

(646) 224-9789
*FAX number*