UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA., <br><br> *Plaintiff*, <br><br> v. <br><br> PROUD BOYS INTERNATIONAL, L.L.C., *et al.*, <br><br> *Defendants*. | Case No: 1:21-cv-3267 (APM) |

## NOTICE OF APPEARANCE

The Clerk is hereby notified that the undersigned, Ronald D. Coleman, appears as co-counsel for defendant HENRY ENRIQUE TARRIO with J. Daniel Hull, IV, Esq. of Hull McGuire PC in the above-styled action.

COLEMAN LAW FIRM, PC

By: _____
Ronald D. Coleman

50 Park Place, Suite 1105
Newark, N.J. 07102
973-264-9611
rcoleman@colemanlaw-pc.com
*Attorneys for Defendant*
*Enrique Henry Tarrio*

Dated: February 5, 2025