UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,

    Plaintiff,

v.

PROUD BOYS INTERNATIONAL, L.L.C., *et al.*,

    Defendants.

Civil Action No. 21-cv-03267-APM

JOINT STATUS REPORT

In accordance with the Court's December 18, 2024 Minute Order in *Smith* v. *Trump*, No. 21-cv-2265 and *District of Columbia* v. *Proud Boys International, LLC*, No. 21-cv-3267, Plaintiff District of Columbia (the "District") and Defendants Ulrich, Kuehne, and Rehl submit this report[1] regarding the status of this case.

I.     BACKGROUND

For a detailed history of the above-captioned case, the District respectfully refers the Court to previously submitted joint status reports. *See, e.g.*, ECF No. 346.

---

[1] On February 4, 2025, the District circulated a draft of this report to Defendants via email. Counsel for Defendants Kuehne and Ulrich approved. Counsel for Defendant Rehl proposed an edit related to his client, incorporated herein. Counsel for Defendants Biggs and Tarrio asserted a complaint about the District's intent to meet and confer regarding those Defendants' discovery responses, but did not otherwise propose any edits. No other Defendant responded.

## II. STATUS UPDATE

### A. Depositions

Since the December 18, 2024 status conference, the District has continued to make progress scheduling and taking depositions. The District has noticed the depositions of all twenty-three (23) non-defaulted Defendants. The District has now taken seven (7) depositions (of Defendants Greene, Schaffer, Ulrich, B. Parker, S. Parker, Pepe, and Steele). The District has also noticed a deposition for February 27 (of Defendant Klein) and is in active correspondence with other Defendants as to possible dates for their depositions.

The District continues also to coordinate the scheduling and taking of depositions with the *Smith* plaintiffs in accordance with the Coordination of Discovery order entered by this Court. *See* ECF No. 351. The Court previously granted the District's requests for leave (i) to depose incarcerated Defendants and (ii) to take more than ten (10) depositions. *See* ECF Nos. 348, 353. The District had begun outreach to various non-defaulted, incarcerated Defendants to schedule depositions at their respective facilities. Certain Defendants are no longer incarcerated which, while alleviating the burden of coordinating depositions with the relevant prisons, will require renewed efforts between counsel to notice times and places for their taking.

### B. The District's Requests For Production

Responses to the District's Requests for Production were initially due by July 24, 2023. Thus far, twenty-two (22) Defendants have provided responses, with eight (8) producing a handful of documents. The District continues to correspond with various responsive Defendants concerning what the District sees as deficiencies in their responses to the District's document requests.

Seventeen (17) Defendants—Ashlock, Bru, Chrestman, Crowl, DeCarlo, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Watkins, Worrell, Young, Oath Keepers, and Proud Boys International, LLC have still not responded to the District's Requests for Production.

1. *Defendants Biggs and Tarrio*

On December 18, 2024, Defendants Biggs and Tarrio served responses and objections to the District's document requests, after essentially two years of requests and follow ups. While they served responses, they did not produce any actual documents. The District intends to meet and confer with their counsel, and is considering whether a motion to compel is necessary.

2. *Defendants Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo*

On November 19, 2024, counsel for the District emailed counsel for these Defendants, asking when said Defendants would provide any responsive documents, given promises to do so, or at least identify the steps taken to obtain the requested information. On November 27, 2024, counsel for these Defendants requested an additional 45-day extension to supplement the responses. Attached to this correspondence, Defendants Rhodes, Vallejo, and Minuta each produced one (1) document responsive to the District's Requests for Production: a copy of the Oath Keepers bylaws. With respect to Defendant Pepe, whose deposition was already scheduled for December 18, the District granted an extension until December 13. With respect to the other Defendants, the District provided an extension until January 3, 2025. The District has not received any supplemental responses. Here too, the District is considering whether to pursue a motion to compel discovery.

### C. The District's Interrogatories

Responses to the District's Interrogatories were initially due by January 10, 2024. To date, only twenty-two (22) Defendants have responded. The Court twice ordered[2] the following Defendants to respond to the District's interrogatories by May 21 and August 26, 2024, respectively: Ashlock, Bru, Chrestman, Crowl, DeCarlo, Donohoe, Greene, Hackett, Jackman, James, Nordean, Ochs, Scott, Worrell, Young, Oath Keepers, and Proud Boys International, LLC. Now, just three have done so.

#### 1. *Defendants Biggs and Tarrio*

As noted above, Defendants Biggs and Tarrio provided discovery responses, including to the District's Interrogatories, on December 18, 2024.

#### 2. *Defendants Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo*

On November 19, 2024, counsel for the District emailed counsel for these Defendants, detailing certain remaining deficiencies in their supplemental interrogatory responses, and requesting further supplemental responses by November 27, 2024. As noted above, these Defendants requested an additional forty-five (45) days from November 27 to supplement their discovery responses. The District granted an extension until December 13 for Defendant Pepe, and until January 3, 2025 for the other Defendants. Despite having taken the deposition of Defendant Pepe—who invoked his Fifth Amendment rights in response to nearly every question posed—none of these Defendants have provided the promised supplemental discovery responses to date.

---

[2] *See* Min. Order, May 7, 2024; ECF No. 326.

### 3. *Defendant Rehl*

After circulating a draft of this Joint Status Report addressing the fact that Defendant Rehl had yet to respond to the District's Interrogatories, counsel for Defendant Rehl served such responses on the day this Report is due. The District is evaluating those responses.

### D. **Defendants' Discovery Requests**

Five (5) Defendants—Schaffer, Rehl, Caldwell, Steele, and Kuehne—have served discovery requests on the District, to which the District has timely served responses and objections. Defendant Rehl disputes the District's claim that it timely served responses and objections to the requests he served in October 2024. The District responds that Defendant Rehl served the requests on October 14, 2024, and the District responded on November 13, 2024, and therefore the responses were timely.

On January 30, 2025, counsel for Defendant Kuehne sent the District's counsel a letter concerning the District's responses and objections to Defendant Kuehne's interrogatory responses. The District had served these responses on July 26, 2024. The District is considering its response to the letter.

### E. **The District's Document Productions**

To date, the District has made nine (9) document productions, including radio transmissions, video footage, and situational briefs from January 6, 2021; Metropolitan Police Department ("MPD") safety and security plans related to January 6; MPD email communications; documents related to MPD officers' medical expenses; and social media messages and tips related to January 6. The District is continuing to review documents and anticipates continuing to make rolling productions to the Defendants.

### F. **Entries of Default**

To date, the Clerk of Court has entered default against sixteen (16) Defendants: Ashlock,

5

Bru, Chrestman, Crowl, DeCarlo, Donohoe, Hackett, Jackman, James, Nordean, Ochs, Scott, Worrell, Young, Oath Keepers, and Proud Boys International, LLC. *See* ECF Nos. 241–252, 313–315. The District has not requested entry of default against Defendant Watkins. The extent of Defendant Watkins' participation in this litigation has been limited to (i) responding to the District's interrogatories and (ii) filing two Motions to Sever, both of which the Court denied. *See* Min. Order, July 16, 2024; Min. Order, Aug. 28, 2024. In light of her continued failure to respond or otherwise to participate in this litigation, the District is now re-considering seeking entry of default against Defendant Watkins

### G. Motion for Partial Summary Judgment

On July 19, 2024, the District filed, jointly with the *Smith* plaintiffs, a motion for partial summary judgment based on issue preclusion by July 19, 2024. ECF No. 323. Briefing on the District's motion continued through August and concluded on September 9, 2024. *See* ECF Nos. 330–32, 339. The motion is currently *sub judice*.

### H. Mediation

On December 9, 2024, Magistrate Judge Upadhyaya issued a Mediation Standing Order and Protocol. Mediation took place between the District and three Defendants (Schaffer, B. Parker and S. Parker) on January 16, 2025. The District and these specific Defendants will submit, in accordance with the Court's January 22, 2025 Minute Order, a joint status report updating the Court on the status of their settlement efforts by February 24, 2025.

The District and several other Defendants are currently in the process of scheduling additional mediation sessions, in coordination with Magistrate Judge Upadhyaya. The District anticipates that these sessions will take place in April, May, and June 2025.

**III.    Next Steps**

The District remains focused on discovery. The District has noticed all non-defaulting Defendants and is continuing to schedule and coordinate such depositions with those Defendants and their counsel, as well as with counsel for the *Smith* parties.

The District is also continuing to respond to Defendants' discovery requests by reviewing and producing responsive, non-privileged documents within its possession custody and control, consistent with its responses and objections to Defendants' discovery requests.  The District intends to continue collecting, reviewing, and producing responsive, non-privileged documents on a rolling basis.  The District has also continued to confer with various Defendants—those who have affirmatively engaged in correspondence—regarding the parties' written discovery responses.

With respect to document and written discovery, as outlined above, certain Defendants have failed to meet the Court's many-ordered production deadlines.  Furthermore, Defendants Klein, Minuta, Pepe, Pezzola, Rhodes, and Vallejo have repeatedly indicated that supplemental responses to the District's discovery requests are forthcoming.  To date, the District has not received these updated responses.  The District contends these and other discovery responses are deficient and is considering whether judicial intervention is merited at this time.

Dated: February 6, 2025

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**

By:   */s/ Brendan B. Downes*
      Brendan B. Downes (D.C. Bar 187888)
      400 6th St. NW
      Washington, DC 20001
      Tel: 202-724-6533
      Email: Brendan.downes@dc.gov

**STATES UNITED DEMOCRACY CENTER**

By:   */s/ Norman Eisen*
      Norman Eisen (D.C. Bar 435051)
      Christine P. Sun
      Katherine Reisner
      Gillian Feiner
      Zack Goldberg
      Meagan Harding
      Alexander F. Atkins (D.C. Bar 90003787)
      1101 17th St NW, Suite 250
      Washington, DC 20036
      Tel: (202) 999-9305
      Email: norm@statesuniteddemocracy.org
             christine@statesuniteddemocracy.org
             katie@statesuniteddemocracy.org
             gillian@statesuniteddemocracy.org
             zack@statesuniteddemocracy.org
             meagan@statesuniteddemocracy.org
             alex@statesuniteddemocracy.org

**DECHERT LLP**

By:   */s/ Vincent H. Cohen, Jr.*
      Vincent H. Cohen, Jr. (D.C. Bar 471489)
      D. Brett Kohlhofer (D.C. Bar 1022963)
      1900 K Street, NW
      Washington, D.C. 20006-1110
      Tel: 202-261-3300
      Fax: 202-261-3333

**THE ANTI-DEFAMATION LEAGUE**

By: */s/ James Pasch*
    James Pasch
    605 Third Avenue
    New York, NY 10158-3650
    Tel: 212-885-5806
    Email: jpasch@adl.org

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

By:   */s/ Jeannie S. Rhee*
      Jeannie S. Rhee (D.C. Bar 464127)
      2001 K Street, NW
      Washington, D.C. 20006-1047
      Tel: 202-223-7300
      Fax: 202-223-7420
      Email: jrhee@paulweiss.com

By:   */s/ Andrew J. Ehrlich*
      Daniel J. Kramer

8

Email: vincent.cohen@dechert.com
       d.brett.kohlhofer@dechert.com

By:   /s/ Michael S. Doluisio
      Michael S. Doluisio
      2929 Arch Street
      Philadelphia, PA 19104-2808
      Tel: 215-994-2000
      Fax: 215-994-2222
      Email: michael.doluisio@dechert.com

Andrew J. Ehrlich
Erin J. Morgan
Mark A. Weiner
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: 212-373-3000
Fax: 212-757-3990
Email: dkramer@paulweiss.com
       aehrlich@paulweiss.com
       ejmorgan@paulweiss.com
       mweiner@paulweiss.com

*Counsel for Defendant Christopher Kuehne:*

**BRIGLIA HUNDLEY, P.C.**

By:   /s/ *William T. DeVinney*
      1921 Gallows Road, Suite 750
      Tysons Corner, Virginia 22182
      Tel: (912) 942-8076
      Fax: (703) 883-0899
      Email: wdevinney@brigliahundley.com

*Counsel for Defendant Brian Ulrich:*

**KICKLIGHTER LAW**

By:   /s/ *Claude M. Kicklighter, Jr.*
      412 North Laurel Street
      Springfield, Georgia 31329
      Tel: (912) 754-6003
      Fax: (912) 754-6336
      Email: Mickey@Kick-law.com

**LAW OFFICE OF PATRICK TRAINOR, ESQ., LLC**

By:   /s/ *Patrick Trainor*
      Patrick Trainor
      19 Union Avenue, Suite 201
      Rutherford, New Jersey 07070
      (201) 777-3327
      Fax: (201) 896-7815
      Email: pt@ptesq.com

**CERTIFICATE OF SERVICE**

      I hereby certify that, on February 6, 2025, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record. Remaining defendants have been served via first class mail.

                                            */s/ Andrew Ehrlich*

                                            Andrew Ehrlich