IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>PROUD BOYS INTERNATIONAL, LLC, *et al.*,<br><br>Defendants. | CASE NO. 21-CV-03267-APM |

**DEFENDANT LAURA STEELE'S MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF DISTRICT OF COLUMBIA'S CIVIL CONSPIRACY CLAIMS (COUNTS III, IV, and V) AND AS TO ATTORNEY'S FEES**

Defendant Laura Steele moves under Fed. R. Civ. P. 56(a) and Local Civil Rule 7(h) for summary judgment as to Plaintiff's civil conspiracy claims, Counts III, IV, and V, and also as to Plaintiff's claim for attorney's fees. These Counts involve events occurring near, or in, the U.S. Capitol on January 6, 2021, and allege claims of civil conspiracy to harm the District of Columbia.

Ms. Steele's deposition was recently taken, on January 23, 2025, and there was not a scintilla of evidence disclosed or revealed that she agreed to any unlawful conspiracy.

Dated: February 13, 2025                            Respectfully Submitted,

/s/ George R.A. Doumar
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR LAURA STEELE

## CERTIFICATE OF SERVICE

I certify that on February 13, 2025 I served a copy of the foregoing motion, via the ECF system, to all counsel of record.

/s/ George R.A. Doumar
George R.A. Doumar, VSB No. 26490
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR LAURA STEELE
