**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>          Plaintiff,<br><br>    v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et al.,<br><br>          *Defendants*. | No. 1:21-CV-03267-APM |

**JOINT STATUS REPORT OF THE DISTRICT OF COLUMBIA, JON SCHAFFER,
SANDRA PARKER, AND BENNIE PARKER**

  Pursuant to the Court's January 25, 2025 minute order, Plaintiff District of Columbia and Defendants Jon Schaffer, Sandra Parker, and Bennie Parker hereby provide an update on the status of recent settlement efforts. On January 17, 2025, the District and each of the three Defendants participated in productive mediations led by Judge Upadhyaya. These parties continue to work toward settlements.

Dated: February 24, 2025

*Counsel for Plaintiff District of Columbia:*

**BRIAN L. SCHWALB, ATTORNEY
GENERAL FOR THE DISTRICT OF
COLUMBIA**

By:  */s/ Brendan B. Downes*
   Brendan B. Downes (D.C. Bar 187888)
   400 6th St. NW
   Washington, DC 20001
   Tel: 202-805-7515
   Email: brendan.downes@dc.gov

*Counsel for Defendant Jon Schaffer:*

*/s/ Pierre B. Whyte*
Pierre B. Whyte
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, AZ 85248
Tel: 480-455-5208
Email: pierre@attorneysforfreedom.com


*Counsel for Defendants Sandra Parker and Bennie Parker:*

*/s/ Stephen F. Brennwald*
Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
Tel: 301-928-7727
Email: sfbrennwald@cs.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on February 24, 2025, I caused the foregoing Joint Status Report to be electronically filed using the Court's CM/ECF system, and service was effected electronically pursuant to Local Rule 5.4(d) to all counsel of record.

/s/ *Brendan B. Downes*
Brendan B. Downes (D.C. Bar 187888)