**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>          Plaintiff,<br><br>    v.<br><br>PROUD BOYS INTERNATIONAL, L.L.C., et al.,<br><br>          *Defendants*. | No. 1:21-CV-03267-APM |

## **[PROPOSED] ORDER**

Pending before the Court is Plaintiff District of Columbia's Motion for Voluntary Dismissal With Prejudice. It is hereby ORDERED that the Motion is GRANTED. Plaintiff District of Columbia's claims are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party bearing its costs and fees.

So ORDERED.

ENTERED this _____ day of _____, 2025.

_____

Hon. Amit P. Mehta

United States District Judge

**Local Rule 7(k) Appendix**

The following attorneys and parties should be notified of this order:

All counsel of record, via ECF

Service of Process
Secretary of State
P.O. Box 12079
Austin, Texas 78711-2079
ATTN: Proud Boys International, L.L.C.
PO Box 12079, Austin TX 78711

Oath Keepers
4625 West Nevso Dr., Suite 2 & 3
Las Vegas, NV 89103

Marc Anthony Bru
10013 NE Hazel Dell Ave. #2
Vancouver, WA 98685-5203

William Chrestman
16393 S. Sunset St.
Olathe, KS 66062-2707

Donovan Ray Crowl
8201 Sea Star Drive
Blacklick, OH 43004

Nicholas DeCarlo
712 SW Sunset Ln.
Burleson, TX 76028-5220

Charles Donohoe
2840 Cole Rd.
Winston Salem, NC 27107-4510

Matthew Greene
264 Burns Ave.
Syracuse, NY 13206-2532

Joseph Hackett
8457 Cypress Lake Cir.
Sarasota, FL 34243-2915

Arthur Jackman
4030 N. Econlockhatchee Trail
Orlando, Fl. 32817-1327

Joshua James
91 Chimney Rock
Union Grove, AL 35175

David Moerschel
117 Angol St.
Punta Gorda, FL 33983-5324

Ethan Nordean
31930 169th Ave. SE
Auburn, WA 98092

Nicholas Robert Ochs
3245 Virginia St
Apt 56
Miami, FL 33133-5250

Daniel Lyons Scott
122 W Perry Ln.
Englewood, FL 34223-2943

Jessica Marie Watkins
2586 Hickory Mill Dr.
Hilliard, OH 43026-9464

Christopher John Worrell
282 Stanhope Cir.,
Naples, FL 34104-08