**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DISTRICT OF COLUMBIA, <br><br> Plaintiff, <br><br> v. <br><br> PROUD BOYS INTERNATIONAL, LLC, *et al.*, <br><br> Defendants. | CASE NO. 21-CV-03267-APM |

**DEFENDANT LAURA STEELE'S RESPONSE TO REQUEST
FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Defendant Laura Steele ("Ms. Steele" or "Defendant"), though counsel, responds to set the record straight as to statements in the District of Columbia's request for a voluntary dismissal with prejudice.

Ms. Steele sat for a deposition on January 23, 2025 in which there was not a scintilla of testimony elicited or evidence shown to her that she was a member of any unlawful conspiracy. Ms. Steele agreed to nothing with anyone, other than to attend a rally with her brother and potentially provide security for VIP's. That is not an unlawful conspiracy, and she filed for summary judgment on February 13, 2025. See Kurd v. Republic of Turkey, 347 F. Supp. 2d 37 (D.D.C. 2019) (no unlawful conspiracy despite beatings by security guards because there was no agreement beforehand).

Despite this testimony and evidence, she was convicted (though she did not testify at her criminal trial), served time in a federal prison, and lost her job and reputation. The D.C. Circuit vacated Ms. Steele's criminal conviction on February 27, 2025.

1

Ms. Steele nevertheless does not object to the Plaintiff's proposed dismissal with prejudice.

Dated: March 4, 2025.   Respectfully Submitted,

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar No. 415446
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR LAURA STEELE

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served via electronic mail, through the ECF system, on March 4, 2025, to all counsel of record.

/s/ George R.A. Doumar
George R.A. Doumar, D.C. Bar No. 415446
Doumar Martin PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: 703-243-3737
Fax: 703-524-7610
gdoumar@doumarmartin.com

COUNSEL FOR LAURA STEELE