

UNITED STATES DISTRICT AND
BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
OFFICE OF THE CLERK
E. BARRETT PRETTYMAN COURTHOUSE
WASHINGTON, DC 20001

OFFICIAL BUSINESS

Kelly Meggs
DCDC # 376780
c/o Correctional Treatment Facility
1901 E. St., SE.
Washington, D.C. 20003